-----Original Message-----
**From:** John Bisney [mailto:jbisney@comcast.net]
**Sent:** Friday, October 29, 2004 11:42 PM
**To:** Kathy Benz
**Subject:** Important

Kathy,

Since you have not responded to any of my requests regarding your debt, I called a couple of old friends of mine at *The Washingtonian* today. They're always looking for items for their Capital Comment page, so they're considering this for their website update (and mag). I don't think there's anything there that's not true. I'd really rather not sign off on it -- how about you?

# ARTS & ENTERTAINMENT
## CAPITAL COMMENT

### Here's Who Gets a Thanksgiving Turkey

It's the season to give thanks for good deeds by people who deserve a turkey and all the trimmings: In a city deeply divided by partisanship, **John Danforth** provides a reminder that politics doesn't have to be ugly. He presided over **President Reagan's** funeral with dignity, and he honors this country as our UN ambassador. **Rick West**, who led the charge to build the National Museum of the American Indian and opened it on time and in style. DC mayor **Tony Williams**, who has hit a home run for Washington baseball fans. Then there are some who haven't had such a good year. No turkeys for . . . Clinton-administration national-security adviser **Sandy Berger** ruined his good name and destroyed his chances of becoming Secretary of State by removing classified material from the National Archives. **Kitty Kelley** gave all felines a bad name by writing a scurrilous book on the **Bush** family just before the presidential election. **Ted Leonsis** made a lot of promises when he bought the Washington Capitals, but his team has been on a steady downhill slide. Exterminator turned House majority leader **Tom DeLay** bears plenty of blame for Washington's poisonous political atmosphere. *back to top*

### Who Wants to Date a Millionaire?

CNN DC Bureau producer **Kathy Benz** has made something of a career out of dating wealthy, prominent local power players, from Maryland hoops coach **Gary Williams** to venture capitalist **Mark Ein**. But a recent paramour apparently doesn't have such deep pockets. In a dust-up that has their bureau buzzing, CNN's Hill radio reporter **John Bisney** is ready to sue, hoping to recover $14,000 he claims to have loaned Benz over the past year. With things now on the skids, Bisney, also the long-time announcer for *Crossfire*, wants his money back. "She told me she needed tuition for a Georgetown MBA, but it went for her personal expenses," said Bisney, 50. "Kathy's used to guys shrugging it off, but to me that's real money." Benz, 34, has been spotted around town in the company of Democratic superlawyer **Julian Epstein**, Rep. **Pete Sessions** (R-Tex.), Georgetown hairdresser to the stars **Paul Bosserman** and Bush I chief of staff **John**

8/30/2005



FILED
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1760

EXHIBIT
1

**Sununu**. She was also engaged to multimillionaire **John Daggitt**, who made his fortune during AOL's heyday.  *back to top*

# Where the Bonuses Go

As Fannie Mae executives go about the business of securing the dream of homeownership for more Americans, they live in very nice homes themselves. The investigation into the federally chartered firm's accounting practices revealed that the company paid executives $245 million in bonuses in the past five years. In 2002, CEO **Franklin Raines** and nine top lieutenants collected an average of more than $5 million in salary, bonuses, and stock options. Also listed are **James Johnson, Lawrence Small,** and **Jamie Gorelick**; their large bonuses while at Fannie Mae have been called into question.   *back to top*

Advertise with Us <http://www.washingtonian.com/Advertising/default.asp>
Archive of Issues <http://www.washingtonian.com/about/archive/archive.html>

Copyright © 2004 by Washington Magazine Inc.

8/30/2005