# THE BUZZ






HC

Memorial Day trip off

Home Page | Info | Contact Us | The Buzz

Copyright © 2005. All Rights Reserved.

05 1760

FILED

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# THE BUZZ






now exchanging birthday stories




Copyright © 2005. All Rights Reserved.

# GET THE BUZZ ABOUT KATHY!








## Susie Q

*Creedence Clearwater Revival*
(Words and music by Eleanor Broadwater, Dale Hawkins and Stanley S. Lewis)

Oh Susie Q, oh Susie Q.
Oh Susie Q, baby I love you
Susie Q.

I like the way you walk
I like the way you talk
I like the way you walk, I like the way you talk
My Susie Q.

## The Night Has A Thousand Eyes

*Bobby Vee*
(Words and music by Benjamin Weisman, Dorothy Wayne, and Marilynn Garrett)

They say that you're a runaround lover
Though you say it isn't so
But if you put me down for another
I'll know, believe me, I'll know

'cause the night has a thousand eyes
And a thousand eyes can't help but see if you are true to me
So remember when you tell those little white lies
That the night has a thousand eyes

# INFO CENTRAL






**Gentlemen, looks can be deceiving! Contact us for the truth.**

Links **Coming soon**

Any similarity to any person living or dead is entirely coincidental, and no similarity to any person either living or dead is intended or should be inferred.

Home Page | Info | Contact Us | The Buzz

Copyright © 2005. All Rights Reserved.

# WELCOME TO KATHY-BENZ.ORG







Just like Kathy, *it's all about her!*

blog
click above

Home Page | Info | Contact Us | The Buzz | Gallery

Copyright © 2005. All Rights Reserved.

# INFO CENTRAL







## Looks are deceiving.

Links **Coming soon**

Boys

### Do you know anyone like this?

Feels grandiose and self-important (e.g., exaggerates accomplishments, talents, skills, contacts, and personality traits; demands to be recognized as superior *without commensurate achievements*);

Is obsessed with fantasies of unlimited success, fame, or bodily beauty, or ideal, everlasting, all-conquering love or passion;

Firmly convinced that she is unique and, being special, can only be understood by, should only be treated by, or associate with, other special or unique, or high-status people (or institutions); major name-dropper.

Requires excessive admiration, adulation, attention and affirmation;

Feels entitled. Demands automatic and full compliance with her unreasonable expectations for special and favorable priority treatment;

Is "interpersonally exploitative", i.e., uses others to achieve her own ends;

Devoid of empathy. Is unable or unwilling to identify with, acknowledge, or accept the feelings, needs, preferences, priorities, and choices of others;

Behaves arrogantly and haughtily. Feels superior, omnipotent, "above the law". Angry when frustrated, contradicted, or confronted by people she considers inferior and unworthy.

Any similarity to any person living or dead is entirely coincidental, and no similarity to any person either living or dead is intended or should be inferred.

Home Page | Info | Contact Us | The Buzz | Gallery
Copyright © 2005. All Rights Reserved.

# GALLERY










Home Page | Info | Contact Us | The Buzz | Gallery

Copyright © 2005. All Rights Reserved.

# GET THE BUZZ ABOUT KATHY







## Keep the buzz coming

### The Night Has A Thousand Eyes

*Bobby Vee*

(Words and music by Benjamin Weisman, Dorothy Wayne, and Marilyrin Garrett)

They say that you're a runaround lover
Though you say it isn't so
But if you put me down for another
I'll know, believe me, I'll know

'cause the night has a thousand eyes
And a thousand eyes can't help but see if you are true to me
So remember when you tell those little white lies
That the night has a thousand eyes.

Home Page | Info | Contact Us | The Buzz | Gallery

Copyright © 2005. All Rights Reserved.

# CONTACT US

HOME PAGE | INFO | CONTACT US | THE BUZZ | GALLERY

Confidentiality assured

Name (required): any

Address :

City:

State:

Zip:

Email Address (required): any

Comments/Questions/Buzz:

Submit Reset

Home Page | Info | Contact Us | The Buzz | Gallery

Copyright © 2005. All Rights Reserved.