# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
Washington, D.C. 20001

Kathleen Benz
_Plaintiff_

vs.

Civil Action No. CA-05-4205

John Bisney
_Defendant_

## ORDER

Upon consideration of the motion _for a temporary restraining order_

filed by _plaintiff_

and after hearing _testimony and_ argument on behalf of all parties concerned, it is, by the Court, this _8th_

day of _June_, 20 _05_,

05 1760

ORDERED:

(1) That the motion be, and it is hereby, ☑ GRANTED ☐ ~~DENIED~~ in part; and it is further

~~(2) That~~ ORDERED that defendant is enjoined from creating or maintaining, directly or through a third party, any internet website referring in any way to plaintiff, and he shall not "blog" or participate in internet "chat rooms" regarding plaintiff; PROVIDED that both parties agree that neither party shall have any contact with the other in any manner during the pendency of this case, except through counsel.

Copies to:

This order expires June 18, 2005.

Hearing on motion for preliminary injunction; June 17, 11am, Judge Blackburn-Rigsby.

JUDGE H. GREENE

FILED SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT 4

Form CV-545/Apr. 03