# sxxxy.org | News For Perverts, Weird Sex News, Because Sex is funny

News for pervs, stuff that splatters. Proud to be part of the problem! Sex positive news and junk. Because sex is funny.



« x rated pinball | Main | 9 songs about porn »

### July 19, 2005

**POLITICS AND PORN STARS**

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkin, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkin to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to

05 1760
**FILED**
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


EXHIBIT
6

buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Posted by Nyx at July 19, 2005 01:30 PM



| TrackBack

**Comments**

Her other companions include Rep. Pete Sessions (R-Tex.), John Sununu Sr, and venture capitalist Mark Ein.

Posted by: at July 31, 2005 07:12 AM

Her other companions include Rep. Pete Sessions (R-Tex.), John Sununu Sr, and venture capitalist Mark Ein.

Posted by: at July 31, 2005 07:29 AM

http://media.portland.indymedia.org/images/2005/08/322565.jpg

Posted by: at August 4, 2005 09:16 PM

**Post a comment**

Name:                          Remember personal info?
                               ○ Yes    ● No

Comments:

Email Address:

URL:

Today's anti-spam measures are brought to you by the letter "A". Please type it here:

[Preview] [Post]

Ads

It's like Netflix for porn. Rent porn dvds and have them mailed to your home.

Make money at home. Get rich and start your own business.

Want to know how to get a free computer?

**Buy an Ad on Sxxxy.org!**

| **Generic Viagra $1.70** | **Painfiles.com** | **Men's Sexy Underwear** | **Adult Super Stars!** | **BOOBLE** |
|---|---|---|---|---|
| Guaranteed worldwide delivery | Exclusive BDSM. Real Slavegirls - Real Pain - Real Tears | Hot Sexy Men's Thongs, Briefs, & Bikinis | Exclusive Pornstar Videos 100% FREE!!! | Search sites, pics, movies, personals. |
| **LITEROTICA.com** | **WOMEN Seeking SEX** | **Live Sexy & Wild Camgirls** | **HardcoreDVD.com XXX** | **Casino Grand Madison** |
| 75,000+ free sex stories + cams + forum. | Meet Local Singles & Swingers - FOTOS! | Live Sex! No Membership Required. | Largest Selection of DVDs, Videos & Toys | Up to $750 bonus! Over 120 casino games. |

| | | Phone and Full Screen Video Options. | | | |
|---|---|---|---|---|---|
| iChat Naked w Bi Men<br>PC or Mac Clothing Optional | 390,000 free amateur pics<br>Easy to use searchable by categories - free! | THE Porn TOP LIST .com<br>Over 150 links to the best porn sites | Fuck Sexy Singles!<br>Find Hot Sex, Casual Sex and More!! | Guide to Poker<br>Online Poker Room Bonus Codes | |
| FREE LIVE VIDEO CHAT<br>HOT Girls get Naked! They Sizzle & Rock! | Literotica VOD - XXX Vids<br>Watch full-length xxx movies online now! | Online Poker<br>play for money online - $100 free gift | Imperial Casino<br>play for money online | Uniform Dating<br>Date a Horny Fireman or a Sexy Nurse! | |
| FREE LIVE VIDEO CHAT<br>HOT Girls get Naked! They Sizzle & Rock! | Free pictures<br>Archive of adult pictures | Honest Porn Reviews<br>Honest Reviews of the Best Porn Sites | HentaiKey XXX Anime<br>English XXX Japan Porn | CHEAT ONLINE CASINOS<br>Make $50 to $600+ per casino every time | |
| Shop at TigerDirect<br>Super Low Prices on PC Components! | AMVC.com HOMEMADE VIDEOS<br>Homemade Videos. DVD, VHS, and Streaming. | KONG Sex Pills<br>Kong & Kong Black Voodoo exotic male enhancement pills. | CASINO BONUS INDEX<br>LIST OF THE BEST ONLINE CASINO BONUSES | CUTE TEEN BABES FUCKED!!!<br>INNOCENT VIRGIN GIRLS TRICKED INTO BECOMING LITTLE WHORES! HOT! (NEW) | |
| Play Poker Online!<br>$100 Free at PartyPoker Code: AUGCASH | Free Penis Pills<br>Free 30 day supply of PotenCX PenisPills | SEXY GIRLS BLOG<br>Click if you like Sexy Girls..its FREE | Enlargement Program<br>Does Penis Size Matter? | Find a Girl to Fuck<br>Looking for a Sex Partner? Browse Thousands of Adult Personals. | |
| POKER FREE TOURNAMENTS<br>At Canbet.com all members receive DAILY FREEROLLS! | Discount Sex Toys<br>Listing of quality discounted sex toys | Naked Amateur Cams<br>Chat Live With Hot Nude Amateurs FREE | Painfiles - Extreme BDSM<br>Real Slavegirls - Real Pain - Real Tears ! | SuperKink PhoneSex<br>Kink, Fetish, & BDSM with ANGELA | |
| B.D.S.M. Personals!<br>REAL people looking for KINKY SEX! | Unlimited Downloads $9.95 | Live CHAT!<br>Chat with people from | All Russian Brides<br>at Fiance.com | GET A BIGGER PENIS! | |

|   |   | All the Porn from Usenet. Millions of Images & Movies. Get Access NOW! | this website now! |   | All Natural Penis Enlargement Review | c |
|---|---|---|---|---|---|---|
|   | **7 Adult sites FREE** ClubTA, Fetishrave,Teenagepie,Swingers.. | **Make Friends Easy** Rate photo profiles, chat one on one, play online flirt game! | **UPTO $800 CASINO BONUS** Canbet.com all members receive $40- Download + Up to $800- Mthly Bonus | **Texas Hold'em** Learn to play, win money | **Local girls who want to fuck!** Meet Someone Guaranteed & Get LAID! - **100% FREE MEMBERSHIP! ** |   |
|   | **Your Ad Here** |   |   |   |   |   |

http://www.sxxxy.org/archives/001692.html                                                8/25/2005