# Daily Sex Review

### Adult FriendFinder members near Baltimore

    

yourbabe2169 36/F  
Baltimore, Maryland,  
United States

smitten_kitten 37/F  
Goucher Woods, Maryland,  
United States

Okanagan_girl 34/F  
Harford Farms, Maryland,  
United States

sweetestladyevr 49/F  
Bar Harbor Manor, Maryland,  
United States

1girl4u68 36/F  
Sebring, Maryland,  
United States

Join now!

\* Actual member photos. Other data are for illustrative purposes only.

## Ron Jeremy for PETA: It's Sexy If You Like Bears



Porn star Ron Jeremy (aka The Hedgehog) appears in a new advertisment for PETA in which he wears a set of handcuffs on one wrist while he lies naked in bed, covered only by a sheet.

The ad reads, "too much sex can be a bad thing" and features a message urging pet owners to get their animals spayed and neutered.



There's also a link on that page that promises to take you to "Ron's latest video". Don't worry, it's not what you think it is.

I'm just glad Ron did the right thing and covered up just a little. There are some things even animal-lovers aren't ready to see.

Welcome to Daily S  
Review. We post se  
news, erotica, and lin|  
porn. Half of it is news  
the rest is stuff for yo  
jack (or jill) off to. This  
is for adults only. If y  
are under 18 or offen  
by such material, ple  
leave now

Bookmark  
Daily Sex Reviev

Netscape Users  
Press Ctrl + D

Syndicate this site





EXHIBIT 7

http://www.dailysexreview.com/    8/26/2005

By the way, I'm writing this wearing a pair of leather chaps and mink-lined panties and eating some tender veal. Yay PETA!

See the full-size Ron Jeremy PETA advertisement

August 23, 2005. Sex News. No Comments.

## Tom Seizemore and His Banana of Life

Ex-girlfriend and former Hollywood madam, Heidi Fleiss has weighed in on the Tom Sizemore sex tape. New York Daily News' Rush & Molloy quoted Fleiss bitterly commenting:

"He needed Viagra when I was with him," the former Hollywood Madam tells us.

Fleiss also alleges the macho "Natural Born Killers" actor once invited her hunky ex-boyfriend John Enos to join them in a ménage à trois.

In the videos, Sizemore certainly appears to be on some sort of drug cocktail, but I doubt it's a Viagra + Cialis mix.

While his manager, Jason Tucker, doesn't go into specifics as to how the videos ended up online, he does believe that Sizemore "has a legal right to some of the proceeds."

He goes on to say that Sizemore is not embarrassed about the videos, bragging that "It's the maraschino cherry on the banana split that's been my life."

Sizemore goes hardcore with or without the help of Viagra.

August 22, 2005. Sex News, Hardcore, Celebs, Porn Gossip. No Comments.

## All Tied Up at FetishCon

Today's is the first real day of FetishCon workshops and demonstrations. The schedule lays out a delectable lineup of rope play demonstrations.

Case 1:05-cv-01760-EGS    Document 1-8    Filed 09/02/2005    Page 3 of 9

| | |
|---|---|
| 2:30 - 3:30 PM | Bondage Classics: Hog-ties and Crotch Ropes |
| 4:00 - 5:00 PM | Safe Take-Downs and Total Restraint |
| 5:30 - 6:30 PM | Rope Bondage Review |
| 7:00 - 8:00 PM | I've Got Them All Tied Up... Now What!? |



**For those of you who can't make the rope bondage demonstrations, take a look at <u>Hogtied</u> and teach yourself how to truss your girlfriend up like a Thanksgiving turkey.**

See <u>the FetishCon website</u> for more information on workshops, demonstrations, and events.

August 19, 2005. <u>Fetish</u>, <u>Events</u>. <u>No Comments</u>.

## Tom Sizemore Porn Star?

As Tom Sizemore whiles away a 17 month jail sentence for repeatedly failing drug tests while on probation, the gods have blessed us with a **Tom Sizemore sex tape**. Just what we've all been waiting for, right?

The videos show Sizemore as a salad-tossing sex freak who gets it on in a semi-druggy fashion. In between ranting at the camera, he has a threesome with two cute chicks who he covers in whipped cream and forces them to watch *Paparazzi*.

<u>August 2005</u>
<u>July 2005</u>
<u>June 2005</u>

   

In 2003, Sizemore was convicted of assault and battery against then girlfriend, Heidi Fleiss. He is currently serving a 17 month jail term plus 4 months in drug rehab for violating probation.

Tom Sizemore has been in movies like *Saving Private Ryan*, *Black Hawk Down*, and *Heat*, but recently has garnered more press for fucking Heidi Fleiss and having on-camera mental meltdowns.

Watch video samples of the Tom Sizemore sex tape.

August 19, 2005. Sex News, Hardcore, Celebs. No Comments.

# RIP Britney Madison

 I realize webmasters can be a little slow on the uptake, but it took porn star Britney Madison's webmaster 3 months to realize that she died in a tragic car accident. On May 2, 2005, the 21 year old blonde and a male friend were killed when they lost control of their car before plunging 30 feet off Sunset Road near Las Vegas' McCarran International Airport tunnel.

Brad Fitzgerald, webmaster of BritneyMadison.com, passed on the news through an e-mail announcement sent earlier this week.

Britney Madison has appeared in titles like *From Her Ass to Her Mouth*, *Throat Yogurt*, and PussyMan's *Teenland #9*.

Via AVN and Las Vegas Sun

August 18, 2005. Sex News. No Comments.

Login

# FetishCon

Copyright Daily Sex Review, 2005. Theme by Jeff Wheeler. Powered WordPress.

It's time to dust off your latex chaps and slap the leash on your slave. Tomorrow kicks off FetishCon — the 5th annual bondage and fetish convention. Events last through Sunday and will include workshops on rope bondage, restraints, and various control techniques. There will also be a fetish fashion show and several after hours parties.

All access registration closed on August 8, but you can still get your limited access single day passes for $25 at the door.

**Location:**

Double Tree Hotel Tampa Westshore Airport
4500 West Cypress Street, Tampa, FL 33607

Get more information here.

August 17, 2005. Sex News, Fetish, Events. No Comments.

# The Sweet Smell of Pantyhose



After a long day at work, a woman's pantyhose have a pungent smell that is a heady mixture of sweat, sex, and feminine juices. The soles of her nylons are worn and sweaty after protecting her delicate feet from hours in a pair of come-fuck-me stilettos.

There are so many things you can do with a pair of dirty pantyhose. You can use them to tie your lover to the bedposts while you torture him. You can stuff a pair in his mouth so that all he can taste and smell is your pussy juices. You can cover your own face with them while you run your fingers over your slick pussy and finger fuck your twat. You can give them to your lover and let him wrap them around his cock and jerk off into the nylon material. The possibilities are endless.



I once had a boyfriend who loved sniffing my pantyhose. Even before I could take them off, he'd stick his nose in my crotch and inhale my scent through the sheer fabric. I never wear underwear underneath my pantyhose, and he loved to lick, sniff, and worship my ass cheeks while I kneeled or stood over his face. Sometimes I wouldn't even make it out of my pantyhose before he was dripping cum onto the soles of my nylon-covered feet. Have you ever seen a creamy load of cum on a pair of black pantyhose? It seeps through the holes in the fabric until you can feel it squish in between your toes.



Even some men love to wear pantyhose. Men don't get to wear the silky lingerie that women do, but they like feeling softness against their skin too. Come home a little early, and you just might find your husband or boyfriend wearing your panties or pantyhose as a raging hardon threatens to break free from the flimsy fabric.

(click each photo to enlarge)

### More dirty pantyhose photos and stocking sniffing videos

August 16, 2005. Fetish. No Comments.

# A Little Birdie Told Me...




Cute catch of the day and Kickass Pictures CEO, Mark Kulkis (40), has started dating a little further up the food chain. Recent reports have linked him to CNN producer Kathy Benz (35). Kulkis previously escorted Kickass contract star, Mary

Carey, to a round of June GOP fundraisers and appeared with the busty blonde porn star on Comedy Central's *Daily Show*.

Kathy Benz' list of hook-ups reads like a laundry list of the rich and powerful, including former fiance and AOL mogul, John Daggert, venture capitalist Jonathan Ledecky, Chicago Cubs VP John McDonough, University of Maryland basketball coach Gary Williams, Sirius CEO Mel Karmazin, Representative Pete Sessions (R-Tex.), John Sununu, Sr., venture capitalist Mark Ein, and Democratic lawyer Julian Epstein.

Finally, a relationship in which Kulkis isn't the sluttier one. Happy herpes!

Porn Star Mary Carey Loves the Bush

August 15, 2005. Porn Gossip. No Comments.

## A Desperate Cry for Fame



Dedee Pfeiffer, Z-list "star" and sister to bona fide celeb, Michelle Pfeiffer, laments that her February 2002 Playboy magazine cover and inside pictorial didn't generate her career enough heat and believes that a new sex scandal could do her some good. Rush & Molloy quote the sister-of-a-celeb as saying:

"My husband and I did a [sex] video four years ago, when we first met, and I know he's got a copy of it!" the "Wanted" star tells Steppin' Out's Chaunce Hayden. "I always think if he gets really mad at me or wants a divorce, he'll put it on the Internet. If that does happen, I'll say, 'Thank you!'"

It's a sad day when sidelined semi-celebs start to ruin the integrity of the celebrity sex tape with such shameless self-promotion. Ah, well...we'll always have Paris.

via New York Daily News

**Search for Michelle Pfeiffer film nudity at Mr. Skin**

August 11, 2005. Sex News, Celebs. No Comments.

# Blind Date With a Crackwhore



The guys from MTV's *Stankervision* have a viral video up on iFilm. Their hilarious send-up of the reality dating show, Blind Date, features a young venture capitalist who gets fixed up with a 42-year old crackwhore named Propecia.

Exerpt:

*Propecia: It doesn't matter if they're fat mens, white mens, old mens, young mens — as long as they got money and some crack cocaine so I can have mines every day.*

*I want a man with 10 to 12 inches of dick*

*(pause)*

*Anyone in the room have a rock?*

And that's just the intro...

Watch Blind Date With a Crackwhore {via iFilm}

**More crackhead shenanigans over at Crackwhore Confessions**

August 9, 2005. Other. No Comments.

Older Entries



**Meds up to 95% off**
Order your medication from a popular &

**Get Legal Viagra**
Only legal U.S. online prescribing site,

**Unlimited Downloads**
All the Porn from Usenet. N

| reliable online pharmacy | no prior prescription needed | Images & Movies. Get Acce |
|---|---|---|
| **CASINO BONUS INDEX** | **FREE LIVE VIDEO CHAT** | **Pain Medication** |
| LIST OF THE BEST ONLINE CASINO BONUSES | HOT Girls get Naked! They Sizzle & Rock! | Lortab, Vicodin, Hydrocodo USA |
| **CHEAT ONLINE CASINOS** | **Muffmoney Poker Forums** | **Uniform Dating** |
| Make $50 to $600+ per casino every time | Casino bonus hunting and poker chat player's forum! | Date a Horny Fireman or a S |

**Your Ad Here**