Printed from BC IMC : http://bc.indymedia.org/

News :: Media

# Porn, Politics & the Media

by LAGirl
Email: shannon232 (nospam) hotmail.com (unverified!)

Current rating:

06 Aug 200

But Will Their Children Produce Porn News?



Mark Kulkis



Kathy Benz





(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner Bush(), has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the Nati Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisor roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with WI Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (r

Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chic McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

This wo