## Benz, Kathy

**From:** John Bisney [jbisney@comcast.net]
**Sent:** Friday, May 13, 2005 12:31 AM
**To:** Benz, Kathy
**Subject:** because you asked

I realize I neglected to answer your question re: the timing of the website. It was still up after you had been dishonest about the money (thinking back, now I see why you were so weird at Red Sage when I asked what was going on) and you had been completely ignoring me. Since you refused to contact me for months no matter what, I finally assumed you had permanently blown off me AND the loan, so yes I was upset because you wouldn't have the common courtesy to even acknowledge my existence, let alone be in touch to honor your word.

But it's also true I (unconsciously) didn't remember to take it down after we made up, so it became a ticking time bomb. You are fond of saying things happen for a reason. In this case it seems to have been to bring things to a conclusion. And, as you also say, that's about it. I do wonder whether even YOU have the nerve to tell anyone what really went on between us. Speaking of which I hope you're enjoying the new necklace. But to give credit where credit is due, you were fun in Jamaica, no doubt.

PS I hope your Mom liked the flowers -- I wanted her to get something from you for Mother's Day since you forgot. Hey you said you're not a baseball fan but you never mention JD. And is Mr. B still in AA? Gotta go, anyway I know you don't want me e-mailing you all the time. take care

05 1760

**FILED**

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT 9

5/30/2005