**Benz, Kathy**

From: John Bisney [jbisney@comcast.net]
Sent: Friday, May 13, 2005 6:16 AM
To: Benz, Kathy
Subject: correction

McDonough (not "JD")

05 1760

FILED

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT
10

5/30/2005