

**rss feed: http://p2pnet.net/p2p.rss | contact: jon[at]p2pnet.n**
**privacy**

Free MP3 Down... | Cl

*The original daily p2p and digital news site. Always First!!*

TORRENT SITE TRACKER

**Add real-time p2pnet headlines to *YOUR* site ! Click here to do**
**newsfeed code**

[ Tracker Search ]

Google [                    ] Se

○ Web  ◉ p2pnet.net

---

BearShare p2p

*File sharing has never been easier!*



**BearShare®**

Warez P2P



GET SHARING NOW

Hosting

---

Blubs



Get B
TOD



Blubste

New M



MOR
DOW
THE NEW

Ware



05 1 60

---

## Replies to story #5177 - "Money is Money"

| Subject: Re: Money is Money | By: Reader's Write | 16 Aug, 2005 00:07 |
|---|---|---|

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

[ Reply to This | Back to Story ]

**Comments:**

archives 2005 : august | july | june | may | april | march |

FILED
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
11

p2pnet.net – the original daily p2p and digital media news site                    Page 2 of 2



**:BYTEMARK**
HOSTING
Home to p2pnet

**Make a donation**

h e l p   u s
to keep on
unspinning
the spin

*CLICK HERE*

Or email
jon@p2pnet.net

**Welcome : )**

**Login:**

**Password:**

[ **login** ]

[ **register** ]

february | january
2004 : december | november | october | september | august |
july | june | may
april | march | february | january
2003 : december | november | october | older

Ads by Go

**Peer 2 P
Sharing**
Unlimited
access t
Music Mo
Games, |
iMusicSear

**Unlimite
Downloa**
Free Mus
& Games
Selection
Easy Set
www-360sh

**P2P Mov
Trading**
No rental
Just trad
DVD mov
own. Try
www.Peerfl

**Limewir
Downloa**
Unlimited
Movies 8
Over 1,0
Mp3 File
Download-I
Free.com/L

STOP
filtering spam
Click here to
START
punishing
spammers

Search: ○ Lycos ● Tripod ★ Star Wars        ⌦ **Share This Page**   ✗ **Report Abuse**   🗐 **Build a Site**   ⬆ **Browse Sites**   Hos
Go Get It!                                « **Previous** | **Top 100** | **Next** »

| **Millionaire Code Cracked** | **Sugar Daddy Dating Site** | **Millionaire dating** | **Dating millionaires** |
| 2 Proven Millionaire Makers Reveal Time Tested Laws to Create Wealth. www.esioffers.com | Date the attractive and affluent. Join today and change your tomorrow www.sugardaddie.com | Browse photos, Millions of Users Jump Start Your Love Life, aff www.true.com | Meet and date wealthy people Dating rich, w famous www.meetwealthypeople. |



home | resources | chat log | advice | contact | sex blog

Looking to Cash In - Here we Go Again, Montgomery, MA

Alone and want to keep it that way: Can U Keep Up? - Russell, MA

Big Russian Woman, you like??

Who's got my money? Hand it over!

Conjugal, My Ass!

Likes to Squash Bugs Between My Toes, and You??

Harwinton CT woman has a Special Offer for you!

Evil Wicked Mean & Nasty Seeks Same

So, who's ass do I gotta kick tonight??

I Russian, I love you big time!



### Your Caribbean Nightmare - Deborah Brennan - Attractive, Professional, seeks same
Sunday, February 06, 2005



I'm an educated, attractive professional with a poor sense of spellings. have a carear of luring men in with my 'attractiveness', stealing their money and moving on to the next fool. I am not honest (got to be, wit) what I do) I have a limited variety of interests such as money, cash, money (anything that has to do with sex is TOTALLY OFF LIMITS, I can let anyone see me naked, I'm SO PERFECT you'll never deserve it!)...I vegas...movies, S&M clubs, making fun of commoners, dining on your money, etc...

YOU MUST HAVE A LARGE BANK ACCOUNT IN ORDER FOR ME TO RESPOND. Thank you, damnit!

By the way, I hate mustaches, and anyone with ANY imperfections. Sor

I'm looking for a man who's similar to me...attractive, bad speller, good sense of humor and wants to put 100% funding into a relationship. Honesty and being able to hold back your nat sexual urges is a major plus. I admire a man who is driven with his career but if you're marr to your pecker, I'm not interested.

PLEASE DO NOT CONTACT ME IF YOU HAVE A PENIS!!! NO EXCEPTIONS.
Sorry I'm so DAMN picky, but, Hell, when your as PERFECT as I am, pretty much NOBODY w do! In fact, I don't know why I placed this personal ad. Leave me alone! Quit staring at me! know you want me, but NOBODY gets me! Ever! Period! sinseerely,
Marnie, Mayfield Heights, OH

*posted by submittodesire @ 7:57 PM*

## 1 Comments:

- At 3:12 PM, Anonymous said...

  "Kick Ass" Honcho Hot for CNN Producer

  (BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest Washington powerdater and CNN producer Kathy Benz.

  The two only met a month ago during an interview while Kulkin, 40, president and C of Kick Ass Pictures, was in DC for the National Republican Congressional Committee annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

  Benz denies she's cozying up to Kulkin to get a scoop for CNN about the private lunc he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

  Benz, 35, is known in Washington power circles for dating such figures as venture

capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEC Mel Karmazin at his Hamptons home.

Post a Comment

<< Home

00015805

UNITY IS STRENGTH

share your st
LIVESTRON

 Blogger™    [          ] SEARCH  BlogThis!              GET YOUR OWN BLOG  NEXT BLOG»

# The Scuttleslut

The leading provider of
nonsense and things of interest
Gossip ** News **
Propaganda

CONTRIBUTORS

Trikc

patrice

Marksthespot

003583
Free Hit Counter

SHIT I READ

Ananova

PerezHilton

Gawker

WhatsThatCalled.com

Strangeafeet

Babyattack

PINK BLOG

ONTD

Drudge

Page Six

Defamer



TUESDAY, JUNE 14, 2005

## In Honor of yesterdays verdict you will no hear th M or the J word in todays blog.

### TOM NOT TERRIFIC FOR OPENINGS

After last week's Los Angeles premiere of "Batman Begins," which becar
a showcase for Cruise and girlfriend Katie Holmes' public displays of
affection, Warner Bros. execs are hoping to keep the "War of the World
star as far away from their red carpets as possible. It looks like they'll g
their wish for at least the next couple of premieres, since Holmes is ir
Europe — she's done the London and Paris premieres alone — and Crui
is in Japan promoting his film.

### EX GONE WILD

JIMMY Choo owner Tamara Mellon is going a little wild these days. The
former wife of multimillionaire Matthew Mellon has been quietly datinç
"Girls Gone Wild" founder Joe Francis for several months, pals say. "It
perfect for her," says a friend. "Joe flies her on his plane and shows her
good time and Joe now gets to go to all the high-class parties he was
never invited to." Tamara is also in secure company — ever since Franç
was robbed over a year ago, he's traveled with a huge security detail.
rep for Francis confirmed the two are "good friends."

### HILTONS TAKE IT OFF

Hamptonites can breathe a sigh of relief: the Hilton family compound h
been taken off the market. Kathy and Rick Hilton, the parents of
hamburger-hawking hotel heiress Paris Hilton, had put their Colonial-st
mansion on the block last July for $6.3 million, when they moved thei
base of operations to Los Angeles. But they've had a change of heart. "]
just so nice out there, it seemed silly to sell it," Rick Hilton told us. "Bu
still have it up for rent."

### Kirkland keeps abreast of Brit's pregnancy

When it comes to Britney Spears' tabloid-ready pregnancy, even Sally
Kirkland is getting into the act. The 60-year-old former Andy Warhol mu
and Academy Award nominee - for Best Actress in the 1987 movie "Ann
- has a stern warning for Mrs. Kevin Federline. "I happen to know Britn
Spears' breast-implant doctor," Kirkland told Webster Hall gadabout Ba
Jones in the wee hours yesterday, "and I just hope she does not
breastfeed. Because if she does, she could give her baby so many futu
[health] problems." Spears' flack responded sarcastically: "Thank you
Sally, for your concern for Britney, but she does not have breast implan
so you don't need to worry." The flack added: "I'm a little confused,
because isn't there patient-doctor privilege?"

### Pierre's prexy

To possibly bolster his own cause - or to illustrate his realization that he
not going anywhere for a while - Wall Street guru Martin Zweig has bee
elected to the co-op board of The Pierre Hotel, where his triplex penthou
still remains on the market for $70 million. "He's clearly hedging his bet
said a building source, "just in case he hooks a live one." But as Zweig
celebrates his victory, fellow neighbor Mohamed al-Fayed, the father o
the late Dodi, who has had his apartment on the market for a mere $2
million, ran for, but was not elected to, the prestigious board. See it in
its obnoxiousness **here**

### Kimora sez Vanity un-Fair -Every word is gold

Kimora Lee Simmons is hitting back at Vanity Fair editors for running
negative reader mail about her, following a scathing profile of the Bab
Phat queen. "The editors over there were very specific about the letter
they chose to print," she told us. "I don't really understand what's goir
on over there." Simmons said anyone who calls her selfish doesn't real
know her. "Do all the kids I'm trying to help, who I open my home up t
do they think I'm selfish? Do the several children I am trying to adopt
think I'm selfish?" The fashionista did just donate $75,000 to Astor Plac
Harvey Milk School as part of the gay and lesbian high school's namin
and expansion campaign. "I love the cause, because these kids have co
up in a way that they weren't really understood. ...These are kids who a
naturally fashionable and they just inspire me to do so much," gushec
Kimora, who has a lifestyle guide coming out with ReganBooks next
spring.

### Porn queen gets date with Dubya

X-rated wanna-be politician Mary Carey vows she'll be on her best behavior tonight when she attends a GOP fund-raiser that President Bu is headlining. "I'm going to show Washington that a porn star is more th someone who just flashes her boobs," the bubbly buxom blond told th Daily News. For more than a week, the White House has dodged the question of whether Carey should be allowed into the fund-raiser sponsored by the Republican National Congressional Committee. "Thos are questions to direct to the event sponsors," said Bush spokesman Sc McClellan. But an RNCC spokesman has said the committee would tak Carey's $2,500 price of admission and spend it to elect more Republicar Carey's manager, porn-flick mogul Mark Kulkis, got the green light yesterday without a hassle. "They just gave us the dinner tickets," Kulk said. "A Secret Service agent even came up and asked for Mary's autograph."

### Tee for two Pitts Jen versus Jolie

No matter the topic, Americans will not hesitate to take sides. Now add that list of raging debates the Brangelina controversy. Yes, the gossir debacle that saw Brad Pitt leave Jennifer Aniston and allegedly shack u with Angelina Jolie has spawned its own splinter support groups. The epicenter of the debate is L.A., naturally, where Kitson, a trendy boutiqu is selling baseball T-shirts emblazoned "Team Aniston" or "Team Jolie." you want one, you'll have to join a three-month waiting list at www.shopkitson.com.) Early poll results show that Team Aniston is "overwhelmingly" outselling Team Jolie, according to White Trash Charn the tee's maker.

### PRINCE WILLIAM WATERBOMBED

British heir PRINCE WILLIAM was attacked by youths with water-bomb while on holiday in Scotland. The 22-year-old was pelted with the wate filled balloons while relaxing in the garden of his holiday cottage on th Hebridian isle of Mul last week (ends10JUN05). The two young attacke also mocked Williams accent and taunted him by calling him "Daddy's Boy". The royal didn't let the abuse stop him celebrating last night afte attaining a 2.1 degree in geography from Scotland's St Andrews University.

### Punk This!

Ashton Kutcher and MTV were really upset when one of their "Punk'd"
missions - with rapper Lil Jon - backfired. Apparently MTV and Ashton
spent a lot of money and months planning a secret operation. Lil Jon was
supposed to be on a private plane to Las Vegas, but customs agents
claimed he and his entourage were boarding a plane bound for Ecuador.
Jon was onto them within minutes. He recognized some of the actors
posing as security, told Ashton to come out from the back of the plane
and said, "Come on, you can't punk the motherf--ing King of Crunk!"

### NEW DEVELOPMENT:

The final hurdle to Arrested Development's third season has been cleared.
The show's creator and exec producer, Mitch Hurwitz, has sealed a new
deal to remain at the helm of Fox's Emmy-winning comedy. Hurwitz's
Arrested services have also been retained for a fourth season, should the
little-seen gem stick around that long.

### GET LOST:

Former JAG pilot David James Elliott is winging his way over to Lifetime,
signing on to headline the fact-based movie The Man Who Lost Himself,
per The Hollywood Reporter. The story revolves around a Canadian
football player who falls into a coma after a serious car crash. When he
awakes, he has no recollection of his family, career or Catherine Bell.

### SOUNDS SIMPLE:

Paris Hilton says she plans to quit public life in two years to focus on
building a family with fiancè Paris Latsis. "I don't enjoy going out

anymore," she tells Newsweek. "It's such a pain. It's everyone saying
'Let's do a deal! Can I have a picture?' I'm just, like, 'These people are
such losers.'" [Insert your own pot/kettle joke here.]


posted by Trikc @ 3:46 AM

---

**1 Comments:**

**Anonymous said...**
But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted
porn star Mary Carey to June's GOP dinner with President Bush, has
found a new love interest: Washington powerdater and CNN produce
Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEC
Kick Ass Pictures, was in DC for the National Republican Congression
Committee's annual President's Dinner. He's honorary chairman of th
NRCC's Business Advisory Council, a roundtable of millionaire
entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about
the private lunch he and Carey had with White House Chief of Staff
Karl Rove. "Mark's a wonderful guy and I think this could be the real
thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figur
as venture capitalist Jonathan Ledecky (now trying to buy the
Washington Nationals), Univ. of Maryland basketball coach Gary
Williams, and spent time last August with Sirius CEO Mel Karmazin a
his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John
Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John

McDonough and Democratic lawyer Julian Epstein. She was engaged John Daggett, AOL millionaire.

http://bc.indymedia.org/newswire/display/4037/index.php

5:44 PM

Post a Comment

<< Home

**Blogger**    [SEARCH] BlogThis!                    [GET YOUR OWN BLOG] [NEXT BLOG»]

# News From Underground

**Saturday, June 18, 2005**

## Mary Carey "a fully converted Republican"

Pornography in the Service of God/Bush
By Lonna Gooden VanHorn
June 17, 2005

A porn star, Mary Carey, and her boss, Mark Kulkis, president of "Kiss Ass Pictures" were invited to our "family values" President's Dinner and Salute to Freedom on June 15th. It appears our president has "broadened" his horizons, pardon the pun.

But, not to be alarmed, Mary Carey, like Bush, says she is a Christian.

Mary also said she would like to party with Bush's daughters, they seem like they would be "fun,"

If you recall at the RNC, the twins said they were enjoying being young and irresponsible just like their dad had been young and irresponsible.

Read more.

posted by MCM at 11:21 AM Permalink

### 1 Comments:

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National

Coming Oc



How the Right Sta
& Why They'll Ste
(*Unless W*
*to the editor of,*
MARK CRIS

### About Me



Nar
Mill
**Loc**
City
Stat

Author of Boxed ir
TV, The Bush Dysi
Observations on a
and, Cruel and Un
Bush/Cheney's Ne

Most recently, Mill
performed in "A P
chilling indictment
to subvert the US
replace American
religious values. C

View my compl

Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

By Anonymous, at 4:05 PM

Post a Comment

<< Home

Previous

Gold Star famili
A query for the
Your responses
Meanwhile, it g
HERE....
The entire floor
Village Voice sti
Teresa Chambe
Good news from
another corresp
Three more on
Just a click awa

RSS / Syndicate    Copyright © 2005 Mark Crispin Miller

043613
free counter
by bravenet

## 15 Minutes of Fame
« Search Results »

Welcome Guest. Please Login or Register.
Aug 22, 2005, 5:17pm

 home  help  search  login  register

# Reliable Web Hosting - 3 GB Space - $14/month
Unlimited Emails and Bandwidth www.hostingcentral.com

Ads

15 Minutes of Fame :: Search Results
**10 Most Recent Posts**                                   **10 Results Found**

 search                      reply  send topic to friend  print

□ **Author**          **Topic: Christian Monzon (Read 1,078 times)**

guest
Guest

**Re: Christian Monzon**
« Reply #13 on Aug 8, 2005, 2:07pm »                          quote

---

if you know him so well then what high school did he go to?

🌐 Logged

---

 search                      reply  send topic to friend  print

□ **Author**          **Topic: Porn Mogul + CNN Producer (Read 2 times)**

s
Guest

⚠ **Porn Mogul + CNN Producer**
« Thread Started on Aug 8, 2005, 1:40am »                     quote

---

**But Will Their Children Produce Porn News?**

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted
porn star Mary Carey to June's GOP dinner with President Bush, has
found a new love interest: Washington powerdater and CNN producer
Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO
of Kick Ass Pictures, was in DC for the National Republican
Congressional Committee's annual President's Dinner. He's honorary
chairman of the NRCC's Business Advisory Council, a roundtable of
millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about
the private lunch he and Carey had with White House Chief of Staff
Karl Rove. "Mark's a wonderful guy and I think this could be the real
thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures

as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

http://bc.indymedia.org/newswire/display/4037/index.php

 Logged

 search                                     reply  send topic to friend  print

 **Author**          **Topic: Christian Monzon (Read 1,078 times)**

Cloumbianbeauty
Guest                         **Re: Christian Monzon**
                             « Reply #12 on Jun 24, 2005, 2:42pm »                 quote

He is mexican, from Reseda Ca. We dated a few years ago. He is a sweetheart.

 Logged

 search                                     reply  send topic to friend  print

 **Author**          **Topic: Christian Monzon (Read 1,078 times)**

filmgoddess
Guest                         **Re: Christian Monzon**
                             « Reply #11 on Apr 18, 2005, 3:52pm »                quote

No Christian is not Mexican, he is Israeli. I know him personally. 😊

 Logged

 search                                   reply  send topic to friend  print

**Author**          **Topic: Carlson Twins (Read 3,790 times)**

basil
Guest                        **Re: Carlson Twins**
                             « Reply #4 on Mar 14, 2005, 9:44pm »                 quote

Are twins not the same age 😕

 Logged

search                              reply send topic to friend print

**Author**                        Topic: **Christian Monzon** (Read 1,078 times)

chevy                           **Re: Christian Monzon**
Guest                                « Reply #10 on Mar 8, 2005, 4:03am »            quote

christian is extremely sexy..hope he continues being successful n that
fame doesnt go to his head. if u can relay this to him that'll be
great.. along wit the message that he can contact me !lol jk

Logged

search                             reply send topic to friend print

**Author**                        Topic: **Christian Monzon** (Read 1,078 times)

LALALALA                         **Re: Christian Monzon**
Guest                                « Reply #9 on Aug 31, 2004, 2:34pm »            quote

**Quote:**
You know what is funny? I went to school with him and I don't even know what ethnicity he is....

Christian is Mexican!!!!

Logged

search                             reply send topic to friend print

**Author**                        Topic: **How to reach someone in Ukraine or Russia?** (Read 13
                                times)

seNse                            **How to reach someone in Ukraine
Guest                                **or Russia?**
                                     « Thread Started on Aug 18, 2004, 1:05am »         quote

Hi!!!
Got to know smart guys who do service across Russia

Have ordered a fruit basket with them at www.asap.ru for my friend.
The
least is that it's cheap, they made a picture and added a gift from
company to go with my basket. They called
me first- then arranged
time with my friend and delivered on time I requested

Can't believe it

Can't help being surprised!!!

 Logged

 search                           reply  send topic to friend  print

📁 **Author**                    **Topic: Want to be loved. (Read 17 times)**

WomanfromRussia
Guest

> **Want to be loved.**                                     quote
> « Thread Started on Aug 1, 2004, 12:41am »

Greetings from Russia!

I'm Rose (it's my name).
My greatest dream is to meet a guy of my dreams, whom I'll give up
all my life and love! Promise, he'll never feel bored. He'll see what the
REAL LOVE means.

It's the first time I'm using a marriage agency's services.
My profile is located in the VIP part of the www.mylady.info catalog
and I wait for your mail (my ID number is 1321). May be it's the mail
I'm waiting for so long!

Yours sincerely,

Rose.

 Logged

 search                           reply  send topic to friend  print

📁 **Author**                    **Topic: 4 Your Consideration: Dudi Balsar (Read 190 times)**

**gogay**
New Member
☆
member is offline

> **4 Your Consideration: Dudi Balsar**                     quote
> « Thread Started on Jul 11, 2004, 8:10am »

Here's a nice guy. He's from israel and is the main model of Castro.
He studies law stuff and is a very goog wallyball player in my city's
team.
A "perfect guy" you'de say - well you right!!

Here's the official site! www.castro.co.il

Go.......Gay!



Joined: Sept 2003
Gender: Male ♂
Posts: 2
Location: Middle
East

 Logged

P.B.

Forum Jump

Click Here To Make This Board Ad-Free

| Vacations | Hotels | T1 | Vacation Packages | Air Travel | DSL |

**Ads by Google**     Hot Mexican Guys     Funny Stuff     Mexican Male Models     Sexy Women Wa

This Board Hosted For FREE By ProBoards
Get Your Own Free Message Board!

ABOUT



Condor.

Raison d'être

Contact me

Comments policy

FEATURED
CONTENT

Peter Jennings: The end of
an era

Nationalism is unpatriotic

The death of curiosity

I subscribe to the
homosexual agenda

RECENT POSTS

A peaceful alternative

What a congressman we
have in Jesus ...

American Legion advocates
domestic terrorism

« Christian Taliban: Westboro Batshit Church protesting
military funerals | Main | CoinGate: Bureau loses more
money, after retaining indicted investor »

## AMERICAblog + Republican porn star coverage = Bad press for President Bush



It's a simple equation, really: John does his best to make a
bigger story out of the fact that a porn star (and possible
Republican candidate for office), Mary Carey, attended a
Republican fund raiser last night (more here and here).
John's blog – read by thousands a day (including, of course,
those in the media) – builds the scandal, so when President
Bush starts to talk tough about the Democrats, his words are
married to the actions of a porn star, equaling a messaging
mishap of the highest proportions. From the Reuters story:

> President Bush on Tuesday unleashed his
> harshest criticism yet on Democrats for
> thwarting his second-term agenda, demanding

ADVER

T-Shirts.
Funny, Vi
Cool, 80s
1000's of
find Origir
www.t-shirts

Find It Fc
Low Price
Huge Sel
www.eBay.c

Democra
Wristban
Join 100,
Democra
Wear you
on your w
ThinkBlueDe

Impeach
Stickers
Help end
right-wing
Bumper s
shirts and
www.BeatB

Bush: Troops in Iraq until
2009

Robertson: The Antichrist
backtracks

Bush versus the truth

I'm angry? Yes, I am.

Bill Moyer: A true patriot

Out of touch: President
Bush

Out of touch: Donald
Rumsfeld

### ARCHIVES

August 2005

July 2005

June 2005

May 2005

April 2005

March 2005

February 2005

January 2005

December 2004

November 2004

### BLOG ROLL

AMERICAblog

Crooks and Liars

Daily Kos

Eschaton

Ezra Klein

He Gu!

Hullabaloo

they put forward ideas of their own or "step
aside" and signaling a more aggressive
administration strategy of attack.

[snip]

"On issue after issue, they (the Democrats)
stand for nothing except obstruction," Bush said
at the annual President's Dinner, a $23 million
fund-raiser attended by Republican leaders,
party donors, and a blond porn star and former
California gubernatorial candidate named Mary
Carey.

And from the Associated Press recap:

Republican members of Congress have an
additional $23 million in the bank, thanks in
large part to the efforts of President Bush. GOP
leaders spent much of Monday and Tuesday
entertaining campaign donors, but it was Bush's
speech at a gala Tuesday night that drew the
people who shelled out $2,500 per ticket.

[snip]

Among those attending was Mary Carey, a porn
star who says she plans to run for lieutenant
governor of California next year as an
independent.

A few hours before the dinner, Carey met with
reporters to show off her evening gown – black,
floor-length – and talk about a Republican lunch
she and her boss, adult film executive Mark
Kulkis, attended to hear presidential adviser
Karl Rove speak.

Even the bullshit artists at WorldNetDaily chimed in:

White House spokesman Scott McClellan today
refused to answer questions about the
attendance of a porn star and her boss at a
fund-raising dinner tomorrow where President
Bush will be the guest of honor.

WorldNetDaily's White House correspondent,
Les Kinsolving, asked McClellan about the
controversy, but the spokesman deflected the





New

(Prices Ma
Privacy I

### TESTI

"Sometim
twisted a
mundane
the good
need to b
how lucky
done just

Web

"... a hate
peace mo
at nothin;
disparage
America c
internatio
fast food
supercent
cylinder v
him for it

Masturl

"The ancie
word for
indifferer
- i.e., son
couldn't c
which car
idiotes, o

Kicking Ass

MY BRAIN IS MADE OF
THINGS MADE OF GOLD

Majikthise

Matthew Yglesias

Max Blumenthal

MyDD

Oliver Willis

Pandagon

Sirotablog

Swing State Project

TPMCafe

TalkLeft

Talking Points Memo

The Huffington Post

The Left Coaster

Think Progress

This Modern World

Wonkette

M E D I A

Air America Radio

BBC News

BuzzFlash

CNN

Cleveland Plain Dealer

Democratic Underground

Guardian Unlimited

Los Angeles Times

MSNBC

---

questions, referring WND to the organization
sponsoring the $2,500-a-plate event, the
National Republican Congressional Committee.

Let's see what the Christian Taliban thinks about this move.
Well played, John. Well played.

06/15/2005 AT 10:33 PM | PERMALINK

**TrackBack**

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/2654507

Listed below are links to weblogs that reference
AMERICAblog + Republican porn star coverage = Bad press for
President Bush:

**Comments**

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who
escorted porn star Mary Carey to June's GOP dinner with
President Bush, has found a new love interest: Washington
powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president
and CEO of Kick Ass Pictures, was in DC for the National
Republican Congressional Committee's annual President's
Dinner. He's honorary chairman of the NRCC's Business
Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN
about the private lunch he and Carey had with White House
Chief of Staff Karl Rove. "Mark's a wonderful guy and I think
this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating
such figures as venture capitalist Jonathan Ledecky (now
trying to buy the Washington Nationals), Univ. of Maryland
basketball coach Gary Williams, and spent time last August
with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.),
John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs
VP John McDonough and Democratic lawyer Julian Epstein.
She was engaged to John Daggett, AOL millionaire.

---

C

"Keep it c
when it n
in the cur
administr
morons th
calling th
morons ev
name. Th
feeders w
morons w
and a pla

"... virtuc

R

"Apparen
Joseph Hu
now the v
Democrat
Congratul
Hughes!"

"This one
mass of p
the form
blog. ... B
foaming c
guy is elo
his points
manner."

S H A M E
P L U G S

Casey's ph

---

National Public Radio

New York Times

Salon

The Athens NEWS

The Nation

The Onion

The Post

The Raw Story

Washington Post

Yahoo! News

**ALLIES &
ACTION**

ActBlue

America Coming Together

American Civil Liberties
Union

American Rights at Work

Americans United for
Separation of Church and
State

Americans for Gun Safety

Amnesty International

Bill of Rights Defense
Committee

Billionaires For Bush

Campus Progress

Canadian Alternative

Center for American
Progress

Common Cause

Democracy For America

---

POSTED BY: JIM KOHL | 08/09/2005

                          Post a comment

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:

URL:

☐ Remember personal info?

Comments:

Preview    Post

---

Guster

He Gu!

My Daily

My MyDD

My TPMCa

Radiohea

**HE GU**

Do you be

Elsewhere

Feinblog

MY BRAIN
THINGS M

Numbere

Plastic Pa

Reconstit

This is no

**CATEC**

Activism

Alma Mat

America's
Values

Christian

Current A

Destinatio

Do Somet

Electione

Fake New

Four More

Guest Cor

HFA Reco

Democratic Congressional
Campaign Committee

Democratic National
Committee

Democratic Senatorial
Campaign Committee

Grassroots for America

Greenpeace

Grow Ohio

Human Rights Campaign

Media Matters for America

MoveOn.org

NAACP

NARAL Pro-Choice America

NORML

National Organization for
Women

New Democrat Network

Ohio Democratic Party

Operation Truth

People For the American
Way

Petition Online

Planned Parenthood

Progressive Majority

Public Citizen

Rapid Response Network

Religious Coalition for
Reproductive Choice

Rockridge Institute

Save Roe

Humor

Office Spa

Pre-2004

PropaGan

Random C

Rants & R

Say Whati

Sports

Tales Fror

Web Site

**COMM
POLIC**

I welcome
civil deba
America.
to delete
are abusi
discriman
make thre
topic. I al
right to b.
from com
violations
rules.

**RECEN
COMM**

John on T
crisis

amadeus
Cindy cris

amadeus
Cindy cris

Soledad r
Hemmer l
one's wate
jackass?

Sierra Club

Southern Poverty Law
Center

The Brady Campaign to
Prevent Gun Violence

The Downing Street Memo

Tolerance.org

TrueMajority

Wellstone Action

Young Democrats of
America

**S O C I E T Y   &
T E C H N O L O G Y**

Apple

Defamer

Gawker

Gizmodo

Lifehacker

Mac Rumors

Wired News

**P R O F E S S I O N A L**

AIGA

BE A DESIGN GROUP

Graphic Artists Guild

HOW

Mediabistro

The Creative Group

**S P O R T S**

Bobcat Attack

Cleveland Browns

Cleveland Cavaliers

Joseph or
leaves CN
watching,
jackass?

Matt Lync
Hemmer I
one's wat
jackass?

W.D.Russe
Yes, I am.

Joseph or
crisis

John on T
crisis

Joseph or
America!
blogs! Anc
Condor!

**G O O G**
**P A G E**

Add me to
People lis

Subscribe









Cleveland Indians

ESPN

Ohio Bobcats

Porn Valley News: Mark Kulkis + CNN's Kathy Benz?     Filed 09/02/2005     Page 25 of 57     Page 1 of 4

Case 1:05-cv-01760-EGS     Document 1-13

# PORN VALLEY NEWS
### .COM

**HOME     PHOTOS     INTERVIEWS     FREE PORN     ARCHIVES     GOT NEWS?**

**August 06, 2005**

## Mark Kulkis + CNN's Kathy Benz?

**Anonymous writes:** X-rated video mogul **Mark Kulkis**, who escorted porn star **Mary Carey** to June's GOP dinner with **President Bush**, has found a new love interest: Washington powerdater and **CNN** producer **Kathy Benz**.

The two met during an interview while Kulkis, 40, president and CEO of **Kick Ass Pictures**, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff **Karl Rove**. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist **Jonathan Ledecky** (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach **Gary Williams**, and spent time last August with Sirius CEO **Mel Karmazin** at his Hamptons home.

Her regular companions include Rep. **Pete Sessions** (R-Tex.), **John Sununu, Sr**, venture capitalist **Mark Ein**, Chicago Cubs VP **John McDonough** and Democratic lawyer **Julian Epstein**. She was engaged to John Daggett, **AOL millionaire**.

Search this site:

Search



### ARCHIVES

August 2005

July 2005

June 2005

May 2005

April 2005



Posted by Ray :: Aug 6, 2005 :: Posted to News :: Permalink

March 2005

February 2005

January 2005

December 2004

November 2004

September 2004

August 2004

July 2004

May 2004

December 2003

August 2003

©2003-2005 DARK WORLD MEDIA :: LEGAL INFO



**FREE SEX LINKS**

Free SEX Samples!
California Pimp
Street Blowjobs
All Amateur Movies
Cheap Porn DVDs!
College Lesbian Orgies
Big Natural Tits
Dangerous Dongs
NEW Porn Girls!
Cum-Faced Teens
Boy's First Time
Girls Who Eat Cum
Tight Young Latinas
Girls Love Big Dicks
Tranny Surprise

Porn Valley News: Mark Kul + CNN's Kathy Benz?

Euro Sex Parties
Big Brown Asses
Wives in Pantyhose
VIP Club Sex Videos
Top Shelf Pussy
Fucking Hot Moms
Exploited Teens
All Sex Sites Access
Round and Brown
Cum Girls

**P O W E R E D   B Y**

Movable Type 3.121

**S Y N D I C A T I O N**

RSS FEED [XML]

| resources | contact | about | volunteer | tv news | video | radio | print | questions |



read it, write it, your site, your news... for southern cascadia

search
images  audio  video
all categories

english espanol

**calendar**

ONGOING
FEATURES
Battle of the Biscuit



pdx news
pdx radio
pdx print
pdx video

**publish**

**genres**
announcements
commentary
creative
questions
reporting
reposts

**regions**
portland metro
oregon & cascadia
united states
global

**topic pages**
9.11 investigation
actions & protests
alternative media
animal rights
anti-racism
arts and culture
bikes/transportation
community building
corporate
dominance
drug war
economic justice
education
election fraud
energy & nuclear
environment
faith & spirituality
forest defense
gender & sexuality
genetic engineering
government
health

newswire article          commentary          global                    19.May.2005

faith & spirituality | government | indigenous issues

# Guess who's comin' to diner at the WH!
author: News Hound

Porn star and former gubernatorial candidate Mary Carey will be joining her boss, Kick Ass Pictures president Mark Kulkis, in attending a dinner with President Bush in Washington, D.C. on June 14.

http://www.avn.com/index.php?
Primary_Navigation=Articles&Action=View_Article&Content_ID=227238



Can someone please tell me what christian means, when you have pron stars dining with pRsident? Is that what they mean by christain values?

**add a comment on this artic**

**the power elite 1956**                              20.May.2005 0

C. Wright Mills



**RIGHT ON TO WHO POSTED THIS!!!!! Everyone should know**        20.May.
                                                                    0

do you care?

homelessness
human & civil rights
imperialism & war
indigenous issues
labor
legacies
media criticism
neighborhood news
police / legal
political theory
prisons & prisoners
social services
sustainability
technology
youth

## actions
save the biscuit
cheney protests
may day
m19

dnc & rnc actions
ftaa miami & soa
wto cancun actions
a21 bush protests
wto sacramento
week of bombing
m20: day x
a22: bush protest
all action pages >>

## resources
animal rights
bicycles
education
environment
faith
forest defense
genetic engineering
homelessness
labor
media
nuclear issues
peace+justice
political parties
prisoner support
sexuality
social services
street medics
sustainability
technology

## global imc
## network:

www.indymedia.org
us.indymedia.org
oceania.indymedia.org
indymedia.org.uk

**Working Groups**
print
radio
satellite tv
translation tool
video

---

You know this is the most concise info. on this extremmly impt. topic because everyone need know about the child abuse, pornography and violence and more that is behind the taking over this Country and the filthy disgusting immoral and murderous folks who run the World---mostly I might add; however, there are some women who have been abused and are part of it...also D Icke writes well about all of it too!! He's the former BBC journalist...

## We Like Girls. (also)                    20.May.2005 1

Tom

Could this be a conscious demonstration on behalf of the White House, after the documented overnight visits of Gannon/Guckert? The message: We have been reformed, we prefer girls.(al

## Damage Control                    20.May.2005 1

A diversion from gannon/Gosch

This is a sleezy tactic, by the mainstream media to dispel the perverse notion, and correct perception that many if not most of the Illuminati power brokers( aka PUPPETS), posing as ele officials, residing in the White House and on Capitol Hill are actually raging pedophiles and homosexuals.

---

20.May.2005 1



---

## Bird of a Feather - Porn King and CNN                    30.Jul.2005 1

Hal Malkin

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to l month's GOP dinner with President Bush, has found a new love interest: Washington powerda and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Pictures, was in DC for the National Republican Congressional Committee's annual President': Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hampto

home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capita Mark Ein, and Chicago Cubs VP John McDonough.

**Topics**
biotech
ftaa

**Africa**
ambazonia
canarias
estrecho / madiaq
south africa

**Asia**
beirut
burma
cyprus
india
israel
istanbul
jakarta
japan
palestine

**Caribbean**
puerto rico

**Europe: Central**
austria
germany
hungary
poland
slovenia
switzerland

**Europe: Eastern**
belarus
belgrade
bulgaria
croatia
kasimov
romania
russia

**Europe: Northern**
finland
norway
sweden

**Europe: Southern**
alacant
athens
barcelona
euskal herria
galicia
italy
la piana
madrid
malta
portugal
thessaloniki
valencia

**Europe: Western**
andorra
antwerp
belgium
grenoble
ireland
liege
lille
marseille
nantes
netherlands

## Bird of a Feather - Porn King and CNN
03.Aug.2005 2

Hal Malkin

Images


*Jeff Kulkis*


*Kathy Benz*

add a comment on this artic

discussion from this artic

nice
oost-vlaanderen
paris
toulouse
west vlaanderen

**Europe: UK**
bristol
cambridge
leeds
liverpool
london
manchester
oxford
scotland
sheffield
south coast
west country

**Oceania**
adelaide
aotearoa
brisbane
jakarta
manila
melbourne
perth
qc
sydney

**South America**
argentina
bolivia
brasil
chile sur
colombia
ecuador
peru
qollasuyu
rosario
santiago
uruguay
valparaiso

**Turtle Island**

**Appalachia**
baltimore
charlottesville
dc
north carolina
philadelphia
pittsburgh
richmond
tennessee

**Cascadia**
bellingham
british columbia (ca)
portland
rogue valley
seattle
victoria (ca)

**Great Lakes**
buffalo
chicago
cleveland
columbus
hamilton (ca)
kitchener (ca)
madison

michigan
milwaukee
minneapolis/st. paul
ontario (ca)
rochester
toronto (ca)
thunder bay (ca)
windsor (ca)

**Great North Woods**
binghampton, ny
boston
danbury, ct
hudson-mohawk
maine
maritimes (ca)
montreal (ca)
new hampshire
new jersey
nyc
ottawa (ca)
quebec (ca)
vermont
western mass
worcester

**Great Plains**
austin
big muddy (so. illinois)
colorado
houston
kansas city
normal, il
north texas
oklahoma
omaha
urbana-champaign
winnipeg (ca)

**Inter Mountain**
arizona
las vegas
new mexico
reno
utah

**Mexico**
chiapas
oaxaca

**Mississippi Delta**
arkansas
new orleans
st louis

**South East**
atlanta
miami
tallahassee-red hills
tampa bay

**South West**
los angeles
san diego
san francisco bay area
santa barbara
santa cruz
tijuana (mx)

**Process**
fbi/legal updates
indymedia faq

Case 1:05-cv-01760-EGS    Document 1-12    Filed 09/02/2005    Page 34 of 57

mailing lists
documentaion project
tech
volunteer

why this cities list?

# 100 monkeys typing.

« That's HOT! | Main | Analogy or Can I Get an Iraq Flavored Fruit Roll-Up? »

## JULY 25, 2005

### JUST A LITTLE PIN PRICK

* Hate by any other name, is still <u>hate</u>.

> "Liberal congressmen have now introduced a bill adding 'sexual orientation' specifically to federal workplace protection," the pro-family spokesman says. "This would be the first time, if it passes, that Congress has created a special civil-rights category for sexual orientation."
>
> (...)
>
> If the legislation passes, he adds, it could set America on a downward spiral into depravity and, meanwhile, open the floodgates to all sorts of special rights groups.

* How do you effectively protect an entire planet from religious <u>zealotry</u>?

* A fair and balanced look at the <u>flag desecration</u> issue from the right.

* Doin' it by the numbers isn't effective if you're using the wrong numbers, a POV on the <u>Iraqi bodycount</u>.

* Increasingly fascinating is, that no matter how bad the screw-ups, how egregious the misleading of the voters, how catastrophically bad the war is managed and how criminal the administrative leaks are, the GOP do not deviate from their <u>blind faith</u> to their leader.

* Talk about a match made in heaven... <u>a porn mogul and a CNN producer</u>. Might even make Larry King worth watching.

Posted by kerry at July 25, 2005 02:11 AM

### COMMENTS

So what the point, that Kathy Benz is a slut?

Posted by: cb at July 25, 2005 05:17 AM

Slut? Who cares about slutty? It's the news, remember? The upcoming special edition with Robert Novak's tutoring of Anderson Cooper might be PPV now, though. ;)

Posted by: kerry at July 25, 2005 05:25 AM

Christians have been taken for a ride and they don't even know it. Do they really understand the basis for their homophobia? A lot of wealthy people, think tanks and politicians have successfully defined and framed what it means to be a Christian in America. It's the most brilliant marketing campaign of all time. Christians have been led to believe that they have shaped politics when it's actually the politicians who have shaped them. They've allowed these outside forces to dictate their dogma. They obediently demonize whatever and whomever the campaign specifies. They have dutifully followed the "sexual sin is the greatest sin" carrot. They've blindly focused on sex because the right-wing marketing machine feeds this to them knowing the simple-minded will gobble it up. Because it's so much easier than (gasp!) actually thinking for themselves. It's incredibly easy to program the willing. But most importantly the political strategy of distraction prevents loyal followers from focusing on the most egregious sin of all -- worshipping money and material gain -- which obviously would be counterproductive to the Repug cause. Christians have been played and they are oh-so-blissfully unaware. It's unbelievably pathetic.

Posted by: lulu at July 25, 2005 08:19 AM

Hey Kerry,
THanks for the link! I appreciate that!

Posted by: media in trouble at July 26, 2005 04:14 AM

## POST A COMMENT

Name:                                          Remember personal info?
                                                ○ Yes   ◉ No

Email Address:


URL:


Comments:

[ Preview ]  [ Post ]

Watching The Watchers || Porn King and CNN Producer                                Page 1 of 2

**W a t c h i n g  T h e  W a t c** **PROUD**
*Blacklisted and*

Front Page + Everything + News + Diaries

People must realize that even with all these comforts, all this money and a GNP that increases every year, they are still not happy. They need to understand that the real culprits are our unceasing desires. Our wants have no end.

-His Holiness the Dalai Lama, "Imagine All the People"

*Blogads*

**Capitol Hill Workshop**



# Capitol Hill Workshop

### Sept. 21-23, 2005

The definitive non-partisan CQ overview of how Congress works.

**Best seminar ever.**
- *Systems Analyst, DFAS*

**I strongly encourage a wide variety of colleagues to take this course.**
- *Program Manager, Human Resources, State Dept.*

**TheCapitol.Net
Congressional Quarterly
Exec. Conferences**

*Read More...*

**Finally, programming for the rest of us!**



Tired of programmers who don't deliver? Tired of looking for help with a small job and getting taken for a ride? The team at MyPetProgrammer.com can help!

*Read More...*

# Porn King and CNN Producer

By Anonymous, Section News
Posted on Fri Jul 22, 2005 at 10:52:25 AM EST

http://whatshappeningatcnn.blogspot.com/

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, may have found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two are rumored to have met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she is said to have told girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and is said to have spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

< Toon of the moment (1 comments) | Bush Stops New Abu Ghraib Photos (1 comments) >

**Menu**

+ create account
+ faq
+ search

**Login**

**Make a new account**

Username:

Password:

[Login]  [Mail Password]

**Related Links**

+ Scoop
+ http://wha tshappeningatcnn.blogspot.com
+ More on News
+ Also by Anonymous

Case 1:05-cv-01760-EGS    Document 1-12    Filed 09/02/2005    Page 39 of 57

_Advertise here_

**M E D I A
BLOGGERS**
mediabloggers.org

**Superbowl Tickets**
- Alpha Tickets guarantees
the lowest prices on 2006
Superbowl XL Tickets



Display: Threaded      Sort: Highest Rated First      Oldest First   Set

Porn King and CNN Producer | **1** comment (1 topical, editorial, 0 hidden)

---

**Re: Porn King and CNN Producer** (none / 0) (#1)
by ~A! on Fri Jul 22, 2005 at 07:32:35 PM EST
Wow, that's.... insignificant.

~A!

Porn King and CNN Producer | **1** comment (1 topical, 0 editorial, 0 hidden)

Display: Threaded      Sort: Highest Rated First      Oldest First   Set



Search

All trademarks and copyrights on this page are owned by their respective companies. Comments are owned by
the Poster. The Rest © 2004 The Management

create account | faq | search

 **Breaking News and Insider Views**

« Bush Will Reportedly Nominate "Rock-Solid" Conservative U.S. Circuit Judge John Roberts Jr... | Main | Sean Carney Out at Hustler; Al Underwood In »

**July 20, 2005**

## Kulkis Kicks MacKinnon's Ass

Industry veteran Mark Kulkis is turning out to be quite the Renaissance man. One-time *AVN* managing editor, Kick Ass president, Mary Carey's California gubernatorial campaign manager, dining partner of President Bush and Karl Rove and now legal affairs writer. Mark has an opinion piece in today's Los Angeles Daily Journal, the nation's largest legal daily newspaper, rebutting a new essay by University of Michigan law school professor Catharine MacKinnon, the notoriously rabid anti-porn crusader (the feminist left's equivalent of sorts to the religious right's American Family Association and similar ilk).

The piece follows; more on it on *AVN*.com later this afternoon:

July 20, 2005

MACKINNON'S ANTI-PORN CRUSADERS: THOUGHT POLICE IN DISGUISE

Forum Column

By Mark Kulkis

I might be expected to have a bias against feminists because I make my living producing pornography. But nothing could be further from the truth. I'm all for equal rights for women in every aspect of society, and I'm a great admirer of real feminists such as Camille Paglia.
But University of Michigan law school professor Catharine MacKinnon is something different. Her idea of equal rights seems to be an Orwellian matriarchy in which men are punished for thoughts. In fact, this is exactly what she proposes in her new collection of essays, "Women's Lives, Men's Laws."
In the book's last section, "Pornography as Sex Inequality," MacKinnon argues that porn harms not just the women who star in it not just the women who see it, but every woman who comes into contact with any man who has seen it. In other words, all wom everywhere. She feels that this "harm" (which she calls "civil denigration") should be actionable through civil lawsuits against por producers.
Oh, that got your attention, didn't it? I know what you're thinking: MacKinnon is a genius! Who could be a more unsympathetic y deep-pocketed defendant than the porn industry, with annual revenues of more than $10 billion? But before you start salivating a over your power ties, you should know that MacKinnon's shrill diatribe is a disaster for a number of reasons.
For starters, MacKinnon obviously has not done her homework. She makes blanket statements about porn that from my experier are patently untrue. For example, her contention that sexual violence increases when porn becomes more available in a society h never been supported by any reputable study. In fact, just the opposite seems to be true. The most misogynistic cultures (Saudi Arabia and Iran come to mind) are those with the strictest censorship; while some of the least misogynistic, such as Sweden, we the first to lift restrictions on porn.
I have to wonder whether MacKinnon has ever seen a hardcore porn movie. Just listen to her describe them: " ... women are see being bound, battered, tortured, humiliated and sometimes killed."
Killed? What fantasy world is MacKinnon living in? "Snuff films" may be popular as urban legends or fodder for sensational Hollywood films, but no law enforcement agency in the world has ever found evidence of one. Similarly, no mainstream porn mov would ever feature a woman being bound or harmed. Fetish films, yes, but those don't feature sex.
And if MacKinnon had done her research, she would have realized that "fem dom" fetish films, in which men are the subjects of t beatings, are just as popular if not more so than the reverse. But these are the kinds of outdated myths MacKinnon uses to bois her arguments.
MacKinnon also dredges up the tired old argument that porn "objectifies" women. It's high time to retire this hackneyed phrase.

Our society is brimming with examples of humans being objectified. Look at boxing, for example. How could two people be more objectified than to be turned into human punching bags for the viewing pleasure of a paying audience? And yet, nobody ever complains about that, in terms of objectification. Is it because violent objectification is OK, but sexual objectification is not? Or because boxers, who are men for the most part, are assumed to be intelligent enough to consent to being objectified? Is that equality?

If being "objectified" means a young woman can get paid 100 times more than working behind the counter at McDonald's, then shouldn't she have that choice? Aren't assembly-line workers in Detroit objectified by being turned into human drills and screwdrivers? Marxism tried to stir up people's passions by using equally meaningless but emotionally charged expressions. MacKinnon appears headed down the same road to irrelevancy.

Tellingly, the anti-porn civil rights hearings that MacKinnon and her compatriot Andrea Dworkin held in the early 1980s bore only one short-lived fruit, when the city of Indianapolis passed a version of their model ordinance. It was promptly struck down by the federal courts in 1984 as a violation of freedom of speech. Many civil rights groups opposed it, including a group called the Femir Anti-Censorship Task Force, which filed an amicus curiae brief - earning MacKinnon's special wrath.

Discerning readers will recognize MacKinnon's warped form of feminism as the backward-thinking censorship that it is. For the majority of Americans, porn is a form of escapist entertainment that can be enjoyed alone or with a partner, and can even be a learning tool to explore the vast universe of possibilities in the bedroom. What's so wrong with that?

*Mark Kulkis is president of Los Angeles-based Kick Ass Pictures, which produces hardcore adult movies. He managed porn actress Mary Carey's run for governor during the California recall election.*

Posted by Mr.MikeRamone at July 20, 2005 01:26 PM

**Trackback Pings**

TrackBack URL for this entry:
http://www.avn.com/blog/mt-tb.cgi/287

**Comments**

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

Posted by: Anna Lia at August 1, 2005 04:31 PM

Kulkis told me at the recent Night of the Stars that this purported "romance" is news to him. Now maybe Mark was just playing it close to the vest or maybe just maybe the author of the story got the female's name wrong. Maybe Kulkis is actually having a romance with NIKKI Benz.

Posted by: Mike Ramone    at August 1, 2005 10:43 PM

Case 1:05-cv-01760-EGS     Document 1-12     Filed 09/02/2005     Page 42 of 57

Kulkis is a dork.

Sorry.

---

Posted by: Guy Le Douche at August 19, 2005 10:28 AM

**Post a comment**

If you have a TypeKey identity, you can sign in to use it here.

Name:

Email Address:

URL:

Remember Me? ⦿ Yes ⦿ No

Comments:

[ Preview ]   [ Post ]

**AVN Online   Adult Video News   AVN Awards   GAYVN**
**Erotica LA   Internext Expo   Adult Expo   Adult Novelty Expo**

Case 1:05-cv-01760-EGS    Document 1-12    Filed 09/02/2005    Page 43 of 57

.:digital dope:.: Carey Scary?                                         Page 1 of 2

 Blogger | | SEARCH BlogThis! | GET YOUR OWN BLOG | ☜ FLAG? | NEXT BLOG»

# .:DIGITAL DOPE:.

A : SN → SN

**WEDNESDAY, JUNE 22, 2005**

## Carey Scary?



Some conservative Christians are still in a snit over **Mary Carey's** appearance at a Repub fundraiser where the Prez was speaking. Get over it. Newsflash: Jesus had a reputation of hanging out with prostitutes, drunkards and tax collectors (and deriding religious power players). He apparently liked their company and preferred it to the religious leaders. So why are Christians so quick to cast stones at Bush as well as Ms. Carey who is excercising her freedoms by attending? After all, wasn't it the pharisees who denounced Jesus over his choice of company? I'm not comparing Bush to Jesus, I'm comparing the criticism of Bush/Cary *by Christians* to that leveled against Jesus and his pals *by Pharisees*. As far as the Prez goes, he's the leader for all Americans, Ms. Carey included. Why is this so hard for some people to understand?

Furthermore, a wry observer eager to poke a finger in hypocrisy might note that according to recent stats (gathered by evangelicals) 35% of evangelical Christian women are surfing porn online (God only knows how many evangelical men are.) So perhaps Ms. Cary simply wanted to acknowledge an important part of her

**ABOUT ME**

SHERRIE GOSSETT
WASHINGTON, D.C.

VIEW MY COMPLETE PROFILE

**PREVIOUS POSTS**

You'll have to read my previous post The Dialecti...

The Dialectic of Desire

Map your political orientation

Sexual blacklist, anyone?

Here's a shot of my Paul Reed Smith Custom 24 Braz...

The Born-Again Individualist

My Schecter Classic -with .10's on top. Coil-split...

Crater

Hamza non grata

Most people don't realize that under the conservat...

 I Power **Blogger**

constituency: conservative Xtans and Republicans.

POSTED BY SHERRIE GOSSETT AT 3:42 AM

1 COMMENTS:

Anonymous said...

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

3:41 PM

POST A COMMENT

<< Home

🔲 Blogger™    [ _____ ] [ SEARCH ] BlogThis!    [ GET YOUR OWN BLOG ] [ NEXT BLOG » ]

# News From Underground

**Saturday, June 18, 2005**

## Mary Carey "a fully converted Republican"

Pornography in the Service of God/Bush
By Lonna Gooden VanHorn
June 17, 2005

A porn star, Mary Carey, and her boss, Mark Kulkis, president of
"Kiss Ass Pictures" were invited to our "family values" President's
Dinner and Salute to Freedom on June 15th. It appears our
president has "broadened" his horizons, pardon the pun.

But, not to be alarmed, Mary Carey, like Bush, says she is a
Christian.

Mary also said she would like to party with Bush's daughters, they
seem like they would be "fun,"

If you recall at the RNC, the twins said they were enjoying being
young and irresponsible just like their dad had been young and
irresponsible.

Read more.

posted by MCM at 11:21 AM Permalink

### 1 Comments:

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn
star Mary Carey to last month's GOP dinner with President Bush, has
found a new love interest: Washington powerdater and CNN producer
Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40,
president and CEO of Kick Ass Pictures, was in DC for the National

Coming Oc



How the Right Sto
& Why They'll Sta
(Unless W

MARK CRIS

### About Me



Nar
Mill
Loc City
Stat

Author of Boxed in
TV, The Bush Dys
Observations on a
and, Cruel and Un
Bush/Cheney's Ne

Most recently, Mill
performed in "A P
chilling indictment
to subvert the US
replace American
religious values. D

View my compl

Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

> By Anonymous, at 4:05 PM

**Previous**

Gold Star famili
A query for the
Your responses
Meanwhile, it ge
HERE....
The entire floor
Village Voice sto
Teresa Chambe
Good news from
another corresp
Three more on
Just a click awa

Post a Comment

<< Home

RSS / Syndicate    Copyright © 2005 Mark Crispin Miller

```
043754
free counter
by bravenet
```

# Save The GOP



Go!

- Home
- About
- Contact
- RINO Watch List

---

# Mary Carey and Karl Rove

*June 16th, 2005*

I thought this was sort of interesting. I am sure y'all all know that Bush recently had a fundraising dinner in DC for all the high rollers who want to contribute to the House and Senate GOP general campaign funds. What you may not know is that Mary Carey was in attendance. Mary Carey is of course a world famous hardcore porn starlet who ran against Arnold Schwarzenegger (along with many others) for the governorship of California after Gray Davis was recalled.

> "I met a lot of nice people," Carey said of the lunch, where presidential adviser Karl Rove spoke. "I met some people who talked about helping me with donating money to my next campaign."

> She plans to run for lieutenant governor of California next year as an independent. But her trip to Washington has swayed Carey's political leanings. She says she's been a Republican "for a couple of days."

Jerry Falwell is going nuts right now. I won't link to Mary's "official" website, if you want to see what it (and she) look like then it's not too hard to find. I sure didn't have much trouble 😊

UPDATE:

Ok, ok just one picture though. I had to search long and hard to find a suitable picture that upheld Save the GOP's . . . uhmmm rigorous adherence to family-values. After many, many failures I finally found this:



(actually it wasn't that hard to find, this is one of the original pics that came with the story)

Entry Filed under: Senate 2006, House 2006

# 18 Comments Add your own

Case 1:05-cv-01760-EGS    Document 1-12    Filed 09/02/2005    Page 48 of 57

- **1.** Anonymous | July 15th, 2005 at 1:38 am

  You can also take a look at some relevant information dedicated to.

- **2.** free casino cash&hellip | July 17th, 2005 at 4:49 am

  **free casino cash**
  You can also take a look at some helpful info about play roulette blackjack rules

- **3.** Anonymous | July 17th, 2005 at 6:25 am

  Hi My wife and I would like to thank you all for this web site. Hours of pleasure and all

- **4.** online casino sites&hellip | July 17th, 2005 at 2:45 pm

  **online casino sites**
  In your free time, check the sites on online casinos slot machines casino games

- **5.** slot machines&hellip | July 17th, 2005 at 11:06 pm

  **slot machines**
  You may find it interesting to check some relevant pages in the field of online casino gambling casino on net

- **6.** online casino games&hellip | July 19th, 2005 at 1:10 am

  **online casino games**
  Take your time to check out some relevant pages dedicated to online casino casino gambling

- **7.** build a texas holdem tabl&hellip | July 22nd, 2005 at 1:39 am

  **build a texas holdem table**
  You may find it interesting to check some relevant pages dedicated to basic texas holdem

- **8.** morning after pill&hellip | July 22nd, 2005 at 1:50 pm

  **morning after pill**
  You may find it interesting to check out some relevant information in the field of allegra ambien

- **9.** free slots&hellip | July 24th, 2005 at 2:13 am

  **free slots**
  In your free time, check some information dedicated to blackjack free slots

- **10.** Anonymous | July 24th, 2005 at 1:08 pm

  Just stopped by to visit and got the crunch on your stuff in here - bravo!

- **11.** phentermine&hellip | July 28th, 2005 at 4:53 pm

**phentermine**
You are invited to take a look at some relevant pages about phentermine online viagra online

- **12.** texas holdem strategy han&hellip | August 1st, 2005 at 8:04 pm

**texas holdem strategy hand**
You may find it interesting to check some information dedicated to Instructions on How to Play Texas Holdem

- **13.** Tom Scott | August 6th, 2005 at 10:35 pm

But Will Their Children Produce Porn News?

(BEVERLY HILLS) — X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

http://portland.indymedia.org/en/2005/05/317721.shtml#181029

- **14.** Anonymous | August 10th, 2005 at 11:20 am

Warm greetings! Thanks for all the information, a very nice and well done site! Cheers.

- **15.** buy viagra&hellip | August 12th, 2005 at 1:54 am

**buy viagra**
Please check some relevant pages on cheap phentermine cheap viagra phentermine

- **16.** blackjack&hellip | August 13th, 2005 at 10:12 pm

**blackjack**
Take your time to take a look at the pages about online casinos roulette

- **17.** bet | August 16th, 2005 at 7:44 pm

  Thank you, I just wanted to give a greeting and tell you I like your website very much.

- **18.** Texas Holdem Probabilitie&hellip | August 19th, 2005 at 12:42 pm

  **Texas Holdem Probabilities**
  Please take a look at the sites on official texas holdem rule

# Leave a Comment

Name _____

Email                             *hidden*

Url _____

Comment

[ Submit ]

**Some HTML allowed:**
<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <code> <em> <i> <strike> <strong>

Trackback this post | Subscribe to the comments via RSS Feed

---

## *Calendar*

June 2005

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

« May       Jul »

## *Most Recent Posts*

- RINOs In Charge
- Whither fiscal conservatives?
- Toomey Redux
- Patrick Ruffini's BIG ONE
- Freedom Fighters in PA
- Tancredo Update
- CRNC Sends Out 7 Field Reps
- Andrew Young, A True Patriot
- Iraqi Constitution Info
- Site Update

---

© Copyright 2005 Save The GOP. All rights reserved.
Blix Theme by Sebastian Schmieg. Icons by Kevin Potts . Powered by WordPress . Login



STRAYER
UNIVERSITY

Work full time?    Study part time.

- Associate in Arts
- Bachelor of Business Administration
- Bachelor of Science
- Master of Business Administration
- Master of Science
- Master of Science in Professional Accounting

## Daniel Rubin



Reporter at the Philadelphia Inquirer since 1988, except from 2000 to 2003, when I was Knight Ridder's European correspondent, based in Berlin. **Latest job:** covering the business of entertainment.
·View my complete profile

### Email

It was a wise man who said news is a conversation. Let's talk. Please comment on what moves you. If you email me, I might want to quote from it. Unless you tell me it's private, I honor confidences.

### Local Interest

The Rittenhouse Review
Suburban Guerrilla
slacktivist
The700Level.com Philly Sports Talk, For Fans, By Fans. By Enrico.
The All Spin Zone
Sarcasmo's Corner
Philly Future Urbi et Orbi - The News
YOU Write - Since 1999
philly
iFlipFlop
How Appealing
Good Grief! Does this blog make my butt look big
Eschaton
Daily Sally
Citizen Mom
blonde sagacity
Blankbaby
Bails, Sticks and Stuff
Attytood
artblog
Afro-Netizen™
A Smoke-Filled Room
A List Of Things Thrown Five Minutes Ago
[s h a l l o w c e n t e r]
:::Philebrity...media, culture, music and more:::

« What's in YOUR iPod? | Main | Cashed Out »

**June 15, 2005**

## The President and the Porn Star



STAR-SPANGLED: Carey from C/C

Not that president.

Last night, porn star and former California gubernatorial candidate Mary Carey, got to dine with President Bush at a fund raiser for fellow GOP heavy hitters. That is Carey, above, decked out in patriotic garb for a publicity photo, courtesy of Radar Magazine.

Fulfilling a long-time dream to press the .... ok, I'll do this straight. The star of *Everybody Likes Big Boobies* was attending the National Republican Congressional Committee with Mark Kulkis, president of Kick Ass Pictures. According to Adult Video News (this is a first-time citation for Blinq), "Kulkis serves as an Honorary Chairman on the NRCC's Business Advisory Council, a group of business people who advocate a progressive, pro-business agenda. His company produces hardcore adult videos with a guarantee of 'No Fake Boobs & No Condoms.' " When Carey ran in the 2003 California Recall Election, Kulkis served as her campaign manager.

Kulis told Radar Magazine that the GOP came to him. He put his company's name a pro-Republican ad in the *Wall Street Journal*, then received an invitation and paid for two $2,500 tickets. NRCC spokesman Carl Forti conceded as much to the AP and said, "Their money was donated to the NRCC. The NRCC's job is to elect Republicans. We'll take that money and use it to elect more Republicans."

Carey told the magazine that meeting Bush had always been one of her dreams. She and Kulkis were to first attend a luncheon with presidential adviser Karl Rove, whom she describes as "very sexy," and later sup with the prez.

**August 20**

| Sun | Mon |
| --- | --- |
|     | 1   |
| 7   | 8   |
| 14  | 15  |
| 21  | 22  |
| 28  | 29  |

### Categorie

Americana
Breaking New
City Life
Education
Food and Drin
Games
Lit
Media
Modern Time:
Movies
Music
Poli Sci
Science
Sex
Sports
Stuff
Travel
Weblogs
Web/Tech

## Poli Sci

skippy the bush kangaroo
pandagon.net - we served with john
kerry, too
lgf the terrible infant speaks
The Daily Howler
The American Times
Oliver Willis Like Kryptonite To Stupid
instapundit.com
Informed Comment
Daily Kos Political Analysis and other
daily rants on the state of the nation.

## Foreign P.O.V.

signandsight
International - SPIEGEL ONLINE -
News
Guardian Unlimited Newsblog
Global Voices Online
Economist.com
BerlinBites

## Media Mania

Bayosphere Of, by and for the Bay Area
Blogspotting - BusinessWeek Online
CJR Daily Home
First Draft by Tim Porter
Hypergene MediaBlog
Online Journalism Review
Poynter Online - Romenesko
PressThink
Reflections of a Newsosaur
editorsweblog.org

## One-stop

BuzzMachine... by Jeff Jarvis
Daypop Top 40 Links
DeepBlog.com An Easy Guide & Portal
to Great Blogs
Joho the Blog
PubSub
Technorati What's happening on the
Web right now
The Command Post - A Newsblog
Collective
The Huffington Post The Front Page

## Arts, Culture, Cheap Thrills

stereogum
songsillinois
said the gramophone
music (for robots)
largehearted boy, a boy, a girl and his
radio
Wonkette
WFMU's Beware of the Blog
THE TOFU HUT
Spoilt Victorian Child
Jazz And Conversation
Gawker
Fluxblog Enemies Of Fun, Stand Down!
WE WILL FIGHT YOU!
Blogcritics.org

"President Bush is pretty good looking," she told Radar. "It'll be fun. He seems like a party animal. Look at his daughters — they obviously get it from somewhere. I'd love to party with them."

If this was Clinton, she'd have been dining in a glass booth.

Posted by Daniel Rubin at 01:26 PM in Poli Sci
Permalink

## Comments

Unlike Clinton, however, Bush is screwing the entire nation.

Posted by: Tom | June 15, 2005 03:56 PM

HA! And they say Radar circ. isn't doing well!

Posted by: PLD | June 15, 2005 04:12 PM

If you have the money or the equipment you can buy your way into influence, the rest of us can just watch.

Posted by: JP | June 16, 2005 08:08 AM

If you have the money or the equipment you can buy your way into influence, the rest of us can just watch.

Posted by: JP | June 16, 2005 08:08 AM

Not anywhere near Marilyn, but WAY better than Monica! ;)

Posted by: ALa | June 19, 2005 01:15 PM

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Blinq: The President and the Porn Star
Case 1:05-cv-01760-EGS    Document 1-12    Filed 09/02/2005    Page 54 of 57
Page 3 of 4

ArtsJournal Blog Central
Arts and Letters Daily - ideas, criticism,
debate

## It's Technical

Slashdot News for nerds, stuff that
matters
Gizmodo
Dynamist Blog
Boing Boing: A Directory of Wonderful
Things

## Philly.com

Business
Education
Entertainment
Health
Home
News
Obituaries
Philly Women
Philly.com Homepage
Sports
Today's Daily News
Today's Inquirer
Travel

## Recent Posts

Social Conscience U.
Brand Name Bloggers
Was I Talking Out Loud?
Bontemps Roulez
Mickey Mouse Move?
Sideways With Fly-Fishing
Chasing Mohamed Atta
Can't Get No
Welcome Aboard
Feed Me

## Archives

August 22, 2005 - August 28, 2005
August 15, 2005 - August 21, 2005
August 8, 2005 - August 14, 2005
August 1, 2005 - August 7, 2005
July 25, 2005 - July 31, 2005
July 18, 2005 - July 24, 2005
July 11, 2005 - July 17, 2005
July 4, 2005 - July 10, 2005
June 27, 2005 - July 3, 2005
June 20, 2005 - June 26, 2005
June 13, 2005 - June 19, 2005
June 6, 2005 - June 12, 2005
May 30, 2005 - June 5, 2005
May 23, 2005 - May 29, 2005
May 16, 2005 - May 22, 2005
May 9, 2005 - May 15, 2005

## blinq =

a contraction of blog and Inquirer. Fast,
but not ephemeral. And it's part of the
newspaper, the filtered, mainstream
aggregator that pays me.

Benz denies she's cozying up to Kulkis to get a scoop for CNN
about the private lunch he and Carey had with White House
Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this
could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such
figures as venture capitalist Jonathan Ledecky (now trying to
buy the Washington Nationals), Univ. of Maryland basketball
coach Gary Williams, and spent time last August with Sirius
CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.),
John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP
John McDonough and Democratic lawyer Julian Epstein. She
was engaged to John Daggett, AOL millionaire.

Posted by: Eric Cabot | August 9, 2005 08:24 PM

## Post a comment

Name:

☒ Remember personal
info?

Email Address:

URL:

Comments:

Preview    Post

Advertisements

## The Point

I cover the blogosphere, trawling the 11 million sites of vaunted wisdom and unvarnished pablum so you don't have to.

## A Disclaimer

This site contains links to other Web sites. We have no control over the content or privacy practices of those sites.

Syndicate this site 

Add me to your TypePad People list

Powered by TypePad



### University of Phoenix Online

**ASSOCIATES**
Associate of Arts in General Studies

**UNDERGRADUATE**
Bachelor of Science in Business/Accounting
Bachelor of Science in Business/Administration
Bachelor of Science in Business/e-Business
Bachelor of Science in Business/Management
Bachelor of Science in Business/Marketing
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Health Care Services
Bachelor of Science in Information Technology
Bachelor of Science in Management
Bachelor of Science in Nursing

**GRADUATE**
Master of Arts in Education
Master of Business Administration

Click Here

About Philly.com | About the Real Cities Network | Terms of Use & Privacy Statement | About Knight Ridder | Copyright

Blogger | SEARCH BlogThis! | GET YOUR OWN BLOG | ✎ FLAG? | NEXT BLOG»

# HOT FLASH HELL

ONE WOMAN'S VIEW OF POLITICS, CULTURE AND HORMONAL IMBALANCE

TUESDAY, JUNE 07, 2005

## Risky Business

The Washington Post reports that porn star (and former California gubernatorial candidate) Mary Carey and her boss, porn producer Mark Kulkis, will be among those attending a fundraising dinner for George Bush in June. According to Kulkis:

> "...you won't find a group of people more pro-business than pornographers."

> Contemplating a run for California lieutenant governor next year, the voluptuous actress says she hopes to network with GOP officials here. "I'm especially looking forward to meeting Karl Rove," she cooed in a statement. "Smart men like him are so sexy."

Define "network", please.

Wait a minute, Karl Rove is *sexy*?? Are we sure this isn't **Jeff Gannon** in drag?

First there was "military, male, discreet" Gannon/Guckert, and now this. Who knew Republicans were so kinky?

POSTED BY PETRA AT 4:19 PM

2 COMMENTS:

Zen Angel said...

One of your best posts yet! I love it.

6:09 PM

ABOUT ME



**PETRA HEGGER**
Who wants to know?

VIEW MY COMPLETE PROFILE

PREVIOUS POSTS

Uh, Why?
Elephants in the Room
Things get Worse...
We Remember...
Mega-mania?
Thanks J
And Furthermore...
I'm In Hot Flash Hell!!
Weird/Wonderful Science
My Honest-to-God (!) Last Post About Religion (for now)

LINKS

Daily Kos
Talking Points Memo
Baghdad Burning
Iraq Dispatches
Informed Comment
Electronic Iraq
Real Climate
Redrock Critter

Anonymous said...

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who
escorted porn star Mary Carey to June's GOP dinner with President
Bush, has found a new love interest: Washington powerdater and
CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO
of Kick Ass Pictures, was in DC for the National Republican
Congressional Committee's annual President's Dinner. He's honorary
chairman of the NRCC's Business Advisory Council, a roundtable of
millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about
the private lunch he and Carey had with White House Chief of Staff
Karl Rove. "Mark's a wonderful guy and I think this could be the real
thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such
figures as venture capitalist Jonathan Ledecky (now trying to buy the
Washington Nationals), Univ. of Maryland basketball coach Gary
Williams, and spent time last August with Sirius CEO Mel Karmazin
at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John
Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John
McDonough and Democratic lawyer Julian Epstein. She was engaged
to John Daggett, AOL millionaire.

http://portland.indymedia.org/en/2005/05/317721.shtml#181029

7:36 PM

POST A COMMENT

<< Home



Search this blog:

[ Search ]

» Blogs that link here

