Blogger    SEARCH  BlogThis!    GET YOUR OWN BLOG  NEXT BLOG»

# What's Happening at CNN

From Atlanta to NYC to DC and ALL CNN bureaus around the world, we bring you the latest happenings at CNN!

**Contributors**
DCG
Markus

Contact News Blogger

Anonymous Tip Link

E-mail Blogman

**Industry News**
Broadcasting and Cable
Multichannel News
Big News Network
TV Spy
TV Week
Media Life
World Screen News
Media Channel.org
CNN News from The Atlanta Journal-Constitution
Cyber Journalist

**Blogs/Sites**
CNNFan Website
B and C Beat
CNN Coverage Notes
I Want Media
Inside Cable News Blog

Thursday, July 21, 2005

## Porn Baron + CNN Producer

Source: Let's just say from the web X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

05 1760

FILED

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# posted by DCG @ 2:22 AM

<< Home


I Power Blogger


EXHIBIT 12

The Huffington Post
Poynter Online
The National Debate Blog
DCRTV
FTV Live
Lost Remote TV Blog
NewsLab
Newsblues.com
CNN vs FNC
Buzz Machine
Gawker
Rantingsprofs
Wonkette
TV Barn
The Idea Man
TWC Classics

### Cable News Message Boards
Talking Heads
CNN Fan Message Board
Media Line's Open Line
TV Spy WaterCooler
TWC Classics Forum

### My Other Blogs
Arkansas TV News Blog
Atlanta Braves Blog

### Other Links
CNN.com
CNN-International Stream
Listen to CNN Radio
Buy CNN Gear Here
Atlanta Braves- Official Site
The Weather Channel



Subscribe to this feed through My Yahoo!:

add to MY YAHOO!

## archives

08/15/2004 - 08/21/2004
08/22/2004 - 08/28/2004
08/29/2004 - 09/04/2004
09/05/2004 - 09/11/2004
09/12/2004 - 09/18/2004
09/19/2004 - 09/25/2004
09/26/2004 - 10/02/2004
10/03/2004 - 10/09/2004
10/10/2004 - 10/16/2004
10/17/2004 - 10/23/2004
10/24/2004 - 10/30/2004
10/31/2004 - 11/06/2004
11/07/2004 - 11/13/2004
11/14/2004 - 11/20/2004
11/21/2004 - 11/27/2004
11/28/2004 - 12/04/2004
12/05/2004 - 12/11/2004
12/12/2004 - 12/18/2004
12/19/2004 - 12/25/2004
12/26/2004 - 01/01/2005
01/02/2005 - 01/08/2005
01/09/2005 - 01/15/2005
01/16/2005 - 01/22/2005
01/23/2005 - 01/29/2005
01/30/2005 - 02/05/2005
02/06/2005 - 02/12/2005
02/13/2005 - 02/19/2005
02/20/2005 - 02/26/2005
02/27/2005 - 03/05/2005
03/06/2005 - 03/12/2005
03/13/2005 - 03/19/2005
03/20/2005 - 03/26/2005
03/27/2005 - 04/02/2005
04/03/2005 - 04/09/2005
04/10/2005 - 04/16/2005

04/17/2005 - 04/23/2005
04/24/2005 - 04/30/2005
05/01/2005 - 05/07/2005
05/08/2005 - 05/14/2005
05/15/2005 - 05/21/2005
05/22/2005 - 05/28/2005
05/29/2005 - 06/04/2005
06/05/2005 - 06/11/2005
06/12/2005 - 06/18/2005
06/19/2005 - 06/25/2005
06/26/2005 - 07/02/2005
07/03/2005 - 07/09/2005
07/10/2005 - 07/16/2005
07/17/2005 - 07/23/2005
07/24/2005 - 07/30/2005
07/31/2005 - 08/06/2005
08/07/2005 - 08/13/2005
08/14/2005 - 08/20/2005

0344504