**Benz, Kathy**

From:       Kent, Phil [phil.kent@turner.com]
Sent:       Monday, August 22, 2005 4:49 PM
To:         Benz, Kathy

Importance:         High


Kathy Benz:

An item apparently detailing your social connections appearing in last
Friday's "Washington Examiner" that was brought to my attention by our
PR
staff is precisely the type of publicity that we do not need at CNN.

I am also aware of several articles of a similar nature on the Internet.
I
would strongly warn you to maintain better boundaries between your
personal
life and your employment.  This is critical to maintain the professional
integrity of our product.

Thank you for your cooperation.

Phil Kent


05 1760


FILED

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT

13

1