**Benz, Kathy**

| | |
|---|---|
| From: | Gupta, Sanjay |
| Sent: | Sunday, July 31, 2005 3:41 PM |
| To: | Benz, Kathy |
| Subject: | RE: re: email |

Kathy, hello.
I don't know how or why you received that email from my account.
I did not send it and wonder if it is a virus of some sort.
Sorry about all you are going through and hope it gets straightened out.

sanjay

---

**From:** Benz, Kathy
**Sent:** Sunday, July 31, 2005 3:32 PM
**To:** Gupta, Sanjay
**Subject:** re: email

```
Dear Sanjay,
Hello. My name is Kathy Benz, and I work in the DC office. I was hoping you could
clear up some confusion about the following email I received. I was curious if you
sent it, and if so what prompted the mailing at 3a.
Im concerned about it because I have a stalker who is circulating false information
about me on the internet, sending crazy emails under cnn personnel names, etc...you
get the picture!
At any rate, I wanted to reach out to you and investigate the validity of the
email. And if Im overreacting I apologize, but my life has been turned upside down
because of this person in question and as a result, Im constantly looking over my
shoulder.
Cheers.
Kathy


-----Original Message-----
From: sanjay.gupta@turner.com [mailto:sanjay.gupta@turner.com]
Sent: Sunday, July 31, 2005 3:01 AM
To: Benz, Kathy
Subject: U.S. Warns Fentanyl Patients About Drug

To:    Kathy Benz


===============================================================================

U.S. Warns Fentanyl Patients About Drug

WASHINGTON (AP) -- The government is investigating 120 deaths among users of
patches that emit the painkiller fentanyl and warned patients Friday to make sure to
use the powerful narcotic properly to avoid accidental overdose.

For the whole story, click here:
http://www.intelihealth.com/IH/ihtIH/WSIHW000/333/7228/430104 .

(If your e-mail system doesn't support hyperlinks, you can copy and paste the link
into your web browser).
```

05 1760

FILED
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT 14

8/21/2005

================================================================

The information above from the Aetna InteliHealth Web site was forwarded to you by Sanjay Gupta. Please read through this entire message to find out how you can register with the InteliHealth site to get free health e-mails and access to the most up-to-date health information and resources.

Aetna InteliHealth is The Trusted Source for health information. Visit our site at : <http://www.intelihealth.com> , and sign up for our free health e-mails! Just click on the "Free Health E-mail" link on the left side of the screen. Bookmark the site for quick access.

Copyright Aetna InteliHealth Inc., 2003. All rights reserved. All information is intended for your general knowledge only and is not a substitute for medical advice or treatment for specific medical conditions. You should seek prompt medical care for any specific health issues and consult your physician before starting a new fitness regimen.

8/21/2005

**Benz, Kathy**

| | |
|---|---|
| **From:** | Gupta, Sanjay |
| **Sent:** | Sunday, July 31, 2005 7:04 PM |
| **To:** | Benz, Kathy |
| **Subject:** | FW: Thank you for using Send to a friend |

I am not sure if this helps, but I received this message (from you) at 301a last night...

-----Original Message-----
From: Send.to.a.Friend@intelihealth.com [mailto:Send.to.a.Friend@intelihealth.com]
Sent: Sunday, July 31, 2005 3:01 AM
To: Gupta, Sanjay
Subject: Thank you for using Send to a friend

Thank you for using the "Send to a friend" e-mail service.

We received your request to send Kathy Benz (kathy.benz@turner.com) information on:

U.S. Warns Fentanyl Patients About Drug

================================================================

We at Aetna InteliHealth are working hard to meet your needs for health information, services and products. We now offer free health e-mails to all of our registered users. Visit us again at <http://www.intelihealth.com> to sign up! Just click on the "Free Health E-mail" link on the left side of the screen. Bookmark the site for quick access.

Copyright Aetna InteliHealth Inc., 2003. All rights reserved. All information is intended for your general knowledge only and is not a substitute for medical advice or treatment for specific medical conditions. You should seek prompt medical care for any specific health issues and consult your physician before starting a new fitness regimen.