## Benz, Kathy

| | |
|---|---|
| From: | Trevlac [trevlac97@yahoo.com] |
| Sent: | Sunday, August 21, 2005 9:55 PM |
| To: | Benz, Kathy |
| Subject: | Fwd: NON Pro Looking |

here it is

--- Khottie1@excite.com wrote:

> From: <Khottie1@excite.com>
> To: <anon-92533110@craigslist.org>
> Subject: NON Pro Looking
> Date: Mon, 22 Aug 2005 03:51:08 +0200
>
> i'm at work  call 202-898-7911  kathy
>
>
>
>
>
> ----------------------------------------------------------------
> this message was remailed to you via:
> anon-92533110@craigslist.org
>
> ----------------------------------------------------------------
>

_____
Start your day with Yahoo! - make it your home page http://www.yahoo.com/r/hs

05 1760

FILED

SEP - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


EXHIBIT
15

1

-----Original Message-----
From: Dave [mailto:davem23451@yahoo.com]
Sent: Tuesday, August 30, 2005 4:22 PM
To: Benz, Kathy
Subject: Re: the craigs list posting

Kathy,

I am really sorry you have been put in this situation.
Here is the response I received. Its a fake email as
any mail to it gets bounced back. Good Luck!

Dave

--------------------------------------------------

From:   Kathy34B@yahoo.com
To: anon-94285224@craigslist.org
Subject:Re: Upscale Hotel, We F**K, you keep room for
the night - m4w

Date:   Tue, 30 Aug 2005 14:06:37 +0200

i work just two blocks from union station - swf, 27,
thin, cute.  call
me at
work anytime after 10:30 am  515-2290

kathy

--------------------------------------------------

this message was remailed to you via:
anon-94285224@craigslist.org

Start your day with Yahoo! - make it your home page

1

http://www.yahoo.com/r/hs