-----Original Message-----
From: Skhoopdrms@aol.com <Skhoopdrms@aol.com>
To: Benz, Kathy <Kathy.Benz@turner.com>
CC: cwarmington@hoopdreams.org <cwarmington@hoopdreams.org>; Skhoopdrms@aol.com <Skhoopdrms@aol.com>
Sent: Tue Aug 30 08:07:20 2005
Subject: Re: ( URGENT !!!!!!!!!!!!!!!!)

KATHY -- i received this this morning.. PLEASE FORWARD IT TO YOUR LAWYER AND LET ME KNOW HOW TO RESPOND BACK TO THIS tips@pinkdome.com

should i respond by saying i didnt not send this and this is someone who is enagaging in internet fraud???
PLEASE ADVISE.


In a message dated 8/30/2005 1:09:41 AM Eastern Standard Time, tips@pinkdome.com writes:

   I'd like to source this. Where'd you get it?

   Thanks for the tip!! We need them now that the lege is out of session!

   PinkDome

   Quoting skhoopdrms@aol.com:

   > "Uncle Pete's" Private TV Show?
   >
   > August 26, 2005
   >
   > WASHINGTON -- An intriguing piece of gossip currently circulating in
   > Washington circles links Texas Cong. Pete Sessions to an attractive
   > producer at CNN's DC bureau, but now it has turned up on Austin's IndyMedia
   > news wire.
   >
   > Sessions has been a footnote to a recent story on TV producer Kathy Benz'
   > relationship with porn producer Mark Kulkis, listing the Dallas Republican
   > among other power players as one of her "regular companions." But a source
   > in Sessions' office says constituents who've read the account on the web are
   > starting to ask about it. The account was also published last week in The
   > Washington Examiner.
   >
   > The two exchanged personal e-mail addresses and cellular phone numbers
   > since meeting several years ago, and Sessions, 50, has raised eyebrows
   > after being spotted dining with the prominent 35-year-old around DC.
   > Friends say Benz has been known to call Sessions in the wee hours of the
   > morning, and the two try to meet in the Capitol building during her
   > assignments there. The visibility of the arrangement is unusual for the



05 1760



FILED
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
16

8/30/2005

> married father of two sons who's known as one of the more conservative
> House members, is an Eagle Scout and an active Methodist. Sessions has
> also made defense of traditional marriage a keystone of his legislative
> agenda.
>
> Still, says one Hill aide, "he'll talk to anything in a skirt," adding his
> nickname among some younger female staffers is "Uncle Pete." But given no
> lack of far more significant potential scandals in DC, it seem unlikely the
> story will have any impact on Sessions' home-district Mr. Clean reputation.
> His 2004 re-election campaign easily weathered a 1974 newspaper photo
> showing an 18-year-old Sessions "streaking" while in college, and it was
> reported that Sessions and a companion were briefly detained by Dallas
> police in October 1992 for stealing yard signs of his opponent, Democrat
> Pauline Dixon.
>
> In March, WFAA-TV reported that concerns were "being raised both locally
> and nationally about...Sessions' involvement in a Collin County divorce
> case. Sessions is being questioned about a sworn affidavit he provided to
> help a friend and large campaign contributor. A watchdog group in
> Washington calls Sessions' involvement in the case 'shady and unethical.'"
>
> Now his advisors can't be pleased an Internet search for "pete sessions"
> and "porn" produces a slew of hits about the congressman and Benz. Oddly,
> Benz, who's single, apparently has close connections with Texas politicians
> of both parties: Democratic gubernatorial candidate Kinky Friedman is a
> frequent visitor when in Washington.
>

Susie Kay
Founder & President
The Hoop Dreams Scholarship Fund
800 K Street, NW
Suite 1100 SOUTH
Washington DC 20001

(202)414-4774
(202)414-4868

www.hoopdreams.org <http://www.hoopdreams.org/>

To make a financial contribution to Hoop Dreams, you may do so online by clicking here.
<http://app.etapestry.com/hosted/HoopDreamsScholarshipFund_2/donation.htm>  Our 2005-2005 CFC United Way
designation number is 8953.


Empowering Students to Pursue their Dreams & Building Bridges of Understanding in the Nation's Capital.

8/30/2005