# Controversial love for CNN producer



Elton John opens his show with "Your Song" at the Mobile Civic Center in Mobile, Ala. His tribute to Princess Diana, "Candle in the Wind," is on its way to becoming the fastest-selling hit of all time in both Britain and the U.S.

CNN producer Kathy Benz, 35, uses her position to meet all the "right" people. She's been linked romantically with power players — including venture capitalist Jonathan Ledecky (a Washington Nationals ownership hopeful), University of Maryland basketball coach Gary Williams, Chicago Cubs VP John McDonough, Sirius CEO Mel Karmazin, actor Hugh O'Brien, CNN correspondent John Bisney, Georgetown hairstylist Paul Bosserman and her one-time fiance, AOL millionaire John Daggett. Now, she has hooked up, according to her gal pals, with porn king Mark Kulkis. The couple first met when Kulkis, 40, president and CEO of Kick Ass Pictures, did a CNN interview while he was in D.C. for the National Republican Congressional Committee's annual President's Dinner. He's the honorary chair-



Williams

man of the NRCC's Business Advisory Council. That's a roundtable of millionaire entrepreneurs. Kulkis made tabloid headlines when he escorted porn star Mary Carey to the GOP dinner with President Bush in June. At that time, he and Carey enjoyed a private lunch with White House insider Karl Rove. Wouldn't you have liked to have been a fly on that wall?

### The dish on Elton John

Elton John is one of those who believes that there are still unanswered questions surrounding the tragic and "alleged" accidental death of his friend, the late Princess Diana of Wales. The colorful entertainer found his biggest success by rerecording "Candle in the Wind," his eulogy for Marilyn Monroe, as a tribute to his friend. The 1997 recording is on its way to becoming the fastest-selling hit of all time in both Britain and the U.S., according to the press release for Elton's upcoming Peachtree Tour. Now busy planning nuptials to his longtime partner, David Furnish, Elton is scheduled to perform in D.C. at the MCI Center Sept. 10.

### The Hollywood-Washington connection goes on

The Clintons who were spotted last weekend in Martha's Vineyard with media and entertainment tycoon Frank Biondi. The well-connected Biondi, former head of Universal, Viacom and Paramount Pictures, is now a dot-com entertainment investor. He and the former president and the New York senator know how to capitalize on relationships. And why not?

### If he looks like a candidate ...

Former democratic vice presidential candidate John Edwards has been invited to give the keynote speech at the important Harkin Steak Fry in Iowa next month. That visit will be Edwards' fourth to the key state this year. The former North Carolina senator has been positioning himself to the left of other potential candidates such as Sens. Evan Bayh, D-Ind; and Hillary Clinton, D-NY. His wife, Elizabeth, has spoken out in favor of the liberal anti-war darling, Cindy Sheehan, strengthening her popularity with the left as well. The question remains whether the Edwards' will be too far left to appeal to the electorate in 2006.



Edwards

### Vocalist goes domestic

Crossover vocalist Mary Chapin Carpenter, who got her start twisting and shouting at the now defunct club in Bethesda called what else — Twist and Shout, now has a country home by the Blue Ridge Mountains in Southern Virginia. Country Home magazine is featuring her dream home in the October issue. Carpenter says, "I plug in my iPod and sit on the tractor for hours, singing Aimee Mann. It's very meditative." She calls herself "a domestic freak." Carpenter says, "I'm totally obsessed with the Barefoot Contessa and [Everyday Italian's] Giada De Laurentiis." But she admits, "It helps that I have a husband who



Chapin Carpenter

eats anything."

### Obsession with celebrity

The troubled Corcoran Gallery of Art has a much-awaited show opening Sept. 24 — the Warhol Legacy exhibition will feature 150 works from the Andy Warhol Museum in Pittsburgh. These will include the familiar Campbell's soup cans and Marilyn Monroe images as well as other portraits and personal memorabilia. The celebrity-obsessed won't want to miss this show.

### The "Love Boat" connection

WMAL radio host Fred Grandy, perhaps still best known as Gopher, the purser on the TV series, "The Love Boat," calls "Desperate Housewives" star Terri Hatcher "an American success story." He remembers when Hatcher started out as a dancer on his ship. And let's not forget that Grandy, in between the two above mentioned gigs, served as a GOP congressman from Iowa.

*Buzz Karen at buzz@karenfeld.com*



# The Buzz



## BY KAREN FELD





Warhol's Marilyn Monroe



♫ L&L ♫
MUSIC • Wind Shop, INC.
Service • Sales • Accessories • Rentals • Lessons

Also Serving Mont. Co. Schools & many music stores w/o repair shops

The Top Woodwind & Brass Repair Shop in the Washington Area

ALL WIND INSTRUMENTS
Bring This Ad.
**35% OFF LIST PRICE**
NO RENTAL CREDIT
**301-948-7273**
8940 N. Westland Dr., Gaithersburg, MD 20877
Walnut Hill Shopping Center

05 1760
FILED
SEP
NANCY MAYER WHITTI...
U.S. DISTRICT C...



EXHIBIT
17