Editions 



## Gossip

# The Buzz - Controversial love for CNN producer - Karen Feld

19Aug'05

Published: Friday, August 19, 2005 1:21 AM EDT



CNN producer **Kathy Benz**, 35, uses her position to meet all the "right" people. She's been linked romantically with power players - including venture capitalist **Jonathan Ledecky** (a Washington Nationals ownership hopeful), University of Maryland basketball coach **Gary Williams**, Chicago Cubs VP **John McDonough**, Sirius CEO **Mel Karmazin**, actor **Hugh O'Brien**, CNN correspondent **John Bisney**, Georgetown hairstylist **Paul Bosserman** and her one-time fiance, AOL millionaire **John Daggett**. Now, she has hooked up, according to her gal pals, with porn king **Mark Kulkis**. The couple first met when Kulkis, 40, president and CEO of Kick Ass Pictures, did a CNN interview while he was in D.C. for the National Republican Congressional Committee's annual President's Dinner. He's the honorary chairman of the NRCC's Business Advisory Council. That's a roundtable of millionaire entrepreneurs. Kulkis made tabloid headlines when he escorted porn star **Mary Carey** to the GOP dinner with President Bush in June. At that time, he and Carey enjoyed a private lunch with White House insider **Karl Rove**. Wouldn't you have liked to have been a fly on that wall?

05 1760 FILED SEP - 2 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

### The dish on Elton John

**Elton John** is one of those who believes that there are still unanswered questions surrounding the tragic and "alleged" accidental death of his friend, the late **Princess Diana of Wales**. The colorful entertainer found his biggest success by rerecording "Candle in the Wind," his eulogy for **Marilyn Monroe**, as a tribute

CONGRESSI MOTOR

Take Volkswa on a test dr and y could takin

ENTER TO WIN A PA AIRLINE TICKETS TO IN THE CONTINE

No purchase or test dr to enter or w



The New From $15,

OVER 50 TO CHOO! Price plus tax, tags, freight and All incentives included. $500 must finance through V Stock #D0513!

Come check out the new VW Passat Se

CLICK HERE O TOLL-FREE 877 In the heart of Rockv congressionalmot

Drivers wanted

Make room for or From garages to pantr Space Place has the

more SPACE

EXHIBIT
18



to his friend. The 1997 recording is on its way to becoming the fastest-selling hit of all time in both Britain and the U.S., according to the press release for Elton's upcoming Peachtree Tour. Now busy planning nuptials to his longtime partner, **David Furnish**, Elton is scheduled to perform in D.C. at the MCI Center Sept. 10.

### The Hollywood-Washington connection goes on

The **Clintons** were spotted last weekend in Martha's Vineyard with *media and entertainment tycoon* **Frank Biondi**. *The well-connected Biondi, former head of Universal, Viacom and Paramount Pictures, is now a dot-com entertainment investor. He and the former president and the New York senator know how to capitalize on relationships. And why not?*

### If he looks like a candidate ...



*By Karen Feld*

Former democratic vice presidential candidate **John Edwards** has been invited to give the keynote speech at the important Harkin Steak Fry in Iowa next month. That visit will be Edwards' fourth to the key state this year. The former North Carolina senator has been positioning himself to the left of other potential candidates such as **Sens. Evan Bayh**, D-Ind; and **Hillary Clinton**, D-N.Y. His wife, **Elizabeth**, has spoken out in favor of the liberal anti-war darling, **Cindy Sheehan**, strengthening her popularity with the left as well. The question remains whether the Edwards' will be too far left to appeal to the electorate in 2006.

### Vocalist goes domestic

*Crossover vocalist* **Mary Chapin Carpenter**, who got her start twisting and shouting at the now defunct club in Bethesda called what else - Twist and Shout, now has a country home by the Blue Ridge Mountains in Southern Virginia. Country Home magazine is featuring her dream home in the October issue. Carpenter says, "I plug in my iPod and sit on the tractor for hours, singing **Aimee Mann**. It's very meditative." She calls herself "a domestic freak." Carpenter says, "I'm totally obsessed with the **Barefoot Contessa** and [Everyday Italian's] **Giada De Laurentiis**." But she admits, "It helps that I have a husband who eats anything."

### Obsession with celebrity

The troubled Corcoran Gallery of Art has a much-awaited show opening Sept. 24 - the Warhol Legacy exhibition will feature 150 works from the Andy Warhol Museum in Pittsburgh. These will include the familiar Campbell's soup cans and **Marilyn Monroe** images as well as other portraits and personal memorabilia. The celebrity-obsessed won't want to miss this show.

### The "Love Boat" connection

WMAL radio host **Fred Grandy**, perhaps still best known as Gopher, the purser on the TV series, "The Love Boat," calls "Desperate Housewives" star **Terri Hatcher** "an American success story." He remembers when Hatcher started out as a dancer on his ship. And let's not forget that Grandy, in between the two above mentioned gigs, served as a GOP congressman from Iowa.

*Buzz Karen at buzz@karenfeld.com*

Do you have something to say about this? Send us a letter!