IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHLEEN A. BENZ,  )
    Apartment 208  )
    450 Massachusetts Avenue, N.W.  )
    Washington, D.C. 20001-6203,  )
  )
    Plaintiff,  )
  )
v.  )  Civil Action No. _____
  )
THE WASHINGTON NEWSPAPER  )
 PUBLISHING COMPANY, LLC,  )
    6408 Edsall Road  )
    Alexandria, Virginia 22312,  )
  )
    SERVE:  )
  )
    C. T. CORPORATION SYSTEM,  )
    Suite 1000  )
    1015 Fifteenth Street, N.W.  )
    Washington, D.C. 20005,  )
  )
And  )
  )
JOHN F. BISNEY,  )
    5803 Ryland Drive  )
    Bethesda, Maryland 20817-2538,  )
  )
    Defendants.  )
_____)

**MOTION FOR TEMPORARY RESTRAINING ORDER
PURSUANT TO FED. RULE CIV. PRO. 65(b) OF PLAINTIFF, KATHLEEN A. BENZ**

      Plaintiff, Kathleen A. Benz, through her undersigned attorneys, moves pursuant

to FED. RULE CIV. PRO. 65(b) for a Temporary Restraining Order enjoining defendant John F.

Bisney, pending the hearing on the Motion For Preliminary Injunction Of Plaintiff, Kathleen A.

Benz, from himself or through his agents doing any of the following:  (1) using the name of plaintiff, Kathleen A. Benz, in any way, including but not limited to on the Internet, either by posting or replying to messages or advertisements; (2) transmitting the telephone numbers, address, work address, or electronic mail address of plaintiff, Kathleen A. Benz, to any person for any reason, including but not limited to on the Internet, either by posting or replying to messages or advertisements; (3) impersonating any other person in connection with any message or communication relating to or involving plaintiff, Kathleen A. Benz; (4) creating, establishing, funding, paying for, maintaining, operating, or being connected in any with any Internet website that uses the words "Kathleen Benz," "Kathy," "Kathleen," or "Benz;" (5) communicating in any way about, concerning, or regarding plaintiff, Kathleen A. Benz, unless such communication is made expressly in the name of defendant John F. Bisney; (6) communicating directly or indirectly with plaintiff, Kathleen A. Benz; and (7) coming within 300 feet of the person of plaintiff, Kathleen A. Benz.

Plaintiff, Kathleen A. Benz, further requests that the Court enjoin defendant, John F. Bisney:  (8) from destroying or altering any materials relating in any way to any electronic mail messages, web postings, internet postings, internet access, internet sites, internet advertisements, responses to internet advertisements, telephone calls, or communications of any type about, regarding, naming, or directed to plaintiff, Kathleen A. Benz; (9) from altering or changing in any way the hard drive of any computer to which defendant John F. Bisney has had access since April 1, 2005; and (10) to deliver forthwith to the clerk of this Court any and all computers in the possession, custody, or control of defendant John F. Bisney.

Plaintiff, Kathleen A. Benz, further requests that the Court order that plaintiff, Kathleen A. Benz, post bond of One Hundred Dollars ($100.00) as security for this Temporary Restraining Order.

The points and authorities in support of this Motion For Temporary Restraining Order are set forth with particularity in the Memorandum Of Points And Authorities In Support Of The Motion For Temporary Restraining Order Pursuant To FED. RULE CIV. PRO. 65(b) Of Plaintiff, Kathleen A. Benz filed simultaneously with this Motion.

Respectfully submitted,

LAW OFFICES OF
  WILLIAM ALDEN McDANIEL, JR.

*/s/ William Alden McDaniel, Jr.*
William Alden McDaniel, Jr.

*/s/ Bassel Bakhos*
Bassel Bakhos
*Pro Hac Vice Pending*

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax: 410.685.0203
wam@wamcd.com
bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Motion TRO.doc