IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ, </br>    Apartment 208 </br>    450 Massachusetts Avenue, N.W. </br>    Washington, D.C. 20001-6203, </br></br>    Plaintiff, </br></br>v. </br></br>THE WASHINGTON NEWSPAPER </br> PUBLISHING COMPANY, LLC, </br>    6408 Edsall Road </br>    Alexandria, Virginia 22312, </br></br>    SERVE: </br></br>    C. T. CORPORATION SYSTEM, </br>    Suite 1000 </br>    1015 Fifteenth Street, N.W. </br>    Washington, D.C. 20005, </br></br>And </br></br>JOHN F. BISNEY, </br>    5803 Ryland Drive </br>    Bethesda, Maryland 20817-2538, </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Civil Action No. _____ |

**CERTIFICATION OF COUNSEL PURSUANT TO LCvR 65.1(a)**

      Pursuant to LCvR 65.1(a), the undersigned hereby certifies that on Thursday, September 1, 2005, I directed that complete and accurate photocopies of the papers listed below be hand-delivered to defendant John F. Bisney at the addresses listed for him in the above-caption of this case; and, at the request of defendant The Washington Newspaper Publishing

Company, LLC, to its counsel, Alice Lucan, Esquire, 4403 Greenwich Parkway, Washington, D.C., 20007.

1. Complaint;

2. Jury Trial Demand Of Plaintiff, Kathleen A. Benz;

3. Motion For Temporary Restraining Order Pursuant To Fed. Rule Civ. Pro. 65(b) Of Plaintiff, Kathleen A. Benz;

4. Memorandum Of Points And Authorities In Support Of The Motion For Temporary Restraining Order Pursuant To Fed. Rule Civ. Pro. 65(b) Of Plaintiff, Kathleen A. Benz;

5. Proposed Order, Temporary Restraining Order;

6. Motion For Preliminary Injunction Pursuant To Fed. Rule Civ. Pro. 65(a) Of Plaintiff, Kathleen A. Bisney;

7. Memorandum Of Points And Authorities In Support Of The Motion For Preliminary Injunction Pursuant To Fed. Rule Civ. Pro. 65(a) Of Plaintiff, Kathleen A. Benz;

8. Proposed Order, Preliminary Injunction;

9. LCvR 65.1(d) Request For Expedited Hearing On Motion For Preliminary Injunction Pursuant To Fed. Rule Civ. Pro. 65(a) Of Plaintiff, Kathleen A. Benz;

10. Notice Of Time Of Making Application For Temporary Restraining Order Pursuant To LCvR 65.1(a)(1);

11. Motion To Admit Counsel *Pro Hac Vice*; and

12. This Certification Of Counsel Pursuant To LCvR 65.1(a).

Pursuant to LCvR 65.1(a), the undersigned certifies that the foregoing papers comprise photocopies of all pleadings and papers filed in this action to date or to be presented to the Court at the hearing.

*/s/ William Alden McDaniel, Jr.*
William Alden McDaniel, Jr.

Respectfully submitted,

LAW OFFICES OF
 WILLIAM ALDEN McDANIEL, JR.

*/s/ William Alden McDaniel, Jr.*
William Alden McDaniel, Jr.

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax:  410.685.0203
wam@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

TRO Cert 1.doc