IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ,<br>　　Apartment 208<br>　　450 Massachusetts Avenue, N.W.<br>　　Washington, D.C. 20001-6203, | )<br>)<br>)<br>)<br>) | |
| 　　　　Plaintiff, | )<br>) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| THE WASHINGTON NEWSPAPER<br>　PUBLISHING COMPANY, LLC,<br>　　6408 Edsall Road<br>　　Alexandria, Virginia 22312, | )<br>)<br>)<br>)<br>) | |
| 　　SERVE: | )<br>) | |
| 　　C. T. CORPORATION SYSTEM,<br>　　Suite 1000<br>　　1015 Fifteenth Street, N.W.<br>　　Washington, D.C. 20005, | )<br>)<br>)<br>)<br>) | |
| And | )<br>) | |
| JOHN F. BISNEY,<br>　　5803 Ryland Drive<br>　　Bethesda, Maryland 20817-2538, | )<br>)<br>)<br>) | |
| 　　　　Defendants. | ) | |

**NOTICE OF TIME OF MAKING APPLICATION FOR
TEMPORARY RESTRAINING ORDER PURSUANT TO LCvR 65.1(a)(1)**

　　　　The undersigned hereby certifies that on Thursday, September 1, 2005, I

directed that this Notice Of Time Of Making Application For Temporary Restraining Order

Pursuant To LCvR 65.1(a)(1) be hand-delivered to defendant John F. Bisney at the address

listed for him in the above caption of this case; and at the request of defendant The Washington Newspaper Publishing Company, LLC, to its counsel, Alice Lucan, Esquire, 4403 Greenwich Parkway, Washington, D.C. 20007.

**NOTICE TO DEFENDANTS:**

PLEASE TAKE IMMEDIATE NOTICE THAT PLAINTIFF, KATHLEEN A. BENZ, by her undersigned counsel will present the Motion For Temporary Restraining Order Pursuant To FED. RULE CIV. PRO. 65(b) Of Plaintiff, Kathleen A. Benz to the United States District Court on September 2, 2005, at 10:00 a.m. or as soon thereafter as the Court may hear such application.

*/s/ William Alden McDaniel, Jr.*

Respectfully submitted,

LAW OFFICES OF
WILLIAM ALDEN McDANIEL, JR.

*/s/ William Alden McDaniel, Jr.*

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax: 410.684.0203
wam@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

LcvR 65.1(a)(1) Cert.doc