UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ, <br>    Apartment 208 <br>    450 Massachusetts Avenue, N.W. <br>    Washington, D.C. 20001-6203, <br><br>    Plaintiff, <br><br> v. <br><br> THE WASHINGTON NEWSPAPER <br>  PUBLISHING COMPANY, LLC, <br>    6408 Edsall Road <br>    Alexandria, Virginia 22312, <br><br>    SERVE: <br><br>    C. T. CORPORATION SYSTEM, <br>    Suite 1000 <br>    1015 Fifteenth Street, N.W. <br>    Washington, D.C. 20005, <br><br> And <br><br> JOHN F. BISNEY <br>    5803 Ryland Drive <br>    Bethesda, Maryland 20817-2538, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> Civil Action No. _____ |

**ORDER**
(MOTION FOR TEMPORARY RESTRAINING ORDER
PURSUANT TO FED. RULE CIV. PRO. 65(b) OF PLAINTIFF, KATHLEEN A. BENZ)

**UPON CONSIDERATION OF THE** Motion For Temporary Restraining

Order Pursuant To FED. RULE CIV. PRO. 65(b) Of Plaintiff, Kathleen A. Benz, defendant John

F. Bisney and defendant The Washington Newspaper Publishing Company, LLC, having been

given actual notice that plaintiff, Kathleen A. Benz, would apply for the relief requested by that Motion, any opposition thereto, the record in this case, and the applicable law, it is this

_____ day of _____, 2005,

**FOUND AND ADJUDGED** that if the emergency relief sought by the Motion For Temporary Restraining Order Pursuant To FED. RULE CIV. PRO. 65(b) Of Plaintiff, Kathleen A. Benz is not granted, plaintiff will suffer irreparable harm, including the unauthorized and improper use of her name, the unauthorized distribution of information about her, continued communication with third parties that make it appear falsely that plaintiff seeks sexual relations with them, harassing and intimidating telephone calls to plaintiff from persons who have been misled into believing plaintiff seeks sexual relations with them; and injury to the physical and mental well-being of plaintiff; it is therefore

**ORDERED** that the Motion For Temporary Restraining Order Pursuant To FED. RULE CIV. PRO. 65(b) Of Plaintiff, Kathleen A. Benz be and hereby is **GRANTED**; and it is further

**ORDERED** that defendant John F. Bisney, together with his agents, servants, employees, attorneys, alter egos, and all persons in active concert or participation with him who receive actual notice of this **TEMPORARY RESTRAINING ORDER** by personal service or otherwise, be and hereby are **RESTRAINED FROM** directly or indirectly: (1) using the name of plaintiff, Kathleen A. Benz, in any way, including but not limited to on the Internet, either by posting or replying to messages or advertisements; (2) transmitting the telephone numbers, address, work address, or electronic mail address of plaintiff, Kathleen A. Benz, to any person for any reason, including but not limited to on the Internet, either by posting or replying to

messages or advertisements; (3) impersonating any other person in connection with any message or communication relating to or involving plaintiff, Kathleen A. Benz; (4) creating, establishing, funding, paying for, maintaining, operating, or being connected in any with any Internet website that uses the words "Kathleen Benz," "Kathy," "Kathleen," or "Benz;" (5) communicating in any way about, concerning, or regarding plaintiff, Kathleen A. Benz, unless such communication is made expressly in the name of John F. Bisney; (6) communicating directly or indirectly with plaintiff, Kathleen A. Benz; and (7) coming within 300 feet of the person of plaintiff, Kathleen A. Benz; and it is further

**ORDERED** that defendant John F. Bisney, together with his agents, servants, employees, attorneys, alter egos, and all persons in active concert or participation with him who receive actual notice of this **TEMPORARY RESTRAINING ORDER** by personal service or otherwise, be and hereby are **RESTRAINED FROM** directly or indirectly: (8) from destroying or altering any materials relating in any way to any electronic mail messages, web postings, internet postings, internet access, internet sites, internet advertisements, IP addresses, responses to internet advertisements, telephone calls, or communications of any type about, regarding, naming, or directed to plaintiff, Kathleen A. Benz, or to any Internet website that contains the words "Kathy Benz," "Kathleen Benz," "Kathleen," "Kathy," or "Benz;" and (9) from altering or changing in any way the hard drive of any computer to which defendant John F. Bisney has had access since April 1, 2005; and it is further

**ORDERED** that defendant John F. Bisney is directed to deliver forthwith to the clerk of this Court any and all computers in his possession, custody, or control as of the date of this ORDER; and it is further

**ORDERED** that plaintiff, Kathleen A. Benz, post bond of One Hundred Dollars ($100.00) as security for this Temporary Restraining Order; and it is further

**ORDERED** that the Clerk of this Court shall set down the Motion For Preliminary Injunction Pursuant to FED. RULE CIV. PRO. 65(a) Of Plaintiff, Kathleen A. Benz, at the earliest available date or as the parties may agree; and it is further

**ORDERED** that this **TEMPORARY RESTRAINING ORDER** shall expire at 5:00 p.m. _____, September _____, 2005, unless extended by Order of this Court or agreement of the parties.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Copies to:

William Alden McDaniel, Jr., Esquire
Bassel Bakhos, Esquire
Law Office of William Alden McDaniel, Jr.
118 West Mulberry Street
Baltimore, MD 21201

*Lawyers for Plaintiff, Kathleen A. Benz*

Order Motion TRO.doc