IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ,  )<br>    Apartment 208  )<br>    450 Massachusetts Avenue, N.W.  )<br>    Washington, D.C. 20001-6203,  )<br>    )<br>    Plaintiff,  )<br>    )<br>v.  )<br>    )<br>THE WASHINGTON NEWSPAPER  )<br> PUBLISHING COMPANY, LLC,  )<br>    6408 Edsall Road  )<br>    Alexandria, Virginia 22312,  )<br>    )<br>    SERVE:  )<br>    )<br>    C. T. CORPORATION SYSTEM,  )<br>    Suite 1000  )<br>    1015 Fifteenth Street, N.W.  )<br>    Washington, D.C. 20005,  )<br>    )<br>And  )<br>    )<br>JOHN F. BISNEY,  )<br>    5803 Ryland Drive  )<br>    Bethesda, Maryland 20817-2538,  )<br>    )<br>    Defendants.  )<br>_____) | Civil Action No. _____ |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION FOR PRELIMINARY INJUNCTION
PURSUANT TO FED. RULE CIV. PRO. 65(a) OF PLAINTIFF, KATHLEEN A. BENZ**

Plaintiff, Kathleen A. Benz, has moved for a preliminary injunction raising the

same issues and based on the same evidence as her companion Motion For Temporary

Restraining Order Pursuant to FED. RULE CIV. PRO. 65(b) Of Plaintiff, Kathleen A. Benz, filed

simultaneously with her preliminary injunction motion. The standards governing the decision on a motion for a preliminary injunction require this Court to "weigh four factors: (1) whether the plaintiff has a substantial likelihood of success on the merits; (2) whether the plaintiff would suffer irreparable injury were an injunction not granted; (3) whether an injunction wold substantially injure other interested parties; and (4) whether the grant of an injunction would further the public interest." *Al-Fayed v. Central Intelligence Agency,* 254 F.3d 300, 303 (CADC 2001).

These same four standards govern Ms. Benz's application for a temporary restraining order. This Court "measur[es] plaintiff's request [for a TRO] by the well-established standards for preliminary injunctive relief." *National Football League Properties, Inc. v. Coniglio*, 554 F.Supp. 1224, 1225 (DDC 1983). This Court in *NFL Properties*, *supra*, then applied the four-part test noted above to adjudicate the plaintiff's request for a TRO. *Ibid*. *E.g.*, *Al-Fayed*, *supra*, 254 F.3d at 303 n.2.

For these reasons, Ms. Benz—rather than repeat the same arguments here—respectfully refers the Court to her Memorandum Of Points And Authorities In Support Of The Motion For Temporary Restraining Order Pursuant to FED. RULE CIV. PRO. 65(a) Of Plaintiff, Kathleen A. Benz, filed simultaneously with this Memorandum, and incorporates the arguments there made herein.

For the reasons there stated, this Court should grant the Motion for Motion For Preliminary Injunction Pursuant To FED. RULE CIV. PRO. 65(a) Of Plaintiff, Kathleen A. Benz.

Respectfully submitted,

LAW OFFICES OF
WILLIAM ALDEN McDANIEL, JR.

*[signature]*

William Alden McDaniel, Jr.

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax: 410.685.0203
wam@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

MPA PI Final.doc

LAW OFFICES OF
WILLIAM ALDEN McDANIEL, JR.