IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ,<br>    Apartment 208<br>    450 Massachusetts Avenue, N.W.<br>    Washington, D.C. 20001-6203,<br><br>        Plaintiff,<br><br>v.<br><br>THE WASHINGTON NEWSPAPER<br> PUBLISHING COMPANY, LLC,<br>    6408 Edsall Road<br>    Alexandria, Virginia 22312,<br><br>    SERVE:<br><br>    C. T. CORPORATION SYSTEM,<br>    Suite 1000<br>    1015 Fifteenth Street, N.W.<br>    Washington, D.C. 20005,<br><br>And<br><br>JOHN F. BISNEY,<br>    5803 Ryland Drive<br>    Bethesda, Maryland 20817-2538,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

**LCvR 65.1(d) REQUEST FOR EXPEDITED HEARING ON MOTION FOR
PRELIMINARY INJUNCTION PURSUANT TO FED. RULE CIV. PRO. 65(a) OF
PLAINTIFF, KATHLEEN A. BENZ**

Pursuant to LCvR 65.1(d), plaintiff, Kathleen A. Benz, respectfully suggests to

the Court that if a hearing on the Motion For Preliminary Injunction Pursuant To FED. RULE

CIV. PRO. 65(a) is not held on an expedited basis, that is, within twenty (20) days of the filing

of that Motion, she will be irreparably harmed. The basis for this suggestion is that defendant John F. Bisney, the only defendant against whom plaintiff, Kathleen A. Benz, seeks such expedited relief, is currently engaged in impersonating plaintiff on the Internet to respond to and solicit sexual liaisons, impersonating others to spread false and defamatory statements about plaintiff, and in harassing and intimidating plaintiff. The full reasons why expedited treatment is appropriate in this case are set forth in the Memorandum Of Points And Authorities In Support Of The Motion For Temporary Restraining Order Of Plaintiff, Kathleen A. Benz. Plaintiff incorporates that Memorandum herein by reference.

Plaintiff wishes to emphasize that she suffers from a variety of medical conditions, including epilepsy and migraine headaches, symptoms that are exacerbated by stress, and that this is well-known to defendant Bisney. His campaign of intimidation and harassment against her is having the effect of causing her increased stress, and of exacerbating her medical conditions.

           Respectfully submitted,

           LAW OFFICES OF
             WILLIAM ALDEN McDANIEL, JR.

           */s/ William Alden McDaniel, Jr.*
           William Alden McDaniel, Jr.

           118 West Mulberry Street
           Baltimore, Maryland 21201
           Tel.: 410.685.3810
           Fax: 410.685.0203
           wam@wamcd.com

           *Lawyers for Plaintiff, Kathleen A. Benz*

Expedite Cert 1.doc