IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ,                                )<br>    Apartment 208                            )<br>    450 Massachusetts Avenue, N.W.     )<br>    Washington, D.C. 20001-6203,         )<br>                                            )<br>       Plaintiff,                                    )<br>                                            )<br>v.                                                        )   Civil Action No. _____<br>                                            )<br>THE WASHINGTON NEWSPAPER       )<br> PUBLISHING COMPANY, LLC,          )<br>    6408 Edsall Road                              )<br>    Alexandria, Virginia 22312,              )<br>                                            )<br>    SERVE:                                               )<br>                                            )<br>    C. T. CORPORATION SYSTEM,         )<br>    Suite 1000                                         )<br>    1015 Fifteenth Street, N.W.               )<br>    Washington, D.C. 20005,                    )<br>                                            )<br>And                                                       )<br>                                            )<br>JOHN F. BISNEY                                    )<br>    5803 Ryland Drive                             )<br>    Bethesda, Maryland 20817-2538,    )<br>                                            )<br>       Defendants.                                 )<br>_____) | |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

       I, William Alden McDaniel, Jr., attorney of record in this case, move that this Court admit Bassel Bakhos, a member in good standing of the bars of the State of Maryland, the State of New Jersey, the District of Columbia, and the United States District Court for

District of Maryland, for the limited purpose of participating and appearing in this case as co-counsel with me.

Attached to this motion is a declaration by Bassel Bakhos setting forth the information required by LCvR 83.2(d).

Respectfully submitted,

LAW OFFICES OF
WILLIAM ALDEN McDANIEL, JR.

/s/ William Alden McDaniel, Jr.

William Alden McDaniel, Jr.

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax: 410.685.0203
wam@wamcd.com

Dated: 9/1/05

Mot to Admit PHV BB.doc

- 2 -