IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ,<br>    Apartment 208<br>    450 Massachusetts Avenue, N.W.<br>    Washington, D.C. 20001-6203, | ) ) ) ) ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| THE WASHINGTON NEWSPAPER<br> PUBLISHING COMPANY, LLC,<br>    6408 Edsall Road<br>    Alexandria, Virginia 22312, | ) ) ) ) ) | |
| SERVE: | ) ) | |
| C. T. CORPORATION SYSTEM,<br>    Suite 1000<br>    1015 Fifteenth Street, N.W.<br>    Washington, D.C. 20005, | ) ) ) ) ) | |
| And | ) ) | |
| JOHN F. BISNEY,<br>    5803 Ryland Drive<br>    Bethesda, Maryland 20817-2538, | ) ) ) ) | |
|     Defendants. | ) ) | |

**DECLARATION OF BASSEL BAKHOS IN SUPPORT OF MOTION
TO ADMIT COUNSEL *PRO HAC VICE* PURSUANT TO LCvR 83.2(d)**

Bassel Bakhos, being duly sworn, hereby deposes and says as follows:

1.   I am a lawyer with the law firm of the Law Offices of William Alden McDaniel, Jr.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of Maryland, the Bar of the District of Columbia, the Bar of the State of New Jersey, and the Bar of the United States District Court for the District of Maryland.

4. I certify that I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been admitted to practice *pro hac vice* in this Court in the past two (2) years.

6. I am in the process of applying for admission to the Bar of this Court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

## THIS ENDS MY DECLARATION.

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2005.

28 U.S.C. § 1746(2)

*Bassel Bakhos*
Bassel Bakhos

Declaration of BB.doc