THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ, | ) | |
|     Apartment 208 | ) | |
|     450 Massachusetts Avenue, N.W. | ) | |
|     Washington, D.C. 20001-6203, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| THE WASHINGTON NEWSPAPER | ) | |
|  PUBLISHING COMPANY, LLC, | ) | |
|     6408 Edsall Road | ) | |
|     Alexandria, Virginia 22312, | ) | |
| | ) | |
|     SERVE: | ) | |
| | ) | |
|     C. T. CORPORATION SYSTEM, | ) | |
|     Suite 1000 | ) | |
|     1015 Fifteenth Street, N.W. | ) | |
|     Washington, D.C. 20005, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| JOHN F. BISNEY | ) | |
|     5803 Ryland Drive | ) | |
|     Bethesda, Maryland 20817-2538, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Bassel Bakhos, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

- 2 -

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

_____
JUDGE, UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA

cc: William Alden McDaniel, Jr., Esquire
    Bassel Bakhos, Esquire
    Court File

Admission To Practice Pro Hac Vice-BB.doc