IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ,<br>    Apartment 208<br>    450 Massachusetts Avenue, N.W.<br>    Washington, D.C. 20001-6203,<br><br>        Plaintiff,<br><br>v.<br><br>THE WASHINGTON NEWSPAPER<br> PUBLISHING COMPANY, LLC,<br>    6408 Edsall Road<br>    Alexandria, Virginia 22312,<br><br>    SERVE:<br><br>    C. T. CORPORATION SYSTEM,<br>    Suite 1000<br>    1015 Fifteenth Street, N.W.<br>    Washington, D.C. 20005,<br><br>And<br><br>JOHN F. BISNEY,<br>    5803 Ryland Drive<br>    Bethesda, Maryland 20817-2538,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. _____ |

**JURY TRIAL DEMAND OF PLAINTIFF, KATHLEEN A. BENZ**

Plaintiff, Kathleen A. Benz, by her undersigned attorneys, hereby demands TRIAL BY JURY in this action.

Respectfully submitted,

LAW OFFICES OF
WILLIAM ALDEN McDANIEL, JR.

*[signature]*
William Alden McDaniel, Jr.

*[signature]*
Bassel Bakhos
*Pro Hac Vice Pending*

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax: 410.685.0203
wam@wamcd.com
bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Jury Trial Demand.doc