AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kathleen A. Benz

        Plaintiff(s)

vs.

The Washington Newspaper Publishing Company, LLC
and
John F. Bisney

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:05cv1760

To the Clerk of this court and all parties of record:

Please enter the appearance of  Laura R. Handman  as counsel in this
                (Attorney's Name)

case for:  The Washington Newspaper Publishing Company, LLC
           (Name of party or parties)

September 23, 2005
Date

[Signature]
Signature

Laura R. Handman, Davis Wright Tremaine LLP
Print Name

444386
BAR IDENTIFICATION

1500 K Street, N.W., Suite 450
Address

Washington, D.C.  20005
City       State       Zip Code

(202) 508-6600
Phone Number