IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE WASHINGTON NEWSPAPER<br>PUBLISHING COMPANY, LLC<br>and<br>JOHN F. BISNEY<br><br>    Defendants. | Case No. 1:05cv1760 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Washington Newspaper Publishing Company, LLC, publisher of The Washington Examiner ("The Examiner") moves to extend the time in which it is required to respond to plaintiff's complaint, which was filed on September 2, 2005 and served on The Examiner's agent on September 9, 2005.

Counsel for The Examiner has consulted with counsel for plaintiff, who has consented to a 30-day extension of time for The Examiner. Therefore, The Examiner requests a 30-day extension of time (until October 31, 2005) in which to respond to plaintiff's complaint.

Dated: September 23, 2005

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP

By: *[signature]*
Laura R. Handman, Esq. (D.C. Bar No. 444386)
Amber L. Husbands, Esq. (D.C. Bar No. 481565)
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
(202) 508-6600
(202) 508-6699 fax

Counsel for Defendant The Washington Newspaper Publishing Company, LLC

## STATEMENT OF CONSENT

Pursuant to Local Civil Rule 7.1(m), undersigned counsel hereby states that the required discussion with counsel for plaintiff occurred on September 14, 2005, and that counsel for plaintiff does not oppose this motion.

_____
Laura R. Handman

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were served electronically, by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF), this the 23th day of September, 2005, upon the following:

>William Alden McDaniel, Jr.
>MCDANIEL, BENNETT & GRIFFIN
>118 W. Mulberry Street
>Baltimore, MD 21201
>Counsel for Plaintiff Kathleen A. Benz

Further, a true and correct copy of the foregoing was delivered by first class mail, postage prepaid, this the 23th day of September, 2005, upon the following.

>Larry S. Gondelman
>POWERS PYLES SUTTER & VERVILLE P.C.
>1875 Eye Street, N.W., Twelfth Floor
>Washington, D.C. 20006
>Counsel for Defendant John F. Bisney

*(signature)*
Amber L. Husbands

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON NEWSPAPER )<br>PUBLISHING COMPANY, LLC )<br>and )<br>JOHN F. BISNEY )<br>)<br>Defendants. )<br>) | Case No. 1:05cv1760 (EGS) |

## ORDER

UPON CONSIDERATION OF the Consent Motion for Extension of Time to Respond to Plaintiff's' Complaint, it is hereby

ORDERED that the motion is granted, and Defendant The Washington Newspaper Publishing Company, LLC shall have until October 31, 2005 to file its response to Plaintiff's Complaint.

Dated: September __, 2005

_____
EMMET G. SULLIVAN
United States District Court Judge