CO-386-online
10/03

# United States District Court
# For the District of Columbia

Kathleen A. Benz )
)
)
)
vs     Plaintiff )     Civil Action No. __1:05cv1760__
)
Washington Newspaper Publishing )
Company, LLC and )
John F. Bisney )
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Washington Newspaper Publishing Company, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Washington Newspaper Publishing Company, LLC__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

__444386__
BAR IDENTIFICATION NO.

Laura R. Handman
Print Name

1500 K Street NW, Suite 450
Address

Washington, D.C.  20005
City          State          Zip Code

(202) 508-6600
Phone Number