A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kathleen A. Benz

           Plaintiff(s)

vs.

The Washington Newspaper Publishing Company, LLC
and
John F. Bisney
           Defendant(s)

**APPEARANCE**

CASE NUMBER   1:05cv1760

To the Clerk of this court and all parties of record:

Please enter the appearance of   Amber L. Husbands   as counsel in this
                                      (Attorney's Name)

case for:   The Washington Newspaper Publishing Company, LLC
                      (Name of party or parties)

September 23, 2005
Date

*/s/ Amber L. Husbands*
Signature

481565
BAR IDENTIFICATION

Amber L. Husbands, Davis Wright Tremaine LLP
Print Name

1500 K Street, N.W., Suite 450
Address

Washington, D.C.   20005
City        State        Zip Code

(202) 508-6600
Phone Number