IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01760 |
| ) | |
| THE WASHINGTON NEWSPAPER ) | |
| PUBLISHING COMPANY, LLC, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**AFFIDAVIT OF SERVICE**

I, **WILLIAM ALDEN McDANIEL, JR**., under penalty of perjury and upon personal knowledge, state as follows:

1. I am over eighteen (18) years of age.

2. I am competent to testify.

3. I am not a party to this case.

4. On September 6, 2005, I served an original **Summons, and photocopies of the Complaint and Jury Trial Demand** by mailing them, first-class, postage prepaid, to Larry S. Gondelman, Esquire, Powers, Pyles, Sutter & Verville, P.C., Twelfth Floor, 1875 Eye Street, N.W., Washington, D.C. 20006-5409, lawyer for defendant John F. Bisney.

      I SOLEMNLY AFFIRM, under the penalties of perjury, that the contents of the foregoing Affidavit of Service are true to the best of my knowledge, information and belief.

| | |
|---|---|
|    September 23, 2005 | /s/ |
| Dated: | William Alden McDaniel, Jr. |

Affidavit of Service-Bisney.doc