AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kathleen A. Benz

**SUMMONS IN A CIVIL CASE**

v.

The Washington Newspaper Publishing Company, LLL, et al

CASE NUMBER   1:05CV01760

JUDGE: Emmet G. Sullivan

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 09/02/2005

TO: (Name and address of Defendant) The Washington Newspaper Publishing Company, LLL
c/o CT Corporation System
Suite 1000
1015 Fifteenth St., N.W.
Washington, D.C. 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. McDaniel, Jr., Esq.
118 West Mulberry St.
Balt., MD 21201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         SEP 0 2 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | SEPT 9, 2005  12:24 |
| NAME OF SERVER (PRINT)  ANDRE W. KEITH | TITLE  PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ANTHONY SERRETTE, FULFILMENT SPECIALIST, CT CORARATION SYSTEM, RESIDENT AGENT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT 15, 2005
              Date

Signature of Server  Andre W. Keith

AP Legal Support Services, Inc.
2522 NORTH CALVERT STREET
BALTIMORE, MARYLAND 21218
410-366-9109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.