IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHLEEN A. BENZ,                          )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )        Civil Action No. 1:05cv01760
                                           )
THE WASHINGTON NEWSPAPER                   )
  PUBLISHING COMPANY, LLC, *et al*.,       )
                                           )
            Defendants.                    )
_____)

## AFFIDAVIT OF SERVICE

I, **WILLIAM ALDEN McDANIEL, JR**., under penalty of perjury and upon

personal knowledge, state as follows:

1.       I am over eighteen (18) years of age.

2.       I am competent to testify.

3.       I am not a party to this case.

4.       On September 6, 2005, I served an original **Summons, and photocopies**

**of the Complaint and Jury Trial Demand** by mailing them, first-class, postage prepaid, to

Larry S. Gondelman, Esquire, Powers, Pyles, Sutter & Verville, P.C., Twelfth Floor, 1875 Eye

Street, N.W., Washington, D.C. 20006-5409, lawyer for defendant John F. Bisney.

I SOLEMNLY AFFIRM, under the penalties of perjury, that the contents of the foregoing Affidavit of Service are true to the best of my knowledge, information and belief.


_____September 23, 2005_____                    _____/s/_____
Dated:                                             William Alden McDaniel, Jr.




Affidavit of Service-Bisney.doc

2