IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE WASHINGTON NEWSPAPER<br>PUBLISHING COMPANY, LLC<br>and<br>JOHN F. BISNEY<br><br>    Defendants. | Case No. 1:05cv1760 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant John F. Bisney moves this Honorable Court to extend the time within which he is required to respond to Plaintiff's Complaint.

Counsel for Mr. Bisney has conferred with counsel for Plaintiff who has consented to an extension of time until October 31, 2005. The co-defendant in this case, The Washington Newspaper Publishing Company, LLC, has already filed a similar motion with the Court. Therefore, Defendant Bisney requests an extension of time in which to respond to Plaintiff's Complaint until October 31, 2005.

Dated: September 30, 2005

                                                Respectfully submitted,

                                                POWERS, PYLES, SUTTER & VERVILLE, P.C.

By: /s/ Larry S. Gondelman
Larry S. Gondelman (D.C. Bar No. 950691)
1875 Eye Street, NW
12th Floor
Washington, DC 20006
202.466.6550
202.785.1756 (fax)
larry.gondelman@ppsv.com

Counsel for Defendant John F. Bisney

{D0078324.DOC / 1}

## STATEMENT OF CONSENT

Pursuant to Local Civil Rule 7.1(m), undersigned counsel hereby states that the required discussion with counsel for plaintiff occurred on September 30, 2005, and that counsel for plaintiff does not oppose this motion.

_____
Larry S. Gondelman

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were served electronically, by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF), this the 30th day of September, 2005, upon the following:

>William Alden McDaniel, Jr.
>LAW OFFICES OF WILLIAM ALDEN MCDANIEL, JR.
>118 W. Mulberry Street
>Baltimore, MD 21201
>Counsel for Plaintiff Kathleen A. Benz
>
>Laura R. Handman
>DAVIS WRIGHT TREMAINE LLP
>1500 K Street, N.W., Suite 450
>Washington, D.C. 20005
>Counsel for Defendant The Washington Newspaper
>Publishing Company, LLC

Further, a true and correct copy of the foregoing was delivered by first class mail, postage prepaid, this the 30th day of September, 2005, upon the following.

Larry S. Gondelman

{D0078324.DOC / 1}