A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kathleen A. Benz

        Plaintiff(s)  )
                            )   **APPEARANCE**
                            )
           vs.           )   CASE NUMBER   1:05cv1760
The Washington Newspaper Publishing Company, LLC  )
and
John F. Bisney
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Larry S. Gondelman   as counsel in this
                                 (Attorney's Name)

case for:   John F. Bisney
              (Name of party or parties)

September 29, 2005                          *[signature]*
Date                                                Signature

950691                                        Larry S. Gondelman
BAR IDENTIFICATION                   Print Name

                                             1875 Eye Street, N.W. 12th Floor
                                             Address

                                             Washington, D.C.  20006
                                             City          State         Zip Code

                                             (202) 466-6550
                                             Phone Number