

Submit comments »

## Gossip

# The Buzz - Now, the other nomination - Karen Feld

30Sept'05

Published: Friday, September 30, 2005 12:32 AM EDT



**John Roberts** was barely confirmed as the 17th chief justice when buzz around the Supreme Court speculated that **President Bush** plans to nominate - possibly as soon as today - **Larry Thompson**, 58, senior VP of PepsiCo, to replace **Justice Sandra Day O'Connor**. But since O'Connor will be on the bench when the court convenes on Monday, she'll likely be there until April, says an insider. Thompson is a wealthy African-American businessman from Atlanta, who is said to enjoy the high life. He was deputy attorney general under **John Ashcroft** so he's already been vetted and survived one Senate confirmation hearing. He's well-liked and known to be very smart, getting high marks as both a U.S. attorney for Georgia and as a litigator with a large corporate firm. He's a close friend of **Justice Clarence Thomas** and was the White House's lawyer assigned to squire through the nomination. He is believed to be as conservative as Thomas.

### Bush looking at women, too

But the more politically inclined on Capitol Hill seem to think he'll go for a woman, perhaps **Harriet Miers**, 60, the White House counsel, and the first woman to become a partner at the firm and the first woman to be president of the Texas State Bar. She was also President Bush's personal attorney.

### Roberts does lunch well

  EXHIBIT 19

Roberts will fit in with the lunchtime social life on the Supreme Court. During his years as a young attorney at Hogan and Hartzen, he lunched in the law firm cafeteria, frequently sitting at the round table in the corner under the plaque named for former partner, the late Sen. **William Fulbright**. Although he was very quiet, Roberts was likable and smart when he did join in the conversation with partners and associates, including former congressional heavyweights, GOP House leader **Bob Michel**, "Mr. Health" **Paul Rogers**, and former RNC Chairman **Frank Fahrenkoph**, while he was an associate there and fit right in, according to Michel. Fahrenkoph said he was so impressed with the young attorney that he later hired him to represent the American Gaming Association on a First Amendment case before the Supreme Court, and he won.



*By Karen Feld*

The new chief justice will be welcome at the table with the associate justices who usually lunch together in the justices' dining room when the court is in session. "The room and conversation is pleasing, and the food, not so," said one of the justices. Generally between six and nine of them lunch together. The conversation, I'm told, ranges from lawyers to performances at the opera or Shakespeare Theatre, or their children and grandchildren. From time to time, they invite outside guests to join them - Secretary of State **Condoleezza Rice**, U.N. Secretary-General **Kofi Annan**, former Secretary of State **Henry Kissinger** and biographer **David McCullough. Alan Greenspan and Jim Wilkinson** have been popular repeat invitees.

## CORRECTION

Karen Feld's August 19, 2005 "Buzz" column discussed several contacts made by Kathy Benz, an assignment editor at CNN. The column said Ms. Benz had been linked romantically with nine men. We now believe we were the target of an Internet "spoofer" who used an email address that appeared to come from another news organization. Ms. Benz has filed a lawsuit against The Washington Examiner regarding this column; while we ordinarily would not comment on pending litigation, we have learned that Mark Kulkis was interviewed by Ms. Benz but they never had a relationship of



In theatr
September 1
www.gthemov

any kind. In her complaint, Ms. Benz says that she dated Gary Williams, Paul Bosserman and John Daggett, but did not date the other men mentioned in the column. We regret the errors. We did not intend to suggest any improper relationship or misuse of her position at CNN and apologize to Ms. Benz for any offense taken.

### Embarrassed AU in uproar

American University is in such turmoil with the scandal surrounding its president, **Benjamin Ladner**, and his finances that even its damage control efforts aren't successful. Embarrassed AU alumni and students are calling for a quick resignation.

### E. coli, not Ebola, thankfully

The other day we reported that the president's barber, **Zahira Zahir**, was thought to have contracted the Ebola virus while in Afghanistan. Apparently, she and her daughter misunderstood the doctor's diagnosis. She is very ill with E. coli, a bacterial infection. She's expected to be back on her feet and cutting presidential locks in about a month. One friend who visited Z told her, "I'm confiscating your passport."

*Buzz Karen at buzz@karenfeld.com*

Do you have something to say about this? Send us a letter!
Search archives for more...

