IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:05cv1760 (EGS) |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC | ) |
| and | ) |
| JOHN F. BISNEY, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant The Washington Newspaper Publishing Company, LLC's Motion to Dismiss, the memorandum in support thereof, and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is granted and the Complaint is dismissed in its entirety with prejudice against Defendant The Washington Newspaper Publishing Company, LLC.

Dated: _____, 2005.

_____
United States District Judge
Emmet G. Sullivan