IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENz )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE WASHINGTON NEWSPAPER )<br>PUBLISHING COMPANY, LLC )<br>)<br>and )<br>)<br>JOHN F. BISNEY )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05cv1760 (EGS) |

### MOTION OF DEFENDANT JOHN F. BISNEY
### TO DISMISS CLAIMS ONE, TWO, THREE, AND
### <u>FOUR OF THE COMPLAINT</u>

Defendant John F. Bisney moves this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b) to dismiss Claims One, Two, Three, and Four of the Complaint for failure to state a claim upon which relief can be granted. Defendant is filing a Memorandum of Points and Authorities in Support of Motion of Defendant John F. Bisney to Dismiss Claims One, Two, Three, and Four of the Complaint along with this Motion.

1

Respectfully submitted,

*[signature]*

Larry S. Gondelman (D.C. Bar No. 950691)
1875 Eye Street, NW
12th Floor
Washington, DC 20006
202.466.6550
202.785.1756 (fax)
larry.gondelman@ppsv.com

Counsel for Defendant John F. Bisney

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were served electronically, by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF), this the 8th day of November, 2005, upon the following:

William Alden McDaniel, Jr.
LAW OFFICES OF WILLIAM ALDEN MCDANIEL, JR.
118 W. Mulberry Street
Baltimore, MD 21201
Counsel for Plaintiff Kathleen A. Benz

Laura R. Handman
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005
Counsel for Defendant The Washington Newspaper
Publishing Company, LLC

*[signature]*

Larry S. Gondelman