IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE WASHINGTON NEWSPAPER )<br>PUBLISHING COMPANY, LLC )<br>)<br>and )<br>)<br>JOHN F. BISNEY )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05cv1760 (EGS) |

## [PROPOSED] ORDER

Upon consideration of the Motion of Defendant John F. Bisney to Dismiss Claims One, Two, Three, and Four of the Complaint, the Motion of Defendant The Washington Examiner to Dismiss, the Plaintiff's Opposition thereto, and the Defendants' Replies, it is hereby:

**ORDERED** that the Motions of Defendants John F. Bisney and The Washington Examiner are GRANTED, and that Claims One, Two, Three, and Four of Plaintiff's First Amended Complaint are hereby dismissed.

_____
Emmet G. Sullivan
United States District Judge

Dated this ___ day of _____, 2005