IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01760 EGS |
| ) | |
| THE WASHINGTON NEWSPAPER ) | |
| PUBLISHING COMPANY, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION OF PLAINTIFF, KATHLEEN A. BENZ, AND DEFENDANTS
THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC AND
JOHN F. BISNEY TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Kathleen A. Benz, by her undersigned lawyers, and defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney, by their undersigned lawyers, hereby move to extend the briefing schedule on the two motions to dismiss filed by defendants in this case, as follows: to permit plaintiff, Kathleen A. Benz, to file her oppositions to The Washington Examiner's Motion To Dismiss and the Motion Of Defendant John F. Bisney to Dismiss Claims One, Two, Three, And Four Of The Complaint on or before Monday, December 12, 2005; and to allow defendants to file their respective replies to plaintiff's oppositions on or before Friday, December 30, 2005.

In support of this Joint Motion, plaintiff, Kathleen A. Benz, and defendants The Washington Newspaper Publishing Company, LLC, and John F. Bisney state as follows:

1. On November 8, 2005, defendant John F. Bisney served by electronic filing on counsel for plaintiff the Motion Of Defendant John F. Bisney To Dismiss Claims One, Two, Three, And Four Of The Complaint.

2. Also on November 8, 2005, defendant The Washington Newspaper Publishing Company, LLC served by electronic filing on counsel for plaintiff The Washington Examiner's Motion To Dismiss.

3. Pursuant to LCvR 7(b), plaintiff's oppositions to defendants' respective motions to dismiss are due Tuesday, November 22, 2005.

4. Plaintiff requests that the Court extend the time in which plaintiff must file her responses to defendants' motions to dismiss to and including Monday, December 12, 2005.

5. This extension is necessitated because lead counsel for Ms. Benz, William Alden McDaniel, Jr., will be out of the office traveling for the Thanksgiving holiday and then on business from November 22, 2005, through December 7, 2005. Mr. McDaniel has not, because of the press of other business, been able to complete the memorandum in opposition to defendants' motions to dismiss before tomorrow's deadline.

6. In light of this requested extension and defendants' agreement thereto, plaintiff, Kathleen A. Benz, has consented to allow counsel for defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney to file their respective briefs in reply on or before Friday, December 30, 2005.

7. This case will not be delayed unduly nor will any party be prejudiced if this Motion is granted.

WHEREFORE plaintiff, Kathleen A. Benz, and defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney jointly and respectfully request the

Court grant this Joint Motion To Extend Briefing Schedule, extending the time in which plaintiff, Kathleen A. Benz, must file her oppositions to the pending Motion Of Defendant John F. Bisney To Dismiss Claims One, Two, Three, And Four Of The Complaint and The Washington Examiner's Motion To Dismiss to and including Monday, December 12, 2005; and extending the time in which defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney must reply to plaintiff's oppositions to and including Friday, December 30, 2005.

        Respectfully submitted,

        LAW OFFICES OF
          WILLIAM ALDEN MCDANIEL, JR.

            /s/
        William Alden McDaniel, Jr.
        Bar No. 7152

            /s/
        Bassel Bakhos
        Bar No. 489697

        118 West Mulberry Street
        Baltimore, Maryland 21201
        Tel.:  410.685.3810
        Fax:  410.685.0203
        wam@wamcd.com
        bb@wamcd.com

        *Lawyers for Plaintiff, Kathleen A. Benz*

        DAVIS WRIGHT TREMAINE LLP

            /s/
        Laura R. Handman
        Bar No. 444386

/s/
Amber L. Husbands
Bar No. 481565

1500 K Street, N.W., Suite 450
Washington, DC 20005-1272
Tel.:  202.508.6600
Fax.:  202.508.6699
laurahandman@dwt.com
amberhusbands@dwt.com

*Lawyers for Defendant The Washington Newspaper Publishing Company, LLC*


POWERS, PYLES, SUTTER & VERVILLE


/s/
Larry S. Gondelman
Bar No. 950691

1875 Eye Street, N.W.
12th Floor
Washington, DC 20006
Tel.:  202.466.6550
Fax:  200.785.1756
larry.gondelman@ppsv.com

*Lawyers for Defendant John F. Bisney*


POINTS AND AUTHORITIES:  FEDERAL RULE OF CIVIL PROCEDURE 6(b); LCvR 7(b).


Joint Mot To Extend Briefing Schedule.doc