UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

# ORDER
(JOINT MOTION OF PLAINTIFF, KATHLEEN A. BENZ, AND DEFENDANTS THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC AND JOHN F. BISNEY TO EXTEND BRIEFING SCHEDULE)

**UPON CONSIDERATION** of the Joint Motion Of Plaintiff, Kathleen A. Benz, And Defendants The Washington Newspaper Publishing Company, LLC And John F. Bisney To Extend Briefing Schedule, the record in this case, and the applicable law, it is this _____ day of _____, 2005,

**ORDERED** that the Joint Motion Of Plaintiff, Kathleen A. Benz, And Defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney To Extend Briefing Schedule be and hereby is **GRANTED**; and it is further

**ORDERED** that plaintiff, Kathleen A. Benz, shall file her oppositions to The Motion Of Defendant John F. Bisney To Dismiss Claims One, Two, Three, And Four Of The Complaint and The Washington Examiner's Motion To Dismiss on or before Monday, December 12, 2005; and it is further

2

**ORDERED** that defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney shall file their replies to plaintiff's oppositions on or before Friday, December 30, 2005.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Order Joint Motion Extend Briefing Sched.doc