So, did you hook-up? Page 1 of 3

Case 1:05-cv-01760-EGS    Document 23-3    Filed 12/12/2005    Page 1 of 3

# *So, did you hook-up?*

There are certain terms that are overused everyday in society. Back in the 1980s it was the word "psyched". I can remember saying *Get psyched* or *I'm so psyched to get my braces off* or *I'll be so psyched when my brother posts bail.* It was a word that I used more than my retainer. Then in the 90s we abused the word "real". Certain types of music were labeled "real" because it was an alternative to the crafted hair bands that dominated my 8th grade school dance (where I danced with 8 different girls, thank you very much. Two of them weren't even teachers). Then the Real World taught us that people on TV will always lead more exciting lives than our own, regardless of whether they are actors or merely real people with a constant cash flow and hot bodies.

 But now in the new millennium, just after the acronym "Y2K" replaced "OJ is a murderer" as the country's most common saying, a familiar phrase is slipping back into the social semantics. I find myself constantly hearing two words that work on so many different levels and keep me constantly intrigued. It is now official on the ESPN SPORTSCENTER scoreboard in which I view all my thoughts, the phrase "hooking-up" has jumped into first place as the most overly abused conjunction of two words, narrowly beating out "Bite Me".

 What makes the phrase "hooking-up" so tantalizing is that it piques the interest of the listener in a conversation, and just like a good cup of Dunkin' Donuts coffee, it keeps you wanting more. By just saying the phrase, "We hooked up..." and not finishing the sentence, you could drive a person mad. If someone is suddenly interrupted and has to cut that story short, the helpless listener will spend the rest of their day needing to know what led to the hook-up, how it happened, and what it's consequences were. It's the ultimate curiosity because there are so many possibilities, so many options, and so many tales that start as a reply to the question, *"So, did you hook-up?"*

 It's probably impossible to define the term "hooking-up". Webster's Dictionary didn't define it very well, but I think I'm a little smarter than that little black orphan that lived with Mr. & Mrs. Popadopolis. With condoms in hand, I went exploring into the enigma of "hooking-up".

 Probably the classiest way to identify "hooking-up" is in the context of 2 friends or co-workers getting together as just that, friends or co-workers. Of course most of us have no class and our minds are next to Vanilla Ice's career (in the gutter), so we laugh when someone says, "Todd and Jim should hook-up later and finish that report." Now, is anyone else picturing gay sex in the conference room? Um, neither was I. But really, I wouldn't be able to keep a straight face if my boss told me to *hook-up with her later*. I'd be quick to respond, *"Will this be on my review? What kind of affect will this have on my bonus? Should I even bother wearing pants to work?"* Or what if I called my girlfriend and said, *"My secretary and I are hooking-up at 7:00, so I'll be a little late for our dinner date tonight."* That would go over like a pregnant pole vaulter.

 Maybe hooking-up should be classified by a date, in a romantic sense. The thought seems bizarre since I'm convinced people only "date" in sitcoms and Hollywood movies. The movie or episode always starts when the woman bumps into the man at the grocery store and is immediately mesmerized by his blue eyes and concern for the old woman who can't carry her milk and eggs to her '72 Dodge Dart, which is conveniently parked next to her 2001 Red Dodge Viper that perfectly matches her lipstick color. And then he says something about taking her to

So, did you hook-up? Page 2 of 3

Case 1:05-cv-01760-EGS    Document 23-3    Filed 12/12/2005    Page 2 of 3

dinner, and they meet up for the greatest date ever, yadda yadda yadda. This doesn't happen to normal people, only characters on FRIENDS. In real life, people meet through friends, by getting drunk with friends or by being set-up. The odds of 2 beautiful, AVAILABLE people bumping into each other at a food store are similar to my odds of staying sober this weekend; pretty fucking slim. But anyway, maybe going on a date should count as "hooking-up", especially if you are a complete tool.

Then there are the physical aspects of "hooking-up" that most of us refer to. If your roommate comes home from a night on the town and says, "**Whoa**, I just hooked-up!" your first reaction is going to be, "When did you start talking like Joey Lawrence? And what exactly do you mean by 'hook-up'?" They could be referring to more than a few possibilities. Was just kissing involved or are they talking in code? Is hooking-up referring to contact below the belt? It all depends on the storyteller. This "hooking up" euphemism can be too much to handle sometimes. What we really want to ask is, "Did you just kiss or did she go down like the Titanic?" At that point, if there is no definite reply, such as merely mumbling "Um, well…uh" then there may have even been sex involved. You dirt merchant! But that's the beauty of hooking-up; it's got all sorts of potential.

Another reason there is so much curiosity every time someone hooks-up is because there are so many different hook-up scenarios.  For example, everyone I know has done the "drunk hook-up" at least once. I've always said that there is nothing wrong with hooking-up when you're drunk, because odds are you wanted to nail that person sober, but you had something small holding you back, like he's too short, lives too far away or she's dating your brother. Petty stuff like that. The drunken hook-up is the most common, especially for the Two-Can Sams that put on their beer goggles after the second pint. If you have a low tolerance for alcohol, you better have a high tolerance for waking up next to someone that got savagely beat with the ugly stick.

The problem is that sometimes beer goggles work as beer binoculars, and that leads to the "*Oh, we might as well* hook-up". Allow me to explain. You think you spot Miss Perfect across the bar, but as you smoothly stroll towards your new target, she gets a little less attractive with each step. From 10 yards away she looked like Jenna Jamison, but from 4 feet away she looks more like Antawn Jamison. Of course now it's 10 minutes to last call and you just don't care anymore. You've been a victim of the DDF (Distance Distortion Factor) yet again. She gets classified in your book as a 30-footer, but you'll still be the captain of her ship for that night. All aboard The Love Barge, soon we'll be making another run…for the door at 6am.

Of course this works both ways. For every time you go hoggin', there was that one time you took home the hottest girl in the bar. This is "The Conquest hook-up". She's so far out of your league it is ridiculous, but somehow you succeed. Every guy in the bar has tried a line on her and been turned away like the Soup Nazi.

"I, um, really like your sweater. Is that GAP?"

And she snaps back,

**"No sex for you! Next!"**

The next guy steps up to the line,

"Don't I know you? I think we went to college together?"

**"No sex for you! Next!"**

"Hey, you have the most beautiful..."

**"No sex for you! Next!"**

But somehow you accidentally spill a Miller Lite on this Sex Nazi and an hour later you're bumpin' uglies on the basketball court around the corner.

At least there is some privacy on the dark basketball courts. Nothing is more embarrassing than "The Public hook-up" where you just start going at it like 2 Boston Terriers in the dog park. Only difference is that the dogs don't have to call the next day to explain that they already have a boyfriend…and he was watching. The public hook-up may be embarrassing for the participants, but it's great entertainment for the rest of the bar. It's a shame they can't advertise once the show begins. I can hear PT Barnum's voice now, *"Tonight only! There will be wet kisses, groping, ass grabbing, nipple twisting, and a possible penis appearance tonight only! Join us for this great show located smack damn in the middle of the Scotland Yard dance floor. Be sure to hold onto your ticket stubs and don't forget the midnight show is completely different than the 2am show! Thank you."*

And let's not forget the hook-up that we have complete control over. Most people have that one person they can always rely on for an unconditional night of lovin'. Sometimes it is the booty call that enjoys your naked body, but doesn't want to hear your thoughts on life. When she goes to say something, your general response is "Don't talk with your mouth full." (Sorry, flag on the play). Or maybe he just worships the ground you walk on, even if you force him to be blindfolded in the taxi so he doesn't know where you live. I call this the "Safety hook-up" because she is just like your Safety School when choosing a college; you know that you are guaranteed to get in. Wow, I'm getting dirty today.

People have so many hook-up stories, and they all keep us intrigued because we don't know exactly what their definition of "hooking-up" is, and we don't know how it happened. Maybe you kissed the Goddess of the Pub, or maybe you slept with a troll that climbed out from under the George Washington Bridge. Maybe you rolled around with Arnold Shwarzenager, or maybe you exchanged numbers with Tom Arnold. Or maybe as the bouncer began to clear the bar at 2:30am, you decided that she may not be right, but she's what's left.