

hook up
Urban Dictionary is a slang dictionary with your definitions. Def

add  edit  wall  book  press  daily email  ads

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

no images (add)
no sounds (add)



advertise on UD

**Momma Slappin Funny Tees**
Fitted Tees from only $10

< hook nose | hook up | Hook's mom >

thesaurus: **make out**, **start the subway**

### 1. hook up                          link send redefine  👍 136 up

   1. recieved a good or service as a favor
   2. to make out with someone
   3. to have sex with someone

   1. Jerry gave me the hook up with those backstage passes.
   2. Sandra and I hooked up last night and her adams apple was kinda big
   3. Hooking up with Derick last night was the biggest mistake in my life.

   Source: Doctor Crayon, Dec 30, 2003

### 2. hook up                          link send redefine  👍 95 u

   verb: to engage in any type of sexual activity.
   noun: 1. purposely ambiguous, equivocal word to describe almost any sexual action. usually used to exaggerate or minimize what exactly happened. a hook-up can range from a make-out session to full out sex.
   2. person you hook up with

   a: "so what did you guys do last night."
   b: "welll, you know...we hooked up."
   a: "come on! that could mean anything. give me details!

   Source: nerm, Nov 6, 2004

### 3. hook up                          link send redefine  👍 41 u

   an informal agreement for people to get together at a subsequent time

   *Why don't we each do what we need to do now; we'll hook up later.*

   Source: s, Jul 25, 2003

### 4. hook up                          link send redefine  👍 35 up

1. make out with someone
2. get together with someone (as a date)

*i hooked up with that guy...he was yummy*

Source: Ronnie, May 25, 2003

### 5. hook up

link send redefine  **32** up

To have sex with someone you are not currently dating or are in a commitment type of relationship with. This may occur when going on a date or on any random occasion.

*Buck: So are you two dating or what?*
*Ned: Nah, we've just hooked up a few times.*

Source: mike, May 29, 2004

### 6. hook up

link send redefine  **14** u

v. To provide or return.

*"Hook me up with some greens"*

Source: zx, Aug 15, 2002

### 7. hook up

link send redefine  **9** u

something thats fun, but can lead to misunderstanding and broken hearts.

*I hooked up with him a few times but apparently we aren't gonna go out.*

Source: beenusedafewtimes, Mar 9, 2005

### 8. hook up

link send redefine  **9** up

To provide illegal drugs to someone without charging a handler's fee. (i.e. if one can get an eight of marijuana for 20 bucks, one would then sell it to one's friends for the same price, hooking them up)

*You can get schwag for 15$ an eighth? Woah dude, hook me up!*

Source: Greg, Aug 7, 2003

### 9. hook up

link send redefine  **9** up

A homeboy/homegirl that will provide something for you

*Yeh, this is Mei. She's my HOOKUP.*

Source: Joshiro007, Feb 12, 2003

### 10. hook up

link send redefine 👍 6 u

A dealer you mainly rely on.

*Yeah dawg hes my main hook-up.*

Source: Korey Herndon, Jun 18, 2004

**15** definitions: 1 | 2 | next ▶

home | add | edit | wall | book | press | daily email | ads | tools | newest

Urban Dictionary is not appropriate for all audiences. ©1999-2005. terms of service | feedback | tools | rss