




Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? **Sign in** .



Share your own customer images
Search inside this book

**The Happy Hook-Up: A Single Girl's Guide to Casual Sex (Paperback)**
by Alexa Joy Sherman, Nicole Tocantins
"We've all heard the old saying "He's not going to buy the cow if he's getting the milk for free"- that ubiquitous adage the aging masses…" (more)
**SIPs:** casual coitus, had casual sex, having casual sex, fifteen reps
**CAPs:** Los Angeles, Happy Hook-Up, New Jersey, San Francisco, Chapel Hill (more)

★★★★½ (20 customer reviews)

**List Price:** $14.95
**Price:** **$10.17** & eligible for **FREE Super Saver Shipping** on orders over $25. See details
**You Save:** $4.78 (32%)

**Availability:** Usually ships within 24 hours. Ships from and sold by Amazon.com. See more on holiday shipping.

**Want it delivered Wednesday, December 14?** Order it in the next 20 hours and 46 minutes, and choose **One-Day Shipping** at checkout. See details

**66 used & new** available from $2.60



or
Sign in to turn on 1-Click

A9.com users save 1 Amazon. Learn how.

More Buying Ch

**66 used & new** fr $2.60

Have one to sell? Sell




Your tags: **Add your first tag** (What's this?)

## Better Together

Buy this book with The Hookup Handbook : A Single Girl's Guide to... by Jessica Rozler today!

 +    **Total List Price:** $29.90
**Buy Together Today:** $20.34

### Customers who bought this book also bought

The Hookup Handbook : A Single Girl's Guide to Living It Up by Jessica Rozler

Date Like A Man: What Men Know About Dating and Are Afraid You'll Find Out by Myreah Moore

Why Men Love Bitches: From Doormat to Dreamgirl-A Woman's Guide to Holding Her Own in a Relationship by Sherry Argov

Be Honest--You're Not That Into Him Either: Raise Your Standards and Reach for the Love You by Ian Kerner

The Player's Handbook: The Ultimate Guide on Dating and Relationships by Heidi Fleiss

**Explore Similar Items**: in Books

## Editorial Reviews

**Book Description**
Mindless fling, harmless hook-up, booty call, friends with benefits. Call it what you want, but let honest: more females than ever are choosing to stay single—and sleeping around has become a accepted, if not expected, part of the singles scene. But while casual sex is no longer a girl's di secret, it's not always as easy as it's often made out to be.

In THE HAPPY HOOK-UP, two 30-something women who have done hard time in the casual sex address the various issues that single women face before, during, and after hooking up. Using e interviews with a variety of experts, THE HAPPY HOOK-UP explores the physical, behavioral, an emotional issues that go along with doing the casual deed.

Accompanying the authors' sardonic and sage advice is an array of entertaining and educationa anecdotes from women who've hooked up and survived to share their enlightening tales. They on such important issues as planning ahead (go easy on the alcohol—and the fiber), special eng (celebrity screws; workplace whoopie), and the awkward moments after (the phone number ex breakfast in public). Featuring quizzes and checklists to gauge the reader's casual sex readines as glimpses into getting lucky from the male perspective, The Happy Hook-Up looks at commitr fun from a smart and empowering perspective.

**About the Author**
Before ALEXA JOY SHERMAN became senior editor at Shape magazine, she worked at the popul magazine Jump. She spent six years in the music industry doing publicity and marketing for Ca Records and working as senior editor at the trade magazine HITS. She lives in Los Angeles, Cal

NICOLE TOCANTINS works as a production coordinator and reviewer at HITS (where she and SI met) and runs her own music supervision company. She is also a stellar comedic actress; her fe work includes roles in The Opposite of Sex and Bounce, and her television credits include Seinfe Dharma and Greg. She lives in Los Angeles, California.

## Product Details

**Paperback:** 296 pages
**Publisher:** Ten Speed Press (October, 2004)
**Language:** English
**ISBN:** 1580086098

**Product Dimensions:** 7.2 x 5.2 x 0.9 inches

**Shipping Weight:** 11.4 ounces. ([View shipping rates and policies](#))

**Average Customer Review:**  based on 20 reviews. ([Write a review.](#))

**Amazon.com Sales Rank:**
Today: [#150,901 in Books](#)
Yesterday: [#113,647 in Books](#)
(Publishers and authors: [improve your sales](#))

## Inside This Book ([learn more](#))

**First Sentence:**
We've all heard the old saying "He's not going to buy the cow if he's getting the milk for free"-t ubiquitous adage the aging masses (particularly our parents) throw around in a futile effort to g keep our pants on or at least hold out for a marriage proposal. [Read the first page](#)

**Statistically Improbable Phrases (SIPs):** ([learn more](#))
[casual coitus](#), [had casual sex](#), [having casual sex](#), [fifteen reps](#)

**Capitalized Phrases (CAPs):** ([learn more](#))
[Los Angeles](#), [Happy Hook-Up](#), [New Jersey](#), [San Francisco](#), [Chapel Hill](#), [Durex Global Sex Survey](#) [Carolina](#), [Anka Radakovich](#), [Long Island](#), [Santa Cruz](#)

**New!**
[Books on Related Topics](#) | [Concordance](#) | [Text Stats](#)

**Browse Sample Pages:**
[Front Cover](#) | [Copyright](#) | [Table of Contents](#) | [Excerpt](#) | [Index](#) | [Back Cover](#) | [Surprise Me!](#)

**Search Inside This Book:**

## Customers interested in this title may also be interested in:

Sponsored Links: [What is this?](#)

**Find Girl Happy**
We have what you're looking for. **Girl Happy** & much more!
www.eWoss.com

[Feedback](#)

## Customers who viewed this book also viewed

[Fearless Sex: A Babe's Guide to Overcoming Your Romantic Obsessions and Getting the Sex Life Deserve](#) by [Joy Davidson](#)

[The Lazy Girl's Guide to Good Sex](#) by [Anita Naik](#)

[Men Are Like Fish: What Every Woman Needs to Know About Catching a Man](#) by [Steve Nakamo](#)

[Brief Encounters : The Women's Guide to Casual Sex](#) by [Emily Dubberley](#)

[The Straight Girl's Guide to Sleeping with Chicks](#) by [Jen Sincero](#)

**[Explore Similar Items](#):** in [Books](#)

## Customer Reviews

**Average Customer Review:**
**Write an online review** and share your thoughts with other customers.

Search Custo

---

1 of 1 people found the following review helpful:

★★★★★ **Great read**, October 6, 2005
Reviewer: **KKirk** (Michigan) - See all my reviews

I really enjoyed this book a lot. Informative, funny, empowering, and written in a tasteful, resp
manner. I'm glad there are women authors like these who think outside the box and realize tha
are taking charge and not sitting around and obsessing about whether or not he is going to call

Was this review helpful to you?   [Yes] [No]   (Report this)

---

3 of 3 people found the following review helpful:

★★★★★ **Wonderful read!**, July 29, 2005
Reviewer: **Brooklyn Mueller** (Green Bay, WI USA) - See all my reviews


This book was just absolutely wonderful!! At parts, I laughed, and at other parts, they were ser
what the authors wanted to portray to the readers. This book is excellent for any single girl out
just wants to have "casual sex" with the no-strings attached method. This book also explores h
wrong to have casual sex, because this has changed from the early years and ways of thinking.
wonderful read!

Was this review helpful to you?   [Yes] [No]   (Report this)

---

3 of 13 people found the following review helpful:

★★★★★ **finally, it's all easy for us guys!**, June 12, 2005
Reviewer: **C. Falcone "bungaloo"** (orlando, florida United States) - See all my reviews


ATTENTION ALL FELLOW MALES: This book is da winner! It finally confirms what we all have be
to acheive for 6000 years: make women as easy and shall we say, slutty as possible with no
committments, strings, promises or hard work attached! Fan-tastic. Now we don't have to comp
each other so the best and most quality stand up guy wins the girl; now we're ALL winners and
us da booty as much as, and anytime we please. Thanks hook-up ladies, for finally becoming w
been wanting you to become for sooo long but had to work so hard at trying to get. [Only probl
when I hang with a lady at the bar and then finally spring the question, "so you wanna do it tor
called every stereotypical name in the book? How come? You think this is the old double standa
its ugly head again, or maybe *some* ladies are STILL ladies, have a little class, and a few scru
so, then the hook-up gals are kinda spoilin it for the classy ones, wouldn't you say? But anyway
hook up girls, and keep those freebies comin'----we guys love it! A greatful male on the prowl i
Florida.

Was this review helpful to you?   [Yes] [No]   (Report this)

4 of 4 people found the following review helpful:

 **Well done!**, May 3, 2005
Reviewer: **Devora "Single and happy"** (Ohio) - See all my reviews
I thought this book was just wonderful. As a woman in her forties who went through a bad divo wasn't sure it would apply to me…I thought it might just be for the hot, young girls out there. I figured, what the heck -- I am a single girl (or woman) again, so I may as well see what my op now that I've got them again.

Much to my delight, this book was full of funny stories from all kinds of women. They illustrated valuable points, all while making me laugh and realize that being single really can be an opport explore your sexuality if you're smart and emotionally stable enough to handle it.

I applaud this book for addressing the subject matter responsibly. There are a lot of serious issu consider when you have casual sex and as this book points out, if you consider those and feel o all, then you have as much right as any man to go out and enjoy it for what it is.

Was this review helpful to you? [Yes] [No]    (Report this)

3 of 3 people found the following review helpful:

 **Awesome!!!**, April 5, 2005
Reviewer: **Jo Jo** (Seattle) - See all my reviews
I can't say enough good things about this book. I bought it around Valentine's Day, right aroun that my boyfriend and I broke up (of course! I never seem to have a boyfriend on that holiday!)

At the time, I was thinking about having casual sex with a friend of mine, just to get me over t breakup. After reading this book and taking some of the advice to heart, I realized that it proba wouldn't be a good idea for me to act on my impulse to go for it with my friend. That's not to s other people shouldn't have a "friends with benefits" type of relationship, I just realized in readi book that it probably would't be right for me and that I should put some thought into it before j for it.

BUT, I also realized that at a certain point, casual sex might be right for me and that it could be thing to do if I met the right guy, found the right situation. Well, I just had the right situation c and I feel really good about it! Since the guy was someone I wouldn't really want to get serious feel really great about it -- we had fun, but that's all it was. If I hadn't had this book, I'm not su would be feeling, but this book really helped me figure out how to know when the timing is righ when it's not. When it IS right, having a one-night stand can be a nice way to have some fun w waiting for Mr. Right to come along.

There's a lot of other great info in the book too and lots of stories from women that remind me situations I might have been in myself at one point or another. It's nice to know that I'm not th going through all these things. I learned a lot from reading the stories from other women in thi

It's all just really good info and a fun read.

Was this review helpful to you? [Yes] [No]    (Report this)

2 of 5 people found the following review helpful:

 **so true**, March 17, 2005
Reviewer: **summer babe "clovester"** (NY) - See all my reviews

this book covers the same topic as a newer title "the hookup handbook". This one is definately interesting, because as you read it you know most of its true! Let's face it today dating has cha its an level playing field as far as sex. It doesn't make you slutty, this book covers all the things need to know if you do decide to go this route. If you live in any city with any kind of bar scene this is exactly what happens, so don't listen to someone in the texas, do they even have cable t

Was this review helpful to you?   [Yes]  [No]   (Report this)

**See all 20 customer**

## Listmania!


Great books for the beach!:
A list by SingleCityChick "dating diva e...


Straight Up and Dirty and othe...:
A list by SingleCityChick "dating diva e...


The Hookup - Who and Who Not t...:
A list by SingleCityChick "dating diva e...

Create a Listmania! list

## So You'd Like to...


ENHANCE YOUR PEOPLE SKILLS FOR DATING!:
A guide by Steve Nakamoto, Host of iVillage.com's "Ask Mr. Answer Man" messa...


DON'T DATE THE WRONG MAN FOR LOVE!:
A guide by Steve Nakamoto, Host of iVillage.com's "Ask Mr. Answer Man" messa...


WHY HE'S NOT THAT INTO YOU ANYMORE!!!:
A guide by Steve Nakamoto, Host of iVillage.com's "Ask Mr. Answer Man" messa...

Create a So You'd Like to... guide

#### Look for similar items by category

Subjects > Health, Mind & Body > Relationships > Interpersonal Relations
Subjects > Health, Mind & Body > Self-Help > General
Subjects > Health, Mind & Body > Sex > Sex Instruction > General

#### Look for similar items by subject

☐ Interpersonal Relations
☐ Psychology
☐ Self-Help
☐ Sexual Instruction
☐ Sexual behavior
☐ Women

[ Find books matching ALL checked subjects ]

i.e., each book must be in subject 1 AND subject 2 AND …

#### This Book and You

Sign in to rate this item
Write a Review. | Write a *So You'd Like To…* Guide | Tell a Friend About This Item



***Spec*tacular Readers**
Never misplace your reading glasses again with the hip and stylish magnetic readers from CliC.

#### Suggestion Box

Your comments can help make our site better for everyone. If you've found something incorrect, broken, or frustrating on this page, let us know so that we can improve it. Please note that we are unable to respond directly to suggestions made via this form.

**If you need help with an order, please contact Customer Service.**

**Please mark as many of the following boxes that apply:**

☐ Product information is missing important details.

☐ Product information is incorrect. Propose corrections using our Online Catalog Update Form.
☐ The page contains typographical errors.
☐ The page takes too long to load.
☐ The page has a software bug in it.
☐ Content violates Amazon.com's policy on offensive language.
☐ Product offered violates Amazon.com's policy on items that can be listed for sale.

**Comments or Examples:**
Examples: Missing information such as dimensions and model number, typos, inaccuracies, etc.

[Submit]

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate.
• Visit our Help department.

Search  Amazon.com  for  [GO!]

Amazon.com Home   |   Directory of All Stores

Our International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help   |   Shopping Cart   |   Your Account   |   Sell Items   |   1-Click Settings

Investor Relations   |   Press Room   |   Careers

Conditions of Use | Privacy Notice  © 1996-2005, Amazon.com, Inc. or its affiliates