UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

(DEFENDANT THE WASHINGTON EXAMINER'S MOTION TO DISMISS)

**UPON CONSIDERATION** of Defendant The Washington Examiner's Motion To Dismiss, the opposition thereto, the applicable law, and the record in this case, it is this

_____ day of _____, 2006,

**ORDERED** that Defendant The Washington Examiner's Motion To Dismiss be and hereby is **DENIED**.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**