UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

(MOTION OF DEFENDANT JOHN F. BISNEY TO DISMISS
CLAIMS ONE, TWO, THREE, AND FOUR OF THE COMPLAINT)

**UPON CONSIDERATION** of the Motion Of Defendant John F. Bisney To Dismiss Claims One, Two, Three, And Four Of The Complaint, the opposition thereto, the applicable law, and the record in this case, it is this _____ day of _____, 2006,

**ORDERED** that the Motion Of Defendant John F. Bisney To Dismiss Claims One, Two, Three, And Four Of The Complaint be and hereby is **DENIED**.

_____
**JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**