UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                 )
KATHLEEN A. BENZ,                )
                                 )
               Plaintiff,        )
                                 )
          v.                     )  Civil Action No. 05-1760 (EGS)
                                 )
THE WASHINGTON NEWSPAPER         )
PUBLISHING COMPANY, LLC and      )
JOHN F. BISNEY,                  )
                                 )
               Defendants.       )
_____)
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby

**ORDERS** that defendant John Bisney's Motion to Dismiss is **GRANTED IN PART and DENIED IN PART**; and it is

**FURTHER ORDERED** that plaintiff has stated a claim upon which relief may be granted against defendant Bisney for Claim I (defamation), Claim III (Invasion of Privacy-Public Disclosure of Private Facts), and Claim IV (Invasion of Privacy-False Light); however, Claim II (invasion of privacy-intrusion upon seclusion) is dismissed without prejudice to filing of an appropriate pleading from the plaintiff within ten (10) days from the date of this Order; and it is

**FURTHER ORDERED** that defendant The Washington Newspaper Publishing Company's ("the Examiner") Motion to Dismiss is

**GRANTED IN PART and DENIED IN PART**; and it is

**FURTHER ORDERED** that plaintiff has stated a claim upon which relief may be granted against defendant the Examiner for Claim I (defamation) with regard to the Examiner's August 19, 2005 article, Claim III (Invasion of Privacy-Public Disclosure of Private Facts), and Claim IV (Invasion of Privacy-False Light) with regard to the Examiner's August 19, 2005 article; however, Claim I (defamation) with regard to the Examiner's September 30, 2005 article is dismissed with prejudice, and Claim IV (Invasion of Privacy-False Light) with regard to the Examiner's September 30, 2005 article is also dismissed with prejudice; and it is

**FURTHER ORDERED** that all defendants shall file an Answer/Responsive Pleading to plaintiff's Fist Amended Complaint by no later than **October 20, 2006**; and it is

**FURTHER ORDERED** that the parties are to file a meet and confer report in accordance with Local Civil Rule 16.3 by no later than **November 13, 2006**; and it is

**FURTHER ORDERED** that an Initial Scheduling Conference is scheduled for **November 21, 2006 at 11:30 AM** in Courtroom 24A.

**SO ORDERED.**


**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **September 29, 2006**