IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ <br><br> Plaintiff <br><br> v. <br><br> THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC <br><br> and <br><br> JOHN F. BISNEY <br><br> Defendants. | Civil Action No. 1:05cv1760 (EGS) |

## [PROPOSED] ORDER

Upon consideration of the Motion of Defendant John F. Bisney to Dismiss Claim Two of the Second Amended Complaint, it is hereby:

**ORDERED** that the Motion of Defendant John F. Bisney is GRANTED, and that Claim Two of Plaintiff's Second Amended Complaint is hereby dismissed with prejudice.

_____
Emmet G. Sullivan
United States District Judge

Dated this ___ day of _____, 2006