IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01760 EGS |
| ) | |
| THE WASHINGTON NEWSPAPER ) | |
| PUBLISHING COMPANY, LLC, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

IT IS THIS _____ day of _____, 2006,

hereby

**ORDERED** that the following schedule shall apply in this case:

| | |
|---|---|
| Joinder of Parties/ Amendment of Pleadings | **February 1, 2007** |
| Plaintiff's Expert Witness Designations | **March 1, 2007** |
| Defendants' Expert Witness Designations | **May 1, 2007** |
| Additional Expert Witness Designations | **May 15, 2007** |
| All Discovery Completed | **June 15, 2007** |
| Pretrial Conference | **June 15, 2007** |
| Trial Date | **To Be Set At Initial Scheduling Conference** |

And it is further

**ORDERED** that the initial disclosures set out in Fed. Rule Civ. Pro. 26(a)(1) shall not apply in this case; and it is further

**ORDERED** that the provisions of Fed. Rule Civ. Pro. 26(a)(2)(C) regarding expert witnesses shall apply in this case.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**