# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:05cv1760 (EGS) |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC | ) |
| and | ) |
| JOHN F. BISNEY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

Following receipt of the parties' report submitted pursuant to LcvR 16.3, the Court enters this initial scheduling order:

1.  **Dispositive motions**.  The parties intend to file summary judgment motions at some point during the proceedings.  Such motions will be filed within thirty (30) days after the close of discovery.

2.  **Joinder of parties**.  The deadline for joining other parties and amending the pleadings is February 1, 2007.

3.  **Assignment to magistrate judge**.  The matter will not be referred to a magistrate judge for any purpose.

4.  **Settlement**.  The parties are open to discussing settlement.

5.  **ADR**.  The parties will immediately engage in Alternative Dispute Resolution using a mediator acceptable to all parties.

6.  **Summary judgment**.  Discovery will close on August 31, 2007.  Summary

1

judgment motions will be due not later than October 1, 2007, oppositions on October 31, 2007, and replies on November 14, 2007.

    7.    **Initial disclosures**. The initial disclosures required by Rule 26.1 of the Federal Rules are dispensed with.

    8.    **Discovery schedule**. Discovery will close on August 31, 2007.

    9.    **Expert witnesses**. The provisions of Rule 26(a)(2) will apply to expert witness disclosures. Plaintiff will designate her expert witnesses by June 29, 2007. Defendants will designate their expert witnesses by July 30, 2007. Rebuttal expert witnesses be designated by August 17, 2007. Expert witness depositions may take place up until the discovery deadline of August 31, 2007.

    10.    **Class action issues**. This case will not proceed as a class action.

    11.    **Bifurcation**. Neither discovery nor the trial will be bifurcated.

    12.    **Pretrial conference**. Given the probability of filing dispositive motions, the court will not set a date for pretrial conference at this time. The Court will hold a pretrial conference sixty (60) days after resolving the parties' motions for summary judgment.

    13.    **Trial Date**. The trial date will be set at the pretrial conference.

    14.    **Other matters**. There are no other matters for the court's consideration at this time.

    Dated: _____, 2006.

    _____
    United States District Judge
    Emmet G. Sullivan