UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER
(MOTION OF DEFENDANT JOHN F. BISNEY TO DISMISS
CLAIM TWO OF THE SECOND AMENDED COMPLAINT)

**UPON CONSIDERATION** of the Motion Of Defendant John F. Bisney To Dismiss Claim Two Of The Second Amended Complaint, the opposition thereto, the applicable law, and the record in this case, it is this _____ day of _____, 2006,

**ORDERED** that the Motion Of Defendant John F. Bisney To Dismiss Claim Two Of The Second Amended Complaint be and hereby is **DENIED**.

_____
**JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**