# EXHIBIT 1

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

KATHLEEN A. BENZ,         )
                         )
       Plaintiff,        )
                         )
v.                      )
                         )     Civil Action No. 1:05-cv-1760 (EGS/JMF)
THE WASHINGTON NEWSPAPER   )     Settlement Conference January 24, 2007
PUBLISHING COMPANY, *et al.,*   )
                         )
       Defendants.     )
                         )

**RESPONSE OF PLAINTIFF, KATHLEEN A. BENZ, TO DEFENDANT
THE WASHINGTON EXAMINER'S INTERROGATORIES TO PLAINTIFF**

Plaintiff, Kathleen A. Benz, responds as follows to Defendant The Washington Examiner's Interrogatories To Plaintiff.

**GENERAL RESPONSE**:  The specific wording in the following responses is that of counsel for plaintiff.

Plaintiff objects to the Interrogatories to the extent that the Interrogatories attempt to impose on plaintiff obligations that differ from those imposed by the FEDERAL RULES OF CIVIL PROCEDURE on a party responding to interrogatories.

Plaintiffs object to providing privileged information or information subject to protection as trial preparation material in response to defendant's Interrogatories.

**RESPONSES**

**INTERROGATORY NO. 1**:  Identify any person who has performed accounting services for Plaintiff.

**ANSWER TO NO. 1**: Bryan Tinsley, 14027 Teaneck Terrace, North Potomac, Maryland 20878, 1.301.424.5365, a personal friend, has helped me prepare my tax returns for the last six (6) years.

**INTERROGATORY NO. 2**: Identify any person or health care service that has provided medical care and/or mental health services to Plaintiff during the period January 1, 1987 to present.

**ANSWER TO NO. 2**: I object to this Interrogatory on the ground that it seeks information not relevant to the subject matter of the claim or defense of any party to this action. I further object to this Interrogatory on the ground that it is vague, overbroad, and burdensome in that it seeks information relating to my health care for the past nineteen (19) years.

**INTERROGATORY NO. 3**: Identify any pharmacies where prescriptions have been filled for Plaintiff during the period January 1, 2000 to present.

**ANSWER TO NO. 3**: I object to this Interrogatory on the ground that it seeks information not relevant to the subject matter of the claim or defense of any party to this action.

**INTERROGATORY NO. 4**: Identify any private investigators hired by Plaintiff.

**ANSWER TO NO. 4**: None.

**INTERROGATORY NO. 5**: Identify Plaintiff's five closest friends, and Plaintiff's parents, aunts, uncles, siblings, husband, ex-husbands, and children.

**ANSWER TO NO. 5**: My five (5) closest friends are:

Scott Spoerry, 1111 Army Navy Drive, Arlington, Virginia 22202; CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7921 (work), 1.202.494.8586 (cell), 1.703.271.9399 (home), scott.spoerry@cnn.com;

Susie Kay, 450 Massachusetts Avenue, N.W., Apt. 508, Washington, D.C. 20001; Hoop Dreams Scholarship Fund, 800 K Street, N.W., Suite 1100 South, Washington, D.C. 20001; 1.202.543.2128 (home); 1.202.414.4774 (work); skhoopdrms@aol.com;

Sandra G. Benz, 821 Woodview Drive, Steven's Point, Wisconsin 54481; 1.715.344.0504 (home); 1.715.342.7633 (work); benzs@smhos.org;

Diana Bareno Benz, 10900 Allison Way, Inver Grove Heights, Minnesota 55077, 1.651.683.0303 (home); and

Booker T. Washington, 110 Sussex Street, Jersey City, New Jersey 07302; CNN, 10 Columbus Circle, New York, New York 10019; 1.201.985.9075 (home); 1.212.275.7800 (work).

My mother is Sandra G. Benz, whose contact information is provided above. My father is James Benz, benz@fvtc.edu. I do not have any additional contact information for my father.

I have one (1) aunt, Alice Machos, 3611 North 101st Street, Milwaukee, Wisconsin 53222; 1.414.466.3989 (home).

My older brother is David Benz, Phelan Capital, 167 Old Post Road, South Port, Connecticut 06890; 1.203.256.1925 (work); 1.612.860.6788 (cell); surfnbenz@aol.com.

My younger brother is Daniel Benz, 560 Wi Dells Parkway, Wisconsin Dells, Wisconsin 53965; 1.608.628.5454 (cell).

I have never been married and do not have any children.

**INTERROGATORY NO. 6:** Identify all professional and social associations, clubs, groups, unions, or sororities of which Plaintiff is or was a member, and identify any offices held by Plaintiff and the time period the office was held.

**ANSWER TO NO. 6**: I have never been a member of a professional or social association, club, group, union, or sorority. I perform volunteer work for the Hugh O'Brien Youth Leadership, Toys For Tots, and Hoop Dreams Scholarship Fund. I have never been an officer of these organizations.

**INTERROGATORY NO. 7**: Identify all speeches given by Plaintiff, any television or radio appearances by Plaintiff, any blogs or blog entries authored by Plaintiff, any websites maintained by Plaintiff (including but not limited to a profile myspace.com), and any articles authored by or about Plaintiff.

**ANSWER TO NO. 7**: I have never given a speech, appeared on television or radio, authored any blog or blog entry, or maintained any website. I have authored, co-authored, or contributed to the following articles for the CNN.com website:

Kathy Benz & Michael McManus, *PETA Accuses Lab Of Animal Cruelty* (May 17, 2005), *available at* http://www.cnn.com/2005/US/05/17/peta.lab/index.html;

Kathy Benz, *Lawsuit Target Abu Ghraib Contractors* (July 27, 2004), *available at* http://www.cnn.com/2004/LAW/07/27/abu.ghraib/lawsuit/index.html;

John Mercurio and Kathy Benz, *Candidates Hit The Home Stretch* (November 1, 2002), *available at* http://archives.cnn.com/2002/ALLPOLITICS/11/01/campaign.calendar/index.html;

John Mercurio and Kathy Benz, *Political Bigwigs Campaign In Close Races* (November 1, 2002), *available at* http://archives.cnn.com/ALLPOLITICS/11/01/week.ahead/index.html;

John Mercurio, *Thousands Pay Tribute To Sen. Wellstone* (October 28, 2002), *available at* http://archives.cnn.com/2002/ALLPOLITICS/10/28/week.ahead/index.html;

John Mercurio, *Guns Become Issue In Maryland Race* (October 24, 2002), *available at* http://archives.cnn.com/2002/ALLPOLITICS/10/24/week.ahead/index.html;

John Mercurio, Robert Yoon, & Kathy Benz, *Campaigns Shift Into High Gear* (October 18, 2002), *available at*

http://archives.cnn.com/2002/ALLPOLITICS/10/18/week.ahead/index.html;

John Mercurio, Robert Yoon, & Kathy Benz, *Shakespearean Drama Staged In New Jersey* (October 4, 2002), *available at*

http://archives.cnn.com/2002/ALLPOLITICS/10/04/week.ahead/index.html; and

John Mercurio, Robert Yoon, & Kathy Benz, *Food Fests And Feisty Debates* (September 27, 2002), *available at*

http://archives.cnn.com/2002/ALLPOLITICS/09/27/week.ahead/index.html.

**INTERROGATORY NO. 8**:  Identify all dating websites to which Plaintiff has subscribed and Plaintiff's user name on any such website.

**ANSWER TO NO. 8**:  On or about December 24, 2002, I posted a profile on the Internet site www.jdate.com, a website where Jewish singles can post personal advertisements seeking relationships.  My username for this website is "kate320."  My profile never contained my picture or any of my personal contact information.  I never responded to any personal advertisements on www.jdate.com and have not accessed this account since 2002.  I receive automatically generated monthly electronic mail messages from www.jdate.com informing me of personal advertisements that I may be interested in.  I delete these messages when I receive them and do not browse or otherwise look at any of the personal advertisements on www.jdate.com.

**INTERROGATORY NO. 9**:  Identify all facts in support of Plaintiff's claim that Plaintiff and [*sic*] "has suffered and continues to suffer actual damages in the form of financial loss, injury to reputation, mental anguish, and loss of current and future business," setting forth an itemized listing of all damages which Plaintiff allegedly sustained as a result of the events described in the Second Amended Complaint.

**ANSWER TO NO. 9**:  Regarding the injury to my reputation, all of the statements published by the defendants in this case accuse me of serious sexual misconduct.  As such, each of the statements published by the defendants in this case constitutes defamation *per se* not requiring specific proof of damages regarding injury to my reputation.

I have suffered severe mental anguish as a result of the publication of the article under the byline of Karen Feld and entitled "Controversial Love for CNN Producer," (hereinafter referred to as "the Article") in the August 15, 2005, print edition of *The Washington D.C. Examiner*.  Ever since the publication of the Article, I have worried on a constant basis about how my colleagues, friends, family, and people that I meet in my daily life view me.  This worrying has caused me severe mental anguish because I am a private person and do not like to discuss my personal life with anyone except for a few close friends and family members.  This mental anguish has caused me to experience anxiety attacks, nightmares, insomnia, loss of appetite, vomiting, increased seizures, and migraines.  This mental anguish had led me to experience bouts of depression during which I do leave my home or see or speak to anyone, including my friends and family, for extended periods of time.

Regarding loss of current and future business, I have not applied for any positions outside CNN because I know most journalists in the Washington, D.C. metropolitan area are aware of the lies that you and Ms. Feld published about me.  This has discouraged me from seeking other employment opportunities and advancing my career.

In addition, please see my response to Interrogatory No. 10, which I incorporate by reference herein.

I reserve the right to supplement this Answer pending further discovery.

6

**INTERROGATORY NO. 10**:  Provide a complete description of the "mental anguish" Plaintiff claims in her Second Amended Complaint to have suffered as a result of the alleged wrongdoing of Defendant.  Include in the response a description of:  (a) when Plaintiff allegedly experienced such mental anguish; (b) any symptoms Plaintiff experienced of such mental anguish; and (c) any medical and/or psychological treatment plaintiff received for such mental anguish.

**ANSWER TO NO. 10**:  I was humiliated and embarrassed after The Washington Newspaper Publishing Company, LLC and Karen Feld published the article under the byline of Karen Feld and entitled "Controversial Love for CNN Producer," (hereinafter referred to as "the Article") in the August 15, 2005, print edition of *The Washington D.C. Examiner*.  The Article appeared on the Internet website of *The Washington D.C. Examiner* and on the Internet website of Ms. Feld for several weeks before being removed.  I am not a celebrity or public figure, and I am a very private person by nature.  I do not like to discuss my personal, social, or romantic life with anyone outside a small group of friends and family.  The Article defamed me by stating that I use my position at CNN to meet all the right people, by linking me romantically with several "power players," and by stating that I "hooked up" with "porn king Mark Kulkis."  The Article paints me as an opportunistic woman who uses my job at CNN and my sexuality to get what I want from powerful and influential men, including sex, money, and prestige.

Ms. Feld attempted to lend credibility to the Article by writing that my "gal pals" confirmed that I "hooked up ... with porn king Mark Kulkis."  Ms. Feld linked me romantically with Jonathan Ledecky, Gary Williams, John McDonough, Mel Karmazin, Hugh O'Brien, John Bisney, Paul Bosserman, and John Daggitt.  I have never dated or had any type of romantic or sexual relationship with Jonathan Ledecky, John McDonough, Mel Karmazin, Hugh O'Brien, or John Bisney.  I never told my "gal pals," or anyone else, that I had hooked up with Mr. Kulkis.

I have never used my position at CNN, or any job that I have ever held, to meet men for any purpose.  I have never used my sexuality to get what I want from powerful or

7

influential men.  I have never "hooked up" with Mr. Kulkis in any sense of that phrase.  I do not

know Mel Karmazin or an individual by the name of John McDonough associated with the

Chicago Cubs organization.  My relationships with Gary Williams, Paul Bosserman, and John

Daggitt had nothing to do with my work at CNN.

   As a female working for a prominent cable news station, I must ensure that my

reputation and standing in the community is beyond reproach.  Any negative character traits that

are attributed to me in any way necessarily reflect adversely on CNN and jeopardize my career

and livelihood.  I have spent every day since the Article was published worrying about how my

co-workers, colleagues, and members of the public I encounter through my work perceive me

and whether they think I am the type of woman who uses her sexuality, instead of her intellect,

work ethic, and talent, to advance her career or procure material things from powerful and

influential men.  It is difficult enough for me, as a female, to succeed in a male-dominated

industry without having to defend myself against the scurrilous accusations that I use my

position at CNN and sexuality to meet and date powerful men.  I have worked hard throughout

my career to establish my reputation as a diligent and dedicated worker.  The Article has

damaged my reputation by attributing my success at work not to my intelligence and hard work,

but to my sexuality and ability to lure men into giving me material things.  Nothing could be

further from the truth.

   I have worried so much about the Article and its impact on my career and social

life that I have suffered from anxiety attacks, nightmares, insomnia, loss of appetite, vomiting,

increased seizures, and migraines.  I have experienced all of these to varying degrees since the

Article was published.  I am in a constant state of discomfort and find my thoughts preoccupied

by the Article and its effects on my reputation, career, and social life.  I have lost twenty (20)

pounds as a result of worrying about how the Article has damaged my reputation and how my colleagues and friends view me.

The response that I received from Ms. Feld after the Article was published increased my mental anguish and distress. I was never contacted by Ms. Feld or anyone at *The Washington Examiner* prior to the publication of the Article. I was not asked to verify the accuracy of any of the statements published in the Article. I called Ms. Feld at least three (3) times the day after the Article came out but she refused to speak with me. Only when I resorted to the ruse of pretending to be a social friend calling her did she get on the telephone. I told Ms. Feld that the Article was substantially false, that I was upset with the false statements made in the Article, and that I was upset that I was never contacted prior to the publication of the Article. I asked Ms. Feld to print a retraction. Ms. Feld told me that *The Washington Examiner* would not print a retraction and that I should "just get used" to such stories. Ms. Feld did not take this matter seriously and laughed at me during our telephone conversation. I felt powerless and helpless because I did not think there was anything I could do, short of retaining a lawyer, to clear my name. This added to my mental anguish, humiliation, and embarrassment because I knew the only way I could clear my name was to file suit against those responsible for publishing these lies about me.

I knew that throughout the course of any litigation that I pursued I would be put on trial and my personal life would be scrutinized. As I stated before, I am a private person and knew that any litigation would take a heavy toll on me and would lead to an increase in my anxiety attacks, nightmares, insomnia, loss of appetite, vomiting, migraines, seizures, and general state of discomfort.

To this day there are several fake articles and blogs posted on the World Wide Web with the same information as contained in the Article. While some of these articles and blogs were posted prior to the publication of the Article, many of them appeared after the Article's publication and refer to Ms. Feld or *The Washington D.C. Examiner*. Whenever anyone performs a search of my name on the World Wide Web links to these articles and blogs appear. Many of these fake articles and blogs were posted after the Article was published. This has increased my mental anguish, embarrassment, and humiliation. I know it is common for individuals to "Google" someone, or perform a search of their name on the World Wide Web using the search engine www.google.com or other commonly used search engines, after meeting. Every time I meet a new person, whether through my job at CNN or in my personal life, I become nervous and apprehensive because I fear that they will "Google" my name on the World Wide Web and see the numerous fake articles and blogs that have proliferated since the publication of the Article. This has caused me to become more withdrawn and less sociable when meeting new people. The Article has caused me to experience bouts of depression where I do not leave my apartment for fear of what other people will think of me.

While these postings on the World Wide Web caused me great mental anguish and distress, when I learned of the Article in *The Washington D.C. Examiner* I became increasingly embarrassed and humiliated because I knew that hundreds of thousands of people would see the Article. *The Washington D.C. Examiner* is a free publication that is available at Metro stops and other outlets throughout Maryland, Virginia, and Washington, D.C. The placements of the Article, on the front inside cover of the print edition of *The Washington D.C. Examiner* increased its exposure and ensured that many more people would see the Article than would see these lies printed about me on the World Wide Web.

For example, an article recently appeared on the Wonkette website regarding Karen Feld. Many people involved in the political and news businesses and many people in Washington, D.C. regularly read Wonkette. That article about Ms. Feld did not mention me, but it did contain links to my name that took a person clicking on those links to the articles you and Feld published about me.

And I specifically knew that he stories you published about me were being distributed all over the metropolitan Washington, D.C. area for free by your organization, vastly increasing the number of persons in my home town who would be likely to read these scurrilous falsehoods about me.

While I claim that the actions of the defendants in this case increased my stress and anxiety and exacerbated my epilepsy, migraines, seizures and other conditions, I am not seeking compensation for medical treatment.

In addition, please see the First Declaration Under Penalty Of Perjury Of Kathleen A. Benz attached as Exhibit A to the Memorandum Of Points And Authorities In Support Of The Motion For Temporary Restraining Order Pursuant To Fed. Rule Civ. Pro. 65(b) Of Plaintiff, Kathleen A. Benz, which I incorporate herein by reference.

**INTERROGATORY NO. 11**: Set forth an itemized listing of any special damages that Plaintiff sustained as a result of the alleged wrongdoing of Defendant, giving amount(s), date(s) incurred and nature of item incurring damage.

**ANSWER TO NO. 11**: Please see my response to Interrogatory No. 9 which I incorporate herein by reference.

**INTERROGATORY NO. 12**: Set forth an itemized listing of how damages were computed and how it was determined that the amount of damages sought are ten million dollars.

**ANSWER TO NO. 12**:  Please see my response to Interrogatory No. 9 which I incorporate herein by reference.

**INTERROGATORY NO. 13**:  Identify each and every person who has knowledge as to any damages allegedly suffered by Plaintiff as a result of the events described in the Second Amended Complaint.

**ANSWER TO NO. 13**:  Scott Spoerry, whose contact information I provided above.

Timothy J. Burger, Time Magazine, 555 Twelfth Street, N.W., Suite 600, Washington, D.C. 20004; 1.202.861.4081;

J. Eric Gould, Esquire, Tew Cardenas LLP, 700 Twelfth Street, N.W., Suite 1150, Washington, D.C. 20005; 1.202.904.2050 (work); 1.305.536.1112 (work); 1.202.297.0555 (cell); jeg@tewlaw.com;

Jeff Teitelbaum, 1241 Wood Street, Deerfield, Illinois 60015; 1.847.267.3037 (home);

Diana Bareno Benz, whose contact information I provided above;

Sandra Benz, whose contact information I provided above;

Debra Bareno, 1702 Gault Way, Sparks, Nevada 89451; 1.775.750.6550 (cell);

Susie Meshell, 1.717.579.9440 (cell);

Beverly Bodden-Malone, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002 1.202.515.2915 (cell);

Darius Walker, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7680 (work);

Pam Kelly, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7642 (work);

Scott Spoerry, whose contact information I provided above;

Booker T. Washington, whose contact information I provided above;

Reggie Selma, 3179 Rivanna Court, Woodbridge, Virginia 22192;

1.202.360.9097 (cell);

David Medin, 2101 West River Drive, Stevens Point, Wisconsin 54481;

1.715.334.0861 (home); and

Vito Maggiolo, 2312 Washington Avenue, Chevy Chase, Maryland 20815;

1.301.588.0123 (home).

**INTERROGATORY NO. 14**: Identify all persons with knowledge of any of the facts and circumstances relating to Plaintiff's Second Amended Complaint.

**ANSWER TO NO. 14**: Kathleen A. Benz, 450 Massachusetts Avenue, Apt. 208, Washington, D.C. 20001; CNN, 820 First Street, N.E., Washington, D.C. 20002; 1.202.515.2290 (work); 1.202.669.5054 (cell); 1.202.216.9190 (home); kathy.benz@cnn.com.

John F. Bisney, 5803 Ryland Drive, Bethesda, Maryland 20817.

Karen Feld, 1698 Thirty-second Street, N.W., Washington, D.C. 20007;

Jonathan Ledecky, The Ledecky Foundation, 901 Fifteenth Street, N.W., Washington, D.C. 20005; 1.202.331.9000 (work);

Gary Williams, 11404 Cedar Ridge Drive, Potomac, Maryland 20854; University Of Maryland; 1.301.314.7029 (work);

John McDonough. I do not know John McDonough, the current interim president of the Chicago Cubs. I have met a John McDonough who is a member of the United States Secret Service. His electronic mail address is JOHN.MCDONOUGH@usss.dhs.gov;

13

Mel Karmazin.  I do not know Mr. Karmazin nor do I have any of his contact information;

Hugh O'Brien, Hugh O'Brien Youth Leadership, 10880 Wilshire Boulevard, Suite 410, Los Angeles, California 90024; 1.310.474.4370 (work); 1.310.200.1755 (cell);

Paul Bosserman, 3214 N Street, N.W., Washington, D.C. 20007; 1.202.337.0200 (work);

John          "Jack" Daggitt, 1.301.654.1547 (cell);

Mark Ein, Venturehouse Group, LLC, 509 Seventh Street, N.W., Washington, D.C. 20004; 1.202.654.7000 (work);

Julian Epstein, LMG, Inc., 1717 Rhode Island Avenue, N.W., Suite 650, Washington, D.C. 20036; 1.202.785.2100 (work); 1.202.423.4519 (cell);

John Sununu, Sr., 815 Connecticut Avenue, N.W., Washington, D.C. 20006; 1.202.835.1673 (work); 1.202.225.4355 (cell);

Mark Kulkis, 1.818.265.0200 (cell);

Phil Kent, Turner Broadcasting, 100 International Boulevard, Atlanta, Georgia 30303; 1.404.827.1599 (work);

Dr. Sanjay Gupta, CNN, 100 International Boulevard, Atlanta, Georgia 30303; 1.404.827.1500 (work);

Susie Kay, whose contact information I provided above;

Mark G. Chalpin, Esquire, 14639 Good Hope Road, Silver Spring, Maryland 20905, 1.301.384.8948 (work), russel.chalpin@att.net;

Adam Levine, 4515 Traymore Street, Bethesda, Maryland 20814; 1.301.530.0922 (home);

Steve Turnham, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7900 (work);

Edie Emery, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7546 (work);

Claire Brinberg, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7900 (work);

Richard Davis, CNN, 100 International Boulevard, Atlanta, Georgia 30303; 1.404.827.1500 (work);

Marianna Spicer, CNN, 100 International Boulevard, Atlanta, Georgia 30303; 1.404.827.1500 (work);

Craig Karmazin, 122 Evergreen Lane, Beaver Dam, Wisconsin 53916; 1.920.885.2186 (home);

Larry S. Gondelman, Esquire; Powers, Pyles, Sutter & Verville, P.C., Twelfth Floor, 1875 Eye Street, N.W., Washington, D.C., 20006-5409; 1.202.466.6550 (office); larry.gondelman@ppsv.com;

David Bohrman, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7671 (work);

Joe Johns, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7900 (work);

John Dunaway, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.515.2866 (work);

Tom Dunlavey, CNN America, Inc., 820 First Street, N.E., Washington, D.C. 20002; 1.202.898.7546 (work);

Sandra Benz, whose contact information I provided above;

Diana Bareno Benz, whose contact information I provided above;

Louise Schiavone, 5211 Augusta Street, Bethesda, Maryland 20816;

1.301.320.4497 (home);

Richard Uliani, 5211 Augusta Street, Bethesda, Maryland 20816; 1.301.320.4497

(home);

George Huckaby, Esquire, 4816 Moorland Road, Bethesda, Maryland 20814;

1.301.986.9030 (work);

John Aiken, 1.301.229.1789 (cell);

Jamie McIntyre, CNN America, Inc., 820 First Street, N.E., Washington, D.C.

20002; 1.202.898.7546 (work);

Representative Pete Session, 1514 Longworth House Building, Washington, D.C.

20515-4332; 1.202.225.2231 (work); and

Scott Spoerry, whose contact information I provided above.

In addition, please see my response to Interrogatory No. 13, which I incorporate

herein by reference.

**INTERROGATORY NO. 15**:  Identify each person who read the Column and who communicated with Plaintiff about the Column.

**ANSWER TO NO. 15**:  Please see my responses to Interrogatory Nos. 13 and 14,

which I incorporate herein by reference.

**INTERROGATORY NO. 16**:  Provide Plaintiff's full name, pseudonyms, nicknames, address (including all addresses where Plaintiff has lived since January 1, 1987), phone number(s), social security number, and date of birth.

16

**ANSWER TO NO. 16**: Kathleen Ann Benz; Apartment 208, 450 Massachusetts, Avenue, N.W., Washington, D.C. 20001 (2003 – present); 4835 Reservoir Road, N.W., Washington, D.C. 20007 (2000 – 2003); 329 A Street, S.E., Washington, D.C. 20003 (1996 – 2000); I cannot recall my exact home addresses prior to 1996; ████████████████

**INTERROGATORY NO. 17**: Identify any institution, including but not limited to any educational, professional or trade school, Plaintiff has attended at any time during her lifetime.

**ANSWER TO NO. 17**: I object to this Interrogatory on the ground that the term "institution" is vague, overbroad, and burdensome in that it does not sufficiently identify the information requested. Without waiving this objection, in May, 1988, I graduated from Stevens Point Area Senior High School, 1201 North Point Drive, Stevens Point, Wisconsin 54481; 1.715.345.5400. In 1992, I graduated from the University Of Wisconsin-Madison, 309 South Hall, 1055 Bascom Mall, Madison, Wisconsin 53706; 1.608.263.2303. I have never attended any professional or trade school.

**INTERROGATORY NO. 18**: Identify each company or individual(s) that has employed Plaintiff since high school. Include in the response a description of any self-employment and any work Plaintiff has performed as an independent contractor.

**ANSWER TO NO. 18**: I worked at various retail jobs while in high school and college. I cannot recall the exact dates or locations and have not retained any records relating to these jobs.

After I graduated from the University Of Wisconsin-Madison, I moved to Washington, D.C. From 1992 through February 1993, I held various temporary jobs. I cannot recall the exact dates or locations of these temporary jobs and have not retained any records relating to these jobs.

I worked as a political analyst and research assistant for the George W. Bush and Dan Quayle campaign (July 1992 through November 1992) and the Republican National Committee (July 1992 through February 1993).

From February 1993 through April 1994, I served as Deputy Press Secretary in the office of Ron Packard, former Republican congressman from the State Of California.

From April 1994 through February 1996, I served as the Press Secretary in the office of F. James Sensenbrenner, Jr., Republican congressman from the State Of Wisconsin, 2449 Rayburn House Office Building, Washington, D.C. 20515-4905; 1.202.225.5101.

From February 1996 through January 1997, I served as the Press Secretary for Andrea Seastrand, former Republican representative from the State Of California.

From January 1997 through April 1997, I worked as a Freelance Desk And Production Associate for the Fox News Channel.

In April 1997, I was hired by the Cable News Network ("CNN") as Researcher on the nightly program *Crossfire*. I then was promoted to Associate Producer and Guest Booker on *Crossfire*. Also at this time, I worked in the newsroom on weekends as a Relief Field and Package Producer. In April 1999, I became the Futures Editor/Weekend Coverage Coordinator for the Washington Desk of CNN. In April 2002, I became an International Assignment Editor for the International Desk of CNN. In August 2002, I served as the Producer of CNN's Political Unit and the news program *Inside Politics*. In April 2003, I returned to my position as an International Assignment Editor for the International Desk of CNN. In May 2003, I became an Assignment Editor/Producer for the Washington Desk of CNN, the position that I currently hold.

**INTERROGATORY NO. 19**:  Provide contact information for the following: Jonathan Ledecky, Gary Williams, John McDonough, Mel Karmazin, Hugh O'Brien, Paul Bosserman, John Daggett, and Mark Kulkis.

**ANSWER TO NO. 19**:  Please see my response to Interrogatory No. 14 which I incorporate herein by reference.

**INTERROGATORY NO. 20**:  Identify any instances in which you were or are a plaintiff, defendant, or witness in any civil lawsuit, identifying the caption date, subject matter, jurisdiction, case number, and disposition.

**ANSWER TO NO. 20**:  On or about June 1, 2005, I filed a Complaint for a civil protection order and injunctive relief and Plaintiff's Emergency Motion For Temporary Restraining Order And Preliminary Injunction against John F. Bisney in the Superior Court For The District Of Columbia.  The case was styled *Benz v. Bisney*, Case No. CA-05-4205.  On June 8, 2005, Judge Henry F. Greene of the Superior Court For The District Of Columbia entered a Temporary Restraining Order against Mr. Bisney enjoining Mr. Bisney "from creating or maintaining, directly or through a third party, any internet website referring in any way to [me]." The Court further enjoined Mr. Bisney from blogging or participating in internet chat rooms regarding me.  I entered into a Binding Settlement Agreement And Release with Mr. Bisney July 11, 2005.

My attorney in the case above, Mark Chalpin, Esquire, filed a small-claims action against me alleging that I owed him One Thousand Dollars ($1,000.00) in legal fees.  Mr. Chalpin withdrew his complaint the day after filing it.  I do not recall the case number or any other information regarding this case.

**INTERROGATORY NO. 21**:  Identify any instances in which you were investigated, arrested or charged with a crime (felony or misdemeanor), or in which you were a witness or the complainant in a criminal proceeding, identifying the caption date, subject matter, jurisdiction, case number, and disposition.

**ANSWER TO NO. 21**:  None.

**INTERROGATORY NO. 22:**  Identify any instances in which you filed a police report or in which you were the subject of a police report, identifying the caption date, subject matter, jurisdiction, and disposition.

**ANSWER TO NO. 22:**  I filed a police report (Complaint No. 094043) July 8, 2003, with the Metropolitan Police Department after my car was stolen from in front of my residence at 4834 Reservoir Road, N.W., Washington, D.C. 20007.  My car was never recovered and the police never made an arrest or otherwise apprehended the individual(s) responsible for stealing my car.

**INTERROGATORY NO. 23:**  Identify any instances in which a protective order was sought by you or against you, identifying the caption date, subject matter, jurisdiction, case number, and disposition.

**ANSWER TO NO. 23:**  None.

**INTERROGATORY NO. 24:**  Identify all men Plaintiff has dated whom Plaintiff met through her job at CNN, including but not limited to men Plaintiff worked with at CNN and men Plaintiff met while working on assignment for CNN.

**ANSWER TO NO. 24:**  In or around December 2002, I went to CNN's headquarters in Atlanta, Georgia, to attend training sessions known as War School Class.  All CNN employees seeking overseas assignments are required to attend the War School Class.  One of the instructors, Tim Crockett, and I stayed in touch after I returned to Washington, D.C.  Mr. Crockett is originally from Britain but was staying in the United States for a period of time.  Mr. Crockett would visit me in Washington, D.C., and we developed a friendship and later began to date.  Mr. Crockett and I dated for about three (3) months and saw each other approximately every other weekend when Mr. Crockett visited me in Washington, D.C.

I have not dated any other men that I met through my job at CNN.

Respectfully submitted,

LAW OFFICES OF
  WILLIAM ALDEN McDANIEL, JR.


_____/s/_____
William Alden McDaniel, Jr.




_____/s/_____
Bassel Bakhos

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:  410.685.0203
E-Mail:  wam@wamcd.com
E-Mail:  bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Date:  December 20, 2006

Response to ROGS - Examiner.doc

21

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 20, 2006.

_____/s/_____
KATHLEEN A. BENZ

(Counsel hereby certifies that an original signed copy of the foregoing document is available for inspection at any time by the court or a party to this action.)

28 U.S.C. § 1746(2).