# EXHIBIT 3

### Husbands, Amber

**From:** Bassel Bakhos [bb@wamcd.com]
**Sent:** Thursday, February 01, 2007 7:03 PM
**To:** Husbands, Amber
**Subject:** RE: Benz v. Examiner: Meet and confer topics

Amber:
Mr. McDaniel and I had a meeting that ran long this evening. You will have our response by tomorrow.


Bassel Bakhos
Law Offices of William Alden McDaniel, Jr.
118 West Mulberry Street
Baltimore, MD 21201
410.685.3810 (phone)
410.685.0203 (fax)
443.668.3811 (mobile)
This message contains information that is privileged, confidential, and exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by collect telephone at 410.685.3810; return the original message to us at 118 West Mulberry Street, Balt., MD 21201 via the U.S. Postal Service; and please do not permit any dissemination or distribution of this communication other than to the intended recipient. Thank you.

---

**From:** Husbands, Amber [mailto:amberhusbands@dwt.com]
**Sent:** Thursday, February 01, 2007 10:02 AM
**To:** Bassel Bakhos
**Subject:** RE: Benz v. Examiner: Meet and confer topics

Bassel,
What is the status of your response to our email? If we don't receive anything from you today, we will have to assume that you are not providing any further responses to our discovery.
Amber


Amber L. Husbands
Davis Wright Tremaine LLP
1500 K Street N.W.
Suite 450
Washington, D.C. 20005
(202) 508-6619
(202) 508-6699 (fax)


2/5/2007

**From:** Bassel Bakhos [mailto:bb@wamcd.com]
**Sent:** Tuesday, January 30, 2007 4:28 PM
**To:** Husbands, Amber
**Subject:** RE: Benz v. Examiner: Meet and confer topics

Amber:
I am in the process of finalizing our response with Bill. You should have it shortly.


Bassel Bakhos
Law Offices of William Alden McDaniel, Jr.
118 West Mulberry Street
Baltimore, MD 21201
410.685.3810 (phone)
410.685.0203 (fax)
443.668.3811 (mobile)
This message contains information that is privileged, confidential, and exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by collect telephone at 410.685.3810; return the original message to us at 118 West Mulberry Street, Balt., MD 21201 via the U.S. Postal Service; and please do not permit any dissemination or distribution of this communication other than to the intended recipient. Thank you.

---

**From:** Husbands, Amber [mailto:amberhusbands@dwt.com]
**Sent:** Tuesday, January 30, 2007 3:56 PM
**To:** Bassel Bakhos
**Subject:** RE: Benz v. Examiner: Meet and confer topics

Bassel,
Just following up on this email - when do you expect to send us a response?
thanks,
Amber


Amber L. Husbands
Davis Wright Tremaine LLP
1500 K Street N.W.
Suite 450
Washington, D.C. 20005
(202) 508-6619
(202) 508-6699 (fax)

---

**From:** Bassel Bakhos [mailto:bb@wamcd.com]
**Sent:** Monday, January 29, 2007 1:15 PM

2/5/2007

**To:** Husbands, Amber; William McDaniel
**Cc:** Handman, Laura; Gondelman, Larry
**Subject:** RE: Benz v. Examiner: Meet and confer topics

Amber:

We will respond to the points you raised below in writing by the end of the day. As such, we do not see the need for a meet and confer telephone conference this afternoon. Let us know if you would like to schedule a call for tomorrow afternoon after reviewing our response.


Bassel Bakhos
Law Offices of William Alden McDaniel, Jr.
118 West Mulberry Street
Baltimore, MD 21201
410.685.3810 (phone)
410.685.0203 (fax)
443.668.3811 (mobile)
This message contains information that is privileged, confidential, and exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by collect telephone at 410.685.3810; return the original message to us at 118 West Mulberry Street, Balt., MD 21201 via the U.S. Postal Service; and please do not permit any dissemination or distribution of this communication other than to the intended recipient. Thank you.

---

**From:** Husbands, Amber [mailto:amberhusbands@dwt.com]
**Sent:** Monday, January 29, 2007 12:45 PM
**To:** William McDaniel; Bassel Bakhos
**Cc:** Handman, Laura; Gondelman, Larry
**Subject:** Benz v. Examiner: Meet and confer topics

Bill and Bassel:

In preparation for our meet and confer this afternoon, here is a list of items we would like to discuss:

First, there are a number of requests that you objected to as irrelevant. Please explain why these requests are irrelevant, as we believe they are directly relevant to Plaintiff's damage claims:

- Medical and psychological records (document requests 32 through 35, and interrogatories 2 and 3): Plaintiff claims damages for mental anguish in her Amended Complaint and in her interrogatory responses (nos. 9 and 10). She identifies physical symptoms of her mental anguish and exacerbation of past illness. Medical and psychological records - both before and after the Column - are relevant to her damage claims.

- Income tax records (document requests 5 through 7): Plaintiff claims damages for financial loss, injury to reputation, as well as loss of current and future business opportunities. Is Plaintiff conceding that she will not seek damages for these claimed losses?

- Disability benefits (document request 8): this is relevant to Plaintiff's claims that she has suffered physical

2/5/2007

symptoms of mental anguish and exacerbation of past illness.

<u>Second</u>, there are discovery requests to which you did not fully respond:

- Interrogatories relating to damage claim (9 through 12): there is no itemized list of damages claimed by Plaintiff, or calculation of how Plaintiff arrived at her claimed damage amount.

- Documents related to Ms. Benz's subscription to JDate (document request no. 20): these documents are in Ms. Benz's possession, as no one else can access her profile. Please provide us with a copy of her JDate profile.

- Documents related to Plaintiff's calendar, phone records, and credit card receipts (doc requests 19, 22, 24): please confirm that Ms. Benz has no documents related to these requests.

- Emails with Mr. Bisney (document request no. 18): Plaintiff did not produce emails she sent to Mr. Bisney, only those received from him. Does she possess the emails sent by her to Mr. Bisney?

- Pictures (document request no. 10): We are aware of other pictures of Ms. Benz with Mr. Bisney or taken by Mr. Bisney that have not been produced. Is Ms. Benz in possession of any other pictures that are responsive to this request?

<u>Third</u>, you do not provide a privilege log for those documents for which you claim attorney-client or work-product privilege. Please produce this privilege log. Alternatively, we may agree that requests on both sides be deemed to exclude all attorney client privilege or work product post-complaint.

We look forward to speaking with you at 3:30 today.

Amber L. Husbands
Davis Wright Tremaine LLP
1500 K Street N.W., Suite 450
Washington, D.C. 20005
(202) 508-6619
(202) 508-6699 (fax)

2/5/2007