# EXHIBIT 6

## Husbands, Amber

| | |
|---|---|
| **From:** | Husbands, Amber |
| **Sent:** | Wednesday, February 07, 2007 7:08 PM |
| **To:** | 'Bassel Bakhos'; 'William McDaniel' |
| **Cc:** | Handman, Laura; 'Gondelman, Larry' |
| **Subject:** | Benz v. Examiner - discovery requests |

In response to your Feb. 7 letter, Ms. Benz's income tax records are relevant because she is claiming damages for "financial loss, injury to reputation, and loss of current and future business opportunities." Defendant is entitled to Plaintiff's complete income tax records to see what her income was before and after the publication of the Column and any financial losses she may have incurred. *See, e.g., Koresco v. Bleiweis*, 2004 U.S. Dist. LEXIS 26884, *9 (E.D. Pa. Aug. 18, 2004) (ordering production of income tax records where plaintiff in defamation case claimed diminution of income); *Medtronic Sofamar Danek, Inc. v. Michelson*, 2003 U.S. Dist. LEXIS 14055, *6 (W.D. Tenn. July 23, 2003) (compelling production of tax returns because of their potential relevance to claim for lost profits); *Low v. Sears, Roebuck & Co.*, 1988 U.S. Dist. LEXIS 2322, *3-4 (D. Ore. Mar. 16, 1988) (ordering production of tax returns in defamation action where plaintiff had claimed damage to reputation); *American Air Filter Co. v. Kannapell*, 1990 U.S. Dist. LEXIS 11842, *10 (D.D.C. Sept. 8, 1990) ("where the income of a party to the litigation is in issue, income tax returns provide what may be the best source of competent information as to that party's income") (citation omitted). In addition, you have not provided W-2 forms as requested.

We are amenable to a protective order in this case that would cover any information deemed confidential by the parties, including Ms. Benz's income tax records and W-2s.

Further, you are incorrect that damages for "financial loss" and "loss of current and future business opportunities" are not special damages. They are special damages, and if Ms. Benz wishes to recover those damages, the interrogatories must be supplemented to itemize any damages for "financial loss" and "loss of current and future business opportunities."

Please respond by close of business tomorrow, Feb. 8.

Amber L. Husbands
Davis Wright Tremaine LLP
1500 K Street N.W., Suite 450
Washington, D.C. 20005
(202) 508-6619
(202) 508-6699 (fax)

1