## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:05cv1760 (EGS) (JMF) |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC | ) |
| and | ) |
| JOHN F. BISNEY, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant The Washington Newspaper Publishing Company, LLC's Motion to Compel, the memorandum in support thereof, and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion to Compel is granted and Plaintiff is ordered to fully respond to interrogatories and document requests and produce all medical and psychological records and income tax returns, W-2 forms and 1099s.  Further, Plaintiff is ordered to execute releases, provided by Defendant, for her medical/psychological records and income tax records.

Dated: _____, 2007.

_____
United States District Judge
Emmet G. Sullivan

1