IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| | ) | |
| THE WASHINGTON NEWSPAPER | ) | |
| PUBLISHING COMPANY, LLC | ) | |
| and | ) | |
| JOHN F. BISNEY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT THE EXAMINER'S MOTION FOR ORAL HEARING

Pursuant to Local Rule 78.1, Defendant The Washington Newspaper Publishing Company, LLC, publisher of the Washington Examiner ("The Examiner"), by undersigned counsel, respectfully moves the Court to allow oral hearing of The Examiner's Motion to Compel, filed on February 14, 2007.

Dated this 14th day of February, 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:   /s/  Laura R. Handman
   Laura R. Handman (D.C. Bar No. 444386)
   Amber L. Husbands (D.C. Bar No. 481565)
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
(202) 508-6600
(202) 508 6699 fax

Attorneys for Defendant The Washington
Newspaper Publishing Company, LLC

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2007, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).

        /s/ Amber L. Husbands
        Amber L. Husbands
        DAVIS WRIGHT TREMAINE LLP
        1500 K Street, N.W., Suite 450
        Washington, D.C. 20005-1272
        (202) 508-6600