UNITED STATES DISTRICT COURT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:05-cv-1760 (EGS/JMF) |
| THE WASHINGTON NEWSPAPER ) | Status Conference March 21, 2007 |
| PUBLISHING COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# ORDER
(DEFENDANT JOHN F. BISNEY'S MOTION TO COMPEL)

**UPON CONSIDERATION** of Defendant John F. Bisney's Motion To Compel, the opposition thereto, the applicable law, and the record in this case, it is this _____ day of _____, 2007,

**ORDERED** that Defendant John F. Bisney's Motion To Compel be and hereby is **DENIED**.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

order mpa opp bisney mtc.doc