```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
KATHLEEN A. BENZ,             )
                              )
            Plaintiff,        )
                              )
        v.                    )   Civil Action No. 05-1760 (EGS)
                              )
THE WASHINGTON NEWSPAPER      )
PUBLISHING COMPANY, LLC and   )
JOHN F. BISNEY,               )
                              )
            Defendants.       )
_____)

## ORDER

For the reasons stated in open court during the status hearing on March 21, 2007, it is hereby

**ORDERED** that the Washington Examiner's Motion to Compel is **granted in part and denied in part**. The motion is granted as to medical and psychological records and denied without prejudice as to income tax records.

It is **FURTHER ORDERED** that John F. Bisney's Motion to Compel is **granted in part and denied in part**. The motion is granted as to medical records and information and denied without prejudice as to financial records and information, information about gifts and vacations, and sexual history.

It is **FURTHER ORDERED** that all responsive medical and psychological records shall be produced by no later than **April 20, 2007.**

It is **FURTHER ORDERED** that any medical or psychological records produced shall only be disclosed to attorneys and experts and not to the Washington Examiner or to Mr. Bisney.

It is **FURTHER ORDERED** that the parties shall submit to the Court an appropriate proposed protective order by no later than **March 29, 2007.**

It is **FURTHER ORDERED** that plaintiff shall not depose any defense witnesses until after all medical and psychological records have been produced.

It is **FURTHER ORDERED** that plaintiff shall supplement interrogatory answers regarding potential witnesses.  Plaintiff shall provide to defendants the relevant information that the identified individuals possess by no later than **April 4, 2007.**

It is **FURTHER ORDERED** that the Washington Examiner's 30(b)(6) deponent is not required to discuss financial records at this time.

It is **FURTHER ORDERED** that defendants shall have two days to depose Kathleen Benz.

It is **FURTHER ORDERED** that the Washington Examiner shall file any cross claims against Bisney by **March 28, 2007.**  Bisney's response to the cross claims shall be filed no later than **April 21, 2007.**

It is **FURTHER ORDERED** that the parties shall submit an appropriate proposed order regarding articles on the Internet by no later than **April 20, 2007.**

It is **FURTHER ORDERED** that the next status hearing is scheduled for **June 21, 2007 at 11:00 a.m.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            March 23, 2007**