IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:05cv01760 |
| ) | Status Conference June 21, 2007 |
| THE WASHINGTON NEWSPAPER ) | |
| PUBLISHING COMPANY, LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH PLAINTIFF,
KATHLEEN A. BENZ, MUST FILE FED. RULE CIV. PRO 26(a)(2) STATEMENTS**

Plaintiff, Kathleen A. Benz, by her undersigned lawyers, and with the consent of defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney, hereby moves for an extension of time to and including Monday, April 16, 2007, in which to file her FED. RULE CIV. PRO. 26(a)(2) statements.

In support of this Consent Motion, plaintiff, Kathleen A. Benz, states as follows:

1. On November 22, 2006, this Court issued a Scheduling And Magistrate Referral Order requiring plaintiff to file her FED. RULE CIV. PRO. 26(a)(2) statements by April 2, 2007.

2. Plaintiff respectfully requests that the Court extend the time in which she must file her FED. RULE CIV. PRO. 26(a)(2) statements to and including Monday, April 16, 2007.

3. Counsel for defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney have authorized counsel for plaintiff, Kathleen A. Benz, to

state that defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney consent to the relief requested by this motion, provided that Ms. Benz consents to a two-week extension of the date on which defendants must file their FED. RULE CIV. PRO. 26(a)(2) statements, currently due May 2, 2007. Ms. Benz consents to such a reciprocal extension.

       4.     This case will not be delayed unduly nor will any party be prejudiced if this Motion is granted.

       WHEREFORE plaintiff, Kathleen A. Benz, respectfully requests the Court grant this Consent Motion To Extend Time, extending the time in which she must file her FED. RULE CIV. PRO. 26(a)(2) statements to and including Monday, April 16, 2007, and extending the time in which defendants must file their FED. RULE CIV. PRO. 26(a)(2) statements to and including Wednesday, May 16, 2007.

       Respectfully submitted,

       LAW OFFICES OF
        WILLIAM ALDEN McDANIEL, JR.


       */s/ William Alden McDaniel, Jr.*
       William Alden McDaniel, Jr.
       Bar No. 7152

3

*/s/ Bassel Bakhos*
Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:   410.685.0203
E-Mail:  wam@wamcd.com
E-Mail:  bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

POINTS AND AUTHORITIES:  FEDERAL RULE OF CIVIL PROCEDURE 6(b); LCvR 7(b)

Consent Motion Ext Time Expert.doc