UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON NEWSPAPER )<br>  PUBLISHING COMPANY, LLC, *et al*. )<br>)<br>    Defendants. )<br>_____) | Civil Action No.1:05cv01760<br>Status Conference June 21, 2007 |

# ORDER
(CONSENT MOTION FOR EXTENSION OF TIME IN WHICH PLAINTIFF,
KATHLEEN A. BENZ, MUST FILE FED. RULE CIV. PRO. 26(A)(2) STATEMENTS)

**UPON CONSIDERATION** of the Consent Motion For Extension Of Time In Which Plaintiff, Kathleen A. Benz, Must File Fed. Rule Civ. Pro. 26(a)(2) Statements, all parties to this case having consented to the relief requested therein, the record in this case, and the applicable law, it is this _____ day of_____, 2007,

**ORDERED** that the Consent Motion For Extension Of Time In Which Plaintiff, Kathleen A. Benz, Must File Fed. Rule Civ. Pro. 26(a)(2) Statements be and hereby is **GRANTED**; and it is further

**ORDERED** that plaintiff, Kathleen A. Benz, shall file her FED. RULE CIV. PRO. 26(a)(2) Statements on or before Monday, April 16, 2007; and it is further

**ORDERED** that defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney shall file their FED. RULE CIV. PRO. 26(a)(2) statements on or before Wednesday, May 16, 2007.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Order Consent Motion Ext Time Expert.doc