IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) Status Conference:  June 21, 2007 |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S SUBMISSION OF PROPOSED ORDER
REGARDING REMOVAL OF ARTICLES FROM THE INTERNET**

On March 23, 2007, the Court issued an Order granting the motion made by defendant John F. Bisney in open Court at the March 21, 2007, Status Conference for approval to communicate with Internet sites that continue to display or refer to articles that defendant Bisney authored then distributed all over the Internet concerning plaintiff.  Bisney, at this late date, wants to seek to have these Internet sites remove these articles and references.  The Court ordered the parties to "submit an appropriate proposed order regarding the articles on the Internet by no later than April 20, 2007."  March 23, 2007, Order, at 3.

Defendant Bisney drafted a proposed Order for Ms. Benz's approval.  Bisney's proposed Order had, from Ms. Benz's viewpoint, two major defects.

First, it did not provide for any way to preserve what was being removed.  This would give Mr. Bisney, in essence, the Court sponsored authority to destroy evidence, as he would be asking various Internet sites to destroy the evidence that he had sent the defamatory

articles at in this case to that site and that the site had posted them and kept them up for many months.  Ms. Benz will be entitled at trial to offer such evidence.  But if the various Internet sites simply remove the articles or references to them without preserving the evidence, Ms. Benz will lose the ability to prove this aspect of her case.  Mr. Bisney ought not to be allowed to destroy that evidence under the guise of doing Ms. Benz a favor.  Ms. Benz proposed a perfectly reasonable solution to this problem:  that Mr. Bisney alter his proposed Order to provide that each Internet site, before removing the article or reference to Ms. Benz based on the article, preserve what was being removed from the Internet and supply a copy to the parties in this case.  Mr. Bisney refused to agree.

Second, Ms. Benz proposed that the Order make it clear that Mr. Bisney is paying the costs of this process.  After all, he sent out the articles at issue.  He now wants to have them removed, not out of concern for Ms. Benz (if that were the motive, he would have done this long ago without having to have a Court intervene), but to try to reduce the damages he will ultimately pay in this case.  Fairness demands that he pay for doing so.  But Mr. Bisney refused to make this change, too.

Ms. Benz has accordingly drafted a proposed Order addressing the deficiencies in defendant Bisney's proposed Order, which Mr. Benz has attached to this Submission.  Ms. Benz respectfully requests that the Court enter the Order she has submitted, as attached.

WHEREFORE plaintiff, Kathleen A. Benz, respectfully requests that the Court enter the attached proposed Order regarding removal and retention of the articles disseminated by defendant John Bisney to various Internet sites and the payment of the costs relating thereto.

Respectfully submitted,

LAW OFFICES OF
 WILLIAM ALDEN McDANIEL, JR.


/s/ *WAMcDaniel, Jr.*

William Alden McDaniel, Jr.
Bar No. 7152


/s/ *Bassel Bakhos*

Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:  410.685.0203
wam@wamcd.com
bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Date:  April 20, 2007

Removal Of Articles.doc