UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) Status Conference: June 21, 2007 |
| THE WASHINGTON NEWSPAPER | ) |
|   PUBLISHING COMPANY, LLC, *et al.*, | ) |
|       Defendants. | ) |

# ORDER

**UPON CONSIDERATION** of the motion made by defendant John F. Bisney in open Court at the March 21, 2007, Status Conference for approval to communicate with Internet sites that continue to display or refer to articles that defendant Bisney authored concerning plaintiff for the purpose of seeking removal of such articles or references thereto from the Internet, defendant Bisney and plaintiff, Kathleen A. Benz, having agreed to the terms of this Order, it is this_____ day of _____, 2007,

**ORDERED** that defendant Bisney's motion be and hereby is **GRANTED**; and it is further

**ORDERED** that within ten (10) days of the date hereof defendant Bisney shall submit to counsel for plaintiff, Kathleen A. Benz, the substance of the communication defendant Bisney intends to send to all Internet sites that display or refer to the articles or portions thereof that defendant Bisney authored or disseminated that refer to plaintiff, Kathleen

A. Benz, by name or by implication (hereinafter referred to collectively as the "Articles"), requesting the removal of such Articles, which communication shall comply in all respects with the terms of this Order, along with a list of such Internet sites to which defendant Bisney proposes to send such communication; and it is further

**ORDERED** that counsel for plaintiff shall review and approve the substance of such communication by defendant Bisney to such Internet sites as well as the list of recipients of such communication, which approvals shall not unreasonably be withheld; and it is further

**ORDERED** that within ten (10) days of receipt by counsel for defendant Bisney of such approvals, defendant Bisney shall send such approved communication to the approved recipients; and it is further

**ORDERED** that no Articles or references to Articles shall be removed from any Internet sites prior to the Article or reference thereto having been preserved for purposes of this litigation and furnished to counsel for all parties; and it is further

**ORDERED** that the communications from defendant Bisney to such Internet sites must inform such site that it must preserve the Articles or references thereto and furnish copies of the Articles or references thereto to counsel for all parties, all at the expense of defendant Bisney; and it is further

**ORDERED** that defendant Bisney shall provide all communications received from any Internet sites to counsel for plaintiff and counsel for defendant The Washington Newspaper Publishing Company, LLC upon receipt; and it is further

**ORDERED** that defendant Bisney shall bear all costs and expenses incurred in complying with this Order; and it is further

**ORDERED** that this **ORDER** is to be interpreted in the broadest possible manner by the parties to achieve the removal from the Internet of the maximum number of Articles and references thereto.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Order Remove Articles.doc