IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ | ) |
| Plaintiff | ) |
| v. | ) |
| THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC | ) Civil Action No. 1:05cv1760(EGS)(JMF) |
| and | ) Next Event: |
| JOHN F. BISNEY | ) Status Conference: June 21, 2007 |
| Defendants. | ) |

## MOTION OF DEFENDANT JOHN F. BISNEY FOR ENTRY OF AN ORDER PERMITTING CONTACT WITH WEBSITES

At the Status Conference on March 21, 2007, Defendant Bisney made an oral motion seeking permission to contact various websites in an effort to remove the article that he had written about Plaintiff. The Court ordered the parties to submit an appropriate proposed order by April 20, 2007. Counsel for Defendant Bisney sent a proposed order to counsel for Plaintiff by electronic mail on March 28, 2007. When counsel for Bisney received no response to his proposal, he wrote a letter on April 12, asking for a response. It was not until 1:35 PM today, April 20, 2007, that Plaintiff's counsel sent its proposal.

There are several provisions in Plaintiff's version of the proposed order with which Bisney's counsel disagrees. The first was the attempted imposition on the Internet sites of a requirement that it preserve the article before removing it. Defendant's counsel feels that, since the Internet sites are not parties to this lawsuit, such a provision was unenforceable and likely to lead the Internet sites to be less cooperative than they might

1

otherwise be. In addition, there is no reason that Plaintiff's counsel cannot "copy" the site prior to the communication being sent, thus preserving the site.

The second problem that Bisney's counsel has with Plaintiff's proposal is the provision that Bisney will be responsible for all costs and expenses incurred in complying with the Order. While Bisney certainly has no intention of seeking costs or expenses from Plaintiff, he is unwilling to sign a blank check at this point until he knows what is entailed in this process.

Finally, Plaintiff's proposed order imposes obligations on defense counsel to take certain actions within ten days of certain events. However, Plaintiff conveniently fails to include such a time limit on her own obligations. Given the fact that Plaintiff's counsel have been less than responsive on this issue (waiting almost a month to submit a proposed order) as well as completely unresponsive on other issues, Bisney's counsel feels that it is only fair to require Plaintiff's counsel to fulfill their obligations under the order within ten days as well.

Bisney's counsel has conferred with Plaintiff's counsel on these issues and they were unable to reach an agreement. Therefore, Defendant Bisney hereby submits his own Proposed Order for the Court's consideration.

                                Respectfully submitted,

                                /s/ Larry S. Gondelman (D.C. Bar No. 950691)
                                1501 M Street, NW
                                Suite 700
                                Washington, DC  20005
                                202.466.6550
                                larry.gondelman@ppsv.com
                                Counsel for Defendant John F. Bisney

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were served electronically, by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF), this 20th day of April, 2007, upon the following:

>William Alden McDaniel, Jr.
>LAW OFFICES OF WILLIAM ALDEN MCDANIEL, JR.
>118 W. Mulberry Street
>Baltimore, MD 21201
>Counsel for Plaintiff Kathleen A. Benz

>Laura R. Handman
>DAVIS WRIGHT TREMAINE LLP
>1919 Pennsylvania Avenue, NW
>Suite 200
>Washington, DC 20006
>Counsel for Defendant The Washington Newspaper Publishing Company, LLC

/s/ Larry S. Gondelman