IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ | ) |
| Plaintiff | ) |
| v. | ) |
| THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC | ) Civil Action No. 1:05cv1760(EGS)(JMF) |
| and | ) Next Event: |
| JOHN F. BISNEY | ) Status Conference: June 21, 2007 |
| Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of the Motion of John F. Bisney to Dismiss The Cross-Claim of Defendant The Washington Newspaper Publishing Company LLC, it is hereby:

**ORDERED** that the Motion of John F. Bisney is GRANTED, and that the Cross-Claim against him is hereby dismissed.

_____
Emmet G. Sullivan
United States District Judge

Dated this ___ day of _____, 2007