IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| ) | |
| THE WASHINGTON NEWSPAPER ) | Next event: Status Conference 6/21/07 |
| PUBLISHING COMPANY, LLC ) | |
| and ) | |
| JOHN F. BISNEY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant The Washington Newspaper Publishing Company, LLC, publisher of the Washington Examiner ("The Examiner"), by undersigned counsel, and with the consent of counsel for Plaintiff and Defendant John F. Bisney, respectfully moves the Court to grant an order for an extension of time by which The Examiner must file its Fed. R. Civ. P. 26(a)(2) statements until June 15, 2007.

In support of this Consent Motion, The Examiner states as follows:

1. On November 22, 2006, the Court issued its Scheduling and Magistrate Order requiring Plaintiff to file her Rule 26(a)(2) statements by April 2, 2007, and Defendants to file their statements by May 2, 2007.

2. On April 2, 2007, Plaintiff filed a Consent Motion for a two-week extension of her filing deadline.

3. On April 2, 2007, the Court entered a Minute Order granting the Consent Motion and ordering Plaintiff's Rule 26(a)(2) statements to be filed by April 16, 2007, and Defendants' by May 16, 2007.

4. On March 23, 2007, the Court ordered Plaintiff to produce her medical and psychological records and supplement her interrogatory responses regarding medical treatment by April 20, 2007. The records produced by Plaintiff were not complete; therefore, The Examiner requested that Plaintiff execute authorizations so that The Examiner could obtain Plaintiff's medical records directly from her providers.

5. Plaintiff returned the authorizations to Plaintiff on May 4, 2007, and The Examiner has subpoenaed Plaintiff's medical records from her medical providers. However, The Examiner does not expect to receive Plaintiff's medical records from her medical providers until after the May 16, 2007 deadline for expert statements.

6. Therefore, Defendant The Examiner respectfully requests that the Court extend the time in which it must file its Rule 26(a)(2) statements for thirty days, until June 15, 2007.

7. This case will not be delayed nor will any party be prejudiced if the motion is granted. The extension will not delay the discovery cut-off date of July 30, 2007.

Pursuant to Local Rule 7(m), Defendant's counsel conferred with counsel for Plaintiff and for Defendant Bisney prior to filing this Motion, and all parties consent to this Motion.

Dated this 10th day of May, 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:    /s/ Laura R. Handman
    Laura R. Handman (D.C. Bar No. 444386)
    Amber L. Husbands (D.C. Bar No. 481565)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 fax
*Attorneys for Defendant The Washington Newspaper Publishing Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).

/s/  Amber L. Husbands
Amber L. Husbands