IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| | ) | |
| THE WASHINGTON NEWSPAPER | ) | Next event: Status Conference 6/21/07 |
| PUBLISHING COMPANY, LLC | ) | |
| and | ) | |
| JOHN F. BISNEY, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant The Washington Newspaper Company, LLC's Consent Motion for Extension of Time, it is hereby **ORDERED** that the motion is **GRANTED** and Defendant The Washington Newspaper Publishing Company, LLC shall file its Fed. R. Civ. P. 26(a)(2) statements on or before June 15, 2007.

Dated: _____, 2007.

_____
United States District Judge
Emmet G. Sullivan