IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| ) | |
| THE WASHINGTON NEWSPAPER ) | Next event: Status Conference 6/21/07 |
| PUBLISHING COMPANY, LLC ) | |
| and ) | |
| JOHN F. BISNEY, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant The Washington Newspaper Publishing Company, LLC, publisher of the Washington Examiner ("The Examiner"), by undersigned counsel, and with the consent of counsel for Plaintiff and Defendant John F. Bisney, respectfully moves the Court to grant an order for an extension of time by which The Examiner must file its medical experts' Fed. R. Civ. P. 26(a)(2)(B) statements until July 16, 2007.

In support of this Consent Motion, The Examiner states as follows:

1. On November 22, 2006, the Court issued its Scheduling and Magistrate Order requiring Plaintiff to file her Rule 26(a)(2) statements by April 2, 2007, and Defendants to file their statements by May 2, 2007.

2. On April 2, 2007, Plaintiff filed a Consent Motion for a two-week extension of her filing deadline.

3. On April 2, 2007, the Court entered a Minute Order granting the Consent Motion and ordering Plaintiff's Rule 26(a)(2) statements to be filed by April 16, 2007, and Defendants' by May 16, 2007.

4. On March 23, 2007, the Court ordered Plaintiff to produce her medical and psychological records and supplement her interrogatory responses regarding medical treatment by April 20, 2007. The records produced by Plaintiff were not complete; therefore, The Examiner requested that Plaintiff execute authorizations so that The Examiner could obtain Plaintiff's medical records directly from her providers.

5. Plaintiff returned the authorizations to Plaintiff on May 4, 2007, and The Examiner subpoenaed Plaintiff's medical records from twenty medical providers on May 8 and 9, 2007.

6. On May 11, 2007, the Court entered a Minute Order extending The Examiner's May 16, 2007 deadline for Rule 26(a)(2) disclosures until June 15, 2007.

7. On June 15, 2007, The Examiner served the Rule 26(a)(2) statements of Mindy Trossman and Dennis Britton, The Examiner's journalism experts. On the same day, The Examiner also served disclosures identifying its medical experts as Dr. Richard Ratner, a forensic psychiatrist, and Dr. Frank Anderson, a neurologist, pursuant to Rule 26(a)(2)(A), and attaching their resumes.

8. Although the return date on the subpoenas to the medical providers was May 18, 2007, the The Examiner began to receive records only beginning in late May from some of Plaintiff's secondary medical providers. The Examiner did not receive the bulk of Plaintiff's medical records – from Plaintiff's primary medical providers – until June 4, 6, and 8, 2007. Counsel for The Examiner duplicated and numbered the medical records and provided those records to Drs. Ratner and Anderson (and to Plaintiff's counsel) on June 11, 2007. Drs. Ratner and Anderson need additional time to review the voluminous (over 4200 pages in the past 10

years) medical records.[1] In addition, even as of this date, two medical providers who were subpoenaed have not yet provided medical records, and one major provider has not provided complete records. Finally, the medical records revealed one or more additional providers whose records must also be obtained and who were not identified by Ms. Benz in her interrogatory responses.

9. Therefore, Defendant The Examiner respectfully requests that the Court extend the time in which it must file its Rule 26(a)(2)(B) disclosures with regard to medical experts Dr. Richard Ratner and Dr. Frank Anderson for an additional thirty days, until July 16, 2007. As noted above, it has already served its disclosures with respect to its journalism experts and has identified the medical experts.

10. Pursuant to Local Rule 7(m), Defendant's counsel conferred with counsel for Plaintiff and for Defendant Bisney prior to filing this Motion. Counsel for Bisney consents to this Motion, and counsel for Plaintiff consents with the additional request that the Court extend the deadline for disclosure of Plaintiff's rebuttal experts until August 15, 2007.

11. The current discovery cut-off date is July 30, 2007, with a status conference scheduled for September 5, 2007. The parties request that the Court extend the deadline with respect to discovery of expert witnesses to October 1, 2007.

Therefore, the parties request that the Court enter an order modifying the November 22, 2006 scheduling order as follows:

- Defendants must file any 26(a)(2) statements with respect to medical experts by July 16, 2007;

---

[1] In addition, it appears after a preliminary review of Plaintiff's medical records that a Rule 35 psychiatric examination will be needed in this case. Counsel for The Examiner intends to address the timing of a motion for a Rule 35 examination of Plaintiff at the status conference on June 21, 2007.

- Plaintiff must file any 26(a)(2) statements with respect to rebuttal expert witnesses by August 15, 2007;

- Discovery of expert witnesses must be completed by October 1, 2007.

Dated this 15th day of June, 2007.

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By:  /s/ Laura R. Handman
           Laura R. Handman (D.C. Bar No. 444386)
           Amber L. Husbands (D.C. Bar No. 481565)
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue, N.W., Suite 200
        Washington, D.C. 20006-3402
        (202) 973-4200
        (202) 973-4499 fax
        *Attorneys for Defendant The Washington Newspaper Publishing Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).

                                                /s/ Amber L. Husbands
                                                Amber L. Husbands