**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KATHLEEN A. BENZ,**     ) | |
| )  | |
| **Plaintiff,**     ) | |
| )  | |
| v.     ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| )  | |
| **THE WASHINGTON NEWSPAPER**     ) | Next event: Status Conference 6/21/07 |
| **PUBLISHING COMPANY, LLC**     ) | |
| and     ) | |
| **JOHN F. BISNEY,**     ) | |
| )  | |
| **Defendants.**     ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant The Washington Newspaper Publishing Co., LLC's Consent Motion for Extension of Time and the memorandum in support thereof, it is hereby **ORDERED** that the Consent Motion for Extension of Time is **GRANTED**. The scheduling order entered November 22, 2006 is modified as follows:

- Defendants must file any 26(a)(2) statements with respect to medical experts by July 16, 2007;

- Plaintiff must file any 26(a)(2) statements with respect to rebuttal expert witnesses by August 15, 2007;

- Discovery of expert witnesses must be completed by October 1, 2007.


Dated: _____, 2007.


                                                                              _____
                                                                               United States District Judge
                                                                               Emmet G. Sullivan