IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:05cv1760 |
| THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC and JOHN F. BISNEY | ) ) ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION

WHEREAS plaintiff Kathleen A. Benz ("Plaintiff") and defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney (collectively the "Defendants") entered into a Stipulated Protective Order on March 29, 2007, which was so ordered by this Court on April 6, 2007;

WHEREAS Plaintiff commenced an action captioned *Kathleen A. Benz v. Karen Feld*, Civil Action No. 278842-V, in the Circuit Court for Montgomery County, Maryland on January 24, 2007, which alleges one cause of action for false light invasion of privacy against Karen Feld ("Feld") (the "Maryland Action") arising out of the same article at issue in this lawsuit; and

WHEREAS the undersigned counsel for Feld has been retained to represent Feld in the Maryland Action and to represent her as a witness in this action;

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, Defendants and Feld as follows:

1.  Feld and her counsel shall be considered as a "Party" and a "Qualified Recipient" as defined in the Stipulated Protective Order solely for the purposes of the use of documents and deposition testimony produced in discovery in this action and shall have access to all materials produced pursuant to the Stipulated Protective Order in the manner set forth therein;

2.  Feld and her counsel agree to be bound by the terms of the Stipulated Protective Order;

3.  Paragraph C of the Stipulated Protective Order is amended to state that "All Confidential Information and Highly Confidential information is used for the purposes of this action, *Benz v. The Washington Newspaper Publishing Company, LLC and John F. Bisney* (U.S. Dist. Court for the District of Columbia, Civil Action No. 05-1760 (EGS)), and for the action, *Kathleen A. Benz v. Karen Feld*, (Circuit Court for Montgomery County, Maryland, Civil Action No. 278842-V) and for no other purpose. Neither a Party nor any Qualified Recipient, as defined in paragraphs D or E of the Stipulated Protective Order, may disclose, in public or private, Confidential Information or Highly Confidential Information except as set forth in this Protective Order."

Dated: June 14, 2007    By: /s/ Ramel Rahleos
                        LAW OFFICES OF WILLIAM ALDEN McDANIEL, JR.
                        Attorneys for Kathleen Benz

Dated: _____, 2007    By: _____
                        DAVIS WRIGHT TREMAINE LLP
                        Attorneys for The Washington Newspaper Publishing Company, LLC

Dated: _____, 2007    By: _____
                        POWERS PLYES SUTTER & VERVILLE, PC

\\\NY - 098611/000005 - 1044102 v1

1.  Feld and her counsel shall be considered as a "Party" and a "Qualified Recipient" as defined in the Stipulated Protective Order solely for the purposes of the use of documents and deposition testimony produced in discovery in this action and shall have access to all materials produced pursuant to the Stipulated Protective Order in the manner set forth therein;

2.  Feld and her counsel agree to be bound by the terms of the Stipulated Protective Order;

3.  Paragraph C of the Stipulated Protective Order is amended to state that "All Confidential Information and Highly Confidential information is used for the purposes of this action, *Benz v. The Washington Newspaper Publishing Company, LLC and John F. Bisney* (U.S. Dist. Court for the District of Columbia, Civil Action No. 05-1760 (EGS)), and for the action, *Kathleen A. Benz v. Karen Feld*, (Circuit Court for Montgomery County, Maryland, Civil Action No. 278842-V) and for no other purpose. Neither a Party nor any Qualified Recipient, as defined in paragraphs D or E of the Stipulated Protective Order, may disclose, in public or private, Confidential Information or Highly Confidential Information except as set forth in this Protective Order."

Dated: _____, 2007    By: _____
                              LAW OFFICES OF WILLIAM ALDEN
                              McDANIEL, JR.
                              Attorneys for Kathleen Benz

Dated: June 15, 2007          By: /s/ *signature*
                              DAVIS WRIGHT TREMAINE LLP
                              Attorneys for The Washington Newspaper
                              Publishing Company, LLC

Dated: _____, 2007    By: _____
                              POWERS PYLES SUTTER & VERVILLE, PC

1. Feld and her counsel shall be considered as a "Party" and a "Qualified Recipient" as defined in the Stipulated Protective Order solely for the purposes of the use of documents and deposition testimony produced in discovery in this action and shall have access to all materials produced pursuant to the Stipulated Protective Order in the manner set forth therein;

2. Feld and her counsel agree to be bound by the terms of the Stipulated Protective Order;

3. Paragraph C of the Stipulated Protective Order is amended to state that "All Confidential Information and Highly Confidential information is used for the purposes of this action, *Benz v. The Washington Newspaper Publishing Company, LLC and John F. Bisney* (U.S. Dist. Court for the District of Columbia, Civil Action No. 05-1760 (EGS)), and for the action, *Kathleen A. Benz v. Karen Feld*, (Circuit Court for Montgomery County, Maryland, Civil Action No. 278842-V) and for no other purpose. Neither a Party nor any Qualified Recipient, as defined in paragraphs D or E of the Stipulated Protective Order, may disclose, in public or private, Confidential Information or Highly Confidential Information except as set forth in this Protective Order."

Dated: _____, 2007    By: _____
LAW OFFICES OF WILLIAM ALDEN McDANIEL, JR.
Attorneys for Kathleen Benz

Dated: _____, 2007    By: _____
DAVIS WRIGHT TREMAINE LLP
Attorneys for The Washington Newspaper Publishing Company, LLC

Dated: June 15, 2007    By: _____
POWERS PLYES SUTTER & VERVILLE, PC

\\\NY - 098611/000005 - 1044102 v1

John F. Bisney

Dated: June 18, 2007   By: [signature]
HOGAN & HARTSON LLP
Attorneys for Karen Feld

IT IS SO ORDERED

_____
U.S.D.J.

Dated: _____, 2007