IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:05cv01760 |
| ) | Status Conference June 21, 2007 |
| THE WASHINGTON NEWSPAPER ) | |
| PUBLISHING COMPANY, LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION OF PLAINTIFF, KATHLEEN A. BENZ,
TO EXTEND DISCOVERY**

Plaintiff, Kathleen A. Benz, by her undersigned lawyers, and with the consent of defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney, hereby moves for an extension of the discovery deadline in this case to and including October 1, 2007.

In support of this Consent Motion, plaintiff, Kathleen A. Benz, states as follows:

1. On November 22, 2006, this Court issued a Scheduling And Magistrate Referral Order setting July 30, 2007, as the discovery deadline in this matter.

2. Plaintiff has taken the deposition of defendant The Washington Newspaper Publishing Company, LLC.

3. The parties have been attempting to schedule the depositions of Ms. Benz, defendant John F. Bisney, Karen Feld, and other third-party witnesses.

4. Plaintiff has attempted to schedule the deposition of defendant John F. Bisney but could not do so because defendant Bisney would not be deposed before Turner

Broadcasting Systems, Inc. ("TBS") produced documents responsive to subpoenas served upon it by defendant Bisney. TBS produced those documents last week.

     5.     On June 15, 2007, the Court extended the discovery deadline for expert witnesses to and including Monday, October 1, 2007.

     6.     Plaintiff respectfully requests that the Court extend the discovery deadline in this matter to and including Monday, October 1, 2007.

     7.     Counsel for defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney have authorized counsel for plaintiff, Kathleen A. Benz, to state that defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney consent to the relief requested by this Motion.

     8.     This Court has not set a trial date in this matter.

     9.     This case will not be delayed unduly nor will any party be prejudiced if this Motion is granted.

     WHEREFORE plaintiff, Kathleen A. Benz, respectfully requests this Court extend the discovery deadline in this matter to and including Monday, October 1, 2007

     Respectfully submitted,

     LAW OFFICES OF
      WILLIAM ALDEN McDANIEL, JR.

     */s/ William Alden McDaniel, Jr.*
     William Alden McDaniel, Jr.
     Bar No. 7152

3

*/s/ Bassel Bakhos*
Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.: 410.685.3810
Fax:  410.685.0203
E-Mail:  wam@wamcd.com
E-Mail:  bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

POINTS AND AUTHORITIES:  FEDERAL RULE OF CIVIL PROCEDURE 6(b); LCvR 7(b)

Consent Motion Ext Discovery.doc