UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON NEWSPAPER )<br>  PUBLISHING COMPANY, LLC, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No.1:05cv01760<br>Status Conference June 21, 2007 |

# ORDER

(CONSENT MOTION OF TIME PLAINTIFF, KATHLEEN A. BENZ, TO EXTEND DISCOVERY)

**UPON CONSIDERATION** of the Consent Motion Of Plaintiff, Kathleen A. Benz, To Extend Discovery, all parties to this case having consented to the relief requested therein, the record in this case, and the applicable law, it is this _____ day of _____, 2007,

**ORDERED** that the Consent Motion Of Plaintiff, Kathleen A. Benz, To Extend Discovery be and hereby is **GRANTED**; and it is further

**ORDERED** that all discovery in this matter be completed by Monday, October 1, 2007.

_____
**JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Order Consent Motion Ext Discovery.doc