```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                   )
KATHLEEN A. BENZ,                  )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )  Civil Action No. 05-1760 (EGS)
                                   )
THE WASHINGTON NEWSPAPER           )
PUBLISHING COMPANY, LLC and        )
JOHN F. BISNEY,                    )
                                   )
                    Defendants.    )
_____)

## ORDER

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that the Motion of John F. Bisney to Dismiss the Cross-claim of Defendant The Washington Newspaper Publishing Company, LLC [Dkt. No. 54] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant Bisney shall file his answer to the Cross-claim by no later than **July 2, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            June 19, 2007**