```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
KATHLEEN A. BENZ,              )
                               )
                 Plaintiff,    )
                               )
           v.                  )  Civil Action No. 05-1760 (EGS)
                               )
THE WASHINGTON NEWSPAPER       )
PUBLISHING COMPANY, LLC and    )
JOHN F. BISNEY,                )
                               )
                 Defendants.   )
_____)
```

### ORDER

Upon consideration of the motion made by defendant John F. Bisney in open Court at the March 21, 2007 Status Conference for approval to communicate with Internet sites that continue to display or refer to articles that defendant Bisney authored concerning plaintiff Kathleen A. Benz for the purpose of seeking removal of such articles or references thereto from the Internet, and pursuant to the status hearing on June 21, 2007, it is by the Court hereby

**ORDERED** that defendant Bisney's motion is **GRANTED;** and it is

**FURTHER ORDERED** that defendant Bisney shall provide to counsel for plaintiff a list of all known Internet sites that continue to display or refer to the articles or portions thereof that defendant Bisney authored or disseminated that refer to plaintiff, Kathleen A. Benz, by name or by implication

(hereinafter referred to collectively as the "Articles") by no later than **June 29, 2007;** and it is

**FURTHER ORDERED** that, by no later than **June 29, 2007,** defendant Bisney shall submit to counsel for plaintiff the substance of the communication defendant Bisney intends to send to all Internet sites that display or refer to the Articles or portions thereof, requesting the removal of such Articles, which communication shall comply in all respects with the terms of this Order, along with a list of such Internet sites to which defendant Bisney proposes to send such communication; and it is

**FURTHER ORDERED** that, by no later than **July 9, 2007,** counsel for plaintiff shall review and approve the substance of such communication by defendant Bisney to such Internet sites as well as the list of recipients of such communication, which approvals shall not be unreasonably withheld; and it is

**FURTHER ORDERED** that, by **July 19, 2007,** and only upon certification from plaintiff that she has taken whatever measures she deems necessary to preserve evidence as discussed below, defendant Bisney shall send the approved communication to the approved recipients; and it is

**FURTHER ORDERED** that prior to defendant Bisney contacting any Internet sites, plaintiff shall take whatever measures she deems necessary to preserve evidence regarding the above-referenced Articles for this litigation; and it is

**FURTHER ORDERED** that upon completion of her preservation efforts, and by no later than **July 16, 2007,** plaintiff shall certify to the Court and to defendants that she has taken whatever efforts she deems necessary to preserve evidence; and it is

**FURTHER ORDERED** that defendant Bisney shall provide all communications received from any Internet sites to counsel for plaintiff and counsel for defendant The Washington Newspaper Company, LLC upon receipt.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
             **United States District Judge**
             **June 21, 2007**