IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KATHLEEN A. BENZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| | ) | |
| **THE WASHINGTON NEWSPAPER** | ) | Next event: Expert Reports Due 7/16/07 |
| **PUBLISHING COMPANY, LLC** | ) | |
| **and** | ) | |
| **JOHN F. BISNEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel for Defendant The Washington Newspaper Publishing Company, LLC, pursuant to LCvR 83.2(c), respectfully request this Court to permit Thomas B. Kelley, a non-member of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice*.

In support of this Motion, attached is the Declaration of Thomas B. Kelley in compliance with LCvR 83(d).

Dated this 5th day of July, 2007.

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLP

                                                By:     /s/  Laura R. Handman
                                                     Laura R. Handman (D.C. Bar No. 444386)
                                                     Amber L. Husbands (D.C. Bar No. 481565)
                                                DAVIS WRIGHT TREMAINE LLP
                                                1919 Pennsylvania Avenue, N.W., Suite 200
                                                Washington, D.C. 20006-3402
                                                (202) 973-4200
                                                (202) 973-4499 fax
                                                *Attorneys for Defendant The Washington Newspaper Publishing Company, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2007, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).


                                    /s/ Amber L. Husbands
                                    Amber L. Husbands