IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:05cv1760 (EGS) (JMF) |
| | ) |
| THE WASHINGTON NEWSPAPER | )  Next event: Expert Reports Due 7/16/07 |
| PUBLISHING COMPANY, LLC | ) |
| and | ) |
| JOHN F. BISNEY, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF THOMAS B. KELLEY

Thomas B. Kelley declares, under penalty of perjury and pursuant to LCvR 83.2(d), the following:

1. I am co-counsel for Defendant The Washington Newspaper Publishing Company, LLC, publisher of the Washington Examiner ("The Examiner"), in this action.

2. I am a partner in Levine Sullivan Koch & Schultz, LLP, and maintain my office at 3773 Cherry Creek North Drive, Suite 900, Denver, Colorado 80209. My telephone number is (303) 320-6100.

3. I am a member of good standing of the state bar of Colorado, the United States District Court for the District of Colorado, the Fourth, Ninth, and Tenth Circuit Courts of Appeals, and the United States Supreme Court.

4. I hereby certify that I have never been disciplined by any bar, that I have not been admitted *pro hac vice* before this Court in the past two years; that I do not have an office in the District of Columbia from which I engage in the practice of law, and I do not have an application for membership of the bar of the District of Columbia pending.

1

Under penalty of perjury I do so declare.

_____
Thomas B. Kelley