IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:05cv1760 (EGS) (JMF) |
| | ) |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC | ) |
| and | ) |
| JOHN F. BISNEY, | ) |
| | ) |
|     Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant The Washington Newspaper Publishing Co., LLC's Motion for Admission *Pro Hac Vice*, it is hereby **ORDERED** that the motion is granted, and Thomas B. Kelley, a non-member of the Bar of this Court, may participate in the Court proceedings in this matter *pro hac vice*.

Dated: _____, 2007.

                                              _____
                                              United States District Judge
                                              Emmet G. Sullivan