IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| ) | |
| THE WASHINGTON NEWSPAPER ) | Next event: Status Conference 10/9/07 |
| PUBLISHING COMPANY, LLC ) | |
| and ) | |
| JOHN F. BISNEY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant The Washington Newspaper Publishing Company, LLC, publisher of the Washington Examiner ("The Examiner"), by undersigned counsel, and with the consent of counsel for Plaintiff and Defendant John F. Bisney, respectfully moves the Court to grant an order for an extension of time by which The Examiner must file its medical experts' Fed. R. Civ. P. 26(a)(2)(B) statements until August 6, 2007.

In support of this Consent Motion, The Examiner states as follows:

1. On November 22, 2006, the Court issued its Scheduling and Magistrate Order requiring Plaintiff to file her Rule 26(a)(2) statements by April 2, 2007, and Defendants to file their statements by May 2, 2007.

2. On April 2, 2007, the Court entered a Minute Order granting Plaintiff's Consent Motion to extend her filing deadline and ordering Plaintiff's Rule 26(a)(2) statements to be filed by April 16, 2007, and Defendants' by May 16, 2007.

3. On May 11, 2007, the Court entered a Minute Order extending The Examiner's May 16, 2007 deadline for Rule 26(a)(2) disclosures until June 15, 2007.

4.      On June 15, 2007, The Examiner served the Rule 26(a)(2) statements of Mindy Trossman and Dennis Britton, The Examiner's journalism experts.  On the same day, The Examiner also served disclosures identifying its medical experts as Dr. Richard Ratner, a forensic psychiatrist, and Dr. Frank Anderson, a neurologist, pursuant to Rule 26(a)(2)(A), and attaching their resumes.

5.      On June 15, 2007, the Court granted The Examiner's motion to extend the extend the time in which it must file its Rule 26(a)(2)(B) disclosures with regard to medical experts Dr. Richard Ratner and Dr. Frank Anderson for an additional thirty days, until July 16, 2007.

6.      With the approval of the Court, Plaintiff agreed to undergo an independent medical examination by The Examiner's medical expert, Dr. Ratner.  The IME was scheduled to take place in two sessions, on July 6, 2007 and July 9, 2007.  Plaintiff did not attend the July 6 session, although she attended the July 9 session.  The second session was rescheduled for July 13, 2007.  Plaintiff did not attend the July 13, 2007 session.  Plaintiff is currently scheduled to complete the IME on July 26 or 27, 2007.

7.      Therefore, The Examiner requests that the extend the extend the time in which it must file its Rule 26(a)(2)(B) disclosures with regard to medical experts Dr. Richard Ratner and Dr. Frank Anderson until August 6, 2007.

8.      Pursuant to Local Rule 7(m), Defendant's counsel conferred with counsel for Plaintiff and for Defendant Bisney prior to filing this Motion.  Counsel for Bisney consents to this Motion, and counsel for Plaintiff consents with the additional request that the Court extend the deadline for disclosure of Plaintiff's rebuttal experts until September 5, 2007.

9. The current discovery cut-off date is October 1, 2007, with a status conference scheduled for October 9, 2007. Granting this consent motion will not require an extension of the discovery cut-off date.

Therefore, the parties request that the Court enter an order modifying the November 22, 2006 scheduling order as follows:

- Defendants must file any 26(a)(2) statements with respect to medical experts by August 6, 2007;

- Plaintiff must file any 26(a)(2) statements with respect to rebuttal expert witnesses by September 5, 2007.

Dated this 16th day of July, 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:     /s/  Laura R. Handman
    Laura R. Handman (D.C. Bar No. 444386)
    Amber L. Husbands (D.C. Bar No. 481565)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 fax
*Attorneys for Defendant The Washington Newspaper Publishing Company, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 16, 2007, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).

                                                /s/ Amber L. Husbands
                                                Amber L. Husbands