IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| ) | |
| THE WASHINGTON NEWSPAPER ) | Next event: Status Conference 10/9/07 |
| PUBLISHING COMPANY, LLC ) | |
| and ) | |
| JOHN F. BISNEY, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant The Washington Newspaper Publishing Co., LLC's Consent Motion for Extension of Time and the memorandum in support thereof, it is hereby **ORDERED** that the Consent Motion for Extension of Time is **GRANTED**. The scheduling order entered November 22, 2006 is modified as follows:

- Defendants must file any 26(a)(2) statements with respect to medical experts by August 6, 2007;

- Plaintiff must file any 26(a)(2) statements with respect to rebuttal expert witnesses by September 5, 2007.

Dated: _____, 2007.

                                                                                      _____
                                                                                      United States District Judge
                                                                                      Emmet G. Sullivan

1