IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01760 EGS |
| | ) Status Hearing: October 9, 2007 |
| THE WASHINGTON NEWSPAPER | ) |
| PUBLISHING COMPANY, LLC, *et al*., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF FILING PURSUANT
TO THIS COURT'S JUNE 21, 2007 ORDER**

Plaintiff, Kathleen A. Benz, hereby notifies this Court that the attached letter, Exhibit 1, is filed pursuant to this Court's June 21, 2007, Order regarding the preservation of evidence of all Internet sites identified by defendant John F. Bisney that display or refer to articles or portions of articles that defendant Bisney authored or disseminated that refer to Ms. Benz by name or implication.

Respectfully submitted,

LAW OFFICES OF
  WILLIAM ALDEN MCDANIEL, JR.

_____/s/_____
William Alden McDaniel, Jr.
Bar No. 7152

/s/
Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:  410.685.0203
wam@wamcd.com
bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Notice Of Filing Letter re Internet Sites.doc