LAW OFFICES OF

# WILLIAM ALDEN McDANIEL, JR.

118 WEST MULBERRY STREET

BALTIMORE, MARYLAND 21201-3606

WILLIAM ALDEN McDANIEL, JR.†

BASSEL BAKHOS†♦

†ALSO ADMITTED IN
THE DISTRICT OF COLUMBIA

♦ALSO ADMITTED IN NEW JERSEY

AREA CODE 410
685-3810

TELECOPIER
685-0203

E-MAIL
wam@  bb@
wamcd.com

July 16, 2007

**FILED VIA CM/ECF SYSTEM**

The Honorable Emmett G. Sullivan
United States District Judge
United States District Court For The District Of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

> **Re:** ***Benz v. The Washington Newspaper Publishing Company, LLC, et al.*,**
> **Civil Action No. 1:05-cv-01760 EGS (D.D.C.)**

Your Honor:

This firm represents the plaintiff, Kathleen A. Benz, in the above-referenced case. Pursuant to this Court's June 21, 2007, Order, Ms. Benz certifies that she has taken the necessary steps to preserve evidence of all Internet sites identified by defendant John F. Bisney that display or refer to articles or portions of articles that defendant Bisney authored or disseminated that refer to Ms. Benz by name or implication.

Thank you. Please let us know if you require any additional information on this matter.

Very truly yours,

*/s/ Bassel Bakhos*

Bassel Bakhos

BB/mmi
Judge Sullivan L3.doc