**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BENZ | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| THE WASHINGTON NEWSPAPER | ) Civil Action No. 1:05cv1760(EGS)(JMF) |
| PUBLISHING COMPANY, LLC | ) |
| | ) Next Event: |
| and | ) Status Conference:  October 9, 2007 |
| | ) |
| JOHN F. BISNEY | ) |
| | ) |
| Defendants. | ) |
|  | ) |

**ADOPTION BY JOHN F. BISNEY OF THE**
**RULE 26(A)(2)(B) REPORTS OF THE**
**WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC**

Defendant John F. Bisney hereby adopts the Rule 26(a)(2)(B) Reports filed by the

Washington Newspaper Publishing Company, LLC, for use in his defense in this matter.

Respectfully submitted,

_____
/s/Larry S. Gondelman
(D.C. Bar No. 950691)
1501 M Street, NW
Suite 700
Washington, DC  20005
202.466.6550
202.785.1756 (fax)
larry.gondelman@ppsv.com
Counsel for Defendant John F. Bisney

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing were served electronically, by the

U.S. District Court for the District of Columbia Electronic Document Filing System

(ECF), this the 20th day of August, 2007, upon the following:

> William Alden McDaniel, Jr.
> LAW OFFICES OF WILLIAM ALDEN MCDANIEL, JR.
> 118 W. Mulberry Street
> Baltimore, MD  21201
> Counsel for Plaintiff Kathleen A. Benz

> Laura R. Handman
> DAVIS WRIGHT TREMAINE LLP
> 1500 K Street, N.W., Suite 450
> Washington, D.C.  20005
> Counsel for Defendant The Washington Newspaper
> Publishing Company, LLC

/s/  Larry S. Gondelman_____
Larry S. Gondelman
