IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHLEEN A. BENZ**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1760 |
| ) | (EGS/JMF) |
| **THE WASHINGTON NEWSPAPER** ) | |
| PUBLISHING COMPANY, LLC, *et al.*, ) | Status Conference October 19, 2007 |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT MOTION OF PLAINTIFF, KATHLEEN A. BENZ, AND DEFENDANTS THE WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC AND JOHN F. BISNEY TO EXTEND DISCOVERY

Plaintiff, Kathleen A. Benz, by her undersigned lawyers, and defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney, by their undersigned lawyers, hereby jointly move for an extension of the discovery deadline in this case to and including Thursday, January 31, 2008.

In support of this Joint Motion, the parties state as follows:

1. On November 22, 2006, this Court issued a Scheduling And Magistrate Referral Order setting July 30, 2007, as the discovery deadline in this matter.

2. On June 19, 2007, this Court granted plaintiff's consent motion to extend the discovery deadline in this matter to and including October 1, 2007.

3. Plaintiff has taken the depositions of defendant The Washington Newspaper Publishing Company, LLC and John F. Bisney.

4. On July 2, 2007, defendant The Washington Newspaper Publishing Company, LLC deposed plaintiff for approximately five (5) hours, and the parties are attempting to schedule the completion of the remainder. The continuation of this deposition was scheduled for July 16, 2007, but was cancelled due to a medical emergency experienced by plaintiff.

5. Defendant The Washington Newspaper Publishing Company, LLC has attempted to schedule the completion of plaintiff's deposition but has been unable to do so due to plaintiff's unavailability due to medical reasons and the schedules of counsel. In addition, defendant Bisney has scheduled plaintiff's deposition on two occasions. The first scheduled date was cancelled due to the pendency of the production of documents by plaintiff's employer. The second scheduled deposition was cancelled due to plaintiff's unavailability due to medical reasons. Plaintiff's deposition by counsel for defendant Bisney is currently scheduled for October 17, 2007. The completion of plaintiff's deposition by counsel for The Washington Newspaper Publishing Company, LLC is currently scheduled for October 24, 2007.

6. On August 23, 2007, defendant John F. Bisney deposed third-party witness Scott Spoerry for approximately three (3) hours and twenty (20) minutes. Due to a death in the family of counsel for defendant John F. Bisney, the remainder of Mr. Spoerry's deposition was postponed to a later date, and counsel are attempting to schedule the remainder of Mr. Spoerry's deposition.

7. The parties also have been attempting to schedule the depositions of Karen Feld and other third-party witnesses, including the expert witnesses designated by all parties.

8.  As of September 5, 2007, the parties have exchanged all written expert discovery and will be prepared to depose the expert witnesses designated in this case.

9.  The scheduling of depositions in this matter has been complicated by the schedules of counsel and the witnesses, and the parties agree that it is unlikely that they will be unable to schedule the remainder of the fact and expert witness depositions to be taken in this matter prior to the current discovery deadline of October 1, 2007.

10. This Court has not set a trial date in this matter.

11. This case will not be delayed unduly nor will any party be prejudiced if this Motion is granted.

WHEREFORE plaintiff, Kathleen A. Benz, and defendants The Washington Newspaper Publishing Company, LLC and John F. Bisney respectfully request this Court extend the discovery deadline in this matter to and including Thursday, January 31, 2008.

        Respectfully submitted,

        LAW OFFICES OF
         WILLIAM ALDEN McDANIEL, JR.

        /s/ *WA McDaniel, Jr.*

        William Alden McDaniel, Jr.
        Bar No. 7152

/s/ *Bassel Bakhos*
Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:   410.685.0203
E-Mail:  wam@wamcd.com
E-Mail:  bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

DAVIS WRIGHTTREMAINE LLP


/s/ Laura R. Handman
Laura R. Handman
Bar No. 444386


/s/ Amber L. Husbands
Amber L. Husbands
Bar No. 481565

1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
Tel.:  202.973.4200
Fax:  202.973.4499
laurahandman@dwt.com
amberhusbands@dwt.com

*Lawyers for Defendant The Washington
 Newspaper Publishing Company, LLC*

4

                                                POWERS, PYLE, SUTTER & VERVILLE, P.C.

                                                */s/ Larry S. Gondelman*
                                                Larry S. Gondelman
                                                Bar No. 950691

                                                1501 M Street
                                                Seventh Floor
                                                Washington, DC 20005
                                                Tel.:  202.466.6550
                                                Fax:  202.785.1756
                                                larry.gondelman@ppsv.com

                                                *Lawyers for Defendant John F. Bisney*

POINTS AND AUTHORITIES:  FEDERAL RULE OF CIVIL PROCEDURE 6(b); LCvR 7(b).

Joint Motion Ext Discovery.doc