**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KATHLEEN A. BENZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1760 (EGS) (JMF) |
| ) | Next event: Status conference 2/21/08 |
| **THE WASHINGTON NEWSPAPER** ) | |
| **PUBLISHING COMPANY, LLC** ) | |
| and ) | |
| **JOHN F. BISNEY,** ) | |
| ) | |
| Defendants. ) | |

**STIPULATIONS OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED by Plaintiff and by Defendant The Washington Newspaper Publishing Company, LLC through their undersigned counsel that the above-captioned action is hereby dismissed <u>with prejudice</u> against Defendant The Washington Newspaper Publishing Company, LLC and only that defendant.

It is further STIPULATED AND AGREED by Cross Claim Plaintiff The Washington Newspaper Publishing Company, LLC and by Cross Claim Defendant John F. Bisney through their undersigned counsel that the Cross Claim against John F. Bisney is hereby dismissed <u>without prejudice</u>.

Each party shall bear its own costs and fees.

Dated:  February 1, 2008

1

| | |
|---|---|
| LAW OFFICES OF WILLIAM ALDEN McDANIEL, JR.<br><br>  /s/ William Alden McDaniel, Jr._____<br>By:    William Alden McDaniel, Jr.<br>         Bassel Bakhos<br>         118 Mulberry Street<br>         Baltimore, MD 21201<br>         Phone: (410) 685-3810<br>         Fax: (410) 685-0203<br>*Attorneys for Plaintiff Kathleen A. Benz* | DAVIS WRIGHT TREMAINE LLP<br><br>  /s/ Laura R. Handman_____<br>By:    Laura R. Handman<br>         Amber L. Husbands<br>         1919 Pennsylvania Ave., Suite 200<br>         Washington, DC 20006<br>         Phone: (202) 973-4200<br>         Fax: (202) 973-4499<br>*Attorneys for Defendant The Washington*<br>         *Newspaper Publishing Company, LLC* |
| POWERS PYLES SUTTER<br>& VERVILLE, PC<br><br>  /s/ Larry S. Gondelman_____<br>By:    Larry S. Gondelman<br>         1501 M Street, N.W.<br>         Suite 700<br>         Washington, D.C. 20005<br>         Phone: (202) 466-6550<br>         Fax: (202) 785-1756<br>*Attorneys for Defendant John F. Bisney* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).

/s/  Amber L. Husbands
Amber L. Husbands