UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
KATHLEEN A. BENZ,              )
                               )
            Plaintiff,         )
                               )
     v.                        )  Civil Action No. 05-1760 (EGS)
                               )
                               )
JOHN F. BISNEY,                )
                               )
            Defendant.         )
_____)
```

## ORDER

Upon consideration of the oral Motions made by both parties in open Court at the February 21, 2008 Status Conference, it is hereby

**ORDERED** that defendant's Motion to compel the plaintiff to request certain financial information and to schedule the deposition of Dr. Lowenkron is **GRANTED;** and it is

**FURTHER ORDERED** that plaintiff Kathleen A. Benz shall request in writing that all banks and credit card companies with which she has had an account between the dates of January 1, 2002 and September 30, 2007 provide her with copies of the records of those accounts for the time period of January 1, 2002 through September 30, 2007, said request to be made by plaintiff no later than **March 10, 2008;** and it is

**FURTHER ORDERED** that, upon receipt of the records, plaintiff Kathleen A. Benz, through counsel, shall immediately provide them to counsel for defendant John F. Bisney; and it is

**FURTHER ORDERED** that Dr. Jeffrey D. Lowenkron shall make himself available for a deposition on either one business day prior to **April 1, 2008,** for a total of seven hours of examination or on two business days prior to **April 1, 2008,** for a total of three and one-half hours of examination on each day; and it is

**FURTHER ORDERED** that Dr. Jeffrey D. Lowenkron shall, through plaintiff's counsel, advise counsel for defendant John F. Bisney by **March 10, 2008,** of the date or dates that he will be available for his deposition; and it is

**FURTHER ORDERED** that plaintiff Kathleen A. Benz's motion to file a Third Amended Complaint is **GRANTED;** and it is

**FURTHER ORDERED** that upon the filing of the Third Amended Complaint, the Answer Of Defendant John F. Bisney To Second Amended Complaint, filed with this Court December 1, 2006, shall serve as defendant Bisney's answer to the Third Amended Complaint.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 3, 2008**