IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN A. BENZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01760 |
| | ) | |
| JOHN F. BISNEY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIRD AMENDED COMPLAINT**
(DIVERSITY JURISDICTION; DEFAMATION; INVASION OF PRIVACY – INTRUSION UPON
SECLUSION; INVASION OF PRIVACY – PUBLIC DISCLOSURE OF PRIVATE FACTS;
FALSE LIGHT INVASION OF PRIVACY; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;
COMPENSATORY AND PUNITIVE DAMAGES; TEMPORARY RESTRAINING ORDER
AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF)

**JURY TRIAL DEMANDED**

Plaintiff, Kathleen A. Benz, by her undersigned lawyers, brings this diversity

action against defendant John F. Bisney, alleging claims for defamation, invasion of privacy,

false light invasion of privacy, and intentional infliction of emotional distress, seeking both

compensatory and punitive damages.  Plaintiff, Kathleen A. Benz, also seeks a temporary

retraining order and preliminary and permanent injunctive relief against defendant John F.

Bisney.

**JURISDICTION AND VENUE**

1.      This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332 in that this case presents a controversy between citizens of different states in which the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(a)(2) & (3).

**PARTIES**

3.      Plaintiff, Kathleen A. Benz, is an adult citizen of the District of Columbia.

4.      Defendant John F. Bisney is an adult citizen of the State of Maryland residing at 5803 Ryland Drive, Bethesda, Maryland 20817-2538.

**ALLEGATIONS OF FACT COMMON TO ALL CLAIMS**

5.      The Washington, D.C. office of the Cable News Network (hereinafter referred to as "CNN") employs plaintiff, Kathleen A. Benz, as an assignment editor.

6.      At CNN, the responsibilities of plaintiff, Kathleen A. Benz, include working the desk on weekends in the evenings and producing news segments during the week.

7.      Plaintiff, Kathleen A. Benz, is thirty-seven (37) years of age.

8.      Plaintiff, Kathleen A. Benz, is not, and at all times relevant to the allegations of this Third Amended Complaint was not, married.

9.      Defendant John F. Bisney is a former CNN Radio correspondent and a former colleague at CNN of plaintiff, Kathleen A. Benz.

2

10.   In or about June 2005, CNN discharged defendant John F. Bisney in part because of his harassment of plaintiff, Kathleen A. Benz, as more fully set forth.

11.   Defendant John F. Bisney is approximately fifty-three (53) years of age.

12.   Defendant John F. Bisney is not, and at all times relevant to the allegations of this Third Amended Complaint was not, married.

### ACTS AND OMISSIONS OF DEFENDANT JOHN F. BISNEY

13.   Plaintiff, Kathleen A. Benz, first met defendant John F. Bisney sometime in 1997 while both were working on the CNN program *Crossfire.*

14.   Beginning in or about November 2002, plaintiff, Kathleen A. Benz, and defendant John F. Bisney developed a social friendship.

15.   Plaintiff, Kathleen A. Benz, ended her friendship with defendant John F. Bisney in May 2005 when plaintiff, Kathleen A. Benz, learned that defendant John F. Bisney, without the knowledge or permission of plaintiff, Kathleen A. Benz, among other things had obtained access to her e-mail (hereinafter referred to as "e-mail") and read them and had established and maintained websites on the World Wide Web in the name of plaintiff, Kathleen A. Benz, and posted personal and private information regarding and photographs of plaintiff, Kathleen A. Benz, thereon, all as alleged more fully below.

16.   During the period of her friendship with defendant John F. Bisney from November 2002 to May 2005, plaintiff, Kathleen A. Benz, from time to time attended concerts, went out to dinner, and took vacations with defendant John F. Bisney.

17.   When plaintiff, Kathleen A. Benz, and defendant John F. Bisney traveled together, they always stayed in separate hotel rooms.

18.    Also during the period of her friendship with defendant John F. Bisney from November 2002 to May 2005, plaintiff, Kathleen A. Benz, accepted gifts from defendant John F. Bisney as she would from any other person whom she considered a friend.

19.    At no time ever has plaintiff, Kathleen A. Benz, had any type of romantic relationship with defendant John F. Bisney.

20.    At no time ever has plaintiff, Kathleen A. Benz, had any type of sexual relationship with defendant John F. Bisney.

21.    At no time ever has plaintiff, Kathleen A. Benz, had any type of relationship with defendant John F. Bisney other than one of friendship.

22.    Plaintiff, Kathleen A. Benz, has never kissed defendant John F. Bisney romantically.

23.    Plaintiff, Kathleen A. Benz, has never engaged in sexual intercourse with defendant John F. Bisney.

24.    Plaintiff, Kathleen A. Benz, has never engaged in sexual or genital touching with defendant John F. Bisney.

25.    Plaintiff, Kathleen A. Benz, has never engaged in any behavior with defendant John F. Bisney that could be said to denote a romantic or sexual relationship of any kind.

26.    Plaintiff, Kathleen A. Benz, suffers from a form of herpes, a sexually transmitted disease.

27.    Plaintiff, Kathleen A. Benz, never told defendant John F. Bisney that she suffers from a form of herpes.

28.     The only persons who know that plaintiff, Kathleen A. Benz, suffers from a form of herpes are her mother and her treating physicians.

29.     The mother of plaintiff, Kathleen A. Benz, never told defendant John F. Bisney that plaintiff, Kathleen A. Benz, suffers from a form of herpes.

30.     Plaintiff, Kathleen A. Benz, never authorized her mother or any of her physicians to disclose the fact that she suffers from a form of herpes to defendant John F. Bisney.

31.     Defendant John F. Bisney disclosed the fact that plaintiff, Kathleen A. Benz, suffers from a form of herpes in a posting on the Internet website www.dailysexreview.com.  In that posting, defendant John F. Bisney wrote in part, "Finally, a relationship in which Kulkis isn't the sluttier one.  Happy herpes!"

32.     Defendant John F. Bisney has looked into the private papers of Kathleen A. Benz, on numerous occasions, including but not limited to accessing the electronic mail account of plaintiff, Kathleen A. Benz, and reading electronic mail messages sent and received by plaintiff, Kathleen A. Benz.

33.     In or around May 2004, plaintiff, Kathleen A. Benz, and defendant John F. Bisney, took a vacation to the island of Jamaica.

34.     On their trip to Jamaica, plaintiff, Kathleen A. Benz, took with her a letter from her treating physician stating that plaintiff, Kathleen A. Benz, suffers from Mollaret's meningitis, a rare syndrome characterized by recurrent episodes of severe headaches, meningismus, and fever.

35.     Plaintiff, Kathleen A. Benz, kept this letter from her treating physician with other personal papers and never showed the letter to defendant John F. Bisney.

36.     That letter from the treating physician was, however, readily available to any person who looked through the personal papers plaintiff, Kathleen A. Benz, took with her on her trip to Jamaica with defendant John F. Bisney.

37.     The herpes simplex type-2 virus is the most commonly associated etiologic agent of Mollaret's meningitis.

38.     Plaintiff, Kathleen A. Benz, therefore alleges on information and belief that defendant John F. Bisney learned that plaintiff, Kathleen A. Benz, suffered or probably suffered from herpes by improperly and without authorization reading Ms. Benz's private correspondence from treating physician.

39.     Plaintiff, Kathleen A. Benz, never authorized or consented to the disclosure by John F. Bisney of the fact that plaintiff, Kathleen A. Benz, suffers from a form of herpes.

40.     Plaintiff, Kathleen A. Benz, suffers from epilepsy, a disorder that plaintiff, Kathleen A. Benz, in part controls with medication.

41.     Plaintiff, Kathleen A. Benz, also suffers from frequent migraine headaches, a condition she in part controls with medication.

42.     Plaintiff, Kathleen A. Benz, at all times material to the allegations of this Third Amended Complaint, has been under the regular care of a physician for her epilepsy, migraines, and related problems.

43.     Stress exacerbates the epilepsy and the migraines suffered by plaintiff, Kathleen A. Benz, by, among other things, causing her to suffer seizures, severe and debilitating headaches, nausea, and other symptoms.

44.     Plaintiff, Kathleen A. Benz, suffered from this disorder of epilepsy, migraines, and related problems and when she first met defendant John F. Bisney in 1997.

45.     In or about 2002, plaintiff, Kathleen A. Benz, told defendant John F. Bisney that she suffered from epilepsy, migraines, and related problems.

46.     In or about 2002, plaintiff, Kathleen A. Benz told defendant John F. Bisney that stress exacerbated the epilepsy, migraines, and related problems, suffered by plaintiff, Kathleen A. Benz, by among other things, causing her to pass out and to suffer seizures, severe and debilitating headaches, nausea, and other symptoms.

47.     In or about 2002, plaintiff, Kathleen A. Benz, told defendant John F. Bisney that she took medication to control her epilepsy, migraines, and related problems.

48.     In or about 2002, plaintiff, Kathleen A. Benz, told defendant John F. Bisney that she was under the regular care of a physician for epilepsy, migraines, and related problems.

49.     From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, suffer seizures.

50.     From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, suffer severe and debilitating headaches.

51.     From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, suffer nausea.

52.    From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, suffer migraine headaches.

53.    From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, pass out.

54.    From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, in the hospital for treatment of her epilepsy, migraines, and related symptoms.

55.    From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, take medication for her epilepsy, migraines, and related problems.

56.    From time to time throughout the period that plaintiff, Kathleen A. Benz, maintained a friendship with defendant John F. Bisney, defendant John F. Bisney observed plaintiff, Kathleen A. Benz, visit a physician for treatment of her epilepsy, migraines, and related problems.

57.    Throughout the period of her friendship with defendant John F. Bisney, plaintiff, Kathleen A. Benz, repeatedly told defendant John F. Bisney in unequivocal language that she was not interested in a romantic or sexual relationship of any type with him.

58.    Throughout the period of her friendship with defendant John F. Bisney, plaintiff, Kathleen A. Benz, repeatedly told defendant John F. Bisney in unequivocal language that she was not interested in dating him.

8

59.     Throughout the period of her friendship with defendant John F. Bisney, plaintiff, Kathleen A. Benz, repeatedly told defendant John F. Bisney in unequivocal language that she was only interested in being his friend.

60.     From time to time during the period of her friendship with defendant John F. Bisney, plaintiff, Kathleen A. Benz, discussed with defendant John F. Bisney the fact that her income and assets were inadequate to pay her expenses.

61.     On numerous occasions, defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, to help her pay her expenses.

62.     When defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, as alleged herein and on numerous other occasions, defendant John F. Bisney stressed to plaintiff, Kathleen A. Benz, that he had extensive inherited wealth.

63.     When defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, as alleged herein and on numerous other occasions, defendant John F. Bisney stressed to plaintiff that he had numerous lucrative investments.

64.     When defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, as alleged herein and on numerous other occasions, defendant John F. Bisney stressed to plaintiff, Kathleen A. Benz, that he had sizeable discretionary income.

65.     When defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, as alleged herein and on numerous other occasions, defendant John F. Bisney stressed to plaintiff, Kathleen A. Benz, that he did not need to work because he had sufficient money to live without working.  On the strength of these representations, plaintiff, Kathleen A. Benz, accepted money from defendant John F. Bisney from time to time as a gift.

9

66.     When defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, as alleged herein and on numerous other occasions, defendant John F. Bisney stressed to plaintiff, Kathleen A. Benz, that he had no children, family, or dependents who depended upon him for assistance or support.

67.     When defendant John F. Bisney offered to provide money to plaintiff, Kathleen A. Benz, as alleged herein and on numerous other occasions, defendant John F. Bisney stressed to plaintiff, Kathleen A. Benz, that he did not expect her to pay back any of the money he provided her.

68.     Throughout the friendship between plaintiff, Kathleen A. Benz, and defendant John F. Bisney, defendant John F. Bisney expressed his desire to have a romantic and sexual relationship with plaintiff, Kathleen A. Benz.

69.     On each occasion when defendant John F. Bisney expressed this desire, plaintiff, Kathleen A. Benz, told him that she was not interested in any such relationship with defendant John F. Bisney.

70.     In or about March 2004, plaintiff, Kathleen A. Benz, discovered that defendant John F. Bisney had accessed her e-mail and read hundreds of e-mail messages stored therein.

71.     At no time did plaintiff, Kathleen A. Benz, ever authorize defendant John F. Bisney to access her e-mail for any reason.

72.     At no time did plaintiff, Kathleen A. Benz, ever authorize defendant John F. Bisney to read e-mails stored in her e-mail account.

73.     In late 2004, defendant John F. Bisney increased his pressure on plaintiff, Kathleen A. Benz, to have a romantic and sexual relationship with him.

10

74.     In response to this pressure, plaintiff, Kathleen A. Benz, repeatedly told defendant John F. Bisney that she did not want a romantic or sexual relationship with him and would not engage in one and that if he persisted in pressuring her, she would break off her friendship with him.

75.     When so rebuffed by plaintiff, Kathleen A. Benz, defendant John F. Bisney changed his story and told plaintiff, Kathleen A. Benz, that the money he had given her had not been a gift but a loan and demanded immediate repayment.

76.     At or about this same time in late 2004, defendant John F. Bisney sent plaintiff, Kathleen A. Benz, an e-mail containing an "article" authored by defendant John F. Bisney stating that plaintiff, Kathleen A. Benz, sought friendships with wealthy men for the purpose of procuring money from them.  A complete and accurate photocopy of this e-mail message is attached to this Third Amended Complaint as Exhibit 1 and is incorporated herein by reference.

77.     This fake "article" in the e-mail message from defendant John F. Bisney, Exhibit 1, named the following persons as having been targets of this alleged activity by plaintiff, Kathleen A. Benz:  Gary Williams, the basketball coach at the University of Maryland; Mark Ein, identified in the message as a "venture capitalist;" Julian Epstein, identified in the message as a "Democratic superlawyer;" United States Representative Pete Sessions; Paul Bosserman, identified in the message as "Georgetown hairdresser to the stars;" John Sunnunu, Sr., former chief of staff to President George H.W. Bush; John Daggitt, identified in the message as a "multi-millionaire" who was engaged to plaintiff, Kathleen A. Benz; and defendant John F. Bisney, described in the message as "a recent paramour" of plaintiff, Kathleen A. Benz.

11

78. Of all the men named in this fake article, Exhibit 1, plaintiff, Kathleen A. Benz, had briefly dated only Gary Williams, Paul Bosserman, Julian Epstein (over ten years before), and John Daggitt (five years before).

79. Plaintiff, Kathleen A. Benz, had never in any way dated or been romantically or sexually involved with any of the other men named in this fake article, Exhibit 1.

80. At no time did plaintiff, Kathleen A. Benz, ever seek the friendship of any of these men or of anyone else for the purpose of seeking money from them.

81. In or about May 2005, James C. Benz, the father of plaintiff, Kathleen A. Benz, informed his daughter that by chance he had found two Internet sites, www.kathy-benz.net and www.kathy-benz.com.

82. Plaintiff, Kathleen A. Benz, had not established any such Internet sites.

83. Plaintiff, Kathleen A. Benz, had never authorized anyone to establish any such Internet sites.

84. The first that plaintiff, Kathleen A. Benz, ever heard of these Internet sites was when her father told her of their existence.

85. Upon learning of the existence of these two Internet sites, plaintiff, Kathleen A. Benz, viewed them on the World Wide Web.

86. Each of these two Internet websites linked to other websites that dealt with negative character traits, such as narcissism, self-importance, arrogance, and haughtiness.

87. On or about May 9, 2005, plaintiff, Kathleen A. Benz, communicated with employees of the Internet host for these two websites, GoDaddy.com.

12

88.     Employees of GoDaddy.com informed plaintiff, Kathleen A. Benz, that defendant John F. Bisney had established the two Internet sites.

89.     On or about May 9, 2005, plaintiff, Kathleen A. Benz, told defendant John F. Bisney what she had learned from GoDaddy.com about him having established the two Internet sites.

90.     In reply, defendant John F. Bisney denied that he had any involvement with establishing those two Internet websites.

91.     Plaintiff, Kathleen A. Benz, then sent an e-mail message to defendant John F. Bisney telling him not to communicate with her in any way.

92.     Defendant John F. Bisney replied admitting to plaintiff, Kathleen A. Benz, that he had in fact been responsible for establishing the two Internet sites and that he had lied when he denied responsibility for doing so.

93.     At some point thereafter, plaintiff, Kathleen A. Benz, was no longer able to access these Internet websites.

94.     On or about May 16, 2005, plaintiff, Kathleen A. Benz, while covering a press conference for her employer, CNN, noticed defendant John F. Bisney pacing back and forth behind her and staring at her in a hostile and intense way, causing her to feel uncomfortable, scared, and fearful for her safety.

95.     Also on May 16, 2005, some two hours after this press conference, defendant John F. Bisney e-mailed plaintiff, Kathleen A. Benz and commented on her physical appearance at the press conference.

96.     On or about May 17, 2005, plaintiff, Kathleen A. Benz, learned of the existence of a third Internet website about her on the World Wide Web, www.kathy-benz.org.

13

97.    Plaintiff, Kathleen A. Benz, had not created the third Internet website, www.kathy-benz.org.

98.    Plaintiff, Kathleen A. Benz, had not authorized anyone to create the third Internet website, www.kathy-benz.org.

99.    On or about May 14, 2005, plaintiff, Kathleen A. Benz, viewed the third Internet website, www.kathy-benz.org.

100.    On this third Internet website, www.kathy-benz.org, plaintiff, Kathleen A. Benz, found a page headed "Looks are deceiving. Boys Do you know anyone like this?' This heading was followed by several statements listing unpleasant character traits, for example: "[f]eels grandiose and self-important;" "obsessed with fantasies;" "uses others to achieve her own ends;" "devoid of empathy;" and "behaves arrogantly and haughtily."

101.    After she located this third Internet Website, www.kathy-benz.org, plaintiff, Kathleen A. Benz, communicated with employees of GoDaddy.com, the host for this third Internet website.

102.    The employees of GoDaddy.com informed plaintiff, Kathleen A. Benz, that this third Internet website, www.kathy-benz.org, had been established by defendant John F. Bisney.

103.    After learning that defendant John F. Bisney was behind this third Internet website, www.kathy-benz.org, plaintiff, Kathleen A. Benz, communicated with friends of defendant John F. Bisney and told them what she had discovered about this third Internet website and that she wanted them to persuade defendant John F. Bisney to take this third Internet website down.

14

104.    After she communicated with the friends of defendant John F. Bisney, plaintiff, Kathleen A. Benz, again checked and found that this third Internet website remained active.

105.    After she communicated with the friends of defendant John F. Bisney, plaintiff, Kathleen A. Benz, discovered that defendant John F. Bisney had added to the third Internet website, www.kathy-benz.org, photographs of her wearing only a bikini taken by defendant John F. Bisney while on vacation with plaintiff, Kathleen A. Benz.

106.    Attached to this Third Amended Complaint as Exhibit 2 and incorporated herein are several pages downloaded from www.kathy-benz.org.

107.    Plaintiff, Kathleen A. Benz, had never known of the existence of any of these Internet sites before her father called her to tell her about them.

108.    At no time did plaintiff, Kathleen A. Benz, ever authorize anyone to establish an Internet site in or in any way using her name.

109.    At no time did plaintiff, Kathleen A. Benz, ever authorize anyone to post on any Internet site any personal information about her.

110.    At no time did plaintiff, Kathleen A. Benz, ever authorize anyone to post on any Internet site any photographs of plaintiff, Kathleen A. Benz.

111.    By no later than May 10, 2005, plaintiff, Kathleen A. Benz, had on several occasions instructed defendant John F. Bisney not to communicate with her in any way.

112.    By no later than May 10, 2005, plaintiff, Kathleen A. Benz, had instructed defendant John F. Bisney not to come near her.

113.    On or about May 21, 2005, plaintiff, Kathleen A. Benz instructed the security service in her building not to permit defendant John F. Bisney to enter.

15

114.    On or about May 25, 2005, defendant John F. Bisney entered the apartment building where plaintiff, Kathleen A. Benz, resides and slipped a card under her apartment door.

115.    On or about June 1, 2005, plaintiff, Kathleen A. Benz, brought a civil action in the Superior Court of the District of Columbia styled *Benz v. Bisney*, Case No. CA-05-4205 (hereinafter referred to as "the D.C. Superior Court Case").  A complete and accurate photocopy of that complaint is attached to this Third Amended Complaint as Exhibit 3 and is incorporated herein by reference.

116.    Along with her Complaint, plaintiff, Kathleen A. Benz, filed Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction requesting the Superior Court of the District of Columbia to enjoin defendant John F. Bisney from communicating with plaintiff, Kathleen A. Benz, in any way and from creating or maintaining any websites referring to plaintiff, Kathleen A. Benz.

117.    On June 8, 2005, Judge Henry F. Greene of the Superior Court of the District of Columbia, signed a Temporary Restraining Order enjoining defendant John F. Bisney "from creating or maintaining, directly or through a third party, any Internet website referring in any way to plaintiff" and providing that defendant John F. Bisney could not "'blog' or participate in any Internet chat rooms regarding plaintiff."  A complete and accurate photocopy of that Temporary Restraining Order is attached to this Third Amended Complaint as Exhibit 4 and is incorporated herein by reference.

118.    On July 11, 2005, plaintiff, Kathleen A. Benz, and defendant John F. Bisney executed a document entitled "Binding Settlement Agreement and Release" regarding the D.C. Superior Court Case (hereinafter referred to as "the D.C. Superior Court Case

Settlement Agreement").  A complete and accurate photocopy of the Binding Settlement

Agreement and Release is attached to this Third Amended Complaint as Exhibit 5 and is

incorporated herein by reference.

119.    Paragraph 2 of the D.C. Superior Court Case Settlement Agreement

provides that "[t]he parties agree that they will not intentionally contact or communicate with

each other."

120.    Notwithstanding the pendency of the D.C. Superior Court Case and his

execution of the D.C. Superior Court Case Settlement Agreement, from in or about July 2005

and continuing through the date of this Third Amended Complaint, defendant John F. Bisney

has engaged in a campaign of harassment, identity-theft, Internet stalking, and defamation to

destroy the health, reputation, and well-being of plaintiff, Kathleen A. Benz.

121.    For example, defendant John F. Bisney on or about July 19, 2005, wrote

a second fake news article, this one entitled "Politics And Porn Stars."  This second fake news

article was very close in content to the initial fake news article attached to this Third Amended

Complaint as Exhibit 1.  A complete and accurate photocopy of this second fake news article is

attached to this Third Amended Complaint as part of Exhibit 6 and is incorporated herein by

reference.

122.    In this second fake news article, Exhibit 6, defendant John F. Bisney

states that plaintiff, Kathleen A. Benz, is dating Mark Kulkis, president and CEO of Kick Ass

Pictures, a company that produces pornographic movies; that plaintiff, Kathleen A. Benz, is a

"Washington powerdater;" that plaintiff, Kathleen A. Benz, told her girlfriends "'Mark's a

wonderful guy and I think this could be the real thing;'" and that plaintiff, Kathleen A. Benz, is

"known in Washington power circles" for dating numerous men, identifying them by name as:

Jonathan Ledecky, a "venture capitalist;" Gary Williams; and Mel Karmazin, CEO of Sirius, with whom the article alleged that plaintiff, Kathleen A. Benz, had "spent time last August … at his Hamptons home."

123.    Plaintiff, Kathleen A. Benz, never dated or had any romantic or sexual involvement of any type with Mark Kulkis, Jonathan Ledecky, or Mel Karmazin and indeed, did not and does not even know Mel Karmazin and has never visited the home of Mel Karmazin in the Hamptons or anywhere else.

124.    Defendant John F. Bisney sent this second fake article, Exhibit 6, all around the World Wide Web by posting it on numerous Internet sites, many of them containing explicit sexual material, such as "SXXXY.org," "Scuttleslut.blogspot.com," "PornNews.com," "Submittodesire.tripod.com," and numerous other sites.

125.    On or about July 31, 2005, defendant John F. Bisney modified the fake article, Exhibit 6, by adding additional men with whom plaintiff, Kathleen A. Benz, had romantic involvement, specifically Representative Pete Sessions, John Sunnunu, Sr., and Mark Ein.

126.    Plaintiff, Kathleen A. Benz, never had any romantic or sexual involvement of any type with, and never dated, Sessions, Sunnunu, or Ein.

127.    In other postings on the World Wide Web, defendant John F. Bisney added the names of John McDonough, identified by defendant John F. Bisney as a "Chicago Cubs VP," and Julian Epstein.

128.    Plaintiff, Kathleen A. Benz, does not know any person employed by or affiliated with the Chicago Cubs, including any "John McDonough."

129.    Defendant John F. Bisney posted similar versions of the articles contained in Exhibit 6 on several other websites, including www.dailysexreview.com.  In his posting on this website, defendant John F. Bisney alleges plaintiff, Kathleen A. Benz, is dating Mark Kulkis and writes:  "Finally, a relationship in which Kulkis isn't the sluttier one.  Happy herpes!"  A complete and accurate photocopy of this posting, as printed from the World Wide Web, is attached to this Third Amended Complaint as Exhibit 7 and is incorporated herein by reference.

130.    Plaintiff, Kathleen A. Benz, is not and has never been a "slut."

131.    Defendant John F. Bisney has distributed the fake article linking plaintiff, Kathleen A. Benz, with Kulkis with a photograph of plaintiff, Kathleen A. Benz, juxtaposed to a photograph of Kulkis.

132.    One Internet website to which defendant John F. Bisney distributed the fake article linking plaintiff, Kathleen A. Benz, with Kulkis and containing photographs of plaintiff, Kathleen A. Benz, and Kulkis is bc.indymedia.org.  A complete and accurate photocopy of the fake article as downloaded from that Internet website is attached to this Third Amended Complaint as Exhibit 8 and is incorporated herein by reference.

133.    Plaintiff, Kathleen A. Benz, has a professional acquaintance with John McDonough, an agent of the United States Secret Service.

134.    Plaintiff, Kathleen A. Benz, has never had any type of sexual or romantic relationship and has never dated Secret Service Agent John McDonough.

135.    Plaintiff, Kathleen A. Benz, referred to Secret Service Agent John McDonough in conversations in front of defendant John F. Bisney.

136.    On or about May 13, 2005, at 12:31 a.m. E.D.T., defendant John F. Bisney sent an e-mail message to plaintiff, Kathleen A. Benz, that said (among other things): "Hey you said you're not a baseball fan but you never mentioned JD."  A complete and accurate photocopy of this e-mail message is attached to the Complaint as Exhibit 9 and is incorporated herein by reference.

137.    On or about May 13, 2005, at 6:16 a.m. E.D.T., defendant John F. Bisney send an e-mail message to plaintiff Kathleen A. Benz, with a subject line that sated "Correction."  This e-mail stated:  "McDonough (not 'JD')."  A complete and accurate photocopy of this e-mail message is attached to this Third Amended Complaint as Exhibit 10 and is incorporated herein by reference.

138.    Plaintiff, Kathleen A. Benz, does know Craig Karmazin, the son of Mel Karmazin, though she has never had any type of sexual or romantic relationship with Craig Karmazin and has never dated him.

139.    On an occasion in 2005, defendant John F. Bisney was present and within hearing distance of plaintiff, Kathleen A. Benz, while she spoke on the telephone with Mel Karmazin's son, Craig.

140.    After overhearing the part of this conversation conducted by plaintiff, Kathleen A. Benz, defendant John F. Bisney became agitated and hostile and accused plaintiff, Kathleen A. Benz, of having a romantic and sexual relationship with Mel Karmazin who, defendant John F. Bisney told her, had once fired defendant John F. Bisney from a radio job. Plaintiff, Kathleen A. Benz, assured defendant John F. Bisney that she did not even know Mel Karmazin.  Defendant John F. Bisney broke down crying.

141.     CNN assigned plaintiff, Kathleen A. Benz, to produce and cover a press conference being held June 14, 2005, by Mary Carey, a pornographic movie star who had come to Washington, D.C., with Mark Kulkis, a producer of pornographic films.

142.     CNN and numerous other broadcasters broadcast the press conference held by Mary Carey and anyone watching could have seen that plaintiff, Kathleen A. Benz, was covering this press conference for CNN.

143.     Attached to this Third Amended Complaint as Exhibit 11 are photocopies of sixteen (16) of the hundreds of articles on various websites on the World Wide Web containing the various versions of the fake news story published by defendant John F. Bisney about plaintiff, Kathleen A. Benz.

144.     Among the websites to which defendant John F. Bisney has sent the fake news articles is one entitled www.WhatshappeningatCNN.blogspot.com, a website about events of interest to employees of CNN.  A high percentage of CNN employees read this website regularly.

145.     On July 21, 2005, a version of the fake news article published by defendant John F. Bisney about plaintiff, Kathleen A. Benz, this one entitled "Porn Baron + CNN Producer," appeared on the website www.WhatshappeningatCNN.blogspot.com, where it remains available to this date.  A complete and accurate photocopy of this version of the fake news article is attached to this Third Amended Complaint as Exhibit 12 and is incorporated herein by reference.

146.     Since in or about July 2005, defendant John F. Bisney has sent e-mail messages to members of the family of plaintiff, Kathleen A. Benz, directing them to pornographic websites where the fake articles about her are available.

147.    Plaintiff, Kathleen A. Benz, has had involvement as a volunteer with a charity knows as "Hoop Dreams," which provides college scholarships to the youth of the District of Columbia, college and career mentoring, SAT preparation, internships and job connections, and community service.

148.    The chair of the board of Hoop Dreams is Susan Kay.

149.    In or about August 2005, defendant John F. Bisney sent a fake e-mail message in the name of Susan Kay to some members of the board of directors of Hoop Dreams directing those directors to the fake news articles about plaintiff, Kathleen A. Benz.

150.    Susan Kay did not authorize or send the e-mail message that defendant John F. Bisney sent out in her name.

151.    On or about August 22, 2005, defendant John F. Bisney sent a fake e-mail message to plaintiff, Kathleen A. Benz, purporting to be from her superior at CNN, Phil Kent.  A complete and accurate photocopy of that e-mail message is attached to this Third Amended Complaint as Exhibit 13 and is incorporated herein by reference.  Phil Kent did not send this e-mail.

152.    In Exhibit 13, defendant John F. Bisney stated:  "I would strongly warn you to maintain better boundaries between your life and your employment.  This is critical to maintain the professional integrity of our product."

153.    On or about July 31, 2005, at approximately 3:01 a.m. defendant John F. Bisney sent a fake e-mail message from Dr. Sanjay Gupta, Medical Correspondent for CNN, to plaintiff, Kathleen A. Benz, forwarding an article entitled "U.S. Warns Fentanyl Patients About Drug."  Plaintiff, Kathleen A. Benz, sent an e-mail message to Dr. Gupta asking about this purported message.  Dr. Gupta denied sending the e-mail message or having any knowledge

22

about the message.  Complete and accurate photocopies of these e-mail messages are attached to this Third Amended Complaint as Exhibit 14 and are incorporated herein by reference.

154.    Since on or about August 25, 2005, defendant John F. Bisney has impersonated plaintiff, Kathleen A. Benz, by replying in her name with her home telephone number, her personal work telephone number, her home address, and her e-mail address to personal advertisements seeking sexual relations that were posted on a website known as www.craigslist.com.

155.    As a result of this impersonation of plaintiff, Kathleen A. Benz, by defendant John F. Bisney, persons who have posted personal advertisements seeking sexual relations on a website known as www.craigslist.com, have communicated with plaintiff, Kathleen A. Benz, in numerous telephone calls and e-mail messages from persons who believe she desires to engage in sexual relations with them.

156.    Plaintiff, Kathleen A. Benz, has never responded to any personal ads on www.craigslist.com.

157.    Attached to this Third Amended Complaint as Exhibit 15 and incorporated herein by reference are complete and accurate photocopy of some of fake responses posted by defendant John F. Bisney at www.craigslist.com impersonating plaintiff, Kathleen A. Benz, with the phone numbers and addresses of plaintiff, Kathleen A. Benz.

158.    The e-mails and telephone calls contain graphic sexual content and have severely upset plaintiff, Kathleen A. Benz.

159.    Plaintiff, Kathleen A. Benz, fears for her safety, knowing that persons who are seeking sexual relations and who believe she is also seeking sexual relations have been

provided her home and work telephone numbers, her home address, and her e-mail address by defendant John F. Bisney.

160.    Prior to publishing the statements about plaintiff, Kathleen A. Benz, made by defendant John F. Bisney as alleged in this Third Amended Complaint, defendant John F. Bisney did nothing to investigate the truth of those statements.

161.    The statements regarding plaintiff, Kathleen A. Benz, made by defendant John F. Bisney as alleged herein, were false.

162.    The statements regarding plaintiff, Kathleen A. Benz, made by defendant John F. Bisney as alleged herein were defamatory.

163.    The statements regarding plaintiff, Kathleen A. Benz, made by defendant John F. Bisney as alleged herein were defamatory *per se*.

164.    The acts and omissions of defendant John F. Bisney as alleged in this Third Amended Complaint were negligent, in that he failed to meet the standards required of a reasonable person in the circumstances.

165.    The acts and omissions of defendant John F. Bisney as alleged in this Third Amended Complaint breached his duty of care to plaintiff, Kathleen A. Benz.

166.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were motivated by hatred, ill-will, common law malice, and a desire to harm plaintiff, Kathleen A. Benz.

167.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were intentional, willful, and done for the purpose of harming plaintiff, Kathleen A. Benz.

168.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were done with knowledge that the statements he made about plaintiff, Kathleen A. Benz, were false or with reckless disregard whether they were false.

## CLAIM ONE
### (DEFAMATION; COMPENSATORY AND PUNITIVE DAMAGES; INJUNCTIVE RELIEF)

169.    Plaintiff, Kathleen A. Benz, realleges the averments of the preceding paragraphs of this Third Amended Complaint and incorporates them herein by reference.

170.    Defendant John F. Bisney published false and defamatory statements about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint that have injured plaintiff in her trade, profession, and community standing and exposed plaintiff, Kathleen A. Benz, to public scorn, hatred, contempt, and ridicule and have discouraged others in the community from having a good opinion of and from associating and dealing with plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint.

171.    The false and defamatory statements published by defendant John F. Bisney, as alleged in this Third Amended Complaint, have made plaintiff, Kathleen A. Benz, appear odious, infamous, and ridiculous.

172.    Defendant John F. Bisney knew or should have known that the false and defamatory statements he published about plaintiff, Kathleen A. Benz, were false.

173.    Defendant John F. Bisney had a duty to take reasonable steps to investigate and verify the accuracy of the statements he published about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint, before he published them.

25

174.    Defendant John F. Bisney breached his duty to take reasonable steps to investigate and verity the accuracy of the statements he published about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint, before he published them.

175.    Defendant John F. Bisney published false and defamatory statements about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint with knowledge that those statements were false or almost certainly false or else acted with reckless disregard of the truth of those statements.

176.    Defendant John F. Bisney published false and defamatory statements about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint with hatred, malice, ill-will, and an intent to injure and harm plaintiff, Kathleen A. Benz.

177.    Defendant John F. Bisney, as alleged in this Third Amended Complaint, published false and defamatory statements about plaintiff, Kathleen A. Benz, on the World Wide Web in such a way as to result in such false and defamatory statements being "cached," or preserved or retained on the Web.

178.    In this way, the false and defamatory statements about plaintiff, Kathleen A. Benz, that defendant John F. Bisney published on the World Wide Web remain accessible to any person who has access to an Internet search engine.

179.    So long as these false and defamatory statements remain cached on the World Wide Web as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered, is suffering, and will suffer irreparable harm to her trade, profession, community standing, reputation and good name, obloquy, hatred, ridicule, and other irreparable harm that cannot be recompensed at law.

26

180. As a direct and proximate result of the acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered and continues to suffer actual damages in the form of financial loss, injury to reputation, and loss of current and future business, and is entitled to presumed damages as well, in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00).

181. WHEREFORE PLAINTIFF, KATHLEEN A. BENZ, demands judgment against defendant John F. Bisney, including a mandatory injunction directing defendant John F. Bisney to take all steps necessary to remove from the World Wide Web and all search engines operating thereon all traces of and links to the false and defamatory statements posted on the Web by defendant as alleged in this Third Amended Complaint; an award of compensatory and presumed damages in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00); punitive damages in an amount to be determined at trial, but believed to exceed Twenty Million Dollars ($20,000,000.00); her costs in this behalf expended; and such further relief as justice demands.

## CLAIM TWO
### (INVASION OF PRIVACY – PUBLIC DISCLOSURE OF PRIVATE FACTS; INJUNCTIVE RELIEF; COMPENSATORY AND PUNITIVE DAMAGES)

182. Plaintiff, Kathleen A. Benz, realleges the preceding averments of this Third Amended Complaint and incorporates them herein by reference.

183. The publication of information about plaintiff, Kathleen A. Benz, by defendant John F. Bisney, as alleged in this Third Amended Complaint, constituted a publication of private facts concerning plaintiff, Kathleen A. Benz.

184.    At no time has plaintiff, Kathleen A. Benz, waived or otherwise taken any action that would constitute an implied waiver of her privilege against the publication of private facts concerning plaintiff, Kathleen A. Benz.

185.    The facts published as alleged in this Third Amended Complaint were not and are not of legitimate concern to the public.

186.    The publication of this private information as alleged in this Third Amended Complaint was such that it was and is highly offensive to a reasonable person of ordinary sensibilities, considering the time and place of such publication.

187.    Defendant  John F. Bisney, as alleged in this Third Amended Complaint, published private facts about plaintiff, Kathleen A. Benz, on the World Wide Web in such a way as to result in such statements being "cached," or preserved or retained on the Web.

188.    In this way, the statements about plaintiff, Kathleen A. Benz, that defendant John F. Bisney published on the World Wide Web remain accessible to any person who has access to an Internet search engine.

189.    So long as these statements remain cached on the World Wide Web as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered, is suffering, and will suffer irreparable harm to her trade, profession, community standing, reputation and good name, obloquy, hatred, ridicule, and other irreparable harm that cannot be recompensed at law.

190.    As a direct and proximate result of the acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered, is suffering, and will continue to suffer actual damages in the form of financial loss, injury to reputation, mental anguish, and loss of current and future business, and is entitled to

presumed damages as well, in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00).

191.    WHEREFORE PLAINTIFF, KATHLEEN A. BENZ, demands judgment against defendant John F. Bisney, including a mandatory injunction directing defendant John F. Bisney to take all steps necessary to remove from the World Wide Web and all search engines operating thereon all traces of and links to the statements posted on the Web by defendant as alleged in this Third Amended Complaint; and an award of compensatory and presumed damages in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00); punitive damages in an amount to be determined at trial, but believed to exceed Twenty Million Dollars ($20,000,000.00); her costs in this behalf expended; and such further relief as justice demands.

## CLAIM THREE
### (FALSE LIGHT INVASION OF PRIVACY; INJUNCTIVE RELIEF; COMPENSATORY AND PUNITIVE DAMAGES)

192.    Plaintiff, Kathleen A. Benz, realleges the preceding averments of this Third Amended Complaint and incorporates them herein by reference.

193.    The various statements published by defendant John F. Bisney, as alleged in this Third Amended Complaint, placed plaintiff, Kathleen A. Benz, in a false and objectionable light and other than she actually is.

194.    The various statements published by defendant John F. Bisney, as alleged in this Third Amended Complaint, placed plaintiff, Kathleen A. Benz, in a false and objectionable light highly offensive to a reasonable person.

195.    The various statements published by defendant John F. Bisney, as alleged in this Third Amended Complaint, characterized plaintiff, Kathleen A. Benz, falsely by attributing to her conduct which is not her own.

196.    Defendant John F. Bisney owed a duty of care not to publish information about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint that placed her in a false light.

197.    Defendant John F. Bisney breached that duty by publishing information that he knew or should have known placed plaintiff, Kathleen A. Benz, in a false light.

198.    Defendant John F. Bisney, when he published the information about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint, knew that the information he published about plaintiff, Kathleen A. Benz, was false or else acted with reckless disregard whether it was false.

199.    Defendant John F. Bisney, when he published the information about plaintiff, Kathleen A. Benz, as alleged in this Third Amended Complaint, knew that the information he published about plaintiff, Kathleen A. Benz, placed her in a false light or was reckless with regard to whether such publication placed her in a false light.

200.    As the direct and proximate result of the acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered, is suffering, and will suffer harm to her reputation and good name, loss of business and custom, obloquy, hatred, and ridicule.

201.    Defendant John F. Bisney, as alleged in this Third Amended Complaint, posted statements about plaintiff, Kathleen A. Benz, that place plaintiff, Kathleen A. Benz, in a false, objectionable and highly offensive light and other than what she actually is, and

characterize plaintiff, Kathleen A. Benz, falsely by attributing conduct which is not her own, on the World Wide Web in such a way as to result in these false, objectionable, and highly offensive statements being "cached," or preserved or retained on the World Wide Web.

202.    In this way, the false, objectionable, and highly offensive statements about plaintiff, Kathleen A. Benz, that defendant John F. Bisney posted on the World Wide Web remain accessible to any person with access to the World Wide Web.

203.    So long as these false, objectionable, and highly offensive statements remained cached on the World Wide Web as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered, is suffering, and will suffer irreparable harm to her trade, profession, community standing, reputation and good name, obloquy, hatred, ridicule, and other irreparable harm that cannot be recompensed at law.

204.    WHEREFORE PLAINTIFF, KATHLEEN A. BENZ, demands judgment against defendant John F. Bisney, including a mandatory injunction directing defendant John F. Bisney to take all steps necessary to remove from the World Wide Web and all search engines operating thereon all traces of and links to the statements posted on the Web by defendant as alleged in this Third Amended Complaint; and an award of compensatory and presumed damages in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00); punitive damages in an amount to be determined at trial, but believed to exceed Twenty Million Dollars ($20,000,000.00); her costs in this behalf expended; and such further relief as justice demands.

**CLAIM FOUR**
**(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;**
**COMPENSATORY AND PUNITIVE DAMAGES)**

205.    Plaintiff, Kathleen A. Benz, realleges the preceding averments of this Third Amended Complaint and incorporates them herein by reference.

206.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were so extreme and outrageous as to exceed the bounds of decency and to be atrocious and intolerable in a civilized society.

207.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were intended by defendant John F. Bisney to cause disturbance in the emotional tranquility of plaintiff, Kathleen A. Benz, so acute that harmful physical consequences might result.

208.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were intended by defendant John F. Bisney to cause harmful physical consequences to plaintiff, Kathleen A. Benz.

209.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were such that a reasonable person would find that they were reasonably likely to cause disturbance in the emotional tranquility of plaintiff, Kathleen A. Benz, so acute that harmful physical consequences might result.

210.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were such that a reasonable person would find that they were reasonably likely to cause harmful physical consequences to plaintiff, Kathleen A. Benz.

211.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were malicious, intentional, motivated by hatred, common law malice, ill-will, and a desire to injure plaintiff, Kathleen A. Benz.

212.    In the alternative, plaintiff, Kathleen A. Benz, alleges that the acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, were reckless.

213.    When he committed the acts and omissions attributed to him in this Third Amended Complaint, defendant John F. Bisney knew that plaintiff, Kathleen A. Benz, by virtue of her illness, was peculiarly susceptible to emotional distress.

214.    When he committed the acts and omissions attributed to him in this Third Amended Complaint, defendant John F. Bisney was reckless as to whether plaintiff, Kathleen A. Benz, by virtue of her illness, was peculiarly susceptible to emotional distress.

215.    At the times defendant John F. Bisney committed the acts and omissions alleged in this Third Amended Complaint, a reasonable person would have known that plaintiff, Kathleen A. Benz, by virtue of her illness, was peculiarly susceptible to emotional distress.

216.    The acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, have directly and proximately caused extreme emotional distress to plaintiff, Kathleen A. Benz.

217.    As a direct and proximate result of the acts and omissions of defendant John F. Bisney, as alleged in this Third Amended Complaint, plaintiff, Kathleen A. Benz, has suffered and continues to suffer compensatory damages in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00).

218.    WHEREFORE PLAINTIFF, KATHLEEN A. BENZ, demands judgment against defendant John F. Bisney and an award of compensatory and presumed damages in an amount to be determined at trial, but believed to exceed Ten Million Dollars ($10,000,000.00);

33

punitive damages in an amount to be determined at trial, but believed to exceed Twenty Million

Dollars ($20,000,000.00); her costs in this behalf expended; and such further relief as justice

demands.

## CLAIM FIVE
### (TEMPORARY RESTRAINING ORDER
### AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF)

219.    Plaintiff, Kathleen A. Benz, realleges the preceding averments of this

Third Amended Complaint and incorporates them herein by reference.

220.    Defendant John F. Bisney has impersonated plaintiff, Kathleen A. Benz,

by using her name on Internet web sites; sending e-mails in her name to sexually-oriented

advertisements on the World Wide Web; using her name to post sexually-oriented

advertisements on the World Wide Web; and sending and requesting Internet messages and e-

mail as though he were plaintiff, Kathleen A. Benz, all for the purpose of harassing,

intimidating, and injuring plaintiff, Kathleen A. Benz.

221.    Defendant John F. Bisney has impersonated a number of other persons,

including but not limited to Phil Kent of CNN, Susan Kay of Hoop Dreams, Dr. Sanjay Gupta

of CNN, and others to conduct a campaign of intimidation and harassment against plaintiff,

Kathleen A. Benz, causing her extreme emotional distress.

222.    The acts and omissions of defendant John F. Bisney, as alleged in this

Third Amended Complaint, were malicious, intentional, motivated by hatred, common law

malice, ill-will, and a desire to injure, harass, and intimidate plaintiff, Kathleen A. Benz.

223.    The acts and omissions of defendant John F. Bisney as alleged in this

Third Amended Complaint continue through the date of this Third Amended Complaint.

224.    Defendant John F. Bisney has engaged in hundreds of acts of harassment and intimidation against plaintiff, Kathleen A. Bisney.

225.    Unless he is restrained by this Court, defendant John F. Bisney will continue to harass, intimidate, and injury plaintiff, Kathleen A. Benz.

226.    Plaintiff does not have an adequate remedy at law to recompense her for all the acts of harassment and intimidation by defendant John F. Bisney, as alleged in this Third Amended Complaint, or to make defendant John F. Bisney stop his harassment and intimidation of plaintiff, Kathleen A. Benz, and to make him stop impersonating her.

227.    WHEREFORE PLAINTIFF, KATHLEEN A. BENZ, demands entry of a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction ordering defendant, John F. Bisney, forthwith to cease all use of her name for any reason in any forum; to cease replying to e-mails as though he were plaintiff, Kathleen A. Benz; to stop all impersonation of plaintiff, Kathleen A. Benz, on the Internet and elsewhere; to stop all impersonations of any person in any e-mail or other messages or publications about or referring to plaintiff, Kathleen A. Benz; to stop all communications about or regarding plaintiff, Kathleen A. Benz, unless done in his own name; to cease all communication to plaintiff, Kathleen A. Benz; to cease all acts of intimidation or harassment of plaintiff, Kathleen A. Benz; and awarding plaintiff, Kathleen A. Benz, her costs in this behalf expended and such further relief as justice demands.

# JURY TRIAL DEMANDED

Respectfully submitted,

LAW OFFICES OF
WILLIAM ALDEN McDANIEL, JR.

/s/  *WAMcDaniel, Jr.*

William Alden McDaniel, Jr.
Bar No. 7152

/s/ *Bassel Bakhos*
Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:  410.685.0203
wam@wamcd.com
bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Date:  March 11, 2008

third amended complaint.doc

36

-----Original Message-----
**From:** John Bisney [mailto:jbisney@comcast.net]
**Sent:** Friday, October 29, 2004 11:42 PM
**To:** Kathy Benz
**Subject:** Important

Kathy,

Since you have not responded to any of my requests regarding your debt, I called a couple of old friends of mine at *The Washingtonian* today. They're always looking for items for their Capital Comment page, so they're considering this for their website update (and mag). I don't think there's anything there that's not true. I'd really rather not sign off on it -- how about you?

# ARTS & ENTERTAINMENT
## CAPITAL COMMENT
# Here's Who Gets a Thanksgiving Turkey It's the season

to give thanks for good deeds by people who deserve a turkey and all the trimmings: In a city deeply divided by partisanship, **John Danforth** provides a reminder that politics doesn't have to be ugly. He presided over **President Reagan's** funeral with dignity, and he honors this country as our UN ambassador. **Rick West,** who led the charge to build the National Museum of the American Indian and opened it on time and in style. DC mayor **Tony Williams,** who has hit a home run for Washington baseball fans. **Then there are some who haven't had such a good year. No turkeys for . . . Clinton-** administration national-security adviser **Sandy Berger** ruined his good name and destroyed his chances of becoming Secretary of State by removing classified material from the National Archives. **Kitty Kelley** gave all felines a bad name by writing a scurrilous book on the **Bush** family just before the presidential election. **Ted Leonsis** made a lot of promises when he bought the Washington Capitals, but his team has been on a steady downhill slide. Exterminator turned House majority leader **Tom DeLay**

bears plenty of blame for Washington's poisonous political atmosphere. *back to top*  **Who**

# Wants to Date a Millionaire? CNN DC Bureau producer **Kathy Benz**

has made something of a career out of dating wealthy, prominent local power players, from Maryland hoops coach **Gary Williams** to venture capitalist **Mark Ein.** But a recent paramour apparently doesn't have such deep pockets. In a dust-up that has their bureau buzzing, CNN's Hill radio reporter **John Bisney** is ready to sue, hoping to recover $14,000 he claims to have loaned Benz over the past year. With things now on the skids, Bisney, also the long-time announcer for *Crossfire*, wants his money back. "She told me she needed tuition for a Georgetown MBA, but it went for her personal expenses," said Bisney, 50. "Kathy's used to guys shrugging it off, but to me that's real money." Benz, 34, has been spotted around town in the company of Democratic superlawyer **Julian Epstein, Rep. Pete Sessions** (R-Tex.), Georgetown hairdresser to the stars **Paul Bosserman** and Bush I chief of staff **John**

8/30/2005



Sununu. She was also engaged to multimillionaire **John Daggitt**, who made his fortune during AOL's heyday. _back to top_ **Where the Bonuses Go** As Fannie Mae executives go about the business of securing the dream of homeownership for more Americans, they live in very nice homes themselves. The investigation into the federally chartered firm's accounting practices revealed that the company paid executives $245 million in bonuses in the past five years. In 2002, CEO **Franklin Raines** and nine top lieutenants collected an average of more than $5 million in salary, bonuses, and stock options. Also listed are **James Johnson, Lawrence Small**, and **Jamie Gorelick**; their large bonuses while at Fannie Mae have been called into question. _back to top_

Advertise with Us <http://www.washingtonian.com/Advertising/default.asp>
Archive of Issues <http://www.washingtonian.com/about/archive/archive.html>
Copyright © 2004 by Washington Magazine Inc.

# THE BUZZ

   

HC

Memorial Day trip off

Copyright © 2005. All Rights Reserved.



http://www.kathy-benz.org/wst_page4.html

5/25/2005

# THE BUZZ

   

now exchanging birthday stories



Home Page | Info | Contact Us | The Buzz
Copyright © 2005. All Rights Reserved.

# GET THE BUZZ ABOUT KATHY!

   



## Susie Q
*Creedence Clearwater Revival*
(Words and music by Eleanor Broadwater, Dale Hawkins and Stanley S. Lewis)

Oh Susie Q, oh Susie Q.
Oh Susie Q, baby I love you
Susie Q.

I like the way you walk
I like the way you talk
I like the way you walk, I like the way you talk
My Susie Q.

## The Night Has A Thousand Eyes
*Bobby Vee*
(Words and music by Benjamin Weisman, Dorothy Wayne, and Marilynn Garrett)

They say that you're a runaround lover
Though you say it isn't so
But if you put me down for another
I'll know, believe me, I'll know

'cause the night has a thousand eyes
And a thousand eyes can't help but see if you are true to me
So remember when you tell those little white lies
That the night has a thousand eyes

Home Page | Info | Contact Us | The Buzz

# INFO CENTRAL

   

Gentlemen, looks can be deceiving!  Contact us for the truth.

Links  **Coming soon**

Any similarity to any person living or dead is entirely coincidental, and no similarity to any person either living or dead is intended or should be inferred.

Home Page | Info | Contact Us | The Buzz
Copyright © 2005. All Rights Reserved.

# WELCOME TO KATHY-BENZ.ORG

    

## Just like Kathy, *it's all about her!*

blog
click above

Home Page | Info | Contact Us | The Buzz | Gallery
Copyright © 2005. All Rights Reserved.

# INFO CENTRAL

    

## Looks are deceiving.

Links **Coming soon**

Boys

## Do you know anyone like this?

Feels grandiose and self-important (e.g., exaggerates accomplishments, talents, skills, contacts, and personality traits; demands to be recognized as superior *without commensurate achievements*);

Is obsessed with fantasies of unlimited success, fame, or bodily beauty, or ideal, everlasting, all-conquering love or passion;

Firmly convinced that she is unique and, being special, can only be understood by, should only be treated by, or associate with, other special or unique, or high-status people (or institutions); major name-dropper.

Requires excessive admiration, adulation, attention and affirmation;

Feels entitled. Demands automatic and full compliance with her unreasonable expectations for special and favorable priority treatment;

Is "interpersonally exploitative", i.e., uses others to achieve her own ends;

Devoid of empathy. Is unable or unwilling to identify with, acknowledge, or accept the feelings, needs, preferences, priorities, and choices of others;

Behaves arrogantly and haughtily. Feels superior, omnipotent, "above the law". Angry when frustrated, contradicted, or confronted by people she considers inferior and unworthy.

Any similarity to any person living or dead is entirely coincidental, and no similarity to any person either living or dead is intended or should be inferred.

Home Page | Info | Contact Us | The Buzz | Gallery
Copyright © 2005. All Rights Reserved.

# GALLERY

    





Home Page | Info | Contact Us | The Buzz | Gallery
Copyright © 2005. All Rights Reserved.

# GET THE BUZZ ABOUT KATHY

    

## Keep the buzz coming

## The Night Has A Thousand Eyes

*Bobby Vee*
(Words and music by Benjamin Weisman, Dorothy Wayne, and Marilynn Garrett)

They say that you're a runaround lover
Though you say it isn't so
But if you put me down for another
I'll know, believe me, I'll know

'cause the night has a thousand eyes
And a thousand eyes can't help but see if you are true to me
So remember when you tell those little white lies
That the night has a thousand eyes.

Home Page | Info | Contact Us | The Buzz | Gallery
Copyright © 2005. All Rights Reserved.

# CONTACT US

HOME PAGE    INFO    CONTACT US    THE BUZZ    GALLERY

Confidentiality assured

Name (required): [_____] any

Address : [_____]

[_____]

City: [_____]

State: [_____]

Zip: [_____]

[_____]

Email Address (required): [_____] any

[_____]

Comments/Questions/Buzz: [_____]

[Submit]    [Reset]

Home Page | Info | Contact Us | The Buzz | Gallery
Copyright © 2005. All Rights Reserved.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

**KATHLEEN BENZ**                              :
450 Massachusetts Avenue, N.W., Apt. 208    :
Washington, D.C. 20001                       :
                                             :
          Plaintiff                          :
                                             :
     v.                                      :        Case No.:
                                             :
**JOHN BISNEY**                               :
5803 Ryland Drive                            :
Bethesda, MD 20817                           :
                                             :
          Defendant                          :

## COMPLAINT

COMES NOW Plaintiff Kathleen Benz ("Benz"), by and through her undersigned

counsel, Mark G. Chalpin, Esq., and respectfully sues Defendant John Bisney ("Bisney")

for a civil protection order/injunctive relief as follows:

    1.    Benz is an individual residing in the District of Columbia.

    2.    Bisney is an individual residing in Maryland, a co-worker of Benz in the

District of Columbia, and of no relation to Benz.

    3.    Many of the acts by Bisney constituting invasion of privacy, defamation,

and stalking have occurred in the District of Columbia.

    4.    Jurisdiction and venue are proper in this Court.

    5.    Benz and Bisney had a platonic friendship from November 2003 until

May 9, 2005. On or about May 9, 2005, Benz learned that Bisney had created more than

two websites at www.kathy-benz.net and www.kathy-benz.com. Benz did not authorize

Bisney to create these websites nor did she know anything about them until her father

searched the Internet on May 9, 2005 looking for an article that Benz had written and



1

found the two websites.  These websites disclosed personal and defamatory statements about Benz's character in invasion of her privacy

6.     On or about May 9, 2005, Benz spoke with the company with which the two websites were registered, Godaddy.  Godaddy informed Benz that Bisney was the keeper of these websites and that there was daily activity on these websites.  Godaddy also informed Benz that it had a policy against hate websites and encouraged her to write a letter to Godaddy's abuse department.

7.     On or about May 9, 2005, Benz talked to Bisney about the websites. Bisney denied any responsibility for the websites.

8.     On or about May 10, 2005, Benz e-mailed and told Bisney to not contact her  Bisney responded by claiming he was not stalking her and he took responsibility for the websites.

9.     On or about May 11, 2005, Bisney e-mailed Benz to state that he was ending their friendship.

10.    On or about May 13, 2005, Bisney again e-mailed Benz about the websites and their relationship, in spite of her demand that he no longer contact her.

11.    On or about May 14, 2005 at a work-related event, Bisney stared at Benz and stayed close to her in spite of her efforts to physically distance herself from him. Bisney even attempted to introduce Benz to people at the event, in spite of her efforts to stay away from him.  Benz was so concerned for her safety that she contacted her employer's security director.  After the event, Bisney stood across the street and stared at Benz for about 15 minutes.  Bisney then sent her an e-mail later that day complimenting her on her suit.

12.    On or about May 15, 2005, Benz learned that Bisney had created a new website, www.kathy-benz.org.  The website included photos of Benz clad in a bikini in invasion of her privacy as well as defamatory statements about her character.  On or about May 16, 2005, Benz then contacted Bisney's friend, Louise Schiavo ("Schiavo"), to request that she tell Bisney to stop contacting Benz and take down the new website.  Schiavo referred Benz to Bisney best friend, attorney George Huckaby ("Huckaby").  Benz then called Huckaby to plead with him to speak to Bisney.  Huckaby responded by telling Benz never to call his office again.  Following these contacts, Benz observed increased activity on the new website.

13.    On or about May 18, 2005, Bisney again e-mailed Benz to demand that she not discuss their situation with other co-workers.

14.    On or about May 21, 2005, Bisney again e-mailed Benz about a friend of hers, Suzie Kay ("Kay").  Bisney then decided to track Kay's movements.

15.    Between May 21, 2005 and May 30, 2005, Bisney entered Benz' secure apartment building and left a birthday card under Benz' door.  Benz' building had a picture of Bisney posted forbidding his entry.  Personnel in Benz' building did not know how Bisney was able to enter the building.

16.    On or about May 30, 2005, Bisney again sent an e-mail to Benz about Kay's attendance at a nightclub on May 27, 2005 as evidenced by a fake receipt, in spite of the fact that Kay did not attend the nightclub on May 27, 2005.

17.    As a result of Bisney's stalking, invasion of privacy, defamation, contacts and postings on the Internet, Benz is suffering severe mental anguish and anxiety and fear for her physical safety.

## COUNT I
### (Civil Protection Order/Injunctive Relief)

18.    Paragraphs 1 through 17 are incorporated by reference as if fully set forth herein.

19.    Bisney has been stalking, defaming and invading the privacy of Benz, in spite of her demand that she not contact him further.  Benz is concerned for her physical safety and emotional health due to Bisney's actions.  Benz will suffer immediate, substantial and irreparable harm if Bisney is not enjoined from: 1) contacting, attempting to contracting or harassing Benz; 2) being within 25 yards of the apartment building where Benz resides; and 3) creating or maintaining any websites referring to Benz or blogging on the Internet concerning Benz.

WHEREFORE, Benz seeks judgment against Bisney under Count I of the Complaint for the following relief:

A)    Benz be awarded a civil protection order against Bisney;

B)    Bisney be permanently enjoined from: 1) contacting, attempting to contracting or harassing Benz; 2) being within 25 yards of the apartment building where Benz resides; and 3) creating or maintaining any websites referring to Benz, blogging or participating in chat rooms on the Internet concerning Benz.

C)    Costs and attorney's fees; and

D)    Such other and further relief as the Court deems proper.

Respectfully submitted,

MARK G. CHALPIN, ESQ. #366794
1509 Woodwell Road
Silver Spring, MD 20906
(301) 460-5900
Attorney for Plaintiff

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
Washington, D.C. 20001

_Kathleen Benz_
_____
Plaintiff

vs.                                     Civil Action No. _CA-05-4205_

_John Bisney_
_____
Defendant

**ORDER**

Upon consideration of the motion _for a temporary restraining order_

filed by _plaintiff_
_testimony had_
and after hearing argument on behalf of all parties concerned, it is, by the Court, this _8th_

day of _June_, 20 _05_,

ORDERED:

(1) That the motion be, and it is hereby, ☑ GRANTED   ☐ ~~DENIED~~
_in part; and it is further_

~~(2) That~~ _ORDERED that defendant is enjoined from creating or_
_maintaining, directly or through a third party, any internet website_
_referring in any way to plaintiff, and he shall not "blog" or participate_
_in internet "chat rooms" regarding plaintiff; PROVIDED that_
_both parties agree that neither party shall have any contact with_
_the other in any manner during the pendency of this case, except_
_through counsel._

Copies to:
_This order_
_expires June 18, 2005._

_____
JUDGE _H. GREENE_

_hearing on motion for preliminary injunction; June 17, 11 a.m.,_
_Judge Bleckburn-Rigsby._

Form CV-545/Apr. 03

EXHIBIT
4

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

KATHLEEN BENZ             :

        Plaintiff          :

        v.                  :      Case No.: 2005 CA 004205 B

JOHN BISNEY             :

        Defendant       :

### BINDING SETTLEMENT AGREEMENT AND RELEASE

This Binding Settlement Agreement and Release ("Agreement") dated July 11,

2005, is entered into by and between Plaintiff Kathleen Benz and Defendant John Bisney,

and the parties agree to the following terms of the Agreement:

### RECITALS

WHEREAS, Plaintiff filed suit against Defendant in the Superior Court of the

District of Columbia in an action styled as *Kathleen Benz v. John Bisney.*, Case No. 2005

CA 004205 B; and

WHEREAS, the parties to this civil action wish to settle amicably all claims of

either party against the other which have or could have been asserted; and

WHEREAS, the parties deny the claims and allegations of each against the other

and maintain that they have not committed any wrongful or unlawful acts or practices;

NOW THEREFORE, for and in consideration of the aforesaid premises and the

mutual promises hereinafter expressed in this Agreement, and other good and valuable

consideration, the adequacy and sufficiency of which are hereby acknowledged, the

parties do hereby agree as follows:

1.      The parties agree that neither will pay the other any money whatsoever.

1



EXHIBIT
5

2.      The parties agree that they will not intentionally contact or communicate with each other.

3.      While there was nothing tortious or illegal with the use of Plaintiff's name in domain names created and maintained by Defendant, Defendant agrees to terminate any domain names using Plaintiff's name that Defendant has already created and to never create any new domain names using Plaintiff's name.

4.      Plaintiff agrees to give to Defendant his passport through her attorney within one week of execution of this Agreement. Defendant agrees to give to Plaintiff any and all photographs that depict Plaintiff during a trip to Jamaica taken by the parties through his attorney within one week of execution of this Agreement.

5.      The parties agree to file a Stipulation of Dismissal with Prejudice in Civil Action No. 2005 CA 004205 B, with each party bearing its own costs and attorney's fees.

6.      The parties to the above-captioned Civil Action, their heirs, executors, administrators, personal representatives, successors in interest (whether by merger, consolidation or otherwise) and assigns, do hereby release, remise and forever discharge each other from any and all claims, debts, demands, accountings, causes of action or liabilities, of any nature whatever, matured or unmatured, contingent or absolute, known or unknown, whether within the contemplation of the parties or not, which either party may have or have had against the other up to and including the date of this Agreement. This Agreement shall operate as a complete, final and all inclusive general release by the parties, and only the affirmative obligations undertaken herein shall survive and remain unaffected by this provision.

2

7.     This Agreement contains the entire agreement between the parties; there are no other agreements, understandings or representations, written or oral, express or implied, except as specifically set out herein; and there have been no inducements from either party to any other party, express or implied, to enter into this Agreement other than those expressly set out herein. It shall be binding upon and inure to the benefit of the parties hereto and their heirs, executors, administrators, personal representatives, successors in interest (whether by merger, consolidation or otherwise) and assigns. It shall be governed by and construed under the laws of the District of Columbia. No part of this Agreement, including this paragraph, may be waived, amended or modified in any way except by a writing signed by all parties.

8.     In the event of a breach by either party, the other party shall have the right to enforce the contractual obligations of this Agreement.

9     The failure of either party to insist in any instance upon the strict performance of any of the terms of this Agreement shall not be construed as a waiver of such terms for the future and such terms shall terms shall nevertheless continue in full force and effect.

10.    In the event any part of this Agreement shall be ruled invalid, such invalidity shall not invalidate the whole Agreement but the remaining provisions of this Agreement shall continue to be valid and binding and deemed to reflect fairly the intent and understanding of the parties in executing this Agreement.

11.    The effective date of this Agreement is July 11, 2005.

12.    The parties agree that signature by facsimile shall suffice and that the Agreement may be signed in counterparts.

3

13.    Each party acknowledges that he or she has been represented in these proceedings by counsel of his or her choice and that he or she has consulted with said attorney regarding the provisions of this agreement.


_____          7-11-05
KATHLEEN BENZ                             _____
                                          DATE


_____          _____
JOHN BISNEY                               DATE

# sxxxy.org | News For Perverts, Weird Sex News, Because Sex is funny

**News for pervs, stuff that splatters. Proud to be part of the problem! Sex positive news and junk. Because sex is funny.**



Submit News!

« x rated pinball | Main | 9 songs about porn »

### July 19, 2005

### POLITICS AND PORN STARS

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkin, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkin to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to



EXHIBIT
6

buy the Washington Nationals), Univ. of
Maryland basketball coach Gary Williams, and
spent time last August with Sirius CEO Mel
Karmazin at his Hamptons home.

Posted by Nyx at July 19, 2005 01:30 PM

**View All Models**                    -- Choose --                                    Page: 1 2 3 4 5 6 7 8 9



| TrackBack

## Comments

Her other companions include Rep. Pete Sessions
(R-Tex.), John Sununu Sr, and venture capitalist
Mark Ein.

Posted by: at July 31, 2005 07:12 AM

Her other companions include Rep. Pete Sessions
(R-Tex.), John Sununu Sr, and venture capitalist
Mark Ein.

Posted by: at July 31, 2005 07:29 AM

http://media.portland.indymedia.org/images/2005/08/322565.jpg

Posted by: at August 4, 2005 09:16 PM

## Post a comment

Name:                              Remember
                                   personal info?
                                   ○ Yes  ◉ No

Email Address:                              Comments:

URL:

Today's anti-spam measures are brought to you
by the letter "A". Please type it here:

[Preview]  [Post]

---

A d s

It's like Netflix for porn. Rent porn dvds and have
them mailed to your home.

Make money at home. Get rich and start your own
business.

Want to know how to get a free computer?

**Buy an Ad on Sxxxy.org!**

| **Generic Viagra $1.70**<br>Guaranteed worldwide delivery | **Painfiles.com**<br>Exclusive BDSM. Real Slavegirls - Real Pain - Real Tears | **Men's Sexy Underwear**<br>Hot Sexy Men's Thongs, Briefs, & Bikinis | **Adult Super Stars!**<br>Exclusive Pornstar Videos 100% FREE!!! | **BOOBLE**<br>Search sites, pics, movies, personals. |
| **LITEROTICA.com**<br>75,000+ free sex stories + cams + forum. | **WOMEN Seeking SEX**<br>Meet Local Singles & Swingers - FOTOS! | **Live Sexy & Wild Camgirls**<br>Live Sex! No Membership Required. | **HardcoreDVD.com XXX**<br>Largest Selection of DVDs, Videos & Toys | **Casino Grand Madison**<br>Up to $750 bonus! Over 120 casino games. |

**iChat Naked w Bi Men**
PC or Mac Clothing Optional

**390,000 free amateur pics**
Easy to use searchable by categories - free!

Phone and Full Screen Video Options.

**THE Porn TOP LIST .com**
Over 150 links to the best porn sites

**Fuck Sexy Singles!**
Find Hot Sex, Casual Sex and More!!

**Guide to Poker**
Online Poker Room Bonus Codes

**FREE LIVE VIDEO CHAT**
HOT Girls get Naked! They Sizzle & Rock!

**Literotica VOD - XXX Vids**
Watch full-length xxx movies online now!

**Online Poker**
play for money online - $100 free gift

**Imperial Casino**
play for money online

**Uniform Dating**
Date a Horny Fireman or a Sexy Nurse!

**FREE LIVE VIDEO CHAT**
HOT Girls get Naked! They Sizzle & Rock!

**Free pictures**
Archive of adult pictures

**Honest Porn Reviews**
Honest Reviews of the Best Porn Sites

**HentaiKey XXX Anime**
English XXX Japan Porn

**CHEAT ONLINE CASINOS**
Make $50 to $600+ per casino every time

**Shop at TigerDirect**
Super Low Prices on PC Components!

**AMVC.com HOMEMADE VIDEOS**
Homemade Videos. DVD, VHS, and Streaming.

**KONG Sex Pills**
Kong & Kong Black Voodoo exotic male enhancement pills.

**CASINO BONUS INDEX**
LIST OF THE BEST ONLINE CASINO BONUSES

**CUTE TEEN BABES FUCKED!!!**
INNOCENT VIRGIN GIRLS TRICKED INTO BECOMING LITTLE WHORES! HOT! (NEW)

**Play Poker Online!**
$100 Free at PartyPoker Code: AUGCASH

**Free Penis Pills**
Free 30 day supply of PotenCX PenisPills

**SEXY GIRLS BLOG**
Click if you like Sexy Girls..its FREE

**Enlargement Program**
Does Penis Size Matter?

**Find a Girl to Fuck**
Looking for a Sex Partner? Browse Thousands of Adult Personals.

**POKER FREE TOURNAMENTS**
At Canbet.com all members receive DAILY FREEROLLS!

**Discount Sex Toys**
Listing of quality discounted sex toys

**Naked Amateur Cams**
Chat Live With Hot Nude Amateurs FREE

**Painfiles - Extreme BDSM**
Real Slavegirls - Real Pain - Real Tears !

**SuperKink PhoneSex**
Kink, Fetish, & BDSM with ANGELA

**B.D.S.M. Personals!**
REAL people looking for KINKY SEX!

**Unlimited Downloads $9.95**

**Live CHAT!**
Chat with people from

**All Russian Brides**
at Fiance.com

**GET A BIGGER PENIS!**

**7 Adult sites FREE**
ClubTA, Fetishrave,Teenagepie,Swingers..

**Make Friends Easy**
Rate photo profiles, chat one on one, play online flirt game!

All the Porn from Usenet. Millions of Images & Movies. Get Access NOW!

**UPTO $800 CASINO BONUS**
Canbet.com all members receive $40-Download + Up to $800-Mthly Bonus

this website now!

**Texas Hold'em**
Learn to play, win money

All Natural Penis Enlargement Review  c

**Local girls who want to fuck!**
Meet Someone Guaranteed & Get LAID! - **100% FREE MEMBERSHIP! **

**Your Ad Here**

# Daily Sex Review

## Adult FriendFinder members near Baltimore

    

<u>yourbabe2169</u> 36/F
Baltimore, Maryland,
United States

<u>smitten_kitten_</u> 37/F
Goucher Woods, Maryland,
United States

<u>Okanagan_girl</u> 34/F
Harford Farms, Maryland,
United States

<u>sweetestladyevr</u> 49/F
Bar Harbor Manor, Maryland,
United States

<u>1girl4u68</u> 36/F
Sebring, Maryland,
United States

<u>Join now!</u>

* Actual member photos. Other data are for illustrative purposes only.

## Ron Jeremy for PETA: It's Sexy If You Like Bears



Porn star Ron Jeremy (aka The Hedgehog) appears in a new advertisement for PETA in which he wears a set of handcuffs on one wrist while he lies naked in bed, covered only by a sheet.

The ad reads, "too much sex can be a bad thing" and features a message urging pet owners to get their animals spayed and neutered.



There's also a link on that page that promises to take you to "Ron's latest video". Don't worry, it's not what you think it is.

I'm just glad Ron did the right thing and covered up just a little. There are some things even animal-lovers aren't ready to see.

Welcome to Daily S
Review. We post se
news, erotica, and linl
porn. Half of it is news
the rest is stuff for yo
jack (or jill) off to. This
is for adults only. If y
are under 18 or offen
by such material, ple
leave now.

**Bookmark
Daily Sex Review**

Netscape Users
Press Ctrl + D

**Syndicate this site**





EXHIBIT
7

By the way, I'm writing this wearing a pair of leather chaps and mink-lined panties and eating some tender veal. Yay PETA!

See the full-size Ron Jeremy PETA advertisement

August 23, 2005. Sex News. No Comments.

# Tom Seizemore and His Banana of Life

Ex-girlfriend and former Hollywood madam, Heidi Fleiss has weighed in on the Tom Sizemore sex tape. New York Daily News' Rush & Molloy quoted Fleiss bitterly commenting:

"He needed Viagra when I was with him," the former Hollywood Madam tells us.

Fleiss also alleges the macho "Natural Born Killers" actor once invited her hunky ex-boyfriend John Enos to join them in a ménage à trois.

In the videos, Sizemore certainly appears to be on some sort of drug cocktail, but I doubt it's a Viagra + Cialis mix.

While his manager, Jason Tucker, doesn't go into specifics as to how the videos ended up online, he does believe that Sizemore "has a legal right to some of the proceeds."

He goes on to say that Sizemore is not embarrassed about the videos, bragging that "It's the maraschino cherry on the banana split that's been my life."

Sizemore goes hardcore with or without the help of Viagra.

August 22, 2005. Sex News, Hardcore, Celebs, Porn Gossip. No Comments.

# All Tied Up at FetishCon

Today's is the first real day of FetishCon workshops and demonstrations. The schedule lays out a delectable lineup of rope play demonstrations.

add to kinja

| 2:30 - 3:30 PM | Bondage Classics: Hog-ties and Crotch Ropes |
| 4:00 - 5:00 PM | Safe Take-Downs and Total Restraint |
| 5:30 - 6:30 PM | Rope Bondage Review |
| 7:00 - 8:00 PM | I've Got Them All Tied Up... Now What!? |



**For those of you who can't make the rope bondage demonstrations, take a look at <u>Hogtied</u> and teach yourself how to truss your girlfriend up like a Thanksgiving turkey.**

See <u>the FetishCon website</u> for more information on workshops, demonstrations, and events.

August 19, 2005. <u>Fetish</u>, <u>Events</u>. <u>No Comments</u>.

## Tom Sizemore Porn Star?

As Tom Sizemore whiles away a 17 month jail sentence for repeatedly failing drug tests while on probation, the gods have blessed us with a **<u>Tom Sizemore sex tape</u>**. Just what we've all been waiting for, right?

The videos show Sizemore as a salad-tossing sex freak who gets it on in a semi-druggy fashion. In between ranting at the camera, he has a threesome with two cute chicks who he covers in whipped cream and forces them to watch *Paparazzi*.

<u>August 2005</u>
<u>July 2005</u>
<u>June 2005</u>

   

In 2003, Sizemore was convicted of assault and battery against then girlfriend, Heidi Fleiss. He is currently serving a 17 month jail term plus 4 months in drug rehab for violating probation.

Tom Sizemore has been in movies like *Saving Private Ryan*, *Black Hawk Down*, and *Heat*, but recently has garnered more press for fucking Heidi Fleiss and having on-camera mental meltdowns.

Watch video samples of the Tom Sizemore sex tape.

August 19, 2005. Sex News, Hardcore, Celebs. No Comments.

# RIP Britney Madison

 I realize webmasters can be a little slow on the uptake, but it took porn star Britney Madison's webmaster 3 months to realize that she died in a tragic car accident. On May 2, 2005, the 21 year old blonde and a male friend were killed when they lost control of their car before plunging 30 feet off Sunset Road near Las Vegas' McCarran International Airport tunnel.

Brad Fitzgerald, webmaster of BritneyMadison.com, passed on the news through an e-mail announcement sent earlier this week.

Britney Madison has appeared in titles like *From Her Ass to Her Mouth*, *Throat Yogurt*, and PussyMan's *Teenland #9*.

Via AVN and Las Vegas Sun

August 18, 2005. Sex News. No Comments.

Login

# FetishCon

Copyright Daily Sex
Review, 2005.
Theme by Jeff
Wheeler. Powered
WordPress.

It's time to dust off your latex chaps and slap the leash on your slave. Tomorrow kicks off FetishCon — the 5th annual bondage and fetish convention. Events last through Sunday and will include workshops on rope bondage, restraints, and various control techniques. There will also be a fetish fashion show and several after hours parties.

All access registration closed on August 8, but you can still get your limited access single day passes for $25 at the door.

**Location:**

Double Tree Hotel Tampa Westshore Airport
4500 West Cypress Street, Tampa, FL 33607

Get more information here.

August 17, 2005. Sex News, Fetish, Events. No Comments.

# The Sweet Smell of Pantyhose



After a long day at work, a woman's pantyhose have a pungent smell that is a heady mixture of sweat, sex, and feminine juices. The soles of her nylons are worn and sweaty after protecting her delicate feet from hours in a pair of come-fuck-me stilettos.

There are so many things you can do with a pair of dirty pantyhose. You can use them to tie your lover to the bedposts while you torture him. You can stuff a pair in his mouth so that all he can taste and smell is your pussy juices. You can cover your own face with them while you run your fingers over your slick pussy and finger fuck your twat. You can give them to your lover and let him wrap them around his cock and jerk off into the nylon material. The possibilities are endless.



I once had a boyfriend who loved sniffing my pantyhose. Even before I could take them off, he'd stick his nose in my crotch and inhale my scent through the sheer fabric. I never wear underwear underneath my pantyhose, and he loved to lick, sniff, and worship my ass cheeks while I kneeled or stood over his face. Sometimes I wouldn't even make it out of my pantyhose before he was dripping cum onto the soles of my nylon-covered feet. Have you ever seen a creamy load of cum on a pair of black pantyhose? It seeps through the holes in the fabric until you can feel it squish in between your toes.



Even some men love to wear pantyhose. Men don't get to wear the silky lingerie that women do, but they like feeling softness against their skin too. Come home a little early, and you just might find your husband or boyfriend wearing your panties or pantyhose as a raging hardon threatens to break free from the flimsy fabric.

*(click each photo to enlarge)*

## More dirty pantyhose photos and stocking sniffing videos

August 16, 2005. Fetish. No Comments.

# A Little Birdie Told Me...

 

Cute catch of the day and Kickass Pictures CEO, Mark Kulkis (40), has started dating a little further up the food chain. Recent reports have linked him to CNN producer Kathy Benz (35). Kulkis previously escorted Kickass contract star, Mary

Carey, to a round of June GOP fundraisers and appeared with the busty blonde porn star on Comedy Central's *Daily Show*.

Kathy Benz' list of hook-ups reads like a laundry list of the rich and powerful, including former fiance and AOL mogul, John Daggert, venture capitalist Jonathan Ledecky, Chicago Cubs VP John McDonough, University of Maryland basketball coach Gary Williams, Sirius CEO Mel Karmazin, Representative Pete Sessions (R-Tex.), John Sununu, Sr., venture capitalist Mark Ein, and Democratic lawyer Julian Epstein.

Finally, a relationship in which Kulkis isn't the sluttier one. Happy herpes!

Porn Star Mary Carey Loves the Bush

August 15, 2005. Porn Gossip. No Comments.

# A Desperate Cry for Fame



Dedee Pfeiffer, Z-list "star" and sister to bona fide celeb, Michelle Pfeiffer, laments that her February 2002 Playboy magazine cover and inside pictorial didn't generate her career enough heat and believes that a new sex scandal could do her some good. Rush & Molloy quote the sister-of-a-celeb as saying:

*"My husband and I did a [sex] video four years ago, when we first met, and I know he's got a copy of it!"* the *"Wanted"* star tells Steppin' Out's Chaunce Hayden. *"I always think if he gets really mad at me or wants a divorce, he'll put it on the Internet. If that does happen, I'll say, 'Thank you!'"*

It's a sad day when sidelined semi-celebs start to ruin the integrity of the celebrity sex tape with such shameless self-promotion. Ah, well...we'll always have Paris.

via New York Daily News

**Search for Michelle Pfeiffer film nudity at Mr. Skin**

August 11, 2005. Sex News, Celebs. No Comments.

# Blind Date With a Crackwhore

 The guys from MTV's *Stankervision* have a viral video up on iFilm. Their hilarious send-up of the reality dating show, Blind Date, features a young venture capitalist who gets fixed up with a 42-year old crackwhore named Propecia.

Exerpt:

*Propecia: It doesn't matter if they're fat mens, white mens, old mens, young mens — as long as they got money and some crack cocaine so I can have mines every day.*

*I want a man with 10 to 12 inches of dick*

*(pause)*

*Anyone in the room have a rock?*

And that's just the intro...

Watch Blind Date With a Crackwhore {via iFilm}

**More crackhead shenanigans over at Crackwhore Confessions**

August 9, 2005. Other. No Comments.

Older Entries


CLICH HERE!
HUSTLER.com

**Meds up to 95% off**
Order your medication from a popular &     **Get Legal Viagra**
Only legal U.S. online prescribing site,     **Unlimited Downloads**
All the Porn from Usenet. N

reliable online pharmacy

**CASINO BONUS INDEX**
LIST OF THE BEST ONLINE CASINO
BONUSES

**CHEAT ONLINE CASINOS**
Make $50 to $600+ per casino every
time

no prior prescription needed

**FREE LIVE VIDEO CHAT**
HOT Girls get Naked! They Sizzle &
Rock!

**Muffmoney Poker Forums**
Casino bonus hunting and poker chat
player's forum!

**Your Ad Here**

Images & Movies. Get Acce

**Pain Medication**
Lortab, Vicodin, Hydrocodo
USA

**Uniform Dating**
Date a Horny Fireman or a S

Printed from BC IMC : http://bc.indymedia.org/

News :: Media

# Porn, Politics & the Media

by LAGirl

Email: shannon232 (nospam) hotmail.com (unverified!)

Current rating:

06 Aug 200

But Will Their Children Produce Porn News?



Mark Kulkis



Kathy Benz



EXHIBIT
8

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinne
Bush(🔍), has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the Nati
Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisor
roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with WI
Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (r

Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chi McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

This wo

## Benz, Kathy

| | |
|---|---|
| **From:** | John Bisney [jbisney@comcast.net] |
| **Sent:** | Friday, May 13, 2005 12:31 AM |
| **To:** | Benz, Kathy |
| **Subject:** | because you asked |

I realize I neglected to answer your question re: the timing of the website. It was still up after you had been dishonest about the money (thinking back, now I see why you were so weird at Red Sage when I asked what was going on) and you had been completely ignoring me. Since you refused to contact me for months no matter what, I finally assumed you had permanently blown off me AND the loan, so yes I was upset because you wouldn't have the common courtesy to even acknowledge my existence, let alone be in touch to honor your word.

But it's also true I (unconsciously) didn't remember to take it down after we made up, so it became a ticking time bomb. You are fond of saying things happen for a reason. In this case it seems to have been to bring things to a conclusion. And, as you also say, that's about it. I do wonder whether even YOU have the nerve to tell anyone what really went on between us. Speaking of which I hope you're enjoying the new necklace. But to give credit where credit is due, you were fun in Jamaica, no doubt.

PS I hope your Mom liked the flowers -- I wanted her to get something from you for Mother's Day since you forgot. Hey you said you're not a baseball fan but you never mention JD. And is Mr. B still in AA? Gotta go, anyway I know you don't want me e-mailing you all the time. take care



5/30/2005

**Benz, Kathy**

| | |
|---|---|
| **From:** | John Bisney [jbisney@comcast.net] |
| **Sent:** | Friday, May 13, 2005 6:16 AM |
| **To:** | Benz, Kathy |
| **Subject:** | correction |

McDonough (not "JD")





rss feed: http://p2pnet.net/p2p.rss | contact: jon[at]p2pnet.ne

**privacy**



TORRENT SITE TRACKER

Add real-time p2pnet headlines to *YOUR* site ! Click here to do
newsfeed code

Tracker Search

Google™                                    Se

○ Web  ● p2pnet.net

BearShare p2p

*File sharing has
never been easier!*



BearShare®

Warez P2P



GET
SHARING
NOW



Hosting

## Replies to story #5177 - "Money is Money"

| | | |
|---|---|---|
| **Subject:** Re: Money is Money | **By:** Reader's Write | 16 Aug, 2005 00:07 |

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted
porn star Mary Carey to June's GOP dinner with President Bush,
has found a new love interest: Washington powerdater and CNN
producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40,
president and CEO of Kick Ass Pictures, was in DC for the National
Republican Congressional Committee's annual President's Dinner.
He's honorary chairman of the NRCC's Business Advisory Council, a
roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN
about the private lunch he and Carey had with White House Chief
of Staff Karl Rove. "Mark's a wonderful guy and I think this could
be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such
figures as venture capitalist Jonathan Ledecky (now trying to buy
the Washington Nationals), Univ. of Maryland basketball coach
Gary Williams, and spent time last August with Sirius CEO Mel
Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John
Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John
McDonough.

[ Reply to This | Back to Story ]

**Comments:**

archives 2005 : august | july | june | may | april | march |

Blubs

Get B
TODA

Blubste

New M



MOR
DOW
THE NEW

Ware



DOW
NC



EXHIBIT



:BYTEMARK
HOSTING
Home to p2pnet

Make a donation

help us
to keep on
unspinning
the spin

*CLICK HERE*
Or email
jon@p2pnet.net

Welcome : )

Login:

Password:

[login]

[register]



february | january
2004 : december | november | october | september | august |
july | june | may
april | march | february | january
2003 : december | november | october | older

Ads by Go...

**Peer 2 P**
**Sharing**
Unlimited
access to
Music Mo
Games, |
iMusicSearc

**Unlimite**
**Downloa**
Free Mus
& Games
Selection
Easy Set
www-360sh

**P2P Mov**
**Trading**
No rental
Just trade
DVD mov
own. Try
www.Peerfl

**Limewir**
**Downloa**
Unlimited
Movies &
Over 1,0
Mp3 File:
Download-I
Free.com/L

Search: ○ Lycos ● Tripod ⛤ Star Wars     ✈ Share This Page   ✖ Report Abuse   📄 Build a Site   ↑ Browse Sites   Hos

**Go Get It**

« **Previous** | **Top 100** | **Next** »

**Millionaire Code Cracked**
2 Proven Millionaire Makers
Reveal Time Tested Laws to
Create Wealth.
www.esioffers.com

**Sugar Daddy Dating Site**
Date the attractive and
affluent. Join today and
change your tomorrow
www.sugardaddie.com

**Millionaire dating**
Browse photos, Millions of
Users Jump Start Your Love
Life, aff
www.true.com

**Dating millionaires**
Meet and date wealth
people Dating rich, w
famous
www.meetwealthypeople.



home | resources | chat log | advice | contact | sex blog

Looking to Cash In - Here we Go
Again, Montgomery, MA

Alone and want to keep it that way:
Can U Keep Up? - Russell, MA

Big Russian Woman, you like??

Who's got my money? Hand it over!

Conjugal, My Ass!

Likes to Squash Bugs Between My
Toes, and You??

Harwinton CT woman has a Special
Offer for you!

Evil Wicked Mean & Nasty Seeks Same

So, who's ass do I gotta kick tonight??

I Russian, I love you big time!



### Your Caribbean Nightmare - Deborah Brennan - Attractive, Professional, seeks same
Sunday, February 06, 2005



I'm an educated, attractive professional with a poor sense of spellings. have a career of luring men in with my 'attractiveness', stealing their money and moving on to the next fool. I am not honest (got to be, with what I do) I have a limited variety of interests such as money, cash, money (anything that has to do with sex is TOTALLY OFF LIMITS, I can let anyone see me naked, I'm SO PERFECT you'll never deserve it!)...I vegas...movies, S&M clubs, making fun of commoners, dining on your money, etc...

YOU MUST HAVE A LARGE BANK ACCOUNT IN ORDER FOR ME TO RESPOND. Thank you, damnit!

By the way, I hate mustaches, and anyone with ANY imperfections. Som

I'm looking for a man who's simular to me...attractive, bad speller, good sense of humor and wants to put 100% funding into a relationship. Honesty and being able to hold back your nat sexual urges is a major plus. I admire a man who is driven with his career but if you're marr to your pecker, I'm not interested.

PLEASE DO NOT CONTACT ME IF YOU HAVE A PENIS!!! NO EXCEPTIONS.
Sorry I'm so DAMN picky, but, Hell, when your as PERFECT as I am, pretty much NOBODY w do. In fact, I don't know why I placed this personal ad. Leave me alone! Quit staring at me! know you want me, but NOBODY gets me! Ever! Period! sinseerely,
Marnie, Mayfield Heights, OH

*posted by submittodesire @ 7:57 PM*

## 1 Comments:

- At 3:12 PM, Anonymous said...

  "Kick Ass" Honcho Hot for CNN Producer

  (BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest Washington powerdater and CNN producer Kathy Benz.

  The two only met a month ago during an interview while Kulkin, 40, president and C of Kick Ass Pictures, was in DC for the National Republican Congressional Committee annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

  Benz denies she's cozying up to Kulkin to get a scoop for CNN about the private lunc he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

  Benz, 35, is known in Washington power circles for dating such figures as venture

capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEC Mel Karmazin at his Hamptons home.

Post a Comment

<< Home

00015805



 Blogger™   [_____] [SEARCH] BlogThis!    [GET YOUR OWN BLOG] [NEXT BLOG»]

# The
# Scuttleslut

The leading provider of
nonsense and things of interest
Gossip ** News **
Propaganda

CONTRIBUTORS

Trikc

patrice

Marksthespot

**003383**
Free Hit Counter

SHIT I READ

Ananova

PerezHilton

Gawker

WhatsThatCalled.com

Strangeafeet

Babyattack

PINK BLOG

ONTD

Drudge

Page Six

Defamer

 Power Blogger

---

TUESDAY, JUNE 14, 2005

## In Honor of yesterdays verdict you will no hear th M or the J word in todays blog.

### TOM NOT TERRIFIC FOR OPENINGS

After last week's Los Angeles premiere of "Batman Begins," which becan
a showcase for Cruise and girlfriend Katie Holmes' public displays of
affection, Warner Bros. execs are hoping to keep the "War of the World
star as far away from their red carpets as possible. It looks like they'll g
their wish for at least the next couple of premieres, since Holmes is ir
Europe — she's done the London and Paris premieres alone — and Crui
is in Japan promoting his film.

### EX GONE WILD

JIMMY Choo owner Tamara Mellon is going a little wild these days. The
former wife of multimillionaire Matthew Mellon has been quietly datinç
"Girls Gone Wild" founder Joe Francis for several months, pals say. "It
perfect for her," says a friend. "Joe flies her on his plane and shows her
good time and Joe now gets to go to all the high-class parties he was
never invited to." Tamara is also in secure company — ever since Franc
was robbed over a year ago, he's traveled with a huge security detail.
rep for Francis confirmed the two are "good friends."

### HILTONS TAKE IT OFF

Hamptonites can breathe a sigh of relief: the Hilton family compound h
been taken off the market. Kathy and Rick Hilton, the parents of
hamburger-hawking hotel heiress Paris Hilton, had put their Colonial-st
mansion on the block last July for $6.3 million, when they moved thei
base of operations to Los Angeles. But they've had a change of heart. ")
just so nice out there, it seemed silly to sell it," Rick Hilton told us. "Bu
still have it up for rent."

### Kirkland keeps abreast of Brit's pregnancy

When it comes to Britney Spears' tabloid-ready pregnancy, even Sally Kirkland is getting into the act. The 60-year-old former Andy Warhol mu and Academy Award nominee - for Best Actress in the 1987 movie "Anr - has a stern warning for Mrs. Kevin Federline. "I happen to know Britn Spears' breast-implant doctor," Kirkland told Webster Hall gadabout Ba Jones in the wee hours yesterday, "and I just hope she does not breastfeed. Because if she does, she could give her baby so many futu [health] problems." Spears' flack responded sarcastically: "Thank you Sally, for your concern for Britney, but she does not have breast implan so you don't need to worry." The flack added: "I'm a little confused, because isn't there patient-doctor privilege?"

### Pierre's prexy

To possibly bolster his own cause - or to illustrate his realization that he not going anywhere for a while - Wall Street guru Martin Zweig has bee elected to the co-op board of The Pierre Hotel, where his triplex penthou still remains on the market for $70 million. "He's clearly hedging his bet said a building source, "just in case he hooks a live one." But as Zweig celebrates his victory, fellow neighbor Mohamed al-Fayed, the father c the late Dodi, who has had his apartment on the market for a mere $2 million, ran for, but was not elected to, the prestigious board. See it in its obnoxiousness here

### Kimora sez Vanity un-Fair -Every word is gold

Kimora Lee Simmons is hitting back at Vanity Fair editors for running negative reader mail about her, following a scathing profile of the Bab Phat queen. "The editors over there were very specific about the letter they chose to print," she told us. "I don't really understand what's goir on over there." Simmons said anyone who calls her selfish doesn't real know her. "Do all the kids I'm trying to help, who I open my home up t do they think I'm selfish? Do the several children I am trying to adopt think I'm selfish?" The fashionista did just donate $75,000 to Astor Plac Harvey Milk School as part of the gay and lesbian high school's namin and expansion campaign. "I love the cause, because these kids have co up in a way that they weren't really understood. ...These are kids who a naturally fashionable and they just inspire me to do so much," gushed Kimora, who has a lifestyle guide coming out with ReganBooks next spring.

**Porn queen gets date with Dubya**

X-rated wanna-be politician Mary Carey vows she'll be on her best behavior tonight when she attends a GOP fund-raiser that President Bu is headlining. "I'm going to show Washington that a porn star is more th someone who just flashes her boobs," the bubbly buxom blond told th Daily News. For more than a week, the White House has dodged the question of whether Carey should be allowed into the fund-raiser sponsored by the Republican National Congressional Committee. "Thos are questions to direct to the event sponsors," said Bush spokesman Sc McClellan. But an RNCC spokesman has said the committee would tak Carey's $2,500 price of admission and spend it to elect more Republica Carey's manager, porn-flick mogul Mark Kulkis, got the green light yesterday without a hassle. "They just gave us the dinner tickets," Kulk said. "A Secret Service agent even came up and asked for Mary's autograph."

**Tee for two Pitts Jen versus Jolie**

No matter the topic, Americans will not hesitate to take sides. Now add that list of raging debates the Brangelina controversy. Yes, the gossip debacle that saw Brad Pitt leave Jennifer Aniston and allegedly shack u with Angelina Jolie has spawned its own splinter support groups. The epicenter of the debate is L.A., naturally, where Kitson, a trendy boutiqu is selling baseball T-shirts emblazoned "Team Aniston" or "Team Jolie." you want one, you'll have to join a three-month waiting list at www.shopkitson.com.) Early poll results show that Team Aniston is "overwhelmingly" outselling Team Jolie, according to White Trash Charm the tee's maker.

**PRINCE WILLIAM WATERBOMBED**

British heir PRINCE WILLIAM was attacked by youths with water-bomb while on holiday in Scotland. The 22-year-old was pelted with the wate filled balloons while relaxing in the garden of his holiday cottage on th Hebridian isle of Mul last week (ends10JUN05). The two young attacke also mocked Williams accent and taunted him by calling him "Daddy's Boy". The royal didn't let the abuse stop him celebrating last night afte attaining a 2.1 degree in geography from Scotland's St Andrews University.

**Punk This!**

Ashton Kutcher and MTV were really upset when one of their "Punk'd" missions - with rapper Lil Jon - backfired. Apparently MTV and Ashton spent a lot of money and months planning a secret operation. Lil Jon w supposed to be on a private plane to Las Vegas, but customs agents claimed he and his entourage were boarding a plane bound for Ecuador. Jon was onto them within minutes. He recognized some of the actors posing as security, told Ashton to come out from the back of the plane and said, "Come on, you can't punk the motherf--ing King of Crunk!"

**NEW DEVELOPMENT:**

The final hurdle to Arrested Development's third season has been cleared The show's creator and exec producer, Mitch Hurwitz, has sealed a new deal to remain at the helm of Fox's Emmy-winning comedy. Hurwitz's Arrested services have also been retained for a fourth season, should the little-seen gem stick around that long.

**GET LOST:**

Former JAG pilot David James Elliott is winging his way over to Lifetime signing on to headline the fact-based movie The Man Who Lost Himself per The Hollywood Reporter. The story revolves around a Canadian football player who falls into a coma after a serious car crash. When h awakes, he has no recollection of his family, career or Catherine Bell.

**SOUNDS SIMPLE:**

Paris Hilton says she plans to quit public life in two years to focus on building a family with fiancé Paris Latsis. "I don't enjoy going out

anymore," she tells Newsweek. "It's such a pain. It's everyone saying 'Let's do a deal! Can I have a picture?' I'm just, like, 'These people are such losers.'" [Insert your own pot/kettle joke here.]

posted by Trikc @ 3:46 AM

_____

**1 Comments:**

**Anonymous said...**
But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN produce Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEC Kick Ass Pictures, was in DC for the National Republican Congression Committee's annual President's Dinner. He's honorary chairman of th NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figur as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin a his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John

McDonough and Democratic lawyer Julian Epstein. She was engaged
John Daggett, AOL millionaire.

http://bc.indymedia.org/newswire/display/4037/index.php
5:44 PM

Post a Comment

<< Home

 **Blogger** [SEARCH] BlogThis!   [GET YOUR OWN BLOG] [ NEXT BLOG» ]

# News From Underground

**Saturday, June 18, 2005**

## Mary Carey "a fully converted Republican"

Pornography in the Service of God/Bush
By Lonna Gooden VanHorn
June 17, 2005

A porn star, Mary Carey, and her boss, Mark Kulkis, president of "Kiss Ass Pictures" were invited to our "family values" President's Dinner and Salute to Freedom on June 15th. It appears our president has "broadened" his horizons, pardon the pun.

But, not to be alarmed, Mary Carey, like Bush, says she is a Christian.

Mary also said she would like to party with Bush's daughters, they seem like they would be "fun,"

If you recall at the RNC, the twins said they were enjoying being young and irresponsible just like their dad had been young and irresponsible.

Read more.

posted by MCM at 11:21 AM Permalink

### 1 Comments:

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National

Coming Oc



FOO
AG

How the Right Sta
& Why They'll Sta
(Unless W
By the author of
MARK CRIS

### About Me



Nar
Mill
Loc
City
Stat

Author of Boxed ir
TV, The Bush Dysi
Observations on a
and, Cruel and Un
Bush/Cheney's Ne

Most recently, Mill
performed in "A P
chilling indictment
to subvert the US
replace American
religious values. C

Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

By Anonymous, at 4:05 PM

Post a Comment

<< Home

RSS / Syndicate      Copyright © 2005 Mark Crispin Miller

View my compl

**Previous**

Gold Star famili
A query for the
Your responses
Meanwhile, it g
HERE....
The entire floor
Village Voice st
Teresa Chambe
Good news fron
another corresp
Three more on
Just a click awa

043613
free counter by bravenet

## 15 Minutes of Fame
« Search Results »

Welcome Guest. Please Login or Register.
Aug 22, 2005, 5:17pm

🏠 home  ❓ help  🔍 search  🔑 login  📝 register

## Reliable Web Hosting - 3 GB Space - $14/month
Unlimited Emails and Bandwidth www.hostingcentral.com

Ads

15 Minutes of Fame :: Search Results
**10 Most Recent Posts**

🔍 search

**10 Results Found**

↩ reply  📧 send topic to friend  🖨 print

**Author**


guest
Guest

### Topic: Christian Monzon (Read 1,078 times)

📄 **Re: Christian Monzon**
« Reply #13 on Aug 8, 2005, 2:07pm »

💬 quote

if you know him so well then what high school did he go to?

🔒 Logged

🔍 search

↩ reply  📧 send topic to friend  🖨 print

**Author**


s
Guest

### Topic: Porn Mogul + CNN Producer (Read 2 times)

⚠ **Porn Mogul + CNN Producer**
« Thread Started on Aug 8, 2005, 1:40am »

💬 quote

**But Will Their Children Produce Porn News?**

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures

as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

http://bc.indymedia.org/newswire/display/4037/index.php

 Logged

 **Author**

Cloumbianbeauty
Guest

 reply   send topic to friend   print

**Topic: Christian Monzon (Read 1,078 times)**

**Re: Christian Monzon**
« Reply #12 on Jun 24, 2005, 2:42pm »

quote

He is mexican, from Reseda Ca. We dated a few years ago. He is a sweetheart.

 Logged

 **Author**

filmgoddess
Guest

 reply   send topic to friend   print

**Topic: Christian Monzon (Read 1,078 times)**

**Re: Christian Monzon**
« Reply #11 on Apr 18, 2005, 3:52pm »

quote

No Christian is not Mexican, he is Israeli. I know him personally. 😎

 Logged

 **Author**

basil
Guest

reply   send topic to friend   print

**Topic: Carlson Twins (Read 3,790 times)**

**Re: Carlson Twins**
« Reply #4 on Mar 14, 2005, 9:44pm »

quote

Are twins not the same age 😕

Logged

🔍 **search**

☐ **Author**    🔁 reply  send topic to friend  print

chevy
Guest

**Topic: Christian Monzon (Read 1,078 times)**

☐ **Re: Christian Monzon**
   « Reply #10 on Mar 8, 2005, 4:03am »    quote

christian is extremely sexy..hope he continues being successful n that fame doesnt go to his head. 😊 if u can relay this to him that'll be great.. along wit the message that he can contact me !lol 😊 jk

🌐 Logged

🔍 **search**

☐ **Author**    🔁 reply  send topic to friend  print

LALALALA
Guest

**Topic: Christian Monzon (Read 1,078 times)**

☐ **Re: Christian Monzon**
   « Reply #9 on Aug 31, 2004, 2:34pm »    quote

**Quote:**
   You know what is funny? I went to school with him and I don't even know what ethnicity he is....

Christian is Mexican!!!!

🌐 Logged

🔍 **search**

☐ **Author**    🔁 reply  send topic to friend  print

seNse
Guest

**Topic: How to reach someone in Ukraine or Russia? (Read 13 times)**

☐ **How to reach someone in Ukraine or Russia?**
   « Thread Started on Aug 18, 2004, 1:05am »    quote

Hi!!!
Got to know smart guys 😊 who do service across Russia 😊

Have ordered a fruit basket with them at www.asap.ru for my friend. The
least is that it's cheap, they made a picture and added a gift from company to go with my basket. They called
me first- then arranged
time with my friend and delivered on time I requested 😊

Can't believe it 😊

Can't help being surprised!!!

 Logged

 search

 Author

WomanfromRussia
Guest

**Topic: Want to be loved. (Read 17 times)**

reply    send topic to friend    print

**Want to be loved.**
« Thread Started on Aug 1, 2004, 12:41am »

quote

Greetings from Russia!

I'm Rose (it's my name).
My greatest dream is to meet a guy of my dreams, whom I'll give up all my life and love! Promise, he'll never feel bored. He'll see what the REAL LOVE means.

It's the first time I'm using a marriage agency's services.
My profile is located in the VIP part of the www.mylady.info catalog and I wait for your mail (my ID number is 1321). May be it's the mail I'm waiting for so long!

Yours sincerely,

Rose.

 Logged

search

Author

gogay
New Member
☆
member is offline

Go.......Gay!

✿

Joined: Sept 2003
Gender: Male ♂
Posts: 2
Location: Middle East

**Topic: 4 Your Consideration: Dudi Balsar (Read 190 times)**

reply    send topic to friend    print

**4 Your Consideration: Dudi Balsar**
« Thread Started on Jul 11, 2004, 8:10am »

quote

Here's a nice guy. He's from israel and is the main model of Castro. He studies law stuff and is a very goog wallyball player in my city's team.
A "perfect guy" you'de say - well you right!!

Here's the official site! www.castro.co.il

 Logged

P.B.

Forum Jump

Click Here To Make This Board Ad-Free

| Vacations | Hotels | T1 | Vacation Packages | Air Travel | DSL |

· Ads by Google·     Hot Mexican Guys      Funny Stuff      Mexican Male Models      Sexy Women Wa

This Board Hosted For FREE By ProBoards
Get Your Own Free Message Board!

A B O U T



Condor.

Raison d'être

Contact me

Comments policy

F E A T U R E D
C O N T E N T

Peter Jennings: The end of
an era

Nationalism is unpatriotic

The death of curiosity

I subscribe to the
homosexual agenda

R E C E N T   P O S T S

A peaceful alternative

What a congressman we
have in Jesus ...

American Legion advocates
domestic terrorism

« Christian Taliban: Westboro Batshit Church protesting
military funerals | Main | CoinGate: Bureau loses more
money, after retaining indicted investor »

## AMERICAblog + Republican porn star coverage = Bad press for President Bush



It's a simple equation, really: John does his best to make a
bigger story out of the fact that a porn star (and possible
Republican candidate for office), Mary Carey, attended a
Republican fund raiser last night (more here and here).
John's blog - read by thousands a day (including, of course,
those in the media) - builds the scandal, so when President
Bush starts to talk tough about the Democrats, his words are
married to the actions of a *porn star*, equaling a messaging
mishap of the highest proportions. From the Reuters story:

> President Bush on Tuesday unleashed his
> harshest criticism yet on Democrats for
> thwarting his second-term agenda, demanding

A D V E R

T-Shirts.
Funny, Vi
Cool, 80s
1000's of
find Origi
www.t-shirts

Find It F
Low Price
Huge Sel
www.eBay.c

Democra
Wristban
Join 100,
Democra
Wear you
on your w
ThinkBlueD

Impeach
Stickers
Help end
right-wing
Bumper s
shirts and
www.BeatB

Bush: Troops in Iraq until 2009

Robertson: The Antichrist backtracks

Bush versus the truth

I'm angry? Yes, I am.

Bill Moyer: A true patriot

Out of touch: President Bush

Out of touch: Donald Rumsfeld

ARCHIVES

August 2005

July 2005

June 2005

May 2005

April 2005

March 2005

February 2005

January 2005

December 2004

November 2004

BLOG ROLL

AMERICAblog

Crooks and Liars

Daily Kos

Eschaton

Ezra Klein

He Gu!

Hullabaloo

they put forward ideas of their own or "step aside" and signaling a more aggressive administration strategy of attack.

[snip]

"On issue after issue, they (the Democrats) stand for nothing except obstruction," Bush said at the annual President's Dinner, a $23 million fund-raiser attended by Republican leaders, party donors, and a blond porn star and former California gubernatorial candidate named Mary Carey.

And from the Associated Press recap:

Republican members of Congress have an additional $23 million in the bank, thanks in large part to the efforts of President Bush. GOP leaders spent much of Monday and Tuesday entertaining campaign donors, but it was Bush's speech at a gala Tuesday night that drew the people who shelled out $2,500 per ticket.

[snip]

Among those attending was Mary Carey, a porn star who says she plans to run for lieutenant governor of California next year as an independent.

A few hours before the dinner, Carey met with reporters to show off her evening gown - black, floor-length - and talk about a Republican lunch she and her boss, adult film executive Mark Kulkis, attended to hear presidential adviser Karl Rove speak.

Even the bullshit artists at WorldNetDaily chimed in:

White House spokesman Scott McClellan today refused to answer questions about the attendance of a porn star and her boss at a fund-raising dinner tomorrow where President Bush will be the guest of honor.

WorldNetDaily's White House correspondent, Les Kinsolving, asked McClellan about the controversy, but the spokesman deflected the





Nickel -
Dimed

New

(Prices Ma
Privacy I

TESTI

"Sometim twisted a mundane the good need to b how lucky done just

Web

"... 'a hate peace mo at nothing disparage America c internatic fast food supercent cylinder v him for it

Masturl

"The anci word for indifferer - i.e., son couldn't c which car idiotes, o

Kicking Ass

MY BRAIN IS MADE OF
THINGS MADE OF GOLD

Majikthise

Matthew Yglesias

Max Blumenthal

MyDD

Oliver Willis

Pandagon

Sirotablog

Swing State Project

TPMCafe

TalkLeft

Talking Points Memo

The Huffington Post

The Left Coaster

Think Progress

This Modern World

Wonkette

## M E D I A

Air America Radio

BBC News

BuzzFlash

CNN

Cleveland Plain Dealer

Democratic Underground

Guardian Unlimited

Los Angeles Times

MSNBC

---

questions, referring WND to the organization
sponsoring the $2,500-a-plate event, the
National Republican Congressional Committee.

Let's see what the Christian Taliban thinks about this move.
Well played, John. Well played.

06/15/2005 AT 10:33 PM | PERMALINK

TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/2654507

Listed below are links to weblogs that reference
AMERICAblog + Republican porn star coverage = Bad press for
President Bush:

Comments

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who
escorted porn star Mary Carey to June's GOP dinner with
President Bush, has found a new love interest: Washington
powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president
and CEO of Kick Ass Pictures, was in DC for the National
Republican Congressional Committee's annual President's
Dinner. He's honorary chairman of the NRCC's Business
Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN
about the private lunch he and Carey had with White House
Chief of Staff Karl Rove. "Mark's a wonderful guy and I think
this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating
such figures as venture capitalist Jonathan Ledecky (now
trying to buy the Washington Nationals), Univ. of Maryland
basketball coach Gary Williams, and spent time last August
with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.),
John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs
VP John McDonough and Democratic lawyer Julian Epstein.
She was engaged to John Daggett, AOL millionaire.

---

C

"Keep it c
when it n
in the cur
administr
morons th
calling th
morons ev
name. Th
feeders w
morons w
and a pla:

I

"... virtuc

R

"Apparent
Joseph Hι
now the v
Democrat
Congratu!
Hughes!"

"This one
mass of p
the form
blog. ... Bι
foaming c
guy is elo
his points
manner."

S H A M E
P L U G S

Casey's pf

Case 1:05-cv-01186-EGS   Document 71   Filed 03/11/2008   Page 95 of 143

National Public Radio

New York Times

Salon

The Athens NEWS

The Nation

The Onion

The Post

The Raw Story

Washington Post

Yahoo! News

ALLIES &
ACTION

ActBlue

America Coming Together

American Civil Liberties
Union

American Rights at Work

Americans United for
Separation of Church and
State

Americans for Gun Safety

Amnesty International

Bill of Rights Defense
Committee

Billionaires For Bush

Campus Progress

Canadian Alternative

Center for American
Progress

Common Cause

Democracy For America

---

POSTED BY: JIM KOHL | 08/09/2005

Post a comment

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:

URL:

☐ Remember personal info?

Comments:

[Preview]  [Post]

---

Guster

He Gu!

My Daily

My MyDD

My TPMCa

Radiohea

HE GU

Do you be

Elsewhere

Feinblog

MY BRAIN
THINGS M

Numbered

Plastic Pa

Reconstit

This is no

CATEG

Activism

Alma Mat

America's
Values

Christian

Current A

Destinatic

Do Somet

Electione

Fake New

Four More

Guest Cor

HFA Reco

Democratic Congressional
Campaign Committee

Democratic National
Committee

Democratic Senatorial
Campaign Committee

Grassroots for America

Greenpeace

Grow Ohio

Human Rights Campaign

Media Matters for America

MoveOn.org

NAACP

NARAL Pro-Choice America

NORML

National Organization for
Women

New Democrat Network

Ohio Democratic Party

Operation Truth

People For the American
Way

Petition Online

Planned Parenthood

Progressive Majority

Public Citizen

Rapid Response Network

Religious Coalition for
Reproductive Choice

Rockridge Institute

Save Roe

Humor

Office Spa

Pre-2004

PropaGan

Random (

Rants & R

Say What:

Sports

Tales Fro

Web Site

COMM
POLIC

I welcome
civil deba
America.
to delete
are abusi\
discriman
make thre
topic. I al
right to b.
from com
violations
rules.

RECEN
COMM

John on T
crisis

amadeus
Cindy cris

amadeus
Cindy cris

Soledad r
Hemmer I
one's wate
jackass?

Sierra Club

Southern Poverty Law
Center

The Brady Campaign to
Prevent Gun Violence

The Downing Street Memo

Tolerance.org

TrueMajority

Wellstone Action

Young Democrats of
America

## S O C I E T Y &
T E C H N O L O G Y

Apple

Defamer

Gawker

Gizmodo

Lifehacker

Mac Rumors

Wired News

## P R O F E S S I O N A L

AIGA

BE A DESIGN GROUP

Graphic Artists Guild

HOW

Mediabistro

The Creative Group

## S P O R T S

Bobcat Attack

Cleveland Browns

Cleveland Cavaliers

Joseph or
leaves CN
watching,
jackass?

Matt Lync
Hemmer l
one's wat
jackass?

W.D.Russ
Yes, I am.

Joseph or
crisis

John on T
crisis

Joseph or
America!
blogs! An
Condor!

**G O O G**
**P A G E**

Add me to
People lis

Subscribe









Cleveland Indians

ESPN

Ohio Bobcats

# PORN VALLEY NEWS .COM

**HOME    PHOTOS    INTERVIEWS    FREE PORN    ARCHIVES    GOT NEWS?**



August 06, 2005

## Mark Kulkis + CNN's Kathy Benz?

**Anonymous writes:** X-rated video mogul **Mark Kulkis**, who escorted porn star **Mary Carey** to June's GOP dinner with **President Bush**, has found a new love interest: Washington powerdater and **CNN** producer **Kathy Benz**.

The two met during an interview while Kulkis, 40, president and CEO of **Kick Ass Pictures**, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff **Karl Rove**. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist **Jonathan Ledecky** (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach **Gary Williams**, and spent time last August with Sirius CEO **Mel Karmazin** at his Hamptons home.

Her regular companions include Rep. **Pete Sessions** (R-Tex.), **John Sununu, Sr**, venture capitalist **Mark Ein**, Chicago Cubs VP **John McDonough** and Democratic lawyer **Julian Epstein**. She was engaged to John Daggett, **AOL millionaire**.

Search this site:

[ Search ]







A R C H I V E S

August 2005

July 2005

June 2005

May 2005

April 2005



**NAME: Jules**
**AGE: 18**
**ADORES:** Listening to R&B Music
**DESPISES:** Mean People
**SECRETLY WANTS:** to be a dancer in a rap video
**IS A SUCKER FOR:** muscular guys

**NUMBER OF PICS INSIDE: 132**
**VIDEO LENGTH: 49 MINUTES**

first time auditions

Posted by Ray :: Aug 6, 2005 :: Posted to News :: Permalink

March 2005

February 2005

January 2005

December 2004

November 2004

September 2004

August 2004

July 2004

May 2004

December 2003

August 2003

©2003-2005 DARK WORLD MEDIA :: LEGAL INFO



**FREE SEX LINKS**

Free SEX Samples!
California Pimp
Street Blowjobs
All Amateur Movies
Cheap Porn DVDs!
College Lesbian Orgies
Big Natural Tits
Dangerous Dongs
NEW Porn Girls!
Cum-Faced Teens
Boy's First Time
Girls Who Eat Cum
Tight Young Latinas
Girls Love Big Dicks
Tranny Surprise

Euro Sex Parties
Big Brown Asses
Wives in Pantyhose
VIP Club Sex Videos
Top Shelf Pussy
Fucking Hot Moms
Exploited Teens
All Sex Sites Access
Round and Brown
Cum Girls

P O W E R E D   B Y

Movable Type 3.121

S Y N D I C A T I O N

RSS FEED  XML

| resources | contact | about | volunteer | tv news | video | radio | print | questions |


**portland**
**independent media center**
*read it, write it, your site, your news... for southern cascadia*

search
☐ images ☐ audio ☐ video
all categories

english  espanol

**calendar**

newswire article                    commentary        global                19.May.2005

faith & spirituality | government | indigenous issues

ONGOING
FEATURES
Battle of the Biscuit


pdx(tv) news
pdx radio
pdx print
pdx video
**publish**

# Guess who's comin' to diner at the WH!

author: News Hound

Porn star and former gubernatorial candidate Mary Carey will be joining her boss, Kick Ass Pictures president Mark Kulkis, in attending a dinner with President Bush in Washington, D.C. on June 14.

🔗 http://www.avn.com/index.php?
Primary_Navigation=Articles&Action=View_Article&Content_ID=227238



Can someone please tell me what christian means, when you have pron stars dining with 1 pRsident? Is that what they mean by christain values?

**genres**
announcements
commentary
creative
questions
reporting
reposts

**add a comment on this artic**

**regions**
portland metro
oregon & cascadia
united states
global

**the power elite 1956**                                    20.May.2005 0

C. Wright Mills



THE POWER ELITE
C. WRIGHT MILLS

**topic pages**
9.11 investigation
actions & protests
alternative media
animal rights
anti-racism
arts and culture
bikes/transportation
community building
corporate
dominance
drug war
economic justice
education
election fraud
energy & nuclear
environment
faith & spirituality
forest defense
gender & sexuality
genetic engineering
government
health

**RIGHT ON TO WHO POSTED THIS!!!!! Everyone should know**                    20.May.2 0

do you care?

homelessness
human & civil rights
imperialism & war
indigenous issues
labor
legacies
media criticism
neighborhood news
police / legal
political theory
prisons & prisoners
social services
sustainability
technology
youth

**actions**
save the biscuit
cheney protests
may day
m19

dnc & rnc actions
ftaa miami & soa
wto cancun actions
a21 bush protests
wto sacramento
week of bombing
m20: day x
a22: bush protest
**all action pages >>**

**resources**
animal rights
bicycles
education
environment
faith
forest defense
genetic engineering
homelessness
labor
media
nuclear issues
peace+justice
political parties
prisoner support
sexuality
social services
street medics
sustainability
technology

**global imc network:**
www.indymedia.org
us.indymedia.org
oceania.indymedia.org
indymedia.org.uk

**Working Groups**
print
radio
satellite tv
translation tool
video

You know this is the most concise info. on this extremmely impt. topic because everyone need know about the child abuse, pornography and violence and more that is behind the taking over this Country and the filthy disgusting immoral and murderous folks who run the World---mostly I might add; however, there are some women who have been abused and are part of it...also D Icke writes well about all of it too!! He's the former BBC journalist...

## We Like Girls. (also)
20.May.2005 1

Tom

Could this be a conscious demonstration on behalf of the White House, after the documented overnight visits of Gannon/Guckert? The message: We have been reformed, we prefer girls.(al

## Damage Control
20.May.2005 1

A diversion from gannon/Gosch

This is a sleezy tactic, by the mainstream media to dispel the perverse notion, and correct perception that many if not most of the Illuminati power brokers( aka PUPPETS), posing as ele officials, residing in the White House and on Capitol Hill are actually raging pedophiles and homosexuals.

20.May.2005 1



## Bird of a Feather - Porn King and CNN
30.Jul.2005 1

Hal Malkin

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to I month's GOP dinner with President Bush, has found a new love interest: Washington powerda and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Pictures, was in DC for the National Republican Congressional Committee's annual President': Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hampton

portland.indymedia.org :: Case 1:05-cv-01760-EGS Document 71 Filed 03/11/2008 Page 106 of 143 who's comin' to diner at the WH!

Page 3 of 6

**Topics**
biotech
ftaa

**Africa**
ambazonia
canarias
estrecho / madiaq
south africa

**Asia**
beirut
burma
cyprus
india
israel
istanbul
jakarta
japan
palestine

**Caribbean**
puerto rico

**Europe: Central**
austria
germany
hungary
poland
slovenia
switzerland

**Europe: Eastern**
belarus
belgrade
bulgaria
croatia
kasimov
romania
russia

**Europe: Northern**
finland
norway
sweden

**Europe: Southern**
alacant
athens
barcelona
euskal herria
galicia
italy
la plana
madrid
malta
portugal
thessaloniki
valencia

**Europe: Western**
andorra
antwerp
belgium
grenoble
ireland
liege
lille
marseille
nantes
netherlands

home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capita Mark Ein, and Chicago Cubs VP John McDonough.

## Bird of a Feather - Porn King and CNN
Hal Malkin

03.Aug.2005 2

Images



*Jeff Kulkis*



*Kathy Benz*

add a comment on this artic

.. discussion from this artic

Case 1:05-cv-01760-EGS Document 71 Filed 03/11/2008 Page 107 of 143
portland indc - 2005.03.19 - G · 's who's comin' to diner at the WH!
Page 4 of 6

nice
oost-vlaanderen
paris
toulouse
west vlaanderen

**Europe: UK**
bristol
cambridge
leeds
liverpool
london
manchester
oxford
scotland
sheffield
south coast
west country

**Oceania**
adelaide
aotearoa
brisbane
jakarta
manila
melbourne
perth
qc
sydney

**South America**
argentina
bolivia
brasil
chile sur
colombia
ecuador
peru
qollasuyu
rosario
santiago
uruguay
valparaiso

**Turtle Island**

**Appalachia**
baltimore
charlottesville
dc
north carolina
philadelphia
pittsburgh
richmond
tennessee

**Cascadia**
bellingham
british columbia (ca)
portland
rogue valley
seattle
victoria (ca)

**Great Lakes**
buffalo
chicago
cleveland
columbus
hamilton (ca)
kitchener (ca)
madison

michigan
milwaukee
minneapolis/st. paul
ontario (ca)
rochester
toronto (ca)
thunder bay (ca)
windsor (ca)

**Great North Woods**
binghampton, ny
boston
danbury, ct
hudson-mohawk
maine
maritimes (ca)
montreal (ca)
new hampshire
new jersey
nyc
ottawa (ca)
quebec (ca)
vermont
western mass
worcester

**Great Plains**
austin
big muddy (so. illinois)
colorado
houston
kansas city
normal, il
north texas
oklahoma
omaha
urbana-champaign
winnipeg (ca)

**Inter Mountain**
arizona
las vegas
new mexico
reno
utah

**Mexico**
chiapas
oaxaca

**Mississippi Delta**
arkansas
new orleans
st louis

**South East**
atlanta
miami
tallahassee-red hills
tampa bay

**South West**
los angeles
san diego
san francisco bay area
santa barbara
santa cruz
tijuana (mx)

**Process**
fbi/legal updates
indymedia faq

who's comin' to diner at the WH!

mailing lists
documentaion project
tech
volunteer

why this cities list?

# 100 monkeys typing.

« That's HOT! | Main | Analogy or Can I Get an Iraq Flavored Fruit Roll-Up? »

## JULY 25, 2005

### JUST A LITTLE PIN PRICK

* Hate by any other name, is still <u>hate</u>.

> "Liberal congressmen have now introduced a bill adding 'sexual orientation' specifically to federal workplace protection," the pro-family spokesman says. "This would be the first time, if it passes, that Congress has created a special civil-rights category for sexual orientation."
>
> (...)
>
> If the legislation passes, he adds, it could set America on a downward spiral into depravity and, meanwhile, open the floodgates to all sorts of special rights groups.

* How do you effectively protect an entire planet from religious <u>zealotry</u>?

* A fair and balanced look at the <u>flag desecration</u> issue from the right.

* Doin' it by the numbers isn't effective if you're using the wrong numbers, a POV on the <u>Iraqi bodycount</u>.

* Increasingly fascinating is, that no matter how bad the screw-ups, how egregious the misleading of the voters, how catastrophically bad the war is managed and how criminal the administrative leaks are, the GOP do not deviate from their <u>blind faith</u> to their leader.

* Talk about a match made in heaven... a <u>porn mogul and a CNN producer</u>. Might even make Larry King worth watching.

Posted by kerry at July 25, 2005 02:11 AM

## COMMENTS

So what the point, that Kathy Benz is a slut?

Posted by: cb at July 25, 2005 05:17 AM

Slut? Who cares about slutty? It's the news, remember? The upcoming special edition with Robert Novak's tutoring of Anderson Cooper might be PPV now, though. ;)

Posted by: kerry at July 25, 2005 05:25 AM

Christians have been taken for a ride and they don't even know it. Do they really understand the basis for their homophobia? A lot of wealthy people, think tanks and politicians have successfully defined and framed what it means to be a Christian in America. It's the most brilliant marketing campaign of all time. Christians have been led to believe that they have shaped politics when it's actually the politicians who have shaped them. They've allowed these outside forces to dictate their dogma. They obediently demonize whatever and whomever the campaign specifies. They have dutifully followed the "sexual sin is the greatest sin" carrot. They've blindly focused on sex because the right-wing marketing machine feeds this to them knowing the simple-minded will gobble it up. Because it's so much easier than (gasp!) actually thinking for themselves. It's incredibly easy to program the willing. But most importantly the political strategy of distraction prevents loyal followers from focusing on the most egregious sin of all – worshipping money and material gain – which obviously would be counterproductive to the Repug cause. Christians have been played and they are oh-so-blissfully unaware. It's unbelievably pathetic.

Posted by: lulu at July 25, 2005 08:19 AM

Hey Kerry,
THanks for the link! I appreciate that!

Posted by: media in trouble at July 26, 2005 04:14 AM

## POST A COMMENT

Name:

Remember personal info?
○ Yes    ● No

Email Address:

URL:

Comments:

Preview    Post

*Watching The Watchers* — Blacklisted and PROUD

Front Page + Everything + News + Diaries

People must realize that even with all these comforts, all this money and a GNP that increases every year, they are still not happy. They have to understand that the real culprits are our unceasing desires. Our wants have no end.

-His Holiness the Dalai Lama, "Imagine All the People"

*Blogads*

Capitol Hill Workshop



# Capitol Hill Workshop

**Sept. 21–23, 2005**

The definitive non-partisan CQ overview of how Congress works.

Best seminar ever.
- *Systems Analyst, DFAS*

I strongly encourage a wide variety of colleagues to take this course.
- *Program Manager, Human Resources, State Dept.*

TheCapitol.Net Congressional Quarterly Exec. Conferences

*Read More...*

**Finally, programming for the rest of us!**



Tired of programmers who don't deliver? Tired of looking for help with a small job and getting taken for a ride? The team at MyPetProgrammer.com can help!

*Read More...*

# Porn King and CNN Producer

By Anonymous, Section News
Posted on Fri Jul 22, 2005 at 10:52:25 AM EST



http://whatshappeningatcnn.blogspot.com/

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, may have found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two are rumored to have met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she is said to have told girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and is said to have spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

< Toon of the moment (1 comments) | Bush Stops New Abu Ghraib Photos (1 comments) >

**Menu**

+ create account
+ faq
+ search

**Login**

**Make a new account**

Username:

Password:

[ Login ]  [ Mail Password ]

**Related Links**

+ Scoop
+ http://wha tshappeningatcnn.blogspot.com
+ More on News
+ Also by Anonymous

*Advertise here*

# MEDIA
# BLOGGERS
mediabloggers.org

**Superbowl Tickets**
- Alpha Tickets guarantees
the lowest prices on 2006
Superbowl XL Tickets



Display: Threaded    ▨ Sort: Highest Rated First    ▨ Oldest First ▨  [ Set ]

Porn King and CNN Producer | **1** comment (1 topical, editorial, 0 hidden)

---

**Re: Porn King and CNN Producer** (none / 0) (#1)
by ~A! on Fri Jul 22, 2005 at 07:32:35 PM EST

Wow, that's.... insignificant.

~A!

Porn King and CNN Producer | **1** comment (1 topical, 0 editorial, 0 hidden)

Display: Threaded    ▨ Sort: Highest Rated First    ▨ Oldest First ▨  [ Set ]

SOURCEFORGE .net    powered by (Scoop)

[ Search ]

All trademarks and copyrights on this page are owned by their respective companies. Comments are owned by
the Poster. The Rest © 2004 The Management

create account | faq | search

 **BLOG**     *Breaking News and Insider Views*

« Bush Will Reportedly Nominate "Rock-Solid" Conservative U.S. Circuit Judge John Roberts Jr... | Main | Sean Carney Out at Hustler; Al Underwood In »

**July 20, 2005**

## Kulkis Kicks MacKinnon's Ass

Industry veteran Mark Kulkis is turning out to be quite the Renaissance man. One-time *AVN* managing editor, Kick Ass president, Mary Carey's California gubernatorial campaign manager, dining partner of President Bush and Karl Rove and now legal affairs writer. Mark has an opinion piece in today's Los Angeles Daily Journal, the nation's largest legal daily newspaper, rebutting a new essay by University of Michigan law school professor Catharine MacKinnon, the notoriously rabid anti-porn crusader (the feminist left's equivalent of sorts to the religious right's American Family Association and similar ilk).

The piece follows; more on it on *AVN*.com later this afternoon:

July 20, 2005

MACKINNON'S ANTI-PORN CRUSADERS: THOUGHT POLICE IN DISGUISE

Forum Column

By Mark Kulkis

I might be expected to have a bias against feminists because I make my living producing pornography. But nothing could be further from the truth. I'm all for equal rights for women in every aspect of society, and I'm a great admirer of real feminists such as Camille Paglia.

But University of Michigan law school professor Catharine MacKinnon is something different. Her idea of equal rights seems to be an Orwellian matriarchy in which men are punished for thoughts. In fact, this is exactly what she proposes in her new collection of essays, "Women's Lives, Men's Laws."

In the book's last section, "Pornography as Sex Inequality," MacKinnon argues that porn harms not just the women who star in it, not just the women who see it, but every woman who comes into contact with any man who has seen it. In other words, all women everywhere. She feels that this "harm" (which she calls "civil denigration") should be actionable through civil lawsuits against porn producers.

Oh, that got your attention, didn't it? I know what you're thinking: MacKinnon is a genius! Who could be a more unsympathetic y deep-pocketed defendant than the porn industry, with annual revenues of more than $10 billion? But before you start salivating a over your power ties, you should know that MacKinnon's shrill diatribe is a disaster for a number of reasons.

For starters, MacKinnon obviously has not done her homework. She makes blanket statements about porn that from my experien are patently untrue. For example, her contention that sexual violence increases when porn becomes more available in a society h never been supported by any reputable study. In fact, just the opposite seems to be true. The most misogynistic cultures (Saudi Arabia and Iran come to mind) are those with the strictest censorship; while some of the least misogynistic, such as Sweden, we the first to lift restrictions on porn.

I have to wonder whether MacKinnon has ever seen a hardcore porn movie. Just listen to her describe them: " ... women are see being bound, battered, tortured, humiliated and sometimes killed."

Killed? What fantasy world is MacKinnon living in? "Snuff films" may be popular as urban legends or fodder for sensational Hollywood films, but no law enforcement agency in the world has ever found evidence of one. Similarly, no mainstream porn mov would ever feature a woman being bound or harmed. Fetish films, yes, but those don't feature sex.

And if MacKinnon had done her research, she would have realized that "fem dom" fetish films, in which men are the subjects of t beatings, are just as popular if not more so than the reverse. But these are the kinds of outdated myths MacKinnon uses to boist her arguments.

MacKinnon also dredges up the tired old argument that porn "objectifies" women. It's high time to retire this hackneyed phrase.

Our society is brimming with examples of humans being objectified. Look at boxing, for example. How could two people be more objectified than to be turned into human punching bags for the viewing pleasure of a paying audience? And yet, nobody ever complains about that, in terms of objectification. Is it because violent objectification is OK, but sexual objectification is not? Or because boxers, who are men for the most part, are assumed to be intelligent enough to consent to being objectified? Is that equality?

If being "objectified" means a young woman can get paid 100 times more than working behind the counter at McDonald's, then shouldn't she have that choice? Aren't assembly-line workers in Detroit objectified by being turned into human drills and screwdrivers? Marxism tried to stir up people's passions by using equally meaningless but emotionally charged expressions. MacKinnon appears headed down the same road to irrelevancy.

Tellingly, the anti-porn civil rights hearings that MacKinnon and her compatriot Andrea Dworkin held in the early 1980s bore only one short-lived fruit, when the city of Indianapolis passed a version of their model ordinance. It was promptly struck down by the federal courts in 1984 as a violation of freedom of speech. Many civil rights groups opposed it, including a group called the Femir Anti-Censorship Task Force, which filed an amicus curiae brief - earning MacKinnon's special wrath.

Discerning readers will recognize MacKinnon's warped form of feminism as the backward-thinking censorship that it is. For the majority of Americans, porn is a form of escapist entertainment that can be enjoyed alone or with a partner, and can even be a learning tool to explore the vast universe of possibilities in the bedroom. What's so wrong with that?

*Mark Kulkis is president of Los Angeles-based Kick Ass Pictures, which produces hardcore adult movies. He managed porn actres: Mary Carey's run for governor during the California recall election.*

---

Posted by Mr.MikeRamone at July 20, 2005 01:26 PM

**Trackback Pings**

TrackBack URL for this entry:
http://www.avn.com/blog/mt-tb.cgi/287

**Comments**

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief c Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

---

Posted by: Anna Lla at August 1, 2005 04:31 PM

---

Kulkis told me at the recent Night of the Stars that this purported "romance" is news to him. Now maybe Mark was just playing it close to the vest or maybe just maybe the author of the story got the female's name wrong. Maybe Kulkis is actually having a romance with NIKKI Benz.

---

Posted by: Mike Ramone    at August 1, 2005 10:43 PM

Kulkis is a dork.

Sorry.

Posted by: Guy Le Douche at August 19, 2005 10:28 AM

## Post a comment

If you have a TypeKey identity, you can sign in to use it here.

Name:

Email Address:

URL:

Remember Me?  ○ Yes   ● No

Comments:

[ Preview ]  [ Post ]

**AVN Online   Adult Video News   AVN Awards   GAYVN**
**Erotica LA   Internext Expo   Adult Expo   Adult Novelty Expo**

.:digital dope:. Carey Scary?

Blogger | [        ] SEARCH BlogThis!    GET YOUR OWN BLOG  FLAG?  NEXT BLOG»

# .:DIGITAL DOPE:.

A : SN → SN

**WEDNESDAY, JUNE 22, 2005**

## Carey Scary?



Some conservative Christians are still in a snit over **Mary Carey's** appearance at a Repub fundraiser where the Prez was speaking. Get over it. Newsflash: Jesus had a reputation of hanging out with prostitutes, drunkards and tax collectors (and deriding religious power players). He apparently liked their company and preferred it to the religious leaders. So why are Christians so quick to cast stones at Bush as well as Ms. Carey who is excercising her freedoms by attending? After all, wasn't it the pharisees who denounced Jesus over his choice of company? I'm not comparing Bush to Jesus, I'm comparing the criticism of Bush/Cary *by Christians* to that leveled against Jesus and his pals *by Pharisees*. As far as the Prez goes, he's the leader for all Americans, Ms. Carey included. Why is this so hard for some people to understand?

Furthermore, a wry observer eager to poke a finger in hypocrisy might note that according to recent stats (gathered by evangelicals) 35% of evangelical Christian women are surfing porn online (God only knows how many evangelical men are.) So perhaps Ms. Cary simply wanted to acknowledge an important part of her

**ABOUT ME**

SHERRIE GOSSETT
WASHINGTON, D.C.

VIEW MY COMPLETE PROFILE

**PREVIOUS POSTS**

You'll have to read my previous post The Dialecti...

The Dialectic of Desire

Map your political orientation

Sexual blacklist, anyone?

Here's a shot of my Paul Reed Smith Custom 24 Braz...

The Born-Again Individualist

My Schecter Classic -with .10's on top. Coil-split...

Crater

Hamza non grata

Most people don't realize that under the conservat...



.::digitaldope::. Carey scary?    Case 1:05-cv-01760-EGS    Document 71    Filed 03/11/2008    Page 119 of 143

Page 2 of 2

constituency: conservative Xtans and Republicans.

POSTED BY SHERRIE GOSSETT AT 3:42 AM

--------------------------------------------------------------------------------

1 COMMENTS:

Anonymous said...

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

3:41 PM

POST A COMMENT

<< Home

Blogger™ [          ] [SEARCH] BlogThis!                    [GET YOUR OWN BLOG] [NEXT BLOG»]

# News From Underground

**Saturday, June 18, 2005**

## Mary Carey "a fully converted Republican"

Pornography in the Service of God/Bush
By Lonna Gooden VanHorn
June 17, 2005

A porn star, Mary Carey, and her boss, Mark Kulkis, president of "Kiss Ass Pictures" were invited to our "family values" President's Dinner and Salute to Freedom on June 15th. It appears our president has "broadened" his horizons, pardon the pun.

But, not to be alarmed, Mary Carey, like Bush, says she is a Christian.

Mary also said she would like to party with Bush's daughters, they seem like they would be "fun,"

If you recall at the RNC, the twins said they were enjoying being young and irresponsible just like their dad had been young and irresponsible.

Read more.

posted by MCM at 11:21 AM Permalink

### 1 Comments:

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National



Coming Oc

FOO
AG

How the Right Sta
& Why They'll Ste
(Unless W
By the author of:
MARK CRIS

### About Me



Nan
Mill
Loc
City
Stat

Author of Boxed in
TV, The Bush Dysf
Observations on a
and, Cruel and Un
Bush/Cheney's Ne

Most recently, Mill
performed in "A P:
chilling indictment
to subvert the US
replace American
religious values. C

View my compl

Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Previous

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, and Chicago Cubs VP John McDonough.

By Anonymous, at 4:05 PM

Gold Star famili
A query for the
Your responses
Meanwhile, it g
HERE....
The entire floor
Village Voice st
Teresa Chambe
Good news fron
another corresp
Three more on
Just a click awa

Post a Comment

<< Home

RSS / Syndicate    Copyright © 2005 Mark Crispin Miller

043754

free counter by bravenet

# Save The GOP

[Go!]

- Home
- About
- Contact
- RINO Watch List

---

## Mary Carey and Karl Rove

*June 16th, 2005*

I thought this was sort of interesting. I am sure y'all all know that Bush recently had a fundraising dinner in DC for all the high rollers who want to contribute to the House and Senate GOP general campaign funds. What you may not know is that Mary Carey was in attendance. Mary Carey is of course a world famous hardcore porn starlet who ran against Arnold Schwarzenegger (along with many others) for the governorship of California after Gray Davis was recalled.

> "I met a lot of nice people," Carey said of the lunch, where presidential adviser Karl Rove spoke. "I met some people who talked about helping me with donating money to my next campaign."

> She plans to run for lieutenant governor of California next year as an independent. But her trip to Washington has swayed Carey's political leanings. She says she's been a Republican "for a couple of days."

Jerry Falwell is going nuts right now. I won't link to Mary's "official" website, if you want to see what it (and she) look like then it's not too hard to find. I sure didn't have much trouble 😊

UPDATE:

Ok, ok just one picture though. I had to search long and hard to find a suitable picture that upheld Save the GOP's . . . uhmmm rigorous adherence to family-values. After many, many failures I finally found this:

[×] Mary Carey

(actually it wasn't that hard to find, this is one of the original pics that came with the story)

Entry Filed under: Senate 2006, House 2006

## 18 Comments Add your own

---

- **1.** Anonymous | July 15th, 2005 at 1:38 am

  You can also take a look at some relevant information dedicated to.

- **2.** <u>free casino cash&hellip</u> | July 17th, 2005 at 4:49 am

  **free casino cash**
  You can also take a look at some helpful info about play roulette blackjack rules

- **3.** Anonymous | July 17th, 2005 at 6:25 am

  Hi My wife and I would like to thank you all for this web site. Hours of pleasure and all

- **4.** <u>online casino sites&hellip</u> | July 17th, 2005 at 2:45 pm

  **online casino sites**
  In your free time, check the sites on online casinos slot machines casino games

- **5.** <u>slot machines&hellip</u> | July 17th, 2005 at 11:06 pm

  **slot machines**
  You may find it interesting to check some relevant pages in the field of online casino gambling casino on net

- **6.** <u>online casino games&hellip</u> | July 19th, 2005 at 1:10 am

  **online casino games**
  Take your time to check out some relevant pages dedicated to online casino casino gambling

- **7.** <u>build a texas holdem tabl&hellip</u> | July 22nd, 2005 at 1:39 am

  **build a texas holdem table**
  You may find it interesting to check some relevant pages dedicated to basic texas holdem

- **8.** <u>morning after pill&hellip</u> | July 22nd, 2005 at 1:50 pm

  **morning after pill**
  You may find it interesting to check out some relevant information in the field of allegra ambien

- **9.** <u>free slots&hellip</u> | July 24th, 2005 at 2:13 am

  **free slots**
  In your free time, check some information dedicated to blackjack free slots

- **10.** Anonymous | July 24th, 2005 at 1:08 pm

  Just stopped by to visit and got the crunch on your stuff in here - bravo!

- **11.** <u>phentermine&hellip</u> | July 28th, 2005 at 4:53 pm

**phentermine**
You are invited to take a look at some relevant pages about phentermine online viagra online

- **12.** texas holdem strategy han&hellip | August 1st, 2005 at 8:04 pm

**texas holdem strategy hand**
You may find it interesting to check some information dedicated to Instructions on How to Play Texas Holdem

- **13.** Tom Scott | August 6th, 2005 at 10:35 pm

But Will Their Children Produce Porn News?

(BEVERLY HILLS) — X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

http://portland.indymedia.org/en/2005/05/317721.shtml#181029

- **14.** Anonymous | August 10th, 2005 at 11:20 am

Warm greetings! Thanks for all the information, a very nice and well done site! Cheers.

- **15.** buy viagra&hellip | August 12th, 2005 at 1:54 am

**buy viagra**
Please check some relevant pages on cheap phentermine cheap viagra phentermine

- **16.** blackjack&hellip | August 13th, 2005 at 10:12 pm

**blackjack**
Take your time to take a look at the pages about online casinos roulette

- **17. bet** | August 16th, 2005 at 7:44 pm

  Thank you, I just wanted to give a greeting and tell you I like your website very much.

- **18.** Texas Holdem Probabilitie&hellip | August 19th, 2005 at 12:42 pm

  **Texas Holdem Probabilities**
  Please take a look at the sites on official texas holdem rule

# Leave a Comment

Name _____

Email                    *hidden*

Url _____


Comment

Submit

**Some HTML allowed:**
<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <code> <em> <i> <strike> <strong>

Trackback this post | Subscribe to the comments via RSS Feed

---

# *Calendar*

June 2005

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

<u>« May</u>        <u>Jul »</u>

# *Most Recent Posts*

- <u>RINOs In Charge</u>
- <u>Whither fiscal conservatives?</u>
- <u>Toomey Redux</u>
- <u>Patrick Ruffini's BIG ONE</u>
- <u>Freedom Fighters in PA</u>
- <u>Tancredo Update</u>
- <u>CRNC Sends Out 7 Field Reps</u>
- <u>Andrew Young, A True Patriot</u>
- <u>Iraqi Constitution Info</u>
- <u>Site Update</u>

---

© Copyright 2005 Save The GOP. All rights reserved.
<u>Blix Theme</u> by Sebastian Schmieg. Icons by <u>Kevin Potts</u> . Powered by <u>WordPress</u> . <u>Login</u>



**STRAYER**
UNIVERSITY

**Work full time?    Study part time.**

• Associate in Arts
• Bachelor of Business Administration
• Bachelor of Science

• Master of Business Administration
• Master of Science
• Master of Science in Professional Accounting

## Daniel Rubin



Reporter at the Philadelphia Inquirer since 1988, except from 2000 to 2003, when I was Knight Ridder's European correspondent, based in Berlin. **Latest job:** covering the business of entertainment.
· View my complete profile

### Email

It was a wise man who said news is a conversation. Let's talk. Please comment on what moves you. If you email me, I might want to quote from it. Unless you tell me it's private. I honor confidences.

### Local Interest

The Rittenhouse Review
Suburban Guerrilla
slacktivist
The700Level.com Philly Sports Talk, For Fans, By Fans. By Enrico.
The All Spin Zone
Sarcasmo's Corner
Philly Future Urbi et Orbi - The News YOU Write - Since 1999
philly
iFlipFlop
How Appealing
Good Grief! Does this blog make my butt look big
Eschaton
Daily Saily
Citizen Mom
blonde sagacity
Blankbaby
Balls, Sticks and Stuff
Attytood
artblog
Afro-Netizen™
A Smoke-Filled Room
A List Of Things Thrown Five Minutes Ago
[s h a l l o w c e n t e r]
:::Philebrity...media, culture, music and more:::

« What's in YOUR iPod? | Main | Cashed Out »

June 15, 2005

# The President and the Porn Star



STAR-SPANGLED: Carey above D.C.

Not that president.

Last night, porn star and former California gubernatorial candidate Mary Carey, got to dine with President Bush at a fund raiser for fellow GOP heavy hitters. That is Carey, above, decked out in patriotic garb for a publicity photo, courtesy of Radar Magazine.

Fulfilling a long-time dream to press the .... ok, I'll do this straight. The star of *Everybody Likes Big Boobies* was attending the National Republican Congressional Committee with Mark Kulkis, president of Kick Ass Pictures. According to Adult Video News (this is a first-time citation for Blinq), "Kulkis serves as an Honorary Chairman on the NRCC's Business Advisory Council, a group of business people who advocate a progressive, pro-business agenda. His company produces hardcore adult videos with a guarantee of 'No Fake Boobs & No Condoms.' " When Carey ran in the 2003 California Recall Election, Kulkis served as her campaign manager.

Kulis told Radar Magazine that the GOP came to him. He put his company's name a pro-Republican ad in the *Wall Street Journal*, then received an invitation and paid for two $2,500 tickets. NRCC spokesman Carl Forti conceded as much to the AP and said, "Their money was donated to the NRCC. The NRCC's job is to elect Republicans. We'll take that money and use it to elect more Republicans."

Carey told the magazine that meeting Bush had always been one of her dreams. She and Kulkis were to first attend a luncheon with presidential adviser Karl Rove, whom she describes as "very sexy," and later sup with the prez.

### Categorie

Americana
Breaking New
City Life
Education
Food and Drir
Games
Lit
Media
Modern Times
Movies
Music
Poli Sci
Science
Sex
Sports
Stuff
Travel
Weblogs
Web/Tech

## Poli Sci
skippy the bush kangaroo
pandagon.net - we served with john
kerry, too
lgf the terrible infant speaks
The Daily Howler
The American Times
Oliver Willis Like Kryptonite To Stupid
Instapundit.com
Informed Comment
Daily Kos Political Analysis and other
daily rants on the state of the nation.

## Foreign P.O.V.
signandsight
International - SPIEGEL ONLINE -
News
Guardian Unlimited Newsblog
Global Voices Online
Economist.com
BerlinBites

## Media Mania
Bayosphere Of, by and for the Bay Area
Blogspotting - BusinessWeek Online
CJR Daily Home
First Draft by Tim Porter
Hypergene MediaBlog
Online Journalism Review
Poynter Online - Romenesko
PressThink
Reflections of a Newsosaur
editorsweblog.org

## One-stop
BuzzMachine... by Jeff Jarvis
Daypop Top 40 Links
DeepBlog.com An Easy Guide & Portal
to Great Blogs
Joho the Blog
PubSub
Technorati What's happening on the
Web right now
The Command Post - A Newsblog
Collective
The Huffington Post The Front Page

## Arts, Culture, Cheap Thrills
stereogum
songsillinois
said the gramophone
music (for robots)
largehearted boy, a boy, a girl and his
radio
Wonkette
WFMU's Beware of the Blog
THE TOFU HUT
Spoilt Victorian Child
Jazz And Conversation
Gawker
Fluxblog Enemies Of Fun, Stand Down!
WE WILL FIGHT YOU!
Blogcritics.org

"President Bush is pretty good looking," she told Radar. "It'll be fun. He seems like a party animal. Look at his daughters — they obviously get it from somewhere. I'd love to party with them."

If this was Clinton, she'd have been dining in a glass booth.

---

Posted by Daniel Rubin at 01:26 PM in Poli Sci
Permalink

## Comments

Unlike Clinton, however, Bush is screwing the entire nation.

---

Posted by: Tom | June 15, 2005 03:56 PM

HA! And they say Radar circ. isn't doing well!

---

Posted by: PLD | June 15, 2005 04:12 PM

If you have the money or the equipment you can buy your way into influence, the rest of us can just watch.

---

Posted by: JP | June 16, 2005 08:08 AM

If you have the money or the equipment you can buy your way into influence, the rest of us can just watch.

---

Posted by: JP | June 16, 2005 08:08 AM

Not anywhere near Marilyn, but WAY better than Monica! ;)

---

Posted by: ALa | June 19, 2005 01:15 PM

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

ArtsJournal Blog Central
Arts and Letters Daily - ideas, criticism, debate

## It's Technical

Slashdot News for nerds, stuff that matters
Gizmodo
Dynamist Blog
Boing Boing: A Directory of Wonderful Things

## Philly.com

Business
Education
Entertainment
Health
Home
News
Obituaries
Philly Women
Philly.com Homepage
Sports
Today's Daily News
Today's Inquirer
Travel

## Recent Posts

Social Conscience U.
Brand Name Bloggers
Was I Talking Out Loud?
Bontemps Roulez
Mickey Mouse Move?
Sideways With Fly-Fishing
Chasing Mohamed Atta
Can't Get No
Welcome Aboard
Feed Me

## Archives

August 22, 2005 - August 28, 2005
August 15, 2005 - August 21, 2005
August 8, 2005 - August 14, 2005
August 1, 2005 - August 7, 2005
July 25, 2005 - July 31, 2005
July 18, 2005 - July 24, 2005
July 11, 2005 - July 17, 2005
July 4, 2005 - July 10, 2005
June 27, 2005 - July 3, 2005
June 20, 2005 - June 26, 2005
June 13, 2005 - June 19, 2005
June 6, 2005 - June 12, 2005
May 30, 2005 - June 5, 2005
May 23, 2005 - May 29, 2005
May 16, 2005 - May 22, 2005
May 9, 2005 - May 15, 2005

## blinq =

a contraction of blog and Inquirer. Fast, but not ephemeral. And it's part of the newspaper, the filtered, mainstream aggregator that pays me.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

Posted by: Eric Cabot | August 9, 2005 08:24 PM

## Post a comment

Name:

☐ Remember personal info?

Email Address:

URL:

Comments:

[ Preview ]  [ Post ]

Advertisements

## The Point

I cover the blogosphere, trawling the 11 million sites of vaunted wisdom and unvarnished pablum so you don't have to.

## A Disclaimer

This site contains links to other Web sites. We have no control over the content or privacy practices of those sites.

Syndicate this site XML

Add me to your TypePad People list

Powered by TypePad

listed BLOGSHARES 

### University of Phoenix Online

**ASSOCIATES**
Associate of Arts in General Studies

**UNDERGRADUATE**
Bachelor of Science in Business/Accounting
Bachelor of Science in Business/Administration
Bachelor of Science in Business/e-Business
Bachelor of Science in Business/Management
Bachelor of Science in Business/Marketing
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Health Care Services
Bachelor of Science in Information Technology
Bachelor of Science in Management
Bachelor of Science in Nursing

**GRADUATE**
Master of Arts in Education
Master of Business Administration

**Click Here**

About Philly.com | About the Real Cities Network | Terms of Use & Privacy Statement | About Knight Ridder | Copyright

**B Blogger** | [SEARCH] BlogThis! | GET YOUR OWN BLOG ¶ FLAG? NEXT BLOG»

# HOT FLASH HELL

### ONE WOMAN'S VIEW OF POLITICS, CULTURE AND HORMONAL IMBALANCE

**TUESDAY, JUNE 07, 2005**

## Risky Business

The Washington Post reports that porn star (and former California gubernatorial candidate) Mary Carey and her boss, porn producer Mark Kulkis, will be among those attending a fundraising dinner for George Bush in June. According to Kulkis:

> "...you won't find a group of people more pro-business than pornographers."

> Contemplating a run for California lieutenant governor next year, the voluptuous actress says she hopes to network with GOP officials here. "I'm especially looking forward to meeting Karl Rove," she cooed in a statement. "Smart men like him are so sexy."

Define "network", please.

Wait a minute, Karl Rove is *sexy*?? Are we sure this isn't **Jeff Gannon** in drag?

First there was "military, male, discreet" Gannon/Guckert, and now this. Who knew Republicans were so kinky?

POSTED BY PETRA AT 4:19 PM

**2 COMMENTS:**

Zen Angel said...

One of your best posts yet! I love it.

6:09 PM

---

**ABOUT ME**



PETRA HEGGER

Who wants to know?

VIEW MY COMPLETE PROFILE

**PREVIOUS POSTS**

Uh, Why?

Elephants in the Room

Things get Worse...

We Remember...

Mega-mania?

Thanks J

And Furthermore...

I'm In Hot Flash Hell!!

Weird/Wonderful Science

My Honest-to-God (!) Last Post About Religion (for now)

**LINKS**

Daily Kos

Talking Points Memo

Baghdad Burning

Iraq Dispatches

Informed Comment

Electronic Iraq

Real Climate

Redrock Critter

Anonymous said...

But Will Their Children Produce Porn News?

(BEVERLY HILLS) -- X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to June's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two met during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

Her regular companions include Rep. Pete Sessions (R-Tex.), John Sununu, Sr, venture capitalist Mark Ein, Chicago Cubs VP John McDonough and Democratic lawyer Julian Epstein. She was engaged to John Daggett, AOL millionaire.

http://portland.indymedia.org/en/2005/05/317721.shtml#181029
7:36 PM

POST A COMMENT

<< Home



Search this blog:

Search

» Blogs that link here

Technorati



What's Happening at CNN: Baron + CNN Producer

**Blogger**     SEARCH  BlogThis!     GET YOUR OWN BLOG  NEXT BLOG»

# What's Happening at CNN

**From Atlanta to NYC to DC and ALL CNN bureaus around the world, we bring you the latest happenings at CNN!**

**Contributors**
DCG
Markus

Contact News Blogger

Anonymous Tip Link

E-mail Blogman

Industry News
Broadcasting and Cable
Multichannel News
Big News Network
TV Spy
TV Week
Media Life
World Screen News
Media Channel.org
CNN News from The Atlanta Journal-Constitution
Cyber Journalist

Blogs/Sites
CNNFan Website
B and C Beat
CNN Coverage Notes
I Want Media
Inside Cable News Blog

Thursday, July 21, 2005

## Porn Baron + CNN Producer

Source: Let's just say from the web X-rated video mogul Mark Kulkis, who escorted porn star Mary Carey to last month's GOP dinner with President Bush, has found a new love interest: Washington powerdater and CNN producer Kathy Benz.

The two only met a month ago during an interview while Kulkis, 40, president and CEO of Kick Ass Pictures, was in DC for the National Republican Congressional Committee's annual President's Dinner. He's honorary chairman of the NRCC's Business Advisory Council, a roundtable of millionaire entrepreneurs.

Benz denies she's cozying up to Kulkis to get a scoop for CNN about the private lunch he and Carey had with White House Chief of Staff Karl Rove. "Mark's a wonderful guy and I think this could be the real thing," she tells girlfriends.

Benz, 35, is known in Washington power circles for dating such figures as venture capitalist Jonathan Ledecky (now trying to buy the Washington Nationals), Univ. of Maryland basketball coach Gary Williams, and spent time last August with Sirius CEO Mel Karmazin at his Hamptons home.

# posted by DCG @ 2:22 AM

## << Home





The Huffington Post

Poynter Online

The National Debate Blog

DCRTV

FTV Live

Lost Remote TV Blog

NewsLab

Newsblues.com

CNN vs FNC

Buzz Machine

Gawker

Rantingsprofs

Wonkette

TV Barn

The Idea Man

TWC Classics

## Cable News Message Boards

Talking Heads

CNN Fan Message Board

Media Line's Open Line

TV Spy WaterCooler

TWC Classics Forum

## My Other Blogs

Arkansas TV News Blog

Atlanta Braves Blog

## Other Links

CNN.com

CNN-International Stream

Listen to CNN Radio

Buy CNN Gear Here

Atlanta Braves- Official Site

The Weather Channel



Subscribe to this feed through My Yahoo!:

add to MY YAHOO!

## archives

08/15/2004 - 08/21/2004
08/22/2004 - 08/28/2004
08/29/2004 - 09/04/2004
09/05/2004 - 09/11/2004
09/12/2004 - 09/18/2004
09/19/2004 - 09/25/2004
09/26/2004 - 10/02/2004
10/03/2004 - 10/09/2004
10/10/2004 - 10/16/2004
10/17/2004 - 10/23/2004
10/24/2004 - 10/30/2004
10/31/2004 - 11/06/2004
11/07/2004 - 11/13/2004
11/14/2004 - 11/20/2004
11/21/2004 - 11/27/2004
11/28/2004 - 12/04/2004
12/05/2004 - 12/11/2004
12/12/2004 - 12/18/2004
12/19/2004 - 12/25/2004
12/26/2004 - 01/01/2005
01/02/2005 - 01/08/2005
01/09/2005 - 01/15/2005
01/16/2005 - 01/22/2005
01/23/2005 - 01/29/2005
01/30/2005 - 02/05/2005
02/06/2005 - 02/12/2005
02/13/2005 - 02/19/2005
02/20/2005 - 02/26/2005
02/27/2005 - 03/05/2005
03/06/2005 - 03/12/2005
03/13/2005 - 03/19/2005
03/20/2005 - 03/26/2005
03/27/2005 - 04/02/2005
04/03/2005 - 04/09/2005
04/10/2005 - 04/16/2005

04/17/2005 - 04/23/2005
04/24/2005 - 04/30/2005
05/01/2005 - 05/07/2005
05/08/2005 - 05/14/2005
05/15/2005 - 05/21/2005
05/22/2005 - 05/28/2005
05/29/2005 - 06/04/2005
06/05/2005 - 06/11/2005
06/12/2005 - 06/18/2005
06/19/2005 - 06/25/2005
06/26/2005 - 07/02/2005
07/03/2005 - 07/09/2005
07/10/2005 - 07/16/2005
07/17/2005 - 07/23/2005
07/24/2005 - 07/30/2005
07/31/2005 - 08/06/2005
08/07/2005 - 08/13/2005
08/14/2005 - 08/20/2005

0344504

**Benz, Kathy**

| | |
|---|---|
| **From:** | Kent, Phil [phil.kent@turner.com] |
| **Sent:** | Monday, August 22, 2005 4:49 PM |
| **To:** | Benz, Kathy |

**Importance:**     High

Kathy Benz:

An item apparently detailing your social connections appearing in last
Friday's "Washington Examiner" that was brought to my attention by our
PR
staff is precisely the type of publicity that we do not need at CNN.

I am also aware of several articles of a similar nature on the Internet.
I
would strongly warn you to maintain better boundaries between your
personal
life and your employment.  This is critical to maintain the professional
integrity of our product.

Thank you for your cooperation.

Phil Kent

EXHIBIT
13

## Benz, Kathy

| | |
|---|---|
| **From:** | Gupta, Sanjay |
| **Sent:** | Sunday, July 31, 2005 3:41 PM |
| **To:** | Benz, Kathy |
| **Subject:** | RE: re: email |

Kathy, hello.
I don't know how or why you received that email from my account.
I did not send it and wonder if it is a virus of some sort.
Sorry about all you are going through and hope it gets straightened out.

sanjay

**From:** Benz, Kathy
**Sent:** Sunday, July 31, 2005 3:32 PM
**To:** Gupta, Sanjay
**Subject:** re: email

Dear Sanjay,
Hello. My name is Kathy Benz, and I work in the DC office. I was hoping you could
clear up some confusion about the following email I received. I was curious if you
sent it, and if so what prompted the mailing at 3a.
Im concerned about it because I have a stalker who is circulating false information
about me on the internet, sending crazy emails under cnn personnel names, etc…you
get the picture!
At any rate, I wanted to reach out to you and investigate the validity of the
email. And if Im overreacting I apologize, but my life has been turned upside down
because of this person in question and as a result, Im constantly looking over my
shoulder.
Cheers.
Kathy

-----Original Message-----
From: sanjay.gupta@turner.com [mailto:sanjay.gupta@turner.com]
Sent: Sunday, July 31, 2005 3:01 AM
To: Benz, Kathy
Subject: U.S. Warns Fentanyl Patients About Drug

To:   Kathy Benz


=====================================================================

U.S. Warns Fentanyl Patients About Drug

WASHINGTON (AP) -- The government is investigating 120 deaths among users of
patches that emit the painkiller fentanyl and warned patients Friday to be sure to
use the powerful narcotic properly to avoid accidental overdose.

For the whole story, click here:
http://www.intelihealth.com/IH/ihtIH/WSIHW000/333/7228/430104

(If your e-mail system doesn't support hyperlinks, you can copy and paste the link
into your web browser).

8/21/2005

EXHIBIT
14

===========================================================================

The information above from the Aetna InteliHealth Web site was forwarded to you by Sanjay Gupta. Please read through this entire message to find out how you can register with the InteliHealth site to get free health e-mails and access to the most up-to-date health information and resources.

Aetna InteliHealth is The Trusted Source for health information.  Visit our site at : <http://www.intelihealth.com> , and sign up for our free health e-mails!  Just click on the "Free Health E-mail" link on the left side of the screen.  Bookmark the site for quick access.

Copyright Aetna InteliHealth Inc., 2003.  All rights reserved.  All information is intended for your general knowledge only and is not a substitute for medical advice or treatment for specific medical conditions.  You should seek prompt medical care for any specific health issues and consult your physician before starting a new fitness regimen.

8/21/2005

## Benz, Kathy

**From:** Gupta, Sanjay
**Sent:** Sunday, July 31, 2005 7:04 PM
**To:** Benz, Kathy
**Subject:** FW: Thank you for using Send to a friend

I am not sure if this helps, but I received this message (from you) at 301a last night...

-----Original Message-----
From: Send.to.a.Friend@intelihealth.com [mailto:Send.to.a.Friend@intelihealth.com]
Sent: Sunday, July 31, 2005 3:01 AM
To: Gupta, Sanjay
Subject: Thank you for using Send to a friend

Thank you for using the "Send to a friend" e-mail service.

We received your request to send Kathy Benz (kathy.benz@turner.com) information on:

U.S. Warns Fentanyl Patients About Drug

================================================================

We at Aetna InteliHealth are working hard to meet your needs for health information, services and products. We now offer free health e-mails to all of our registered users. Visit us again at <http://www.intelihealth.com> to sign up! Just click on the "Free Health E-mail" link on the left side of the screen. Bookmark the site for quick access.

Copyright Aetna InteliHealth Inc., 2003. All rights reserved. All information is intended for your general knowledge only and is not a substitute for medical advice or treatment for specific medical conditions. You should seek prompt medical care for any specific health issues and consult your physician before starting a new fitness regimen.

1

## Benz, Kathy

**From:** Trevlac [trevlac97@yahoo.com]
**Sent:** Sunday, August 21, 2005 9:55 PM
**To:** Benz, Kathy
**Subject:** Fwd: NON.Pro Looking

here it is

--- Khottie1@excite.com wrote:

> From: <Khottie1@excite.com>
> To: <anon-92533110@craigslist.org>
> Subject: NON Pro Looking
> Date: Mon, 22 Aug 2005 03:51:08 +0200
>
> i'm at work  call 202-898-7911  kathy
>
>
>
>
> ------------------------------------------------------------
> this message was remailed to you via:
> anon-92533110@craigslist.org
>
> ------------------------------------------------------------
>

Start your day with Yahoo! - make it your home page http://www.yahoo.com/r/hs



1

-----Original Message-----
From: Dave [mailto:davem23451@yahoo.com]
Sent: Tuesday, August 30, 2005 4:22 PM
To: Benz, Kathy
Subject: Re: the craigs list posting

Kathy,

I am really sorry you have been put in this situation.
Here is the response I received.  Its a fake email as
any mail to it gets bounced back. Good Luck!

Dave

--------------------------------------------------------

From:   Kathy34B@yahoo.com
To: anon-94285224@craigslist.org
Subject:Re: Upscale Hotel, We F**K, you keep room for
the night - m4w

Date:    Tue, 30 Aug 2005 14:06:37 +0200

i work just two blocks from union station - swf, 27,
thin, cute.  call
me at
work anytime after 10:30 am  515-2290

kathy

----------------------------------------------------------
this message was remailed to you via:
anon-94285224@craigslist.org

----------------------------------------------------------
Start your day with Yahoo! - make it your home page

http://www.yahoo.com/r/hs