IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BENZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01760 EGS |
| ) | Status Hearing: January 14, 2009 |
| THE WASHINGTON NEWSPAPER ) | |
| PUBLISHING COMPANY, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, Kathleen A. Benz, hereby notifies this Court that the attached letter, Exhibit 1, is being filed in response to this Court's request that the parties consider consenting to trial of this matter before a Magistrate Judge.

    Respectfully submitted,

    LAW OFFICES OF
      WILLIAM ALDEN MCDANIEL, JR.

    /S/ *WAMcDaniel, Jr.*

    William Alden McDaniel, Jr.
    Bar No. 7152

2

/s/ **Bassel Bakhos**
Bassel Bakhos
Bar No. 489697

118 West Mulberry Street
Baltimore, Maryland 21201
Tel.:  410.685.3810
Fax:  410.685.0203
wam@wamcd.com
bb@wamcd.com

*Lawyers for Plaintiff, Kathleen A. Benz*

Date:  July 31, 2008

Notice Of Filing Letter re Mag Judge.doc