LAW OFFICES OF

# WILLIAM ALDEN MCDANIEL, JR.

118 WEST MULBERRY STREET
BALTIMORE, MARYLAND 21201-3606

WILLIAM ALDEN MCDANIEL, JR.†
BASSEL BAKHOS†♦

†ALSO ADMITTED IN
   THE DISTRICT OF COLUMBIA

♦ALSO ADMITTED IN NEW JERSEY

AREA CODE 410
685-3810
TELECOPIER
685-0203

E-MAIL:
wam@wamcd.com
bb@wamcd.com

July 31, 2008

**FILED VIA CM/ECF SYSTEM**

The Honorable Emmett G. Sullivan
Judge, United States District Court
 For The District Of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

        Re:   *Benz v. The Washington Newspaper Publishing Company, LLC, et al.,*
                Civil Action No. 1:05-cv-01760 EGS (D.D.C.)

Your Honor:

       This firm represents the sole plaintiff, Kathleen A. Benz, in the above-referenced case. We write to inform Your Honor that Ms. Benz consents to having a Magistrate Judge conduct the trial of this matter.

       Counsel for the sole remaining defendant, John Bisney, however, has this week informed us that Mr. Bisney does not as of this time agree to have a Magistrate Judge conduct the trial.

       As this case has been pending since September, 2005—almost three years—without a trial date having been set, plaintiff respectfully requests that, in light of Mr. Bisney's refusal, Your Honor set this matter in for trial at the earliest possible date on your calendar. At the July 24, 2008, status hearing in this matter, Your Honor stated that this likely would not be before April, 2009.

**EXHIBIT 1**

**LAW OFFICES OF**
**WILLIAM ALDEN MCDANIEL, JR.**

The Honorable Emmett G. Sullivan
United States District Judge
July 31, 2008
Page 2

      At that status conference, Your Honor told Mr. Bisney's counsel that he was free to file motions regarding: (1) disclosure of the confidential settlement agreement resolving claims against certain other parties; and (2) testimony relating to the expert report of Dr. Lowenkron. Neither of these motions is dispositive or complicated, and neither would require a continuance of any trial set in April, 2009, some nine months hence. Ms. Benz does not intend to file any dispositive or other motions in this matter, and Mr. Bisney's counsel represented in open court on Thursday, July 24, 2008, that Mr. Bisney does not intend to do so, either. While plaintiff understands that this Court has many other difficult and important matters on its docket, she would appreciate it if this Court would set this matter in for trial at the earliest available date, given Mr. Bisney's refusal to consent to trial before the Magistrate Judge.

      Thank you. Please let us know if you require any additional information.

Very truly yours,

**/s/ *Bassel Bakhos***

Bassel Bakhos

BB/mmi
cc:    All Counsel Of Record (via CM/ECF System)
Judge Sullivan L4.doc